Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
StarKist Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. C13-0729-YGR<br><br>**NOTICE OF APPEARANCE** |

Hogan Lovells US LLP
Attorneys At Law
Palo Alto

NOTICE OF APPEARANCE
CASE NO. C13-0729-YGR

\\706943/000300 - 1043923 v1

1    Notice is hereby given that Hogan Lovells US LLP is appearing as counsel representing
2    Defendant StarKist Co. in the above-captioned matter.

3    The Defendant requests that all notices, including all electronic notices, given or required
4    to be given, and all papers filed or served, or required to be served, in the above-captioned matter
5    be provided to and served upon counsel for the Defendant at the address set forth below:

Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Dated: March 5, 2013                HOGAN LOVELLS US LLP

By: *s/ Robert B. Hawk*
Robert B. Hawk
Attorneys for Defendant
STARKIST CO.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO

- 1 -

NOTICE OF APPEARANCE
CASE NO. C13-0729-YGR

\\706943/000300 - 1043923 v1