UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK HENDRICKS**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>vs.<br><br>**STARKIST CO.**,<br><br>    Defendant(s). | Case No.: 13-CV-00729 YGR<br><br>**ORDER DENYING MOTION OF PLAINTIFF TO APPOINT INTERIM CLASS COUNSEL** |

Plaintiff has filed a Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g)(3). While interim appointment under Rule 23(g)(3) may be useful where there are competing applicants to serve as class counsel within a particular lawsuit, Plaintiff has failed to show it would serve any legitimate purpose under the circumstances here. Therefore, the Motion is **DENIED**.[1] This is without prejudice to renew in the event appointment of interim counsel becomes necessary, for example, if multiple cases are consolidated in a single venue.

This Order Terminates Docket Number 14.

**IT IS SO ORDERED**.

**Date: April 12, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for April 30, 2013.