| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| | Stacy R. Hovan (Bar No. 271485) |
| 2 | HOGAN LOVELLS US LLP |
| | 525 University Avenue, 4th Floor |
| 3 | Palo Alto, California 94301 |
| | Telephone: (650) 463-4000 |
| 4 | Facsimile: (650) 463-4199 |
| | robert.hawk@hoganlovells.com |
| 5 | stacy.hovan@hoganlovells.com |
| 6 | John E. Hall (admitted *pro hac vice*) |
| | Gregg D. Michael (admitted *pro hac vice*) |
| 7 | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| | U.S. Steel Tower |
| 8 | 600 Grant Street, 44th Floor |
| | Pittsburgh, PA 15219 |
| 9 | Telephone: (412) 566-6000 |
| | Facsimile: (412) 566-6099 |
| 10 | jhall@eckertseamans.com |
| | gmichael@eckertseamans.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | STARKIST CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated, | Case No. C13-0729-YGR |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| v. | |
| STARKIST CO., | Date:       June 18, 2013 |
| Defendant. | Time:       2:00 p.m. |
| | Courtroom: 5 |
| | The Hon. Yvonne Gonzalez Rogers |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT
CASE NO. C13-0729-YGR

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant StarKist Co. hereby requests that the Court take judicial notice of the attached exhibits, which are true and correct copies of the following:

**Exhibit 1:** Complete sets of labeling for:

- StarKist Chunk Light Tuna in Water (5 oz.),
- StarKist Solid White Albacore Tuna in Water (5 oz.),
- StarKist Solid White Albacore Tuna in Vegetable Oil (5 oz.), and
- StarKist Chunk Light Tuna in Vegetable Oil (5 oz.).

**Exhibit 2:** Bumble Bee Foods, LLC, StarKist Co, and Tri-Union Seafoods, LLC, dba Chicken of the Sea Int'l, *Citizens Petition* (Oct. 17, 2011), *available at* http://www.regulations.gov/#!documentDetail;D=FDA-2011-P-0763-0001.

**Exhibit 3:** Exec. Order No. 13563, 3 C.F.R. 13563 (Jan. 21, 2011), *available at* http://www.gpo.gov/fdsys/pkg/CFR-2012-title3-vol1/pdf/CFR-2012-title3-vol1-eo13563.pdf.

**Exhibit 4:** U.S. Food & Drug Administration, Proposed Rule, *Food Standards; General Principles and Food Standards Modernization*, 70 Fed. Reg. 29214 (May 20, 2005), *available at* http://www.gpo.gov/fdsys/pkg/FR-2005-05-20/pdf/05-9958.pdf.

**Exhibit 5:** Letter from Anthony P. Brunetti, Ph.D., Consumer Safety Officer, Office of Seafood, Center for Food Safety and Applied Nutrition, Food & Drug Administration, to George J. Haines, Jr., National Oceanic & Atmospheric Administration (June 17, 2002), *available at* http://www.fda.gov/ohrms/dockets/dailys/02/Jun02/061702/800482ea.pdf.

**Exhibit 6:** Letter Application for Temporary Marketing Permit for Canned Tuna from Robert A. Hahn on behalf of Bumble Bee Foods, LLC, StarKist Co, and Tri-Union Seafoods, LLC, to Food & Drug Administration (Oct. 12, 2011).

Exhibit 1 is referred to and thereby incorporated into the complaint (¶1, Ex. A). *E.g.*, *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *No. 84 Employer-Teamster Joint Council Pension Trust Fund v. Am. W. Holding Corp.*, 320 F.3d 920, 925 n.2 (9th Cir. 2003).

Exhibits 2 – 6 are records of and materials issued by the Food and Drug Administration or the United States President. Such publicly available records of a federal agency are appropriate subjects of judicial notice. *E.g.*, *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1993) (court make take judicial notice of "records and reports of administrative bodies"); *Kiyoichi Fujikawa v. Sunrise Soda Water Works Co.*, 158 F.2d 490, 493 (9th Cir. 1946) (court may take judicial notice of executive orders published in the Federal Register); *Hansen Beverage Co. v. Innovation Ventures, LLC*, 2009 WL 6597891, at *2 (S.D. Cal. Dec. 23, 2009) ("Information on government agency websites has often been treated as properly subject to judicial notice." (citing *Paralyzed Veterans of Am. v. McPherson*, 2008 U.S. Dist. LEXIS 69542, at *5 (N.D. Cal. Sept. 8, 2008)).

Dated: April 18, 2013          HOGAN LOVELLS US LLP
                                ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                By:   /s/ Robert B. Hawk
                                      Robert B. Hawk
                                      Attorneys for Defendant
                                      STARKIST CO.