# EXHIBIT  6

PHILIP C. OLSSON
RICHARD L. FRANK
DAVID F. WEEDA (1948-2001)
DENNIS R. JOHNSON
ARTHUR Y. TSIEN
STEPHEN D. TERMAN
MARSHALL L. MATZ
MICHAEL J. O'FLAHERTY
DAVID L. DURKIN
NEIL F. O'FLAHERTY
BRETT T. SCHWEMER
STEPHANIE HERSETH SANDLIN*
TISH E. PAHL
ROBERT A. HAHN
EVAN P. PHELPS
GARY H. BAISE
KATHRYN E. BALMFORD
FREDERICK H. BRANDING*

*PRACTICE WITHIN THE DISTRICT OF COLUMBIA
IS LIMITED TO MATTERS AND PROCEEDINGS
BEFORE FEDERAL COURTS AND AGENCIES



# LAW

### OLSSON FRANK WEEDA TERMAN MATZ PC

THE WATERGATE
600 NEW HAMPSHIRE AVENUE NW
SUITE 500
WASHINGTON, DC 20037

(202) 789-1212 • FAX (202) 234-3550
WWW.OFWLAW.COM

BRUCE A. SILVERGLADE
JOLYDA O. SWAIM
JONATHAN M. WEINRIEB

NANCY W. MATHEWSON
*COUNSEL*
ROGER R. SZEMRAJ
ANSON M. KELLER
CASPER E. ULDRIKS
*OF COUNSEL*
KENNETH D. ACKERMAN
MARK L. ITZKOFF
ELLIOT BELILOS
*SENIOR POLICY ADVISORS*
JOHN R. BLOCK
CHARLES W. STENHOLM
GEORGE McGOVERN
SALLY S. DONNER
BRENT W. GATTIS
BARBARA J. MASTERS, D.V.M.
WILLIAM G.IMBERGAMO

October 12, 2011

**BY ELECTRONIC MAIL**

Team Leader
Conventional Foods Team
Division of Standards and Labeling Regulations
Office of Nutrition, Labeling and Dietary Supplements
Center for Food Safety and Applied Nutrition
Food and Drug Administration (HFS-822)
5100 Paint Branch Parkway
College Park, MD 20740

      Re:    Application for Temporary Marketing Permit for Canned Tuna

Dear Team Leader:

On behalf of Bumble Bee Foods, LLC, StarKist Co., and Tri-Union Seafoods, LLC (Applicants), the undersigned hereby requests, pursuant to 21 C.F.R. § 130.17, a temporary marketing permit (TMP) to test market "canned tuna" that deviates from the standard of identity (21 C.F.R. § 161.190) as described below. The Applicants believe this request is not controversial and would greatly benefit consumers.

The Applicants request a TMP to permit market testing of canned tuna that varies from the existing Food and Drug Administration (FDA) standard of identity (21 C.F.R. § 161.190) in the following ways:

1. It would permit the use of all safe and suitable ingredients;
2. It would permit any style of pack and any packing medium, provided these are sufficiently distinct from those listed in the existing standard of identity and clearly identified on the product label so as to avoid misleading consumers; and
3. The standard for fill of container would be based on drained weight, rather than pressed cake weight, and the net quantity of contents declaration would include both net weight and drained weight.

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 2



The Applicants believe that the existing FDA standard of identity for "canned tuna" is obsolete in several respects. By unnecessarily restricting optional ingredients, packing media, and style of pack used in canned tuna products, the existing standard blocks innovation and prevents the U.S. canned tuna industry from providing consumers with the products they want. The use of a pressed cake methodology to determine standard of fill is archaic, and the United States is the only country in the world that regulates based upon pressed cake weight.

The changes sought by this TMP application will enable U.S. manufacturers to provide canned tuna products that are more appealing to U.S. consumers in several ways including through adding new flavoring ingredients (such as chipotle, barbecue, and southwest). By providing a canned tuna product that is more appealing to consumers, the Applicants would be better able to assist consumers in meeting federal recommendations for seafood consumption contained in the 2010 *Dietary Guidelines for Americans*.[1]

The changes sought by this TMP application are modeled on the standard of identity for canned tuna and bonito approved by the CODEX Alimentarius Commission (CODEX) (CODEX STAN 70-1981).[2] Harmonization with the CODEX standard and the European Union, which is the largest market for canned tuna in the world, will make it possible for U.S. canned tuna producers to compete more effectively in the global marketplace. The changes requested also are consistent with President Obama's Executive Order 13563, which calls on all federal agencies to review regulations that are "outmoded, ineffective, insufficient, or excessively burdensome, and to modify, streamline, expand, or repeal them in accordance with what has been learned." Finally, the proposed changes to the standard of identity for canned tuna are consistent with the general principles for food standards proposed by FDA in 2005. 70 Fed. Reg. 29214 (May 20, 2005).

---

[1]     The 2010 Dietary Guidelines recommend that all Americans "increase the amount and variety of seafood consumed." *Dietary Guidelines for Americans 2010*, at 34. "An intake of 8 or more ounces per week (less for young children), about 20% of total recommended intake of protein foods of [sic] a variety of seafood is recommended." *Id.* at 39. Women who are pregnant or breastfeeding should "consume 8 to 12 ounces of seafood per week from a variety of seafood types [but] limit white (albacore) tuna to 6 ounces per week." *Id.*t at 34. Most Americans fall far short of these recommendations. Mean seafood intake in the United States is approximately 3.5 ounces per week, which is less than half of the recommended level. *Id.* at 39.

[2]     A copy of the CODEX standard is attached to this application. Note that the requested TMP would be for canned tuna only and would not include bonito. FDA regulations include a separate common or usual name regulation for "bonito" or "bonito fish" at 21 C.F.R. § 102.47.

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 3



The specific information required by 21 C.F.R. § 130.17 for issuance of a TMP is set forth below:

(1) The Applicants are:

Bumble Bee Foods, LLC
9655 Granite Ridge Drive
San Diego, CA 92123

StarKist Co.
225 North Shore Drive, Suite 400
Pittsburgh, PA 15212

Tri-Union Seafoods (dba Chicken of the Sea International)
9330 Scranton Road, Suite 500
San Diego, CA 92121

(2) The Applicants are regularly engaged in producing canned tuna and related products.

(3) The existing standard of identity regulation for "canned tuna" can be found at 21 C.F.R. § 161.190.

(4) This application requests permission to test market "canned tuna" products that vary from the existing FDA standard of identity in the following ways:

a. Canned tuna products marketed under the TMP would be permitted to use any safe and suitable ingredient;

b. Canned tuna products marketed under the TMP would be permitted to use any style of pack and any packing medium, provided these are sufficiently distinct from those listed in the existing standard of identity and clearly identified on the product label so as to avoid misleading consumers; and

c. Canned tuna products under the TMP would be permitted to use a standard for fill of container based on drained weight, rather than pressed cake weight, and the net quantity of contents declaration would include both net weight and drained weight. Specifically, the TMP would permit a standard of fill such that the average weight of the drained tuna from 24 cans, as determined using the draining method of the Association of Official Analytical Chemists, would be not less than 72 percent of the labeled net weight.

(5) Canned tuna product produced under the requested TMP would be equally wholesome and non-deleterious as products produced under the existing standard of identity.

