# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK HENDRICKS,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**STARKIST CO.,** *et al.*,<br><br>Defendant. | Case No.: 13-cv-729 YGR<br><br>**CASE MANAGEMENT ORDER; ORDER VACATING CASE MANAGEMENT CONFERENCE SET FOR MAY 19, 2014** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the docket in this matter in advance of the Case Management Conference scheduled for May 19, 2014, and sets the following pretrial dates. The Court has considered the parties' requests as stated in their Joint Case Management Statement (Dkt. No. 65) but notes that, in general, the proposed dates seek more time than the Court would normally afford in a case of this nature.

## CASE MANAGEMENT SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 3, 2014 at 2:00 p.m. |
| REFERRED TO **MANDATORY SETTLEMENT CONFERENCE** TO BE COMPLETED BY: | October 17, 2014 |
| JOINING PARTIES OR AMEND PLEADINGS: | Only by Court order. |
| NON-EXPERT DISCOVERY CUTOFF: | April 1, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 1, 2015<br>Rebuttal: June 1, 2015 |
| EXPERT DISCOVERY CUTOFF: | July 7, 2015 |
| CLASS CERTIFICATION MOTION TO BE FILED BY: | January 20, 2015 |
| OPPOSITION TO BE FILED BY: | March 3, 2015 |
| REPLY TO BE FILED BY: | March 31, 2015 |

Trial and further pre-trial dates will be set after the Court issues a decision on the class certification motion. The Case Management Conference currently set for Monday, May 19, 2014, is **VACATED**.

**IT IS SO ORDERED.**

**Date: May 14, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**