**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PATRICK HENDRICKS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STARKIST CO.,**<br><br>    Defendant. | Case No.: 13-CV-729 YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendant StarKist Co. ("StarKist") filed a Motion for Leave to File Motion for Reconsideration, pursuant to Civil Local Rule 7-9(b)(2). (Dkt. No. 74.)

The Court hereby **GRANTS** StarKist leave to file its Motion for Reconsideration of the Court's March 25, 2014 Order on Motion to Dismiss. Defendant shall file its motion no later than September 9, 2014. Opposition shall be filed no later than September 23, 2014. Reply, if any, shall be filed no later than September 30, 2014. Hearing is set for October 14, 2014, at 2:00 p.m.

This Order terminates Dkt. No. 74.

**IT IS SO ORDERED**.

Dated: September 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**