UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PATRICK HENDRICKS**,

    Plaintiff,

  v.

**STARKIST CO**,

    Defendant.

Case No. 13-cv-00729-YGR

**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; SETTING FURTHER ADR DEADLINE**

Re: Dkt. No. 87

Pursuant to the parties' stipulation (Dkt. No. 87) and good cause appearing, the Court hereby **ORDERS** that the November 3, 2014 Case Management Conference is **CONTINUED** to **January 12, 2015, at 2:00 p.m**.

The parties are further **ORDERED** to an additional settlement conference before Magistrate Judge Jacqueline Scott Corley to be completed no later than December 19, 2014. Counsel shall contact Magistrate Judge Corley's chambers regarding scheduling.

This terminates Docket No. 87.

**IT IS SO ORDERED.**

Dated:

                                          _____
                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT**

cc: Magistrate Judge Corley ; MagRef Email