**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
       ndeckant@bursor.com

*Attorneys for Plaintiff
And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 13-CV-00729 YGR<br><br>**DECLARATION OF PATRICK HENDRICKS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 21, 2015<br>Time: 2:00 p.m.<br>Courtroom 1, 4th Floor<br><br>Hon. Yvonne Gonzalez Rogers |

# DECLARATION OF PATRICK HENDRICKS

I, Patrick Hendricks, declare as follows:

1. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am the representative plaintiff in this class action. This Declaration is given in support of my request that the court certify this case as a class action, appoint me as a class representative, and appoint Bursor & Fisher, P.A. as class counsel.

3. I am a citizen of California and reside in Oakland, California.

4. I was deposed by Defendant's counsel on November 14, 2014. In response to questioning, I testified about the details of my purchases:

> Q. Tell us about those buying habits real quickly. About how much tuna in 2008, 2009 did you buy in a month, canned tuna?
>
> A. Probably a couple of cans a week, a couple of five-ounce cans a week.
>
> Q. Two five-ounce cans a week would be your best estimate?
>
> A. That's my best estimate.
>
> …
>
> Q. Did you buy any StarKist Tuna – have you bought any since this lawsuit, since you filed this lawsuit?
>
> A. No.

Hendricks Dep. at 31:15-22, 36:23-25, Deckant Decl. Ex. C.

5. I also testified regarding my damages in this action:

> Q. You might just read paragraph 14 to yourself, but my question to you is: What loss did you suffer as a result of your purchase of StarKist Tuna?
>
> A. I got cheated.
>
>     I was cheated.
>
> Q. What were you cheated out of?

DECLARATION OF PATRICK HENDRICKS                                                                                    1
CASE NO. 13-CV-00729-YGR

      A.     I was cheated out of a fair amount and adequate amount of tuna.

*Id.* at 91:22-92:8 (objections omitted).

    6.    Even before my counsel commissioned testing with the National Oceanic and Atmospheric Administration ("NOAA"), I had personally suspected that StarKist Tuna was underfilled and thus substantially underweight:

    Q.    When did you first have this concern about an inadequate amount of tuna in StarKist cans?

    A.    Well, I can't say exactly. It's not like my anniversary date or my wedding date, but at a point a few years ago, I began noticing that there was an inadequate amount of tuna than I had previously experienced when purchasing five-ounce cans of StarKist Tuna.

…

    Q.    All right. So when you say an inadequate amount of tuna, what – can you tell us, explain to us more what you mean by that?

    A.    Sure. Previously, several years ago when I purchased StarKist Tuna, I always had more than enough tuna to make more than one sandwich. I always had leftovers.

And a few years ago, it came to my attention that that wasn't the case anymore. I started noticing that there was an inadequate amount, there was less than enough tuna to have leftovers with.

…

    Q.    Now, when you were noticing that there wasn't enough tuna in a five-ounce can for you to make a sandwich and then have some leftovers, did you observe – was there any other indication to you that there was an inadequate amount of tuna in the can other than just the sandwich test, if you will?

    A.    Well, seemed like there was a lot of water in it.

…

    Q.    Were those previous experiences with the five-ounce can or six-ounce can or both?

DECLARATION OF PATRICK HENDRICKS
CASE NO. 13-CV-00729-YGR

2

|   |   |   |
|---|---|---|
| 1 | A. | Five-ounce can. |
| 2 | … | |
| 3 | Q. | So at one point in time is it correct you'd make your sandwich and you wouldn't use all the tuna in the can? |
| 4 | A. | That's correct. |
| 5 | Q. | And how much tuna would you have left over? |
| 6 | A. | I'd have enough left over for half to three-quarters of a tuna sandwich the next day. |
| 7 | Q. | And then you would make a half or a three-quarter sandwich the next day, was that your practice? |
| 8 | A. | That's correct. |
| 9 | Q. | And then at some point, you noted that you only had enough for one sandwich and were having no leftovers or maybe only leftovers for a quarter of another sandwich. What was that? |
| 10 | A. | Hardly any leftovers. |
| 11 | Q. | Hardly any leftovers. Can you quantify for us the difference in the tuna that was left over? |
| 12 | A. | The amount of tuna? |
| 13 | Q. | Yeah, right. |
| 14 | A. | There would be maybe – after I had prepared the tuna with the mayonnaise and the onions and the pickles, there would be maybe a teaspoon or two left over. |

*Id.* at 21:11-17, 22:25-23:10, 24:14-22, 26:2-4, 50:5-51:3 (objections omitted).

7.  It is for this reason that I stopped purchasing StarKist Tuna in favor of other brands:

Q. In 2010 when you stopped buying StarKist Tuna in the five-ounce can, did you stop buying canned tuna or did you switch to another brand?

