Robert B. Hawk (Bar No. 118054)
Sarah M. Jalali (Bar No. 244971)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
sarah.jalali@hoganlovells.com
stacy.hovan@hoganlovells.com

John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice)*
Amy J. Roy (admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412) 566-6000
Facsimile: (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 13-CV-00729-YGR<br><br>**DECLARATION OF ROBERT B. HAWK IN SUPPORT OF DEFENDANT STARKIST CO.'S OPPOSITION TO MOTION FOR LEAVE TO INTERVENE**<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Date: April 21, 2015<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor |

I, Robert B. Hawk, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Hogan Lovells US LLP, counsel for Defendant StarKist Co. ("StarKist") in this action. I have personal knowledge of the facts set forth below and could competently testify as follows.

2. Bursor & Fisher, counsel for Plaintiff Patrick Hendricks in this action, and counsel for Putative Interveners Laury Smith, Ben Hall, Brian Andacky, and Joseph Vallillo, sent six demand letters on behalf of Bursor & Fisher clients to StarKist in January 2013.

3. Attached as Exhibit A is a true and correct copy of a January 9, 2013 demand letter sent by counsel at Bursor & Fisher to StarKist on Patrick Hendrick's behalf.

4. Attached as Exhibit B is a true and correct copy of a January 9, 2013 demand letter sent by counsel at Bursor & Fisher to StarKist on Joseph Vallillo's behalf.

5. The parties filed a Joint Case Management Statement on May 12, 2014 (Dkt. 65) ("Statement").

6. Prior to filing the Statement, counsel for the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f), including about the contents of the Statement; I participated in those discussions. Plaintiff's counsel never indicated during the meet and confer discussions any possibility that they would be asking to amend the complaint to add additional plaintiffs or claims, or seek to intervene with additional claims and plaintiffs.

7. Attached as Exhibit C is a true and correct copy of a May 29, 2014 demand letter sent by counsel at Bursor & Fisher to StarKist on Laury Smith's behalf.

8. After receiving Exhibit C, on June 3, 2014, I spoke by phone with Plaintiff's counsel Timothy Fisher of Bursor & Fisher. I asked Mr. Fisher what his plans were as to Ms. Smith or other potential plaintiffs. Mr. Fisher declined to substantively answer the question. Rather, he indicated that Plaintiff's counsel had not decided what if anything would be done with respect to Ms. Smith or any of the other additional individuals whose names his firm had mentioned in the various demand letters.

9. StarKist and its counsel were unaware of any intent by Plaintiff's counsel to add plaintiffs until Putative Interveners filed their Motion for Leave to Intervene (Dkt. No. 96) and a proposed Complaint in Intervention (Dkt. No. 96-1) on January 20, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February, 2015 in Menlo Park, California.

                                      */s/ Robert B. Hawk*
                                        Robert B. Hawk