# EXHIBIT B

# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE  
NEW YORK, NY 10019  
www.bursor.com

SCOTT BURSOR  
Tel: 212.989.9113  
Fax: 212.989.9163  
scott@bursor.com

January 9, 2013

*Via Certified Mail – Return Receipt Requested*

StarKist Co.  
225 N. Shore Dr., Ste. 400  
Pittsburgh, PA  15212

Re:   Demand Letter Pursuant to Fla. Stat. § 672.607

To Whom It May Concern:

    This letter serves as a preliminary notice and demand for corrective action by StarKist Co. ("StarKist") pursuant to the provisions of Fla. Stat. § 672.607, on behalf of our client, Joseph Vallillo, and a class of all similarly situated purchasers of StarKist Chunk Light Tuna in Water (the "Class").



    Our client purchased one or more 5-ounce cans of StarKist Chunk Light Tuna in Water, which were underfilled and thus substantially underweight.  Independent testing by a laboratory retained by our firm determined that 5-ounce cans of StarKist Chunk Light Tuna in Water contain an average of only 2.35 ounces of pressed cake tuna when measured precisely according to the methods specified by 21 C.F.R. § 161.190(c).  This is 17.3% below the federally mandated minimum standard of fill for these 5-ounce cans.  *See* 21 C.F.R. § 161.190(c)(2)(i)-(xii).  StarKist is cheating purchasers by providing 17.3% less tuna than purchasers are paying for.

    StarKist expressly represented to Mr. Vallillo that its Chunk Light Tuna in Water contained an adequate amount of tuna for a 5-ounce can.  StarKist breached that express warranty by systematically underfilling and selling short-weighted cans of tuna.  *See* Fla. Stat. § 672.313.

    On behalf of our client and the Class, we hereby demand that StarKist immediately (1) cease and desist from continuing to underfill and sell short-weighted cans of tuna; (2) issue

an immediate recall of these underfilled, short-weighted cans; and (3) make full restitution to all purchasers of StarKist tuna of all purchase money obtained from sales thereof.

We also demand that StarKist preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the packaging, canning, and manufacturing process for StarKist Chunk Light Tuna in Water;

2. All documents concerning the measurements of the quantity of tuna in StarKist Chunk Light Tuna in Water;

3. All standard of fill tests conducted on StarKist Chunk Light Tuna in Water;

4. All documents concerning the pricing, advertising, marketing, and/or sale of StarKist Chunk Light Tuna in Water;

5. All communications with customers concerning complaints or comments concerning the underfilling, short-weighting, or otherwise referencing the quantity of tuna in StarKist Chunk Light Tuna in Water.

If StarKist contends that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter. If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Very truly yours,

*[signature]*

Scott A. Bursor
scott@bursor.com