Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy J. Roy (admitted *pro hac vice*)
Louis A. DePaul (admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:   (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No.  4:13-cv-00729-HSG<br><br>**DECLARATION OF AMY J. ROY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date:       April 16, 2015<br>Time:       2:00 p.m.<br>Courtroom: 15, 18th Floor |

I, Amy J. Roy, declare and state as follows:

1.      I am an attorney admitted to practice *pro hac vice* before this Court.  I am a partner at the law firm of Eckert Seamans Cherin & Mellott, LLC, counsel of record for Defendant StarKist Co. ("StarKist").  I make this declaration of my own personal knowledge, and could and would testify to the following if called upon to do so.

2.      I produced to Plaintiff's counsel multiple Excel files containing StarKist press weight testing data for the challenged products (StarKist 5 oz. Chunk Light Tuna in Water, Chuck Light Tuna in Oil, Solid White Tuna in Water, and Solid White Tuna in Oil) covering February 2009 through August 2014.  These productions were made on October 24, 2014, October 31, 2014, and November 17, 2014 as Bates numbers StarKist 0008982; StarKist 0013543-0013560, and StarKist 0014056.  (I do note that as part of its production of other documents, StarKist has produced press weight data for more limited time periods.)

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania, on March 2, 2015.

Amy J. Roy