1   Robert B. Hawk (Bar No. 118054)
    J. Christopher Mitchell (Bar No. 215639)
2   Stacy R. Hovan (Bar No. 271485)
    HOGAN LOVELLS US LLP
3   4085 Campbell Avenue, Suite 100
    Menlo Park, CA  94025
4   Telephone:  (650) 463-4000
    Facsimile:   (650) 463-4199
5   robert.hawk@hoganlovells.com
    chris.mitchell@hoganlovells.com
6   stacy.hovan@hoganlovells.com

7   John E. Hall (admitted *pro hac vice*)
    Gregg D. Michael (admitted *pro hac vice*)
8   Amy J. Roy (admitted *pro hac vice*)
    Louis A. DePaul (admitted *pro hac vice*)
9   ECKERT SEAMANS CHERIN & MELLOTT, LLC
    U.S. Steel Tower
10  600 Grant Street, 44th Floor
    Pittsburgh, PA  15219
11  Telephone:  (412) 566-6000
    Facsimile:   (412) 566-6099
12  jhall@eckertseamans.com
    gmichael@eckertseamans.com
13  aroy@eckertseamans.com
    ldepaul@eckertseamans.com
14
    Attorneys for Defendant
15  STARKIST CO.

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21  PATRICK HENDRICKS, individually and          Case No.  4:13-cv-00729-HSG
    on behalf of all others similarly situated,
22                                               **DECLARATION OF AARON MAXFIELD**
                   Plaintiff,                    **IN OPPOSITION TO PLAINTIFF'S**
23                                               **MOTION FOR CLASS CERTIFICATION**
    v.
24                                               Hon. Haywood S. Gilliam, Jr.
    STARKIST CO.,
25                                               Date:            April 16, 2015
                   Defendant.                    Time:            2:00 p.m.
26                                               Courtroom:  15, 18th Floor

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SILICON VALLEY
                                                 MAXFIELD DECL. IN OPP. TO CLASS CERT.
                                                 CASE NO. 4:13-CV-00729-HSG

1

I, Aaron Maxfield, declare and state as follows:

2

1.     I make this declaration based on my own personal knowledge.

3

2.     I worked for StarKist Co. ("StarKist" or "Company") and its predecessors, from

4

July 2002 to June 2012.  During that entire time, I had various positions within the quality

5

assurance department.  In April 2009, I was promoted to the Director, Quality Assurance for

6

StarKist.  I was employed as the Director, Quality Assurance until I left the Company in June

7

2012.  I have also been engaged as a consulting expert on quality assurance issues for StarKist's

8

counsel in connection with this litigation.

9

3.     One of my responsibilities as the Director of Quality Assurance was monitoring

10

StarKist's efforts to comply with the FDA press weight standard—21 C.F.R. § 161.190(c) (the

11

"Regulation").

12

4.     StarKist's efforts to comply with the Regulation were shared among several areas

13

of the Company, including Research & Development and the engineering and operations

14

functions at the StarKist American Samoa canning plant (the "Samoa Plant").

15

5.     I understand Plaintiff's claims in the lawsuit concern five-ounce tuna cans of

16

StarKist's Chunk Light in Water and Oil and Solid Albacore in Water and Oil manufactured from

17

2009 through mid-2014 ("Challenged Products").  The Samoa Plant canned the great majority of

18

the Challenged Products.

19

6.     StarKist changed from six-ounce to five-ounce cans in 2008.

20

**Tuna Canning Process**

21

7.     Tuna is typically delivered to the Samoa Plant by either a fishing vessel and/or a

22

freezer vessel.[1]

23

8.     A fishing vessel catches tuna far offshore from the Samoa Plant, then the boat

24

captain freezes the tuna contained on the fishing vessel and transports the tuna to the Samoa

25

Plant.

26

27

28

---

[1] StarKist at times purchased refrigerated shipping containers of tuna and/or pre-cooked tuna loins that were loaded at a different port and then delivered to the Samoa Plant.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

9.      In the case of a freezer vessel, several fishing vessels will unload tuna into a freezer vessel located near the area where the fishing vessels are fishing for tuna.  The tuna contained in the freezer vessel is frozen and, when the freezer vessel is full, the boat captain delivers the tuna to the Samoa Plant.

10.      The boat captain docks the fishing and/or freezer vessel at the Samoa Plant's dock.

11.      At this time, StarKist's Quality Assurance personnel conduct various tests on the tuna.

12.      In particular, in order to evaluate the tuna's quality, StarKist inspects the tuna for temperature, salt percentage, Mushy Tuna Syndrome, histamine, organoleptic evaluation (odors of decomposition, fuel odors, ammonia, discoloration), and physical condition (honeycomb, physical contaminants {glass, metal, wood}, excessive bruising, or smashed fish) (the "Initial Quality Check").

13.      After the tuna passes the Initial Quality Check, StarKist separates the tuna by size, thaws the tuna, injects the tuna with a marinade, pre-cooks the tuna, and then removes the skin and bones.

14.      Each of the Samoa Plant canning lines has a fish filling machine that regulates how much tuna is packed into each individual can.  Filling machines place a specified amount of tuna (by weight measure) into each can.

15.      The amount of tuna that is packed into each can by the filling machine is referred to as "fish fill."

16.      StarKist maintains individual fish fill targets for the various types of tuna, pack styles, and can sizes.

17.      Before each production run, a StarKist employee from the Samoa Plant's quality assurance department conducts a fish fill test to verify that the fish filling machine is packing the correct amount of fish fill in the can.

18.      To set up the fish filling machine, a quality assurance fill weight technician runs several cans through the fish filler at normal operating speeds while all of the other ingredient/media fillers are turned off.  Thus, only tuna is filled in the can during this process.

19.     The cans are then individually weighed.  Depending on these measured weights, the filler is adjusted up or down.  The fill weight technician repeats this process until the requisite amount of tuna (fish fill) in cans is achieved.

20.     The production run then begins.  The fish filling machine fills the can with the requisite amount of tuna, the can of tuna then moves down the production line, and additional filling machines add packing liquid, such as broth, water, and/or oil, to the tuna to keep it moist and to prevent scorching during the thermal retort process.

21.     Fish fill, packing liquid fill weights, and net weights are monitored at a scheduled frequency.  Quality assurance fill weight technicians are charged with monitoring and making any necessary adjustments to the individual weights during the product run.

22.     After the cans are filled, the tuna can is vacuum sealed and a permanent can code is printed onto each can of tuna.  The can code identifies the plant, product, date packed, batch, container type/size, fish origin, and pack time.

23.     During the thermal process, StarKist cooks the sealed cans pursuant to the scheduled process approved by the Food and Drug Administration ("FDA"), typically at temperatures in excess of 236°F, so the tuna is commercially sterile.  The thermal process cooks the tuna so that tuna is ready to eat out of the can.

24.     Following the thermal process, StarKist conducts quality assurance tests on samples of each finished product.  These tests inspect for the tuna's color, odor, flavor, texture, flake composition, and chunk integrity.