{00279654.DOC v1}

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 4



(6) The TMP would permit marketing of canned tuna products that contain any safe and suitable ingredient. The requirement that ingredients must be safe and suitable will exclude deleterious substances.

(7) The proposed variations from the existing standard of identity have several purposes:

    a. Permitting the use of any safe and suitable ingredient will allow greater innovation in canned tuna products. Permitting the addition of new ingredients that improve the organoleptic profile of tuna products will help consumers meet the 2010 *Dietary Guidelines* recommendations on seafood consumption.

    b. Allowing use of any style of pack and any packing medium, provided it is distinct from those listed in the standard of identity and provided the label clearly identifies the form of pack and packing medium, will allow greater innovation in the canned tuna industry.

    c. Allowing a standard of fill of container based on drained weight, rather than pressed cake weight, will conform to the internationally accepted method for determining fill of container in canned tuna products. The United States is presently the only country in the world that uses a standard of fill based on pressed cake weight. Changing to drained weight will allow U.S. canned tuna producers to pack to the same standard of fill for all markets, thereby improving the efficiency of their canning operations. The pressed cake methodology is also complicated to apply, prone to human error, and was designed for use with 3-piece cans. The industry has subsequently transitioned to use of 2-piece cans for reasons of efficiency, food safety (*i.e.*, a 2-piece can has fewer seams), and environmental conservation. The pressed cake methodology, as it is written in the FDA regulation, cannot be applied to a 2-piece can, because the bottom of a 2-piece can cannot be removed. To adapt the pressed cake method to a 2-piece can, the contents must be scraped out of the can before measuring. The drained weight methodology would be far easier to apply and less prone to human error. A standard of fill based on drained weight is also more understandable to consumers.

    d. Requiring declaration of both net weight and drained weight on the principal display panel of the label will benefit consumers by providing a more accurate and much more easily understood measure of the amount of product in the can. Since most consumers discard the packing medium, the addition of drained weight to the declaration will provide consumers with a more meaningful measure of the amount of fish in the can.

(8) This test market would benefit consumers in two ways. First, by relaxing the restrictions on ingredients, style of pack, and packing medium, it would allow manufacturers to produce canned tuna products that more fully meet consumers' tastes. This will help consumers comply with the *Dietary Guidelines'* recommendations on seafood consumption. Canned tuna is an important source of seafood for consumers who lack the time or financial resources to cook whole fish. The industry needs the ability to experiment with different ingredients

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 5



and packing media to produce canned tuna products that appeal to consumer tastes. Second, it would allow canned tuna products to provide consumers with a more accurate and understandable net quantity of contents declaration. Currently, the net contents declaration for canned tuna only includes net weight, an amount that includes the weight of the liquid packing medium. Since most consumers discard the packing medium, and most recipes are based on drained weight, consumers generally use tuna on a drained weight basis. Providing a declaration of drained weight will give consumers a clearer picture of the amount of product in the can. Previous test markets conducted by canned tuna manufacturers were narrowly focused (*e.g.*, addition of lemon juice) and did not provide sufficient data to support the broader changes to the standard of identity now being sought.

(9) A copy of a draft of a proposed label is attached to this application.

(10) The Applicants propose that the period of the TMP begin immediately upon FDA approval of this application and last for a period of not less than 15 months. Since the proposed variations from the existing standard of identity are numerous and will require printing of new label stock, the longest possible period of testing consumer reaction is necessary.

(11) The Applicants anticipate distributing approximately 38.7 million cases per year during the test marketing period. The anticipated number of cases is necessary to ensure that all regions of the country are tested.

(12) The Applicants request permission to distribute canned tuna products produced under the TMP throughout the 50 States and the Commonwealth of Puerto Rico.

(13) The Applicants intend to manufacture canned tuna products under the TMP at:

> Bumble Bee Seafoods, Inc.
> 13100 Arctic Circle
> Santa Fe Springs, CA
> 90670
>
> Bumble Bee International, Inc.
> Malecon Industrial Zone
> Jose Gonzalez Clemente Ave.
> Rd. 341 Km 4.5
> Mayaquez, PR 00680

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 6



Asian Alliance
8/8 Moo 3, Rama 2 Road
Banbor, Muang
Samutsakorn 74000
Thailand

Chicken of the Sea Georgia Canning
129 North Commerce Drive
Lyons, GA 30436

Chotiwat Manufacturing Co.
84/22 Moo 7, Asia Highway #43
P.O. Box 37
T. Kornhong, Hatyai Songkla
Thailand

Gentuna (GTC/Century)
PO Tambler
General Santos City
South Cotabato
Philippines

ISA Value Co., Ltd. (Narong)
101/6 Mu 6, Soi Muangsakul
Bangkhuntien Road
Samaedam, Bangkhutien
Bangkok 10150
Thailand

Pataya Foods
90/6 Tambol Tarsai
Muang, Samutprakarn
Pataya
Thailand

PT Aneka Tuna
Jalan raya Surabaya Malang
KM.38
Gempol
PASURUAN 67155
Indonesia

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 7



RS Canning
255/1 Industrial Soi 3
Industrial Estate
Samutprakarn 10280
Thailand

Tropical Canning Thailand
K.M. 19 Kanjanavanich Road
Thungyai, Hatyai
Songkla 90110
Thailand

Unicord
39/3 Moo 8, Sedtakit 1 Road
Tha Sai, Muang
Samutsakon 74000
Thailand

StarKist Samoa Co.
368 Atu'u Road
Pago Pago, AS 96799

Galapesca S.A.
Calle 113 Y Ave. 103
Sector Los Esteros
Manta
Ecuador

Galapesca S.A.
12.5 Via A Duale
Guayaquil
Ecuador

Century Canning
Suite 1906, Center Point Building
Julia Vargas Avenue cor. Garnet Road
Ortigas Ctr.
Pasig City
Philippines

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 8



MMP International
19/8 Moo 6, Tambol Nadee
Muang District
Samutsakorn 74000
Thailand

PT Juifa International Foods
JL Lingkar Timur No. 53
Tegal Kamulyan Cilacap 53211
Jawa Tengah
Indonesia

Songkla Canning
333 Karnjanavich Road
Tumbol Pavong
Ampher Muang
Songkla 90100
Thailand

Thai Union Frozen Products PCL
72/1 Moo 7 Sethakit 1 Road
Tambon Tarsrai
Ampheur Muang
Samutsakon
Thailand

Thai Union Manufacturing
30/2 Sethakit 1 Road
Tambon Tarsrai
Ampheur Muang
Samutsakon
Thailand

Yueh Chyang
Nhut Chanh Commune
Ben Luc District
Long An Province
Vietnam

(14) The Applicants intend to distribute canned tuna products marketed under the TMP throughout the 50 States and the Commonwealth of Puerto Rico.

Letter to Team Leader, Conventional Foods Team
October 12, 2011
Page 9



(15) See answer to 14 above.

(16) In order to fully evaluate the consumer response to canned tuna products marketed under the TMP, it is necessary to ensure that all regions of the U.S. market are adequately tested.

The Applicants believe that U.S. consumers will welcome the formulation and labeling changes requested in this application. If this application is granted, we intend to evaluate consumer reaction to these changes.