A. I switched.

Q. And what did you switch to?

| | | |
|---|---|---|
| A. | | Trader Joe's. |
| … | | |
| Q. | | What size of can do you buy? |
| A. | | The same size, five-ounce. |
| Q. | | And how do you know it has more tuna in the can? |
| A. | | It's obvious from looking at it. |
| Q. | | So what is it – describe for us – |
| A. | | It's packed tightly, you can see that it's packed tightly and that there's a fair amount of tuna inside of it. |
| … | | |
| Q. | | Well, what was the reason that you stopped purchasing StarKist Tuna? |
| A. | | It finally got to the point where it was consistent – it was obvious that it was consistently less tuna than I had previously experienced.  There was consistently less tuna than I had previously experienced. |
| | | In addition to this, my wife, we began cohabitating, she started buying the groceries, she switched us to Trader Joe's tuna, albacore tuna.  It was more nutritional. |
| | | So on both counts, StarKist lost.  They lost my brand loyalty due to their practices of not putting the old amount of tuna in the can and they lost because my wife found a better tuna. |
| … | | |
| Q. | | Was there a point where you became convinced there was not enough tuna in a StarKist can? |
| A | | Yeah, I got tired of there not being enough tuna in the can as usual and I had just gotten married and my wife likes tuna a lot. |
| | | So it seemed like the right time to stop buying StarKist.  I didn't want to buy StarKist anymore because I felt like there wasn't enough tuna in it, I was being cheated, the wife preferred Trader Joe's tuna, so we just stopped buying StarKist. |

DECLARATION OF PATRICK HENDRICKS
CASE NO. 13-CV-00729-YGR

4

*Id.* at 62:14-19, 63:12-19, 78:5-19, 129:9-20 (objections omitted).

8. I also testified about my expectations with the product, and my understanding that StarKist warranted there would be an adequate amount of tuna for a 5 oz. can:

> Q. And what did that tell you, the can saying five ounces?
>
> A. That there's an adequate amount of tuna in the can.
>
> Q. Can you explain that to us? I mean what is it – let me back up, ask a different question.
>
> Did you understand – a statement of five ounces on the can, did you understand that meant there was five ounces of tuna in the can?
>
> A. No, I understand there's going to be some water and fill in it, of course, but if I can go back to my previous statement, there was always more than enough tuna for one sandwich.

*Id.* at 27:14-28:3 (objections omitted).

9. I also testified regarding fulfillment of my duties as a class representative:

> Q. Do you understand that you have certain duties or responsibilities as the named plaintiff in a putative class action such as this one?
>
> A. Yes, I understand that.
>
> Q. What is your understanding of those responsibilities?
>
> A. My understanding is to represent the people in this country and in this state who have been cheated by StarKist in receiving their fair amount or adequate amount of tuna in their purchases of StarKist Tuna, particularly the five-ounce cans.
>
> …
>
> Q. How much time, sir, to date, have you devoted to this lawsuit?
>
> A. Today?
>
> Q. To date.
>
> A. To date. A good 30 to 40 hours.

DECLARATION OF PATRICK HENDRICKS   5
CASE NO. 13-CV-00729-YGR

…

    Q.      What are you hoping to get out of this case?

    A.      I'm hoping to get out of this fair compensation for my time and energy.

            I'm hoping that my – the people that I'm representing get compensated for their losses of tuna, get fair compensation for their losses and I'm hoping that StarKist stops practicing deceptive practices.

*Id.* at 109:8-18, 111:5-9, 132:16-22.

     10.     I have consulted with my counsel from time to time to review, discuss, and determine the actions to be taken and decisions to be made in pursuit of this case on behalf of all class members. Based on these interactions and my relationship with my counsel, I believe my counsel has fairly and adequately represented the class and will continue to do so.

     11.     I understand that, as a class representative, I have an obligation to assert and protect the interests of other class members and not act just for my own personal benefit. I do not have any conflict with other class members. I will do my best to protect the interests of other class members and will fairly and adequately represent the class to the best of my ability.

     12.     It is my understanding that StarKist sold me the same products as it did all other class members who bought StarKist Tuna. I therefore request that the court certify a class of "All persons in the United States who purchased StarKist Tuna[1] packed before June 20, 2014" (the "Class"). It is also my understanding that StarKist sold me the same product as it did all other class members located in California. I therefore request, on behalf of myself that the court also certify a subclass of Class members who purchased StarKist Tuna in California.

---

[1] As used here and in Plaintiff's Class Action Complaint, the term "StarKist Tuna" is defined to mean StarKist Chunk Light Tuna in Water in a 5 oz. can, StarKist Solid White Albacore Tuna in Water in a 5 oz. can, StarKist Chunk Light Tuna in Vegetable Oil in a 5 oz. can, and StarKist Solid White Albacore Tuna in Vegetable Oil in a 5 oz. can. *See* Class Action Complaint ¶ 1 [Dkt. No. 1].

1 |     I declare under penalty of perjury under the laws of the United States and the State of
2 | California that the foregoing is true and correct. Executed on January <u>18</u> 2015 at Oakland,
3 | California.

*[signature]*

Patrick Hendricks