25.     The tuna cans then go to the labeling line, a label is placed on the cans, and the cans are cased and then placed into containers for shipment.

26.     Employees at the Samoa Plant transport the tuna products to the dock on an hourly basis.

27.     Shipments typically leave Samoa Plant's dock every two weeks, and then it takes approximately two weeks in transit from Samoa to the mainland United States.  StarKist transports the tuna to a company distribution facility where it is held for distribution throughout the country.

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SILICON VALLEY

MAXFIELD DECL. IN OPP. TO CLASS CERT.
CASE NO. 4:13-CV-00729-HSG

4

**Press Weight**

28.    StarKist utilizes several methods to measure and monitor the amount of tuna in the can, including the fish fill, the net weight of the can of tuna once it is sealed, the drain weight of the tuna after a can is opened and packing liquid is drained off—and the press weight measure set forth in 21 C.F.R. § 161.190(c) (the "Regulation").

29.    The United States is the only country in the world that utilizes press weight, and the tuna industry is the only food industry in the United States that utilizes press weight. Other food industries typically rely upon net weight and/or drain weight of canned products.

30.    To conduct the press weight tests, a quality assurance technician at the Samoa Plant historically would pull a specified number of random samples several times per day from the production lines for each product being produced.  Starting in 2012, the quality assurance technician at the Samoa Plant would pull random samples of each type of product from each production line every two (2) hours.  StarKist's processes for conducting these press weight tests were documented in detailed written Quality Assurance procedures for selecting samples to be tested, the actual testing process, the recoding and reporting of results.

31.    Quality assurance technicians, trained to conduct the press weight tests in accordance with StarKist's written quality assurance press weight testing policies, would then use StarKist's on-site (in Samoa) press weight testing machine to open the sealed cans of tuna, transfer the contents into the press weight testing machinery, put the contents under the pressures prescribed by the Regulation, and then weigh the pressed tuna puck—all in accordance with StarKist written policies that were based on guidance provided in the Regulation.

32.    StarKist maintains press weight test result data in an Excel format.

33.    The press weight test result data varies in format and by product across the five years at issue but as a general matter includes:  (1) can code; (2) press weight test result; (3) press average; and (4) applicable StarKist press standard.  Additional data points are included for some products in some time periods, including fish fill target data.

34.    I have spoken to StarKist's expert Dr. Bruce Strombom and answered questions about the press weight procedures at StarKist.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SILICON VALLEY

MAXFIELD DECL. IN OPP. TO CLASS CERT.
CASE NO. 4:13-CV-00729-HSG

35.     A press weight machine costs in the neighborhood of $30,000.  Initially developed several decades ago, machines were specifically made for the U.S. tuna industry.

36.     At StarKist, we did our best to understand and comply with the press weight testing protocol set out in the Regulation.  In the tuna industry, however, the press weight test has a reputation for being difficult to administer properly, making it difficult and sometimes impossible to obtain reliable or consistent results.

37.     Historically, the canning industry (including the tuna industry) packaged product in a three-piece can that contained a top lid, a bottom lid, and a can ring.  Over the past three decades, the canning industry (including the tuna industry and StarKist) largely converted to a safer and more environmentally-friendly two-piece can, which consists of a molded can body and top lid.  This industry change rendered the test procedure impossible to perform as written in the Regulation—which occurred without any guidance forthcoming from the FDA.

38.     The Regulation also does not set forth the specific press weight value for today's retail-sized cans (in particular, the 5-ounce can).  Rather, the Regulation specifies a formula based on a water capacity test to determine the press compliance value specific to the each can size and design.  The water capacity test, and the derived press weight value, may differ across cans because of ordinary variations in can seam height, lid design, and can bottom profiles.

39.     In addition, the press weight test is subject to scaling error.  Certain industry can size changes have involved reducing the can height, leaving the can diameter unchanged. Because the specified pressure for the press weight test is constant, the pressure per unit volume of product has effectively increased over what is called for in the Regulation, including for the Challenged Products.

40.     Over time, StarKist began to produce more tuna packed in water and broth, rather than tuna packed in oil.  Because tuna packed in water has a drier texture than tuna packed in oil, StarKist shifted toward filling its cans with more tender tuna to satisfy consumer preferences. The tender tuna tends to retain less water than dry tuna, resulting in lower press weight values (despite putting the same amount of tuna in each can).

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SILICON VALLEY

MAXFIELD DECL. IN OPP. TO CLASS CERT.
CASE NO. 4:13-CV-00729-HSG

6

1    41.    Other factors affect the press weight testing process that result in measureable

2    amounts of tuna being lost during the testing.  For example, the Regulation requires a gap of

3    0.025" between the piston and cylinder of a press weight machine.  This precise gap is impossible

4    to maintain.  Wear and tear resulting from repeated use of the machine increase the gap size,

5    causing more tuna to be lost during pressing (and lower press weight values).

6                                **Product Testing**

7    42.    Attached to this declaration as Exhibit 1 are documents reflecting the results of

8    certain tests performed by the National Oceanic and Atmospheric Administration in 2010 at the

9    request of District Attorneys for three California counties.

10    43.    StarKist can codes that include the letters CAW refer to Chunk White Albacore in

11    Water.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SILICON VALLEY

MAXFIELD DECL. IN OPP. TO CLASS CERT.
CASE NO. 4:13-CV-00729-HSG

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3        Executed this 19 day of February 2015 in Meadville, Pennsylvania.