Thank you for your consideration of this request for a TMP. If you have any questions or require any additional information, please contact the undersigned at the following address:

Robert Hahn, Esq.
Olsson Frank Weeda Terman Matz PC
600 New Hampshire Avenue, NW
Suite 500
Washington, DC 20037
(202) 789-1212
rhahn@ofwlaw.com

Respectfully submitted,

Robert A. Hahn

OFW:emp



GOURMET FLAVORS

**BUMBLE BEE**
Prime — Fillet

ALBACORE TUNA
with Jalapeños & Olive Oil

Since 1899

with Jalapeños

OMEGA-3
*Contains 200 mg of
Omega-3 per serving

BUMBLE BEE has been committed
to bringing premium seafood to
America's tables since 1899. We
are dedicated to the sustainability
of ocean resources, eco-friendly
manufacturing, and are proud to
offer a full line of nutritious
products and meal solutions.

NET WT 5 oz (142g) /DRAINWT 3.5 oz (100.g)

## Nutrition Facts
Serv. Size 2 oz drained
(56 g = about ¼ cup)
Servings about 2

| Amount/serving | %DV* | Amount/serving | %DV* | Amount/serving | %DV* |
|---|---|---|---|---|---|
| Calories 130 | | | | | |
| Fat Cal. 80 | | | | | |
| **Total Fat** 9g | 14% | **Monounsat. Fat** 6g | | **Fiber** 0g | 0% |
| Sat Fat 1g | 5% | **Cholest.** 15mg | 5% | Sugars 0g | |
| Trans Fat 0g | | **Sodium** 290mg | 12% | **Protein** 12g | |
| Polyunsat. Fat 1.5g | | **Total Carb.** 0g | 0% | | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet.

Vitamin A  0%  •  Vitamin C 0%  •  Calcium 0%  •  Iron 2%

INGREDIENTS: WHITE
TUNA, OLIVE OIL, JALAPEÑO
PEPPERS, VINEGAR, SALT,
NATURAL FLAVORS,
CONTAINS: TUNA, SOY.

DISTRIBUTED BY:
#1 CHANNEL, #01 FOODS,
SAN DIEGO, CA 92186 USA
www.bumblebee.com

0 18661 73146

FOR PRODUCT FRESHNESS PRODUCT
FOLLOW HANDLING SHOWN ON CAN END



## CODEX STANDARD FOR CANNED TUNA AND BONITO

### *CODEX STAN 70-1981*

**1. SCOPE**

This standard applies to canned tuna and bonito. It does not apply to speciality products where the fish content constitutes less than 50% m/m of the contents.

**2. DESCRIPTION**

**2.1 PRODUCT DEFINITION**

Canned Tuna and Bonito are the products consisting of the flesh of any of the appropriate species listed below, packed in hermetically sealed containers.

- *Thunnus alalunga*
- *Thunnus albacares*
- *Thunnus atlanticus*
- *Thunnus obesus*
- *Thunnus maccoyii*
- *Thunnus thynnus*
- *Thunnus tongoe*
- *Euthynnus affinis*
- *Euthynnus alleteratus*
- *Euthynnus lineatus*
- *Katsuwonus pelamis* (syn. *Euthynnus pelamis*)
- *Sarda chilensis*
- *Sarda orientalis*
- *Sarda sarda*

**2.2 PROCESS DEFINITION**

The products shall have received a processing treatment sufficient to ensure commercial sterility.

**2.3 PRESENTATION**

The product shall be presented as:

2.3.1 **Solid** (skin-on or skinless) - fish cut into transverse segments which are placed in the can with the planes of their transverse cut ends parallel to the ends of the can. The proportion of free flakes or chunks shall not exceed 18% of the drained weight of the container.

Adopted 1981. Revision 1995

2.3.2    *Chunk* - pieces of fish most of which have dimensions of not less than 1.2cm in each direction and in which the original muscle structure is retained. The proportion of pieces of flesh of which the dimensions are less than 1.2 cm shall not exceed 30% of the drained weight of the container.

2.3.3    *Flake or flakes* - a mixture of particles and pieces of fish most of which have dimensions less than 1.2 cm in each direction but in which the muscular structure of the flesh is retained.  The proportion of pieces of flesh of which the dimensions are less than 1.2 cm exceed 30% of the drained weight of the container.

2.3.4    *Grated or shredded* - a mixture of particles of cooked fish that have been reduced to a uniform size, in which particles are discrete and do not comprise a paste.

2.3.5    Any other presentation shall be permitted provided that it:

- is sufficiently distinctive from other forms of presentation laid down in this standard;
- meets all other requirements of this standard;
- is adequately described on the label to avoid confusing or misleading the consumer.

## 3.    ESSENTIAL COMPOSITION AND QUALITY FACTORS

### 3.1    RAW MATERIAL

The products shall be prepared from sound fish of the species in sub-section 2.1 and of a quality fit to be sold fresh for human consumption.

### 3.2    OTHER INGREDIENTS

The packing medium and all other ingredients used shall be of food grade quality and conform to all applicable Codex standards.

### 3.3    DECOMPOSITION

The products shall not contain more than 10 mg/100 g of histamine based on the average of the sample unit tested.

### 3.4    FINAL PRODUCT

Products shall meet the requirements of this Standard when lots examined in accordance with Section 9 comply with the provisions set out in Section 8. Products shall be examined by the methodes given in Section 7.

## 4.    FOOD ADDITIVES

Only the use of the following additives is permitted.

| Additive | Maximum level in the Final Product |
|---|---|

Thickening or Gelling Agents
(for use in packing media only)

| | | |
|---|---|---|
| 400 | Alginic acid | GMP |
| 401 | Sodium alginate | |
| 402 | Potassium alginate | |
| 404 | Calcium alginate | |
| 406 | Agar | |
| 407 | Carrageenan and its Na, K, and $NH_4$ salts (including furcelleran | |
| 407a | Processed *Eucheuma* Seaweed (PES) | |
| 410 | Carob bean gum | |
| 412 | Guar gum | |
| 413 | Tragacanth gum | |
| 415 | Xanthan gum | |
| 440 | Pectins | |
| 466 | Sodium carboxymethylcellulose | |

Modified Starches

| | | |
|---|---|---|
| 1401 | Acid treated starches (including white and yellow dextrins) | GMP |
| 1402 | Alkaline treated starches | |
| 1404 | Oxidized starches | |
| 1410 | Monostarch phosphate | |
| 1412 | Distarch phosphate, esterified | |
| 1414 | Acetylated distarch phosphate | |
| 1413 | Phosphated distarch phosphate | |
| 1420/1421 | Starch acetate | |
| 1422 | Acetylated distarch adipate | |
| 1440 | Hydroxypropyl starch | |
| 1442 | Hydroxypropyl starch phosphate | |

Acidity Regulators

| | | |
|---|---|---|
| 260 | Acetic acid | GMP |
| 270 | Lactic acid (L-, D-, and DL-) | |
| 330 | Citric acid | |

Natural Flavours

| | |
|---|---|
| Spice oils | GMP |
| Spice extracts | |
| Smoke flavours (Natural smoke solutions and extracts) | |

For Canned Tuna and Bonito Only

Acidity Regulators

| | | |
|---|---|---|
| 450 | Disodium diphosphate | 10 mg/kg expressed as $P_2O_5$, (includes natural phosphate) |

**5.    HYGIENE AND HANDLING**

5.1    The final product shall be free from any foreign material that poses a threat to human health.

5.2    When tested by appropriate methods of sampling and examination as prescribed by the Codex Alimentarius Commission, the product:

(i)    shall be free from micro-organisms capable of development under normal conditions of storage;

(ii)    no sample unit shall contain histamine that exceeds 20 mg per 100 g;

(iii)    shall not contain any other substance including substances derived from microorganisms in amounts which may represent a hazard to health in accordance with standards established by the Codex Alimentarius Commission;

(iv)    shall be free from container integrity defects which may compromise the hermetic seal.