Aaron Maxfield

MAXFIELD DECL. IN OPP. TO CLASS CERT.
CASE NO. 4:13-CV-00729-HSG

# EXHIBIT 1

StarKist

Confidential Subject to Amended Stipulated Protective Order

StarKist0003655

| PACKER NAME IF KNOWN: | BRAND NAME / LABEL: | | FORM: | COLOR: | | | DATE OF PRESS: | | | | | | | | Lot 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STAR KIST | | SOLID | WHITE | | | | | | | | | | | |
| COUNTRY OF ORIGIN: | # OF SAMPLE CANS: | | LABELED NET WT OF CAN: | CAN SIZE IF KNOWN | | | | | | CAN TARE | | | | | |
| USA | 24 | | 5 OZ. | 307 x 105 | | | 4/14/2010 | | | Tare=1.02 | | | | | |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 6.03 | 5.84 | 6.20 | 6.02 | 6.10 | 5.99 | 5.99 | 6.03 | 6.12 | 5.97 | 6.10 | 6.07 | 6.09 | 6.29 | 6.18 | 6.15 | 6.00 | 6.25 | 6.07 | 6.05 | 7.16 | 6.06 | 6.05 | 6.10 | 6.12 |
| NET WEIGHT OZ. | 5.01 | 4.82 | 5.18 | 5.00 | 5.08 | 4.97 | 4.97 | 5.01 | 5.10 | 4.95 | 5.08 | 5.05 | 5.07 | 5.27 | 5.16 | 5.13 | 4.98 | 5.23 | 5.05 | 5.03 | 6.14 | 5.04 | 5.03 | 5.08 | 5.10 |
| DRAINED WEIGHT OZ. | 4.67 | 4.67 | 4.84 | 3.98 | 4.42 | 4.32 | 4.46 | 4.84 | 4.75 | 4.61 | 4.73 | 4.40 | 4.39 | 4.70 | 4.81 | 4.32 | 4.39 | 4.79 | 4.44 | 4.36 | 4.97 | 4.52 | 4.80 | 4.64 | 4.58 |
| PRESSED WEIGHT OZ. | 3.47 | 3.25 | 3.70 | 3.00 | 3.10 | 2.75 | 3.42 | 3.84 | 2.98 | 3.23 | 3.08 | 2.93 | 3.00 | 2.78 | 3.26 | 3.01 | 3.18 | 3.70 | 3.03 | 2.95 | 3.18 | 3.10 | 3.36 | 3.28 | 3.19 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 | 3.23 |
| % STANDARD FOR PRESS WT. | 107.4% | 100.6% | 114.6% | 92.9% | 96.0% | 85.1% | 105.9% | 118.9% | 92.3% | 100.0% | 95.4% | 90.7% | 92.9% | 86.1% | 100.9% | 93.2% | 98.5% | 114.6% | 93.8% | 91.3% | 98.5% | 96.0% | 104.0% | 101.5% | 98.8% |

REMARKS:
packed in water Origin not noted

| INSPECTOR NAME & #: Robert McNeill 4458 | TEMP. OF CANS: ~ 72 °F | | PRESS WEIGHT STANDARD: 3.23 OZ. | | AVERAGE MEETS STANDARD FOR PRESS? YES/NO   NO |
|---|---|---|---|---|---|

| | |
|---|---|
| CAN CODE SAMPLE 1 | 9 236 sm gb slwh5 use by 08 24 2012 |
| CAN CODE SAMPLE 2 | 8 235 sm gc sawh5 use by 08 22 2011 |
| CAN CODE SAMPLE 3 | 9 177 sm fc slwh5 use by 06 26 2012 |
| CAN CODE SAMPLE 4 | 9 244 sm gh sawh5 use by 09 01 2013 |
| CAN CODE SAMPLE 5 | 9 252 sm fa sawh5 use by 09 09 2012 |
| CAN CODE SAMPLE 6 | 9 036 sm gf sawh5 use by 02 05 2012 |
| CAN CODE SAMPLE 7 | 8 168 sm gj sawh5 use by 06 16 2011 |
| CAN CODE SAMPLE 8 | 9 218 sm gj slwh5 use by 08 06 2012 |
| CAN CODE SAMPLE 9 | 9 126 sm gc sawh5 use by 05 06 2012 |
| CAN CODE SAMPLE 10 | 9 036 sm ge sawh5 use by 02 05 2012 |
| CAN CODE SAMPLE 11 | 8 308 sm gf sawh5 use by 11 03 3011 |
| CAN CODE SAMPLE 12 | 9 029 sm ge sawh5 use by 01 29 2012 |
| CAN CODE SAMPLE 13 | 8 142 sm gc sawh5 use by 0521 2011 |
| CAN CODE SAMPLE 14 | 9 352 sm gj sawh5 use by 12 17 2011 |
| CAN CODE SAMPLE 15 | 9 243 sm fa sawh5 use by 08 31 2012 |
| CAN CODE SAMPLE 16 | 9 036 sm ga sawh5 use by 02 0502012 |
| CAN CODE SAMPLE 17 | 9 211 sm ga slwh5 use by 07 30 2012 |
| CAN CODE SAMPLE 18 | 9 244 sm ff sawh5 use by 09 01 2012 |
| CAN CODE SAMPLE 19 | 9 229 sm ge slwh5 use by 08 17 2012 |
| CAN CODE SAMPLE 20 | 9 148 sm fh sawh5 use by 05 28 2012 |
| CAN CODE SAMPLE 21 | 7 258 sm fg sawh5 use by 09 15 2010 |
| CAN CODE SAMPLE 22 | 9 203 sm fa slwh1 use by 07 22 2012 |
| CAN CODE SAMPLE 23 | 9 244 sm gg slwh5 use by 09 01 2012 |
| CAN CODE SAMPLE 24 | 9 148 sm fc sawh5 use by 05 28 2012 |

PAGE 1 of 1

Confidential Subject to Amended Stipulated Protective Order

StarKist0003656

| PACKER NAME IF KNOWN: | BRAND NAME / LABEL: | | FORM: | COLOR: | | DATE OF PRESS: | | lot 15 |
|---|---|---|---|---|---|---|---|---|
| | STAR KIST | | CHUNK | LIGHT | | 4/15-16/2010 | | |
| COUNTRY OF ORIGIN: | # OF SAMPLE CANS | | | LIGHT | | CAN TARE WT: | | |
| USA | 27 | | | | | 1.02 | | |
| | | | | CAN SIZE IF KNOWN | | | | |
| | | | | 307 X 105 | | | | |
| | LABELED NET WT OF CAN: | | | | | | | |
| | 5 OZ. | | | | | | | |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 6.14 | 6.16 | 6.14 | 5.99 | 6.11 | 6.28 | 6.22 | 6.03 | 6.03 | 6.05 | 6.27 | 5.99 | 5.99 | 6.15 | 6.18 | 5.88 | 6.10 | 6.19 | 6.18 | 5.96 | 6.07 | 6.00 | 6.04 | 6.25 | 6.19 | 6.09 | 6.02 | 6.10 |
| NET WEIGHT OZ. | 5.12 | 5.14 | 5.12 | 4.97 | 5.09 | 5.26 | 5.20 | 5.01 | 5.01 | 5.03 | 5.25 | 4.97 | 4.97 | 5.13 | 5.16 | 4.86 | 5.08 | 5.17 | 5.16 | 4.94 | 5.05 | 4.98 | 5.02 | 5.23 | 5.17 | 5.07 | 5.00 | 5.08 |
| DRAINED WEIGHT OZ. | 4.45 | 4.27 | 4.61 | 4.37 | 4.87 | 4.63 | 4.64 | 4.44 | 4.57 | 4.61 | 4.48 | 4.52 | 4.52 | 4.71 | 4.64 | 4.26 | 4.61 | 4.79 | 4.38 | 4.07 | 4.14 | 4.07 | 4.09 | 4.41 | 4.51 | 4.08 | 4.46 | 4.45 |
| PRESSED WEIGHT OZ. | 2.78 | 2.75 | 3.21 | 2.85 | 3.58 | 3.17 | 3.12 | 2.61 | 2.97 | 3.29 | 2.75 | 3.21 | 2.60 | 3.05 | 2.82 | 2.72 | 3.06 | 2.92 | 3.31 | 2.83 | 2.74 | 2.91 | 2.41 | 2.58 | 2.49 | 2.70 | 2.80 | 2.90 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 |
| % STANDARD FOR PRESS WT. | 97.8% | 96.8% | 113.0% | 100.4% | 126.1% | 111.6% | 109.9% | 91.9% | 104.6% | 115.8% | 96.8% | 113.0% | 91.5% | 107.4% | 99.3% | 95.8% | 107.7% | 102.8% | 116.5% | 99.6% | 96.6% | 102.6% | 84.9% | 90.8% | 87.7% | 85.1% | 98.6% | 102.0% |