5.3    It is recommended that the product covered by the provisions of this standard be prepared and handled in accordance with the appropriate sections of the Recommended International Code of Practice - General Principles of Food Hygiene (CAC/RCP 1-1969) and the following relevant Codes:

(i)    the Recommended International Code of Practice for Canned Fish (CAC/RCP 10-1976);

(ii)    the Recommended International Code of Hygienic Practice for Low-Acid and Acidified Low-Acid Canned Foods (CAC/RCP 23-1979);

(iii)    The sections on the Products of Aquaculture in the Proposed Draft International Code of Practice for Fish and Fishery Products (under elaboration)[1]

**6.    LABELLING**

In addition to the provisions of the Codex General Standard for the Labelling of Prepackaged Foods (CODEX STAN 1-1985) the following specific provisions apply:

**6.1    THE NAME OF THE FOOD**

6.1.1    The name of the product as declared on the label shall be "tuna" or "bonito", and may be preceded or followed by the common or usual name of the species, both in accordance with the law and custom of the country in which the product is sold, and in a manner not to mislead the consumer.

6.1.2    The name of the product may be qualified or accompanied by a term descriptive of the colour of the product, provided that the term "white" shall be used only for *Thunnus alalunga* and the terms "light" "dark" and "blend" shall be used only in accordance with any rules of the country in which the product is sold.

**6.1.3    FORM OF PRESENTATION**

The form of presentation provided for in Section 2.3 shall be declared in close proximity to the common name.

6.1.4    The name of the packing medium shall form part of the name of the food.

---

[1]    The Proposed Draft Code of Practice, when finalized, will replace all current Codes of Practice for Fish and Fishery Products

7.      **SAMPLING, EXAMINATION AND ANALYSES**

7.1     **SAMPLING**

      (i)     Sampling of lots for examination of the final product as prescribed in Section 3.3 shall be in accordance with an appropriate sampling plan with an AQL of 6.5;

      (ii)    Sampling of lots for examination of net weight and drained weight where appropriate shall be carried out in accordance with an appropriate sampling plan established by the CAC.

7.2     **SENSORY AND PHYSICAL EXAMINATION**

Samples taken for sensory and physical examination shall be assessed by persons trained in such examination and in accordance with the procedures set out in Sections 7.3 through 7.5, Annex A and the *Guidelines for the Sensory Evaluation of Fish and Shellfish in Laboratories (CAC/GL 31 - 1999).*

7.3     **DETERMINATION OF NET WEIGHT**

Net contents of all sample units shall be determined by the following procedure:

      (i)     Weigh the unopened container.

      (ii)    Open the container and remove the contents.

      (iii)   Weigh the empty container, (including the end) after removing excess liquid and adhering meat.

      (iv)    Subtract the weight of the empty container from the weight of the unopened container.  The resultant figure will be the net content.

7.4     **DETERMINATION OF DRAINED WEIGHT**

The drained weight of all sample units shall be determined by the following procedure:

      (i)     Maintain the container at a temperature between 20°C and 30°C for a minimum of 12 hours prior to examination.

      (ii)    Open and tilt the container to distribute the contents on a pre-weighed circular sieve which consists of wire mesh with square openings of 2.8 mm x 2.8 mm.

      (iii)   Incline the sieve at an angle of approximately 17-20° and allow the fish to drain for two minutes, measured from the time the product is poured into the sieve.

      (iv)    Weigh the sieve containing the drained fish.

      (v)     The weight of drained fish is obtained by subtracting the weight of the sieve from the weight of the sieve and drained product.

7.5.    **DETERMINATION OF WASHED DRAINED WEIGHT (FOR PACKS WITH SAUCES)**

      (i)     Maintain the container at a temperature between 20°C and 30°C for a minimum of 12 hours prior to examination.

      (ii)    Open and tilt the container and wash the covering sauce and then the full contents with hot tap water (approx. 40°C), using a wash bottle (e.g. plastic) on the tared circular sieve.

      (iii)   Wash the contents of the sieve with hot water until free of adhering sauce; where necessary separate optional ingredients (spices, vegetables, fruits) with pincers. Incline the sieve at an angle of approximately 17-20° and allow the fish to drain two minutes, measured from the time the washing procedure has finished.

(iv)   Remove adhering water from the bottom of the sieve by use of paper towel. Weigh the sieve containing the washed drained fish.

(v)    The washed drained weight is obtained by subtracting the weight of the sieve from the weight of the sieve and drained product.

**7.6    DETERMINATION OF PRESENTATION**

The presentation of all sample units shall be determined by the following procedure.

(i)    Open the can and drain the contents, following the procedures outlined in 7.4.

(ii)   Remove and place the contents onto a tared 1.2 cm mesh screen equipped with a collecting pan.

(iii)  Separate the fish with a spatula being careful not to break the configuration of the pieces. Ensure that the smaller pieces of fish are moved to the top of a mesh opening to allow them to fall through the screen onto the collecting pan.

(iv)   Segregate the material on the pan according to flaked, grated (shredded) or paste and weigh the individual portions to establish the weight of each component.

(v)    If declared as a "chunk" pack weigh the screen with the fish retained and record the weight. Subtract the weight of the sieve from this weight to establish the weight of solid and chunk fish.

(vi)   If declared as "solid" pack remove any small pieces (chunks) from the screen and reweigh. Subtract the weight of the sieve from this weight to establish the weight of "solid" fish.

***Calculations***

(i)    Express the weight of flaked, grated (shredded and paste) as a percentage of the total drained weight of fish.

$$\% \text{ flakes} = \frac{\text{Weight of flakes}}{\text{Total weight of drained fish}} \times 100$$

(ii)   Calculate the weight of solid and chunk fish retained on the screen by difference and express as a % of the total drained weight of fish.

$$\% \text{ solid \& chunk fish} = \frac{\text{Weight of solid \& chunk fish}}{\text{Total weight of drained fish}} \times 100$$

(iii)  Calculate the weight of solid fish retained on the screen by difference and express as a % of the total drained weight of the fish.

$$\% \text{ of solid fish} = \frac{\text{Weight of solid fish}}{\text{Total weight of drained fish}} \times 100$$

**7.7.    DETERMINATION OF HISTAMINE**

AOAC 977.13 (15th Edition, 1990)

**8.    DEFINITION OF DEFECTIVES**

A sample unit shall be considered defective when it exhibits any of the properties defined below.

**8.1**   FOREIGN MATTER

The presence in the sample unit of any matter, which has not been derived from fish, does not pose a threat to human health, and is readily recognized without magnification or is present at a level determined by any method including magnification that indicates non-compliance with good manufacturing practices and sanitation practices.

**8.2**   ODOUR/FLAVOUR

A sample unit affected by persistent and distinct objectionable odours or flavours indicative of decomposition or rancidity.