REMARKS:
packed in water,  Origin not noted = USA
Product mainly SJ

| INSPECTOR NAME & #: | TEMP. OF CANS: | PRESS WEIGHT STANDARD: |
|---|---|---|
| Robert McNeill | approx 72°F | 2.84 oz |
| _(signature)_ | | |

AVERAGE MEETS STANDARD FOR PRESS? YES/NO    YES

CAN CODE SAMPLE 1   9 118 sm de cjwh6 use by 04 28 2012
CAN CODE SAMPLE 2   8 199 sm dh cjwh6 use by 07 17 2011
CAN CODE SAMPLE 3   9 233 sm bi cjwh6 use by 08 21 2012
CAN CODE SAMPLE 4   9 236 sm ci cjwh6 use by 08 24 2012
CAN CODE SAMPLE 5   9 191 sm ad cjwh6 use by 07 10 2012
CAN CODE SAMPLE 6   9 222 sm ac cjwh6 use by 08 10 2012
CAN CODE SAMPLE 7   9 134 sm cd cjwh6 use by 05 14 2012
CAN CODE SAMPLE 8   9 238 sm bi cjwh6 use by 08 26 2012
CAN CODE SAMPLE 9   9 131 sm ab cjwh6 use by 05 11 2012
CAN CODE SAMPLE 10   9 327 sm ae cjwh6 use by 11 22 2011
CAN CODE SAMPLE 11   9 154 sm dh cjwh6 use by 06 03 2012
CAN CODE SAMPLE 12   9 212 sm ab cjwh6 use by 07 31 2012
CAN CODE SAMPLE 13   9 133 sm cj cjwh6 use by 05 13 2012
CAN CODE SAMPLE 14   9 233 sm ai cjwh6 use by 08 21 2012
CAN CODE SAMPLE 15   9 035 sm bf cjwh6 use by 02 04 2012
CAN CODE SAMPLE 16   8 232 sm al cjwh6 use by 08 19 2011
CAN CODE SAMPLE 17   9 195 sm ai cjwhs use by 07 14 2012
CAN CODE SAMPLE 18   9 007 sm cg cjwh6 use by 01 07 2012
CAN CODE SAMPLE 19   9 230 sm ai cjwh6 use by 08 18 2012
CAN CODE SAMPLE 20   8 219 sm di cjwh6 use by 08 06 2011
CAN CODE SAMPLE 21   9 131 sm cc cjwh6 use by 05 11 2012
CAN CODE SAMPLE 22   9 138 sm bb cjwh6 use by 07 17 2012
CAN CODE SAMPLE 23   9 131 sm af cjwh6 use by 05 11 2012
CAN CODE SAMPLE 24   9 131 sm cb cjwh6 use by 05 11 2012
CAN CODE SAMPLE 25   9 043 sm ci cjwh6 use by 02 12 2012
CAN CODE SAMPLE 26   9 236 sm ci cjwh6 use by 08 24 2012
CAN CODE SAMPLE 27   9 253 sm ac cjwh6 use by 09 10 2012

PAGE 1 of 1

| PACKER NAME IF KNOWN | BRAND NAME / LABEL | FORM: CHUNK | COLOR: LIGHT | DATE OF PRESS: 4/19/2010 |
|---|---|---|---|---|
| DIST BY STARKIST | STARKIST | | | |
| COUNTRY OF ORIGIN | # OF SAMPLE CANS: 28 | LABELED NET WT OF CAN: 5 OZ | CAN SIZE IF KNOWN: 307 X 105 | CAN TARE WT: 1.03 oz |
| NOT NOTED | | | | Lot 18 |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ | 6.12 | 6.14 | 5.92 | 6.29 | 6.08 | 6.26 | 6.12 | 6.01 | 6.08 | 6.17 | 6.03 | 6.11 | 6.03 | 6.06 | 6.09 | 6.16 | 6.12 | 5.95 | 6.12 | 6.03 | 6.20 | 6.02 | 7.23 | 6.15 | 6.21 | 8.07 | 6.06 | 6.02 | 6.14 |
| NET WEIGHT OZ | 5.09 | 5.11 | 4.89 | 5.26 | 5.05 | 5.23 | 5.09 | 4.98 | 5.05 | 5.14 | 5.00 | 5.08 | 5.00 | 5.03 | 5.06 | 5.13 | 5.09 | 4.92 | 5.09 | 5.00 | 5.17 | 4.99 | 6.20 | 5.12 | 5.18 | 5.04 | 5.03 | 4.99 | 4.93 |
| DRAINED WEIGHT OZ | 4.50 | 4.81 | 4.55 | 5.03 | 4.81 | 4.97 | 4.55 | 4.55 | 4.62 | 4.82 | 4.19 | 4.48 | 4.22 | 4.73 | 4.37 | 4.48 | 4.60 | 4.31 | 4.42 | 4.40 | 4.86 | 4.51 | 5.00 | 4.71 | 4.87 | 4.30 | 4.51 | 4.62 | 4.60 |
| PRESSED WEIGHT OZ | 2.74 | 3.16 | 3.22 | 3.89 | 3.43 | 3.08 | 2.68 | 2.64 | 3.12 | 2.78 | 2.68 | 2.90 | 2.40 | 2.82 | 2.60 | 2.90 | 2.83 | 2.25 | 2.97 | 2.31 | 3.33 | 2.83 | 2.67 | 3.35 | 3.27 | 2.53 | 2.25 | 2.76 | 2.87 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 |
| % STANDARD FOR PRESS WT. | 96.5% | 111.3% | 113.4% | 137.0% | 120.8% | 108.5% | 94.4% | 93.0% | 109.9% | 97.9% | 94.4% | 102.1% | 84.5% | 99.3% | 91.5% | 102.1% | 99.6% | 79.2% | 104.6% | 81.3% | 117.3% | 99.6% | 94.0% | 118.0% | 115.1% | 89.1% | 79.2% | 97.2% | 101.1% |