**8.3**   TEXTURE

(i)   Excessively mushy flesh uncharacteristic of the species in the presentation; or

(ii)   Excessively tough flesh uncharacteristic of the species in the presentation; or

(iii)   Honey-combed flesh in excess of 5% of the drained contents.

**8.4**   DISCOLOURATION

A sample unit affected by distinct discolouration indicative of decomposition or rancidity or by sulphide staining of the meat exceeding 5% of the drained contents.

**8.5**   OBJECTIONABLE MATTER

A sample unit affected by struvite crystals greater than 5 mm in length.

**9.**   LOT ACCEPTANCE

A lot shall be considered as meeting the requirements of this standard when:

(i)   the total number of defectives as classified according to Section 8 does not exceed the acceptance number (c) of an appropriate sampling plan with an AQL of 6.5;

(ii)   the total number of sample units not meeting the presentation and colour designation as defined in Section 2.3 does not exceed the acceptance number (c) of an appropriate sampling plan with an AQL of 6.5;

(iii)   the average net weight or the average weight of drained meat of all sample units examined is not less than the declared weight, and provided there is no unreasonable shortage in any individual container;

(iv)   the Food Additives, Hygiene and Labelling requirements of Sections 4, 5.1, 5.2 and 6 are met.

**ANNEX "A": SENSORY AND PHYSICAL EXAMINATION**

1. Complete examination of the can exterior for the presence of container integrity defects or can ends which may be distorted outwards.

2. Open can and complete weight determination according to defined procedures in Sections 7.3 and 7.4.

3. Examine the product for discolouration.

4. Carefully remove the product and determine the presentation according to the defined procedures in Section 7.5.

5. Examine product for discolouration, foreign matter and struvite crystals. The presence of a hard bone is an indicator of under processing and will require an evaluation for sterility.

6. Assess odour, flavour and texture in accordance with the *Guidelines for the Sensory Evaluation of Fish and Shellfish in Laboratories (CAC/GL 31-1999).*



U.S. Department of **Health & Human Services**   ≫ www.hhs.gov

**FDA** U.S. Food and Drug Administration

A-Z Index | Search | **go**

Home | Food | Drugs | Medical Devices | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Radiation-Emitting Products | Tobacco Products

FDA Home> Medical Devices> Databases

# CFR - Code of Federal Regulations Title 21



510(k) | Registration & Listing | Adverse Events | Recalls | PMA | Classification | Standards
CFR Title 21 | Radiation-Emitting Products | X-Ray Assembler | Medsun Reports | CLIA

New Search                                                    Help | More About 21CFR

```
[Code of Federal Regulations]
[Title 21, Volume 2]
[Revised as of April 1, 2011]
[CITE: 21CFR161.190]


                        TITLE 21--FOOD AND DRUGS
            CHAPTER I--FOOD AND DRUG ADMINISTRATION
                DEPARTMENT OF HEALTH AND HUMAN SERVICES
                SUBCHAPTER B--FOOD FOR HUMAN CONSUMPTION

PART 161 -- FISH AND SHELLFISH

Subpart B--Requirements for Specific Standardized Fish and Shellfish

   Sec. 161.190 Canned tuna.
```

(a)*Identity.* (1) Canned tuna is the food consisting of processed flesh of fish of the species enumerated in paragraph (a)(2) of this section, prepared in one of the optional forms of pack specified in paragraph (a)(3) of this section, conforming to one of the color designations specified in paragraph (a)(4) of this section, in one of the optional packing media specified in paragraph (a)(5) of this section, and may contain one or more of the seasonings and flavorings specified in paragraph (a)(6) of this section. For the purpose of inhibiting the development of struvite crystals, sodium acid pyrophosphate may be added in a quantity not in excess of 0.5 percent by weight of the finished food. It is packed in hermetically sealed containers and so processed by heat as to prevent spoilage. It is labeled in accordance with the provisions of paragraph (a)(8) of this section.

(2) The fish included in the class known as tuna fish are:

*Thunnus thynnus* (Linnaeus, 1758)--Northern bluefin tuna

*Thunnus maccoyii* (Castelnau, 1872)--Southern bluefin tuna

*Thunnus alalunga* (Bonnaterre, 1788)--Albacore

*Thunnus atlanticus* (Lesson, 1830)--Blackfin tuna

*Thunnus obesus* (Lowe, 1839)--Bigeye tuna

*Thunnus albacares* (Bonnaterre, 1788)--Yellowfin tuna

*Thunnus tonggol* (Bleeker, 1851)--Longtail tuna

*Katsuwonus pelamis* (Linnaeus, 1758)--Skipjack tuna

*Euthynnus alletteratus* (Rafinesque, 1810)--Spotted tunny

*Euthynnus lineatus* Kishinouye, 1920--Black skipjack tuna

*Euthynnus affinis* (Cantor, 1849)--Kawakawa

*Allothunnus fallai* Serventy, 1948--Slender tuna

*Auxis rochei* (Risso, 1810)--Bullet tuna

*Auxis thazard* (Lacepede, 1800)--Frigate tuna

(3) The optional forms of processed tuna consist of loins and other striated muscular tissue of the fish. The loin is the longitudinal quarter of the great lateral muscle freed from skin, scales, visible blood clots, bones, gills, viscera and from the nonstriated part of such muscle, which part (known anatomically as the median superficial muscle) is highly vascular in structure, dark in color because of retained blood, and granular in form. Canned tuna is prepared in one of the following forms of pack, the identity of which is determined in accordance with the methods prescribed in

CFR - Code of Federal Regulations Title 21

paragraph (c)(2) of this section.

(i) Solid or solid pack consists of loins freed from any surface tissue discolored by diffused hemolyzed blood, cut in transverse segments to which no free fragments are added. In containers of 1 pound or less of net contents, such segments are cut in lengths suitable for packing in one layer. In containers of more than 1 pound net contents, such segments may be cut in lengths suitable for packing in one or more layers of equal thickness. Segments are placed in the can with the planes of their transverse cut ends parallel to the ends of the can. A piece of a segment may be added if necessary to fill a container. The proportion of free flakes broken from loins in the canning operation shall not exceed 18 percent.

(ii) Chunk, chunks, chunk style consists of a mixture of pieces of tuna in which the original muscle structure is retained. The pieces may vary in size, but not less than 50 percent of the weight of the pressed contents of a container is retained on a1/2-inch-mesh screen.

(iii) Flake or flakes consist of a mixture of pieces of tuna in which more than 50 percent of the weight of the pressed contents of the container will pass through a1/2-inch-mesh screen, but in which the muscular structure of the flesh is retained.

(iv) Grated consists of a mixture of particles of tuna that have been reduced to uniform size, that will pass through a1/2-inch-mesh screen, and in which the particles are discrete and do not comprise a paste.

(v) Any of the specified forms of pack of canned tuna may be smoked. Canned smoked tuna shall be labeled in accordance with the provisions of paragraph (a)(8)(v) of this section.

(4) Canned tuna, in any of the forms of pack specified in paragraph (a)(3) of this section, falls within one of the following color designations, measured by visual comparison with matte surface neutral reflectance standards corresponding to the specified Munsell units of value, determined in accordance with paragraph (a)(7) of this section.

(i)*White.* This color designation is limited to the species*Thunnus alalunga* (albacore), and is not darker than Munsell value 6.3.