REMARKS:
packed in vegetable oil
origin not noted

INSPECTOR NAME & #: ALICIA DAVIS

TEMP. OF CANS: approx. 72 °F

PRESS WEIGHT STANDARD: 2.84 OZ

AVERAGE MEETS STANDARD FOR PRESS? YES/NO: YES

CAN CODE SAMPLE 1   9076 SMCJCJOH6 00:57 USE BY 3/16/12
CAN CODE SAMPLE 2   8190 SMCECJOH6 14:35 USE BY 7/8/11
CAN CODE SAMPLE 3   9208 SMCJCJOH6 22:46 USE BY 7/27/12
CAN CODE SAMPLE 4   8277 SMCCCJOH6 11:50 USE BY 10/3/11
CAN CODE SAMPLE 5   9194 SMCDCJOH6 12:49 USE BY 7/13/12
CAN CODE SAMPLE 6   9162 SMCGCJOH6 18:31 USE BY 6/11/12
CAN CODE SAMPLE 7   8114 SMCJCJOH6 1:37 USE BY 4/24/12
CAN CODE SAMPLE 8   8327 SMCHCJOH6 20:07 USE BY 11/22/11
CAN CODE SAMPLE 9   8202 SMCGCJOH6 19:34 USE BY 7/21/12
CAN CODE SAMPLE 10   9141 SMCCCJOH6 18:06 USE BY 3/21/12
CAN CODE SAMPLE 11   9089 SMCECJOH6 14:46 USE BY 3/30/12
CAN CODE SAMPLE 12   9111 SMCBCJOH6 9:35 USE BY 4/21/12
CAN CODE SAMPLE 13   9153 SMCGCJOH6 19:43 USE BY 6/2/12

CAN CODE SAMPLE 14   9089 SMCECJOH6 15:05 USE BY 3/30/12
CAN CODE SAMPLE 15   6140 SMCBCJOH6 9:24 USE BY 5/19/11
CAN CODE SAMPLE 16   9053 SMCGCJOH6 18:15 USE BY 6/2/12
CAN CODE SAMPLE 17   9075 SMCHCJOH6 20:40 USE BY 3/16/12
CAN CODE SAMPLE 18   9089 SMCECJOH6 14:44 USE BY 3/30/12
CAN CODE SAMPLE 19   9271 SMCFCJOH6 15:09 USE BY 9/28/12
CAN CODE SAMPLE 20   9118 SMCFCJOH6 16:00 USE BY 4/28/12
CAN CODE SAMPLE 21   9244 SMCJCJOH6 00:49 USE BY 9/1/12
CAN CODE SAMPLE 22   9119 SMCCCJOH6 18:14 USE BY 4/29/12
CAN CODE SAMPLE 23   7122 SMCECJOH6 14:21 USE BY 5/2/10
CAN CODE SAMPLE 24   9141 SMCDCJOH6 12:26 USE BY 5/21/12
CAN CODE SAMPLE 25   9211 SMCACJOH6 7:19 USE BY 7/3/12

CAN CODE SAMPLE 26   9128 SMCBCJOH6 9:10 USE BY 5/5/12
CAN CODE SAMPLE 27   8277 SMCCCJOH6 11:52 USE BY 10/3/11
CAN CODE SAMPLE 28   9124 SMCHCJOH6 20:17 USE BY 5/4/12

PAGE

Confidential Subject to Amended Stipulated Protective Order

StarKist0003658

| | | |
|---|---|---|
| PACKER NAME IF KNOWN | BRAND NAME / LABEL: STAR KIST | FORM: CHUNK |
| | COLOR: LIGHT | DATE OF PRESS: 4/27/2010 |
| | | LOT 27 |
| COUNTRY OF ORIGIN: USA | # SAMPLE CANS: 31 | CAN TARE WT: 1.94 |
| | CAN SIZE IF KNOWN: 401/201 | LABELED NET WT OF CAN: 12 OZ |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 14.17 | 14.03 | 13.93 | 13.97 | 13.94 | 14.24 | 13.84 | 13.87 | 14.10 | 13.94 | 14.13 | 13.91 | 13.83 | 14.07 | 13.94 | 14.02 | 14.27 | 14.19 | 14.04 | 13.97 | 14.20 | 14.08 | 13.95 | 14.02 | 14.08 | 14.18 | 14.12 | 13.93 | 13.85 | 13.93 | 14.00 | 14.02 |
| NET WEIGHT OZ. | 12.23 | 12.09 | 11.99 | 12.03 | 12.00 | 12.30 | 11.90 | 11.93 | 12.16 | 12.00 | 12.19 | 11.97 | 11.89 | 12.13 | 12.00 | 12.08 | 12.33 | 12.25 | 12.10 | 12.03 | 12.26 | 12.14 | 12.01 | 12.08 | 12.12 | 12.24 | 12.18 | 11.99 | 11.91 | 11.99 | 12.06 | 12.08 |
| DRAINED WEIGHT OZ. | 10.59 | 10.44 | 9.82 | 10.31 | 9.94 | 11.49 | 10.86 | 10.71 | 10.79 | 10.58 | 10.86 | 10.73 | 9.80 | 9.68 | 10.28 | 10.47 | 9.81 | 10.50 | 10.53 | 10.28 | 10.34 | 11.16 | 9.86 | 10.48 | 10.73 | 10.01 | 10.06 | 10.73 | 8.71 | 10.86 | 10.78 | 10.43 |
| PRESSED WEIGHT OZ. | 7.38 | 7.58 | 6.94 | 7.00 | 7.47 | 8.43 | 7.80 | 7.94 | 7.96 | 8.23 | 8.33 | 7.64 | 7.43 | 6.95 | 7.16 | 7.74 | 8.00 | 7.58 | 8.42 | 7.41 | 8.14 | 8.15 | 7.98 | 8.00 | 7.45 | 7.49 | 6.96 | 7.87 | 7.77 | 8.03 | 6.85 | 7.69 |
| PRESSED WEIGHT REQUIRED FOR CAN SIZE | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 |
| % STANDARD FOR PRESS WT. | #### | #### | #### | #### | 111.2% | 125.4% | #### | #### | 118.5% | 122.5% | 124.0% | 113.7% | #### | 103.4% | 106.5% | 115.2% | #### | #### | #### | #### | 121.1% | #### | 118.8% | #### | 110.9% | 111.5% | 103.9% | 118.6% | 115.6% | 119.5% | 103.4% | 114.4% |