(ii)*Light.* This color designation includes any tuna not darker than Munsell value 5.3.

(iii)*Dark.* This color designation includes all tuna darker than Munsell value 5.3.

(iv)*Blended.* This color designation may be applied only to tuna flakes specified in paragraph (a)(3)(iii) of this section, consisting of a mixture of tuna flakes of which not less than 20 percent by weight meet the color standard for either white tuna or light tuna, and the remainder of which fall within the color standard for dark tuna. The color designation for blended tuna is determined in accordance with paragraph (a)(7) of this section.

(5) Canned tuna is packed in one of the following optional packing media:

(i) Any edible vegetable oil other than olive oil, or any mixture of such oils not containing olive oil.

(ii) Olive oil.

(iii) Water.

(6) Canned tuna may be seasoned or flavored with one or more of the following:

(i) Salt.

(ii) Monosodium glutamate.

(iii) Hydrolyzed protein declared in accordance with the applicable provisions of 101.22.

(iv) Spices or spice oils or spice extracts.

(v) Vegetable broth in an amount not in excess of 5 percent of the volume capacity of the container, such broth to consist of a minimum of 0.5 percent by weight of vegetable extractives and to be prepared from two or more of the following vegetables: Beans, cabbage, carrots, celery, garlic, onions, parsley, peas, potatoes, green bell peppers, red bell peppers, spinach, and tomatoes.

(vi) Garlic.

(vii) Lemon flavoring to be prepared from lemon oil and citric acid together with safe and suitable carriers for the lemon oil which are present at nonfunctional and insignificant levels in the finished canned food. When lemon flavoring is added, a safe and suitable solubilizing and dispersing ingredient may be added in a quantity not exceeding 0.005 percent by weight of the finished food. A substance used in accordance with this paragraph is deemed to be suitable if it is used in an amount no greater than necessary to achieve the intended flavor effect, and is deemed to be safe if it is not a food additive as defined in section 201(s) of the Federal Food, Drug, and Cosmetic Act (the act), or if it is a food additive as so defined, it is used in conformity with regulations established pursuant to section 409 of the act.

(viii) Edible vegetable oil or partially hydrogenated vegetable oil, excluding olive oil, used alone or in combination in an amount not to exceed 5 percent of the volume capacity of the container, with or without any suitable form of emulsifying and suspending ingredients that has been affirmed as GRAS or approved as a food additive to aid in dispersion of the oil, as seasoning in canned tuna packed in water.

(7) For determination of the color designations specified in paragraph (a)(4) of this section, the

CFR - Code of Federal Regulations Title 21

following method shall be used: Recombine the separations of pressed cake resulting from the method prescribed in paragraph (c)(2) of this section. Pass the combined portions through a sieve fitted with woven-wire cloth of1/4-inch mesh complying with the specifications for such cloth set forth in "Official Methods of Analysis of the Association of Official Analytical Chemists," 13th Ed. (1980), Table 1, "Nominal Dimensions of Standard Test Sieves (U.S.A. Standard Series)," under the heading "Definitions of Terms and Explanatory Notes," which is incorporated by reference. Copies may be obtained from the AOAC INTERNATIONAL, 481 North Frederick Ave., suite 500, Gaithersburg, MD 20877, or may be examined at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to:*http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html.* Mix the sieved material and place a sufficient quantity into a 307 * 113 size container (bearing a top seam and having a false bottom approximately1/2-inch deep and painted flat black inside and outside) so that after tamping and smoothing the surface of the sample the material will be1/8-inch to1/4-inch below the top of the container. Within 10 minutes after sieving through the1/4-inch mesh woven-wire cloth, determine the Munsell value of sample surface.

(i) Determine the Munsell value of the sample surface so prepared. The following method may be used, employing an optical comparator, consisting of a lens and prism system which brings two beams of light, reflected from equal areas of sample surface and standard surface, respectively, together, within an eyepiece, so as to show an equally divided optical field. The scanned areas of sample and standard surface are not smaller than 2 square inches. Light reaching the eye is rendered sufficiently diffuse, by design of eyepiece and comparator, so that detail of the sample surface will remain undefined, to a degree such as to avoid visual confusion in observation of a match of over-all intensity of reflected light. The eyepiece contains a color filter centering at a wavelength between 550 m[micro] and 560 m[micro]. The filter does not pass appreciable visible radiation of wavelengths below 540 m[micro] or above 570 m[micro]. The passed wavelength band is of a monochromaticity sufficient to cause a sample and a neutral standard of equal reflectance to appear of the same hue. The comparator is rigidly mounted on a vertical stand attached to a base in which arrangement is provided for securely and accurately positioning two cans of size 307 * 113 in the two fields of view. Mounted on the base are two shaded lamps, which direct the center of their beams of light at about a 45deg. angle to the plane of the sample and standard surfaces. The lamps are so positioned that light from one bears mainly upon the sample surface and light from the other mainly on the standard surface, and are so placed in relation to sample and standard that no shadows, as from the can rims, appear in the fields of view. The lamps are strong enough to furnish adequate and convenient illumination through eyepiece and filter. Means are provided to alter the light intensity of one lamp in relation to the other, as may conveniently be achieved by using a 100-watt tungsten filament bulb in one lamp and using, in the other, a similar 150-watt bulb connected with the power source through a suitable rheostat. The stand is equipped with non-glossy black curtains on the side of the observer, to exclude variation in extraneous light reflected from the person of the observer.

(ii) To adjust the comparator, place a pair of matte surface standards of Munsell value 5.3, mounted as described in paragraph (a)(7)(iv) of this section, in position in the comparator base, and adjust the intensity of the variable lamp until the two halves of the optical field, viewed through the eyepiece, are of equal brightness. Then remove one of the standards and replace it with the prepared sample. Without altering any other adjustments, observe through the eyepiece whether the sample appears lighter or darker than the standard. In case of examination of albacore designated "white", conduct the procedure using standards of Munsell value 6.3.

(iii) The standards with which comparisons are made are essentially neutral matte-finish standards, equivalent in luminous reflectance of light of 555[micro] wavelength to 33.7 percent of the luminous reflectance of magnesium oxide (for Munsell value 6.3) and 22.6 percent of the luminous reflectance of magnesium oxide (for Munsell value 5.3), as given by the relationship between Munsell value and luminous reflectance derived by a subcommittee of the Optical Society of America and published in the "Journal of the Optical Society of America," Vol. 33, page 406 (1943), which is incorporated by reference. Copies are available from the Center for Food Safety and Applied Nutrition (HFS-150), Food and Drug Administration, 5100 Paint Branch Pkwy., College Park, MD 20740, or available for inspection at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to:*http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html.*

(iv) These standards shall be cut in circles 31/4inches in diameter and shall be mounted in 307 * 113 size containers, bearing a top seam and painted flat black inside and outside, so that the surfaces of the standards are3/16inch below the top of the containers in which they are mounted.

(v) In the case of blended tuna, the foregoing method shall be varied by first separating the tuna flakes of the two different colors before passing them through the1/4-inch mesh sieve, then proceeding with each portion separately for the determination of its color value, employing, if necessary, a sample container with false bottom greater than1/2inch deep.