REMARKS:
packed in WATER
ORIGIN NOT NOTED = USA

| INSPECTOR NAME & #/LSI: ROBERT MCNEILL | TEMP. OF CANS: 72°F | PRESS WEIGHT STANDARD: 6.72 OZ |
|---|---|---|

| | | |
|---|---|---|
| CAN CODE SAMPLE 1  9043 SMEDKJWJ6USE BY 02 12 12 | CAN CODE SAMPLE 14  9236 SMEJKJWJ6 USE BY 08 24 12 | CAN CODE SAMPLE 26  9141 SMEHKJWJ6 USE BY 05 21 12 |
| CAN CODE SAMPLE 2  9173 SMEFKJWJ6 USE BY 08 22 12 | CAN CODE SAMPLE 16  9 036 SMEJKJWJ6 USE BY 02 05 12 | CAN CODE SAMPLE 27  9223 SMEGKJWJ6 USE BY 08 11 12 |
| CAN CODE SAMPLE 3  9043 SMEDKJWJ6USE BY 02 12 12 | CAN CODE SAMPLE 16  9141 SMEHKJWJ6 USE BY 05 21 12 | CAN CODE SAMPLE 28  9160 SMEBKJWJ6 USE BY 06 09 12 |
| CAN CODE SAMPLE 4  8302 SMEBKJWJ6 USE BY 10 28 11 | CAN CODE SAMPLE 17  9223 SMEJKJWJ6 USE BY 08 11 12 | CAN CODE SAMPLE 29  9168 SMEGKJWJ6 USE BY 06 17 12 |
| CAN CODE SAMPLE 5  9266 SMECKJWJ6 USE BY 09 23 12 | CAN CODE SAMPLE 18  9051 SMEEKJWJ6 USE BY 02 20 12 | CAN CODE SAMPLE 30  9217 SMEFKJWJ6 USE BY 08 05 12 |
| CAN CODE SAMPLE 6  9134 SMEIKJWJ6 USE BY 05 14 12 | CAN CODE SAMPLE 19  9134 SMEIKJWJ6 USE BY 05 14 12 | CAN CODE SAMPLE 31  9134 SMEIKJWJ6 USE BY 05 14 12 |
| CAN CODE SAMPLE 7  9051 SMEFKJWJ6 USE BY 02 20 12 | CAN CODE SAMPLE 20  9223 SMEJKJWJ6 USE BY 08 11 12 | |
| CAN CODE SAMPLE 8  9168 SMEJKJWJ6 USE BY 06 17 12 | CAN CODE SAMPLE 21  9167 SMEJKJWJ6 USE BY 06 16 12 | AVERAGE MEETS STANDARD FOR PRESS? YES/NO  YES |
| CAN CODE SAMPLE 9  9255 SMEAKJWJ6 USE BY 09 12 12 | CAN CODE SAMPLE 22  9134 SMEIKJWJ6 USE BY 05 14 12 | |
| CAN CODE SAMPLE 10  9195 SMEGKJWJ6 USE BY 07 14 12 | CAN CODE SAMPLE 23  9301 SMEJKJWJ6 USE BY 10 28 12 | |
| CAN CODE SAMPLE 11  0168 SMEIKJWJ6 USE BY 06 17 12 | CAN CODE SAMPLE 24  8232 SMEAKJWJ6 USE BY 08 19 11 | |
| CAN CODE SAMPLE 12  9245 SMEIKJWJ6 USE BY 09 02 12 | CAN CODE SAMPLE 25  9134 SMEIKJWJ6 USE BY 05 14 12 | |
| CAN CODE SAMPLE 13  9147 SMEAKJWJ6 USE BY 05 27 12 | PAGE    1 OF 1 | |

Confidential Subject to Amended Stipulated Protective Order

StarKist0003659

| PACKER NAME IF KNOWN | BRAND NAME / LABEL | FORM: | COLOR: | DATE OF PRESS: | | LOT 28 |
|---|---|---|---|---|---|---|
| | STARKIST | SOLID | WHITE | 4/28/2010 | | |
| COUNTRY OF ORIGIN | # OF SAMPLE CANS | LABELED NET WT OF CAN: | CAN SIZE IF KNOWN | TARE WT | | |
| USA | 28 | 12 OZ. | 401 / 201 | 1.95 | | |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 13.94 | 14.11 | 14.41 | 14.04 | 13.86 | 13.95 | 14.07 | 14.14 | 14.09 | 14.34 | 14.00 | 13.99 | 14.24 | 14.22 | 13.93 | 13.71 | 13.77 | 14.12 | 14.07 | 14.22 | 13.68 | 14.08 | 13.80 | 14.59 | 13.90 | 14.10 | 14.17 | 14.05 | 14.06 |
| NET WEIGHT OZ. | 11.99 | 12.16 | 12.46 | 12.09 | 11.91 | 12.00 | 12.12 | 12.18 | 12.14 | 12.39 | 12.05 | 12.04 | 12.29 | 12.27 | 11.98 | 11.76 | 11.82 | 12.17 | 12.12 | 12.27 | 11.73 | 12.13 | 11.85 | 12.64 | 11.95 | 12.15 | 12.22 | 12.10 | 12.11 |
| DRAINED WEIGHT OZ. | 10.83 | 10.35 | 10.81 | 10.63 | 11.35 | 10.45 | 10.98 | 10.36 | 10.04 | 10.69 | 11.20 | 10.82 | 10.47 | 10.97 | 10.47 | 10.87 | 11.17 | 10.93 | 10.94 | 10.14 | 8.73 | 11.40 | 10.42 | 10.39 | 10.30 | 10.42 | 10.54 | 10.88 | 10.63 |
| PRESSED WEIGHT OZ. | 7.98 | 6.73 | 7.18 | 7.62 | 8.44 | 6.89 | 8.11 | 8.97 | 7.24 | 6.10 | 8.26 | 8.33 | 7.99 | 7.79 | 7.47 | 8.24 | 8.29 | 7.95 | 7.73 | 7.81 | 5.95 | 8.03 | 6.38 | 7.82 | 7.58 | 7.03 | 7.01 | 6.10 | 7.54 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 | 7.66 |
| % STANDARD FOR PRESS WT. | 104.2% | 87.9% | 93.5% | 99.5% | 110.2% | 89.9% | 105.9% | 81.0% | 94.5% | 79.8% | 107.8% | 108.7% | 104.3% | 101.7% | 97.5% | 107.6% | 108.2% | 103.8% | #### | #### | 77.7% | 104.8% | 83.3% | 102.1% | 89.0% | 91.8% | 91.5% | 105.7% | 98.4% |

REMARKS:
packed in WATER
ORIGIN NOT NOTED = USA

INSPECTOR NAME & #: ROBERT MCNEILL 4158
TEMP. OF CANS: ~ 72°F
PRESS WEIGHT STANDARD: 7.66 OZ
AVERAGE MEETS STANDARD FOR PRESS? YES/NO: NO