(8)(i) The specified names of the canned tuna for which definitions and standards of identity are prescribed by this section, except where water is the packing medium or where the tuna is smoked, are formed by combining the designation of form of pack with the color designation of the tuna; for example, "Solid pack white tuna", "Grated dark tuna", etc. In the case of blended tuna, there shall be used both applicable color designations of the blended flakes, in precedence determined in accordance with the predominating portion found in the container; for example,

"Blended white and dark tuna flakes", "Blended dark and light tuna flakes".

(ii) The specified name of canned tuna when water is used as the packing medium is formed as described in paragraph (a)(8)(i) of this section, followed by the words "in water"; for example, "Grated light tuna in water".

(iii) When the packing medium is vegetable oil or olive oil, the label shall bear the name of the optional packing medium used, as specified in paragraph (a)(5) of this section, preceded by the word "in" or the words "packed in". In case of the optional ingredient specified in paragraph (a)(5)(i) of this section, the name or names of the oil used may be stated, or the general term "vegetable oil" may be used.

(iv) In case solid pack tuna is packed in olive oil, the designation "Tonno" may also appear.

(v) In case any of the specified forms of canned tuna are smoked, the word "smoked" shall appear as a part of the name on the label; for example, "Smoked light tuna flakes".

(vi) Where the canned tuna contains one or more of the ingredients provided for in paragraph (a)(6) of this section, the label shall bear the statement "Seasoned with ____", the blank being filled in with the name or names of the ingredient or ingredients used, except that if the ingredient designated in paragraph (a)(6)(v) of this section is used, the blank shall be filled in with the term "vegetable broth", and if the ingredients designated in paragraph (a)(6)(viii) of this section are used, the blank may be filled in with the term "oil", and if the ingredient designated in paragraph (a)(6)(iv) of this section is used alone, the label may alternatively bear either the statement "spiced" or the statement "with added spice"; and if salt is the only seasoning ingredient used, the label may alternatively bear any of the statements "salted", "with added salt", or "salt added". If the flavoring ingredients designated in paragraph (a)(6)(vii) of this section are used, the words "lemon flavored" or "with lemon flavoring" shall appear as part of the name on the label; for example, "lemon flavored chunk light tuna". Citric acid and any optional solubilizing and dispersing agent used as specified in paragraph (a)(6)(vii) of this section in connection with lemon flavoring ingredients or emulsifying and suspending ingredients used as specified in paragraph (a)(6)(viii) of this section shall be designated on the label by their common or usual name.

(vii) Where the canned tuna contains the optional ingredient sodium acid pyrophosphate as provided in paragraph (a)(1) of this section, the label shall bear the statement "pyrophosphate added" or "with added pyrophosphate".

(viii) Wherever the name of the food appears on the label so conspicuously as to be easily seen under customary conditions of purchase, the names of the optional ingredients used, as specified in paragraphs (a)(8)(iii), (vi), and (vii) of this section (except if lemon flavoring is added, this subparagraph applies only to the terms "lemon flavored" or "with lemon flavoring", not to the constituent ingredients of that flavoring or to any optional solubilizing or dispersing ingredient used in connection with lemon flavoring ingredients), shall immediately and conspicuously precede or follow such name without intervening, written, printed, or graphic matter except that the common name of the species of tuna fish may so intervene; but the species name "albacore" may be employed only for canned tuna of that species which meets the color designation "white" as prescribed by paragraph (a)(4)(i) of this section.

(ix) Statements of optional ingredients present required by paragraph (a)(8)(vi) of this section, but not subject to the provisions of paragraph (a)(8)(viii) of this section shall be set forth on the label with such prominence and conspicuousness as to render them likely to be read and understood by the ordinary individual under customary conditions of purchase.

(b) [Reserved]

(c) *Fill of container.* (1) The standard of fill of container for canned tuna is a fill such that the average weight of the pressed cake from 24 cans, as determined by the method prescribed by paragraph (c)(2) of this section, is not less than the minimum value specified for the corresponding can size and form of tuna ingredient in the following table:

| I. Can size and form of tuna ingredient | II. Minimum value for weights of pressed cake (average of 24 cans) (in ounces) |
|---|---|
| 211*109: | |
|    Solid | 2.25 |
|    Chunks | 1.98 |
|    Flakes | 1.98 |
|    Grated | 2.00 |
| 307*113: | |
|    Solid | 4.47 |
|    Chunks | 3.92 |
|    Flakes | 3.92 |
|    Grated | 3.96 |
| 401*206: | |
|    Solid | 8.76 |
|    Chunks | 7.68 |
|    Flakes | 7.68 |
|    Grated | 7.76 |
| 603*408: | |

| | |
|---|---|
| Solid | 43.2 |
| Chunks | 37.9 |
| Flakes | 37.9 |
| Grated | 38.3 |

If the can size in question is not listed, calculate the value for column II as follows: From the list select as the comparable can size that one having nearest the water capacity of the can size in question, multiply the value listed in column II for the same form of tuna ingredient by the water capacity of the can size in question, and divided by the water capacity of the comparable can size. Water capacities are determined by the general method provided in 130.12(a) of this chapter. For the purposes of this section, cans of dimensions 211*109 shall be deemed to have a water capacity at 68 deg. F of 3.55 avoirdupois ounces of water; cans of dimensions 307*113, a water capacity of 7.05 avoirdupois ounces of water; cans of dimensions 401*206, a water capacity of 13.80 avoirdupois ounces of water; and cans of dimensions 603*408, a water capacity of 68.15 avoirdupois ounces of water.

(2) The methods referred to in paragraph (c)(1) of this section for determining the weight of the pressed cake and referred to in paragraph (a)(3)(i) of this section for determining the percent of free flakes and the percent of pieces that pass through a1/2-inch-mesh sieve are as follows:

(i) Have each of the 24 cans and contents at a temperature of 75 deg. F within +/-5 deg. F. Test each can in turn as follows:

(ii) Cut out the top of the can (code end), using a can opener that does not remove nor distort the double seam.

(iii) With the cut top held on the can contents, invert the can, and drain the free liquid by gentle finger pressure on the cut lid so that most of the free liquid drains from the can.

(iv) With the cut lid still in place, cut out the bottom of the can with the can opener, then turn the can upright and remove the cut can top (code end). Scrape off any adhering tuna particles into the tuna mass in the can.

(v) Place the proper size of press cylinder as provided in paragraph (c)(3)(i) of this section in a horizontal position on a table; then, using the cut bottom of the can as a pusher, gently force the can contents from the can into the cylinder so that the flat side of the can contents lies in contact with the bottom of the cylinder. Remove the bottom of the can that was used as the pusher and scrape any adhering particles from the can body and bottom of the can, and put them in the cylinder.

(vi) Place the cylinder plunger on top of the can contents in the cylinder. Remove the eyebolt and put the cylinder and plunger in position on the press (paragraph (c)(3)(iii) of this section).

(vii) Begin the operation of the press and as soon as liquid is observed coming from the cylinder start timing the operation. Apply pressure to the plunger slowly and at a uniform rate, so that a full minute is used to reach a pressure of 384 pounds per square inch of plunger face in contact with the can contents. Hold this pressure for 1 additional minute and then release the pressure and disengage the plunger from the press shaft. Tip the press cylinder so that any free liquid is drained out.