| | | |
|---|---|---|
| CAN CODE SAMPLE 1: 9128 SMEASAWJ4 USE BY 05 08 2012 | CAN CODE SAMPLE 13: 9125 SMEDSAWJ5 USE BY 05 05 2012 | CAN CODE SAMPLE 25: 9268 SMEDSAWJ5 USE BY 09 25 2012 |
| CAN CODE SAMPLE 2: 9239 SMEASAWJ5 USE BY 08 26 2011 | CAN CODE SAMPLE 14: 9170 SMEHSAWJ5 USE BY 06 19 2012 | CAN CODE SAMPLE 26: 9170 SMEHSAWJ5 USE BY 06 19 2012 |
| CAN CODE SAMPLE 3: 9127 SMEJSAWJ4 USE BY 05 07 2012 | CAN CODE SAMPLE 15: 9268 SMECSAWJ5 USE BY 09 25 2012 | CAN CODE SAMPLE 27: 9117 SMEASAWJ5 USE BY 04 27 2012 |
| CAN CODE SAMPLE 4: 8238 SMEESAWJ5 USE BY 08 26 2011 | CAN CODE SAMPLE 16: 9091 SMECSAWJ5 USE BY 04 01 2012 | CAN CODE SAMPLE 28: 9092 SMEISAWJ5 USE BY 04 02 2012 |
| CAN CODE SAMPLE 5: 9226 SMEISAWJ5 USE BY 08 14 2012 | CAN CODE SAMPLE 17: 9118 SMEASAWJ5 USE BY 04 28 2012 | |
| CAN CODE SAMPLE 6: 9090 SMEJSAWJ5 USE BY 03 31 2012 | CAN CODE SAMPLE 18: 8218 SMEESAWJ5 USE BY 08 06 2011 | |
| CAN CODE SAMPLE 7: 9239 SMEISAWJ5 USE BY 08 27 2012 | CAN CODE SAMPLE 19: 9257 SMEJSAWJ5 USE BY 09 14 2012 | |
| CAN CODE SAMPLE 8: 9117 SMEBSAWJ5 USE BY 04 27 2012 | CAN CODE SAMPLE 20: 9015 SMEHSAWJ5 USE BY 01 15 2012 | |
| CAN CODE SAMPLE 9: 8239 SMEISAWJ5 USE BY 08 26 2011 | CAN CODE SAMPLE 21: 8239 SMEHSAWJ5 USE BY 08 26 2011 | |
| CAN CODE SAMPLE 10: 9092 SMEISAWJ5 USE BY 04 02 2012 | CAN CODE SAMPLE 22: 9226 SMEISAWJ5 USE BY 08 14 2012 | |
| CAN CODE SAMPLE 11: 9154 SMECSAWJ5 USE BY 06 03 2012 | CAN CODE SAMPLE 23: 9261 SMEJSAWJ5 USE BY 09 18 2012 | |
| CAN CODE SAMPLE 12: 8239 SMEISAWJ5 USE BY 08 26 2011 | CAN CODE SAMPLE 24: 9153 SMEASAWJ5 USE BY 06 02 2012 | |

PAGE 1 OF 1

StarKist0003660

| PACKER NAME IF KNOWN: | BRAND NAME / LABEL: | | FORM: | COLOR: | | DATE OF PRESS: | | | |
|---|---|---|---|---|---|---|---|---|---|
| | STARKIST | | CHUNK | LIGHT | | 4/29/10 | | LOT 30 | |

COUNTRY OF ORIGIN: USA   # OF SAMPLE CANS: 15   LABELED NET WT OF CAN: 12 OZ   CAN SIZE IF KNOWN: 401/201   CAN TARE WT: 1.94

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | AVG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 14.10 | 14.14 | 13.98 | 14.09 | 13.98 | 13.82 | 14.02 | 14.33 | 14.01 | 14.23 | 14.17 | 13.91 | 14.20 | 14.09 | 14.02 | 14.07 |
| NET WEIGHT OZ. | 12.16 | 12.20 | 12.04 | 12.15 | 12.04 | 11.88 | 12.08 | 12.39 | 12.07 | 12.29 | 12.23 | 11.97 | 12.26 | 12.15 | 12.08 | 12.13 |
| DRAINED WEIGHT OZ. | 9.40 | 10.00 | 10.76 | 10.21 | 9.89 | 9.65 | 9.91 | 9.80 | 8.96 | 10.21 | 9.51 | 10.14 | 9.68 | 9.96 | 10.05 | 9.88 |
| PRESSED WEIGHT OZ. | 6.98 | 6.90 | 8.93 | 8.08 | 7.63 | 7.17 | 7.53 | 7.91 | 6.21 | 7.40 | 7.09 | 7.70 | 7.39 | 7.46 | 8.64 | 7.53 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 | 6.72 |
| % STANDARD FOR PRESS WT. | 103.9% | 102.7% | 132.9% | 120.2% | 113.5% | 106.7% | 112.1% | 117.7% | 92.4% | 110.1% | 105.5% | 114.6% | 110.0% | 111.0% | 128.6% | 112.1% |

REMARKS:
packed in OIL
ORIGIN NOT NOTED = USA

INSPECTOR NAME & #: ROBERT MCNEILL 4/5B

TEMP. OF CANS: a 72°F

PRESS WEIGHT STANDARD: 6.72 OZ.

AVERAGE MEETS STANDARD FOR PRESS? YES/NO   YES

| | |
|---|---|
| CAN CODE SAMPLE 1 | 9244 SMEDKJOJ6 USE BY 09 01 2012 |
| CAN CODE SAMPLE 2 | 8352 SMEBKBOJ6 USE BY 12 17 2011 |
| CAN CODE SAMPLE 3 | 9142 SMEIKJOJ6 USE BY 05 22 2012 |
| CAN CODE SAMPLE 4 | 9148 SM EDKJOJ6 USE BY 05 28 2012 |
| CAN CODE SAMPLE 5 | 9042 SMEFKJOJ6 USE BY 02 11 2012 |
| CAN CODE SAMPLE 6 | 9201 SMEBKJOJ USE BY 07 20 2012 |
| CAN CODE SAMPLE 7 | 8352 SMEBKBOJ6 USE BY 12 17 2011 |
| CAN CODE SAMPLE 8 | 8282 SMECKJOJ6 USE BY 10 08 2011 |
| CAN CODE SAMPLE 9 | 9201 SMECKJOJ6 USE BY 07 20 2012 |
| CAN CODE SAMPLE 10 | 8323 SMEAKJOJ6 USE BY 11 18 2011 |
| CAN CODE SAMPLE 11 | 8352 SMEBKBOJ6 USE BY 12 17 2011 |
| CAN CODE SAMPLE 12 | 8323 SMEAKJOJ6 USE BY 11 18 2011 |
| CAN CODE SAMPLE 13 | 9219 SMEFKJOJ6 USE BY 08 07 2012 |
| CAN CODE SAMPLE 14 | 9201 SMEJKJOJ6 USE BY 07 20 2012 |
| CAN CODE SAMPLE 15 | 8277 SMEBKJOJ6 USE BY 10 03 2011 |

PAGE  1 OF 1

Confidential Subject to Amended Stipulated Protective Order

StarKist0003661

| PACKER NAME IF KNOWN: | BRAND NAME / LABEL: | FORM: | COLOR: | DATE OF PRESS: | LOT 46 |
|---|---|---|---|---|---|
| N/A | STARKIST –LOW SODIUM | | LIGHT | 6/3/10 | |

| COUNTRY OF ORIGIN: N/A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # OF SAMPLE CANS: 8 | | | | CHUNK | | | LIGHT | CAN SIZE IF KNOWN: ??? | CAN TARE WT: 1.18 |
| | | | | LABELED NET WT OF CAN: 4.5 OZ. | | | | | |