(viii) Remove press cylinder with plunger from the press, insert eyebolt in plunger and withdraw it from the cylinder. Loosen the pressed cake from the cylinder with a thin blade and remove the entire pressed cake as gently as possible, to keep the mass in a single cake during this operation. Place the pressed cake and any pieces that adhered to the plunger and cylinder in a tared receiving pan and determine the weight of the pressed material.

(ix) For cans larger than 401*206, cut out the top of the can and drain off free liquid from the can contents as in operations described in paragraphs (c)(2)(ii) and (iii) of this section. Determine the gross weight of the can and remaining contents. Using a tared core cutter as provided for in paragraph (c)(3)(ii) of this section, cut vertically a core of the drained material in the can. Determine the weight of the core. With a thin spatula transfer the core to the pressing cylinder for 401*206 cans. Determine the weight of the pressed cake as in the operations described in paragraphs (c)(2)(v) through (viii) of this section. Remove the remaining drained contents of the can, reserving the contents for the determination of free flakes (paragraph (c)(2)(xi) of this section), weigh the empty can, and calculate the weight of the total drained material. Calculate the weight of pressed cake on the entire can basis by multiplying the weight of the pressed cake of the core by the ratio of the weight of the drained contents of the can to the weight of the core before pressing.

(x) Repeat the determination of weight of pressed cake on the remainder of the 24 cans and determine the average weight of pressed cake for the purpose of paragraph (c)(1) of this section.

(xi) Determination of free flakes: If the optional form of tuna ingredient is solid pack, determine the percent of free flakes. Any flakes resulting from the operations described in this paragraph (c)(2)(xi) or in other parts of this paragraph are to be weighed as free flakes. Only fragments that were broken in the canning procedure are considered to be free flakes. If the can is of such size that its entire drained contents were pressed as described in paragraphs (c)(2)(i) to (viii) of this section, inclusive, examine the pressed cake carefully for free flakes. Using a spatula, scrape free flakes gently from the outside of the cake. Weigh the aggregate free flakes that were broken from the loin segments in the canning procedure and calculate their percentage of the total weight of

CFR - Code of Federal Regulations Title 21

pressed cake. If the can is of such size that a core was cut for pressing as described in paragraph (c)(2)(ix) of this section, make the examination for free flakes on a weighed portion of the drained material remaining after the core was removed. The weight of the portion examined should approximately equal the weight of the core before pressing. Calculate the weight of the free flakes that were broken from the loins in the canning procedure as a percentage of the weight of the portion examined.

(xii) Determination of particle size: If the optional form of tuna ingredient is chunks, flakes, or grated, the pressed cake resulting from the operations described in paragraphs (c)(2)(i) to (ix) of this section, inclusive, is gently separated by hand, care being taken to avoid breaking the pieces. The separated pieces are evenly distributed over the top sieve of the screen separation equipment described in paragraph (c)(3)(iv) of this section. Beginning with the top sieve, lift and drop each sieve by its open edge three times. Each time, the open edge of the sieve is lifted the full distance permitted by the device. Combine and weigh the material remaining on the three top sieves (11/2-inch, 1-inch,1/2-inch screens), and determine the combined percentage retention by weight in relation to the total weight of the pressed cake.

(3)(i) The press cylinder and plunger referred to in paragraph (c)(2) of this section are made of stainless steel. The press cylinders are made with a lip to facilitate drainage of the liquid. Plungers have a threaded center hole, about half as deep as the thickness of the plunger, for receiving a ringbolt to assist in removing the plunger from the press cylinder. Dimensions for press cylinders and plungers are as follows:

### For can size 211*109

Press cylinder:

Inside depth, approximately 33/4inches.

Inside diameter, 2.593 inches.

Wall thickness, approximately3/8inch.

Plunger:

Thickness, approximately 1 inch.

Diameter, 2.568 inches.

### For can size 307*113

Press cylinder:

Inside depth, approximately 4 inches.

Inside diameter, 3.344 inches.

Wall thickness, approximately3/8inch.

Plunger:

Thickness, approximately 11/4inches.

Diameter, 3.319 inches.

### For can size 401*206

Press cylinder:

Inside depth, approximately 41/8inches.

Inside diameter, 3.969 inches.

Wall thickness, approximately1/2inch.

Plunger:

Thickness, approximately 11/4inches.

Diameter, 3.944 inches.

For can sizes where the diameter is greater than 401, the core cutter described in paragraph (c)(3)(ii) of this section shall be used and the resulting core pressed in the press cylinder for can size 401*206. For can sizes differing from those specified in this paragraph (c)(3)(i), special press cylinders and plungers may be used. Special press less than the outside diameters, at the cylinders have inside diameters1/10-inch double seam, for the can sizes for which the cylinders are used; plunger diameters are 0.025-inch less than the inside diameters of the press cylinders.

(ii) The core cutter referred to in paragraph (c)(2) (ix) and (xi) of this section and paragraph (c)(3)(i) of this section is made from a previously sealed 300*407 can. The cover, including the top seam, is cut out. The edge is smoothed and sharpened. A small hole to permit passage of air is made in the bottom.

(iii) The hydraulic press referred to in paragraph (c)(2) (vi) to (x) of this section, inclusive, is made by so mounting a hydraulic jack, in a strong frame, that it will press horizontally against the center of the plunger in the press cylinder used. The frame is so braced that it does not change shape when pressure is applied. The gauge on the hydraulic jack is so calibrated that it will indicate, for the plunger being used, when the plunger is pressing against the contents of the press cylinder with a pressure of 384 pounds per square inch of plunger face.

(iv) The sieving device referred to in paragraph (c)(2)(xii) of this section consists of three sieves,

CFR - Code of Federal Regulations Title 21

each approximately 1 foot square, loosely mounted, one above the other, in a metal frame. The mesh in the top sieve complies with the specifications for 11/2-inch woven-wire cloth as prescribed in paragraph (a)(7) of this section. The meshes in the sieves below comply with similar specifications for 1-inch and1/2-inch woven-wire cloth as set forth in the same publication. The sides of each sieve are formed, in a raised rim, from3/4-inch *1/8-inch metal strap. The frame has tracks made of3/8-inch angle metal to support each sieve under each side. The tracks are so positioned as to permit each sieve a free vertical travel of 13/4inches.

(4) If canned tuna falls below the applicable standard of fill of container prescribed in paragraph (c)(1) of this section, the label shall bear the general statement of substandard fill provided in 130.14(b) of this chapter, in the manner and form therein specified.

[42 FR 14464, Mar. 15, 1977, as amended at 47 FR 11833, Mar. 19, 1982; 49 FR 10102, Mar. 19, 1984; 54 FR 24896, June 12, 1989; 55 FR 45797, Oct. 31, 1990; 56 FR 6263, Feb. 15, 1991; 58 FR 2884, Jan. 6, 1993; 61 FR 14480, Apr. 2, 1996; 63 FR 14035, Mar. 24, 1998; 66 FR 56035, Nov. 6, 2001]

Page Last Updated: 04/01/2011

Home | About FDA | Contact Us | A to Z Subject Index | Site Map | Web Site Policies | Transparency | FOIA | Accessibility | No FEAR Act

Combination Products | Advisory Committees | Science & Research | Regulatory Information | Safety | Emergency Preparedness | International Programs
News & Events | Training and Continuing Education | Inspections/Compliance | State & Local Officials | Consumers | Industry | Health Professionals