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | AVG |
|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 5.85 | 5.68 | 5.81 | 5.76 | 5.65 | 5.73 | 5.73 | 5.85 | 5.76 |
| NET WEIGHT OZ. | 4.67 | 4.50 | 4.63 | 4.58 | 4.47 | 4.55 | 4.55 | 4.67 | 4.58 |
| DRAINED WEIGHT OZ. | 4.21 | 4.21 | 4.26 | 4.09 | 4.04 | 4.20 | 4.25 | 4.19 | 4.18 |
| PRESSED WEIGHT OZ. | 2.53 | 2.41 | 2.49 | 2.51 | 2.46 | 2.44 | 2.39 | 2.57 | 2.48 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | ??? | | | | | | | | |
| % STANDARD FOR PRESS WT. | | | | | | | | | |

REMARKS:
packed in WATER
ORIGIN NOT NOTED

| INSPECTOR NAME & #: ROBERT MCNEILL #158 | TEMP. OF CANS: APPROX. 72 F. | PRESS WEIGHT STANDARD: ??? | AVERAGE MEETS STANDARD FOR PRESS? YES/NO |
|---|---|---|---|
| CAN CODE SAMPLE 1 | 9 029 SM FJ K2DH6 USE BY 1-29-2012 | | |
| CAN CODE SAMPLE 2 | 8 161 SM FD K2DH6 USE BY 6-9-2011 | | |
| CAN CODE SAMPLE 3 | 9 118 SM FG K2DH6 USE BY 4-28-2012 | | |
| CAN CODE SAMPLE 4 | 9 118 SM FG K2DH6 USE BY 4-28-2012 | | |
| CAN CODE SAMPLE 5 | 9 118 SM FG K2DH6 USE BY 4-28-2012 | | |
| CAN CODE SAMPLE 6 | 9 049 SM FH K2DH6 USE BY 2-18-2012 | | |
| CAN CODE SAMPLE 7 | 9 118 SM FG K2DH6 USE BY 4-28-2012 | | |
| CAN CODE SAMPLE 8 | 9 118 SM FG K2DH6 USE BY 4-28-2012 | | |

PAGE 1 OF 1

StarKist0003662

| PACKER NAME IF KNOWN: STARKIST | BRAND NAME / LABEL: STARKIST-VERY LOW SODIUM | FORM: | COLOR: WHITE | DATE OF PRESS: 6/3/10 | LOT 47 |
|---|---|---|---|---|---|

COUNTRY OF ORIGIN: USA?

# OF SAMPLE CANS: 9   SOLID   CAN SIZE IF KNOWN: ???   CAN TARE WT: 1.16

LABELED NET WT OF CAN: 4.5 OZ.

| SAMPLE NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | AVG |
|---|---|---|---|---|---|---|---|---|---|---|
| GROSS WT. W/ LABEL OZ. | 7.01 | 6.90 | 5.82 | 5.79 | 5.78 | 5.86 | 5.68 | 5.81 | 6.11 | 6.08 |
| NET WEIGHT OZ. | 5.85 | 5.74 | 4.66 | 4.63 | 4.62 | 4.70 | 4.52 | 4.65 | 4.95 | 4.92 |
| DRAINED WEIGHT OZ. | 5.12 | 5.06 | 4.19 | 3.86 | 3.95 | 3.93 | 3.91 | 4.15 | 4.5 | 4.30 |
| PRESSED WEIGHT OZ. | 2.54 | 2.41 | 2.80 | 2.39 | 2.36 | 2.31 | 2.36 | 2.69 | 2.48 | 2.48 |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | ??? | | | | | | | | | |
| % STANDARD FOR PRESS WT. | | | | | | | | | | |

REMARKS:
packed in WATER
ORIGIN NOT NOTED

INSPECTOR NAME & #: ROBERT MCNEILL #4158

TEMP. OF CANS: APPROX. 72 F.

PRESS WEIGHT STANDARD:

AVERAGE MEETS STANDARD FOR PRESS? YES/NO

| | |
|---|---|
| CAN CODE SAMPLE 1 | 9 104 SM FC KADH5 USE BY 4-14-2012 |
| CAN CODE SAMPLE 2 | 9 210 SM FA KADH5 USE BY 7-29-2012 |
| CAN CODE SAMPLE 3 | 9 191 SM FA SISH5 USE BY 7-10-2012 |
| CAN CODE SAMPLE 4 | 9 104 SM FC KADH5 USE BY 4-14-2012 |
| CAN CODE SAMPLE 5 | 9 210 SM FA KADH5 USE BY 7-29-2012 |
| CAN CODE SAMPLE 6 | 9 210 SM FA KADH5 USE BY 7-29-2012 |
| CAN CODE SAMPLE 7 | 9 091 SM FB KADH5 USE BY 4-1-2012 |
| CAN CODE SAMPLE 8 | 8 329 SM FC KADH5 USE BY 11-24-2011 |
| CAN CODE SAMPLE 9 | 9 146 SM FD KADH4 USE BY 5-26-2012 |

PAGE 1 OF 1

Confidential Subject to Amended Stipulated Protective Order

StarKist0003663

| PACKER NAME IF KNOWN: | BRAND NAME / LABEL: | | FORM: | | COLOR: | | DATE OF PRESS: | |
|---|---|---|---|---|---|---|---|---|
| STARKIST | STARKIST | | SOLID | | WHITE | | 6/4/10 | LOT 51 |
| COUNTRY OF ORIGIN: | # OF SAMPLE CANS: | | | LABELED NET WT OF CAN: | | CAN SIZE IF KNOWN: | CAN TARE WT: | |
| USA?? | | | | 5 OZ. | | 307 X 105 | 1.02 | |
| SAMPLE NUMBER | 1 | 2 | 3 | 4 | AVG. | | | |
| GROSS WT. W/ LABEL OZ. | 7.12 | 5.89 | | | 6.51 | | | |
| NET WEIGHT OZ. | 6.10 | 4.87 | | | 5.49 | | | |
| DRAINED WEIGHT OZ. | 5.14 | 4.10 | | | 4.62 | | | |
| PRESSED WEIGHT OZ. | 2.53 | 2.98 | | | 2.76 | | | |
| STANDARD PRESS WT. REQUIRED FOR CAN SIZE | 3.23 | 3.23 | | | 3.23 | | | |
| % STANDARD FOR PRESS WT. | 78.33% | 92.26% | | | 85.29% | | | |

REMARKS:
packed in WATER
ORIGIN NOT NOTED

TEMP. OF CANS: APPROX. 72 F.

PRESS WEIGHT STANDARD: 3.23 OZ

AVERAGE MEETS STANDARD FOR PRESS? YES/NO   NO

INSPECTOR NAME & #:
ROBERT MCNEILL #4158

CAN CODE SAMPLE 1   8 207 SM DK CAWH5 USE BY 7-25-2011
CAN CODE SAMPLE 2   9 118 SM DJ CAWH5 USE BY 4-28-2012

PAGE 1 OF 1

Confidential Subject to Amended Stipulated Protective Order

StarKist0003664