Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy J. Roy (admitted *pro hac vice*)
Louis A. DePaul (admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:   (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>                    Defendant. | Case No.  4:13-cv-00729-HSG<br><br>**DECLARATION OF CHRISTINA A. MIRELES  DEWITT, PH.D.  IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date:        April 16, 2015<br>Time:        2:00 p.m.<br>Courtroom: 15, 18th Floor |

I, Christina A. Mireles DeWitt, Ph.D., declare as follows:

1.      I am currently the Director of the Oregon State University ("OSU") Seafood Research and Education Center (the "OSU Seafood Lab")[1], 2001 Marine Drive, Room 253, Astoria, OR 97138.  Since 2011, I have also served on the faculty of OSU as an associate professor in the Food Science & Technology Department, where my research focuses on the improvement of seafood quality, safety and utilization.

2.      In 2013, at the request of the National Fisheries Institute (the "NFI"), I performed a controlled study and provided a comprehensive, comparative report on the press weight versus drain weight protocols for canned tuna.  The work was conducted in a tuna canning facility and allowed me to observe and evaluate the in-house testing protocols for both the press weight and drain weight methods of canning tuna.

3.      Given my familiarity with the press weight method and expertise in muscle foods and food analysis, I have been asked by counsel for StarKist to review the standards set forth in 21 C.F.R. § 161.190 (the "Press Weight Method") and assess its reliability and the meaning of the press weight results in view of the following considerations:

    (a)     variability in the Press Weight Method;

    (b)     changes to the packing medium of canned tuna;

    (c)     changes to the tuna can design; and

    (d)     changes to the tuna can size.

4.      This declaration summarizes the results of my analysis. I was compensated at the rate of $250 per hour for my work in preparing this declaration.

_____

[1] The OSU Seafood Lab is a part of the Costal Oregon Marine Experiment Station that specializes in seafood research, education and outreach.

5.      A list of the documents I relied upon in drafting this declaration is attached hereto as Appendix "A" and my current curriculum vitae is attached hereto as Appendix "B."

6.      The facts and opinions set forth herein are within my own personal knowledge and, if called as a witness, I could testify competently thereto.  I reserve the right to modify my opinions if new information and data become available.

## I.      QUALIFICATIONS.

### A.      Education And General Experience.

7.      I have a Bachelor of Science degree in Food Science and Technology from Texas A&M University ("TAMU"), and a Master of Science and Doctor of Philosophy in Food Science and Technology from OSU.  I also studied the analysis of meat, fish and seafood through academic research at both Oklahoma State University and OSU.

8.      I have worked in food analysis and methodology development since working as an undergraduate lab assistant at TAMU's Seafood Laboratory.  After my time at TAMU, I worked in various private commercial food testing laboratories as a Chemistry Technician, Chemistry Operations Supervisor and Chemistry Operations Manager.  In these positions, I conducted analysis on a wide range of food matrices to determine composition; trained technicians in analyzing, developing and reviewing testing methods and standard operating procedures; and have been responsible for the maintenance of successful testing programs and certifications.

2

**B.** **Selected Experience Specific To Food Chemistry And Analysis, Muscle Food Protein Functionality And Utilization, And Meat And Seafood Processing.**

9.      My relevant work experience and training in food chemistry and analysis, muscle food protein functionality and utilization and meat seafood processing consists of the following, among other things:

(a)      as a faculty member at Oklahoma State University and OSU, I developed and taught courses in Food Chemistry, Food Analysis and Seafood Technology; developed an academic research program addressing topics related to muscle protein functionality and utilization, low sodium processes to enhance protein functionality and processing strategies to improve food quality and safety;

(b)      I conducted extensive research on muscle foods including seafood, beef and pork, reflected in numerous published peer reviewed articles, proceedings and abstracts;

(c)      per the request of the Joint Institute of Food Safety and Nutrition and the United States Food and Drug Administration ("FDA"), I served as an instructor for the good aquaculture practices and good fishing vessel practices workshops;

(d)      I assisted the Western Fish Boat Owners Association regarding local tuna handling and held extensive discussions with the National Oceanic Atmospheric Administration's seafood inspection program and the FDA Office of Seafood to develop a vessel fishing handling record form to meet new standards; and

(e)      I served on the Association of Analytical Chemists expert review panel for a performance tested methods review for the Labor Diagnostika Nord GmbH & Co. KG HistaSure ELISA fast track kit that was recently developed for the determination of histamine in fish samples.

## II.   OVERVIEW OF THE PRESS WEIGHT METHOD.

10.     Based upon my experience with the Press Weight Method it is my opinion that the Press Weight Method yields unreliable, inconsistent results, due to the multiple, unavoidable variables that affect the results.

11.     Consequently, the Press Weight Method is an unreliable and imprecise method of measuring the amount of tuna in a can.  In order to understand my conclusion, certain basic principles relating to the scientific method must be understood – these principles are summarized below.

### A.   Accuracy vs. Precision.

12.     When scientifically evaluating any measurement method it is important to distinguish between the concepts of accuracy and precision.  With respect to the Press Weight Method, accuracy is how well the measurement indicates the fill of the can; precision is how often the measurements conducted by the same press weight machine produce repeatable results.

13.     As discussed below, the Press Weight Method produces neither accurate nor precise results.

### B.   Validation Of Methodology.

14.     Validation of the method used to test a hypothesis is extremely important for data validation.  Method validation is designed to assess whether the method used produces accurate, repeatable results.  Each time a method is significantly changed or modified, that modification must be scientifically validated if the results of the method can be deemed to be accurate.

15.     Changes to the Press Weight Method have not been validated, and it is not known whether these changes to the method produce accurate results.

C.      **The Press Weight Method.**

16.     The Press Weight Method was developed more than fifty (50) years ago and calls

for the following steps to be performed:

- With the can contents at 75°F ± 5°F, open the top of a can of tuna with a can opener and "drain the free liquid by gentle finger pressure on the cut lid so that most of the free liquid drains from the can." 21 C.F.R. §161.190(c)(i)-(iii).

- With the top lid in place, cut out the bottom of the can, then flip the can over and scrape the adhering tuna from the top lid back into the can. 21 C.F.R. §161.190(c)(iv).

- Lay the cylinder on its side and "using the cut bottom of the can as a pusher, gently force the can contents from the can into the cylinder so that the flat side of the can contents lies in contact with the bottom of the cylinder." Next, scrape the adhering tuna from bottom lid into the cylinder. 21 C.F.R. §161.190(c)(v).

- Place a plunger in the cylinder and place the cylinder in an industrial press. Begin timing "as soon as liquid is observed coming from the cylinder." Increase pressure "slowly" and uniformly over one minute to 384 pounds per square inch, and hold at that pressure for one minute. "Tip the press cylinder" to drain "any free liquid." 21 C.F.R. §161.190(c)(vii).

- Use a "thin blade" to loosen the pressed tuna cake from the cylinder, then remove the entire pressed cake "as gently as possible." Weigh the pressed cake, and any pieces that adhered to the plunger and cylinder, in a receiving pan. 21 C.F.R. §161.190(c)(viii).

17.     Because the test procedures themselves are inherently subjective and lead to

significant variation, the data obtained from the Press Weight Method is unreliable.

### III.   SIGNIFICANT MODIFICATIONS TO THE PRESS WEIGHT METHOD THAT HAVE NEVER BEEN SCIENTIFICALLY VALIDATED.

18.     Since the enactment of the regulation setting forth the Press Weight Method in the

late 1950s, there have been at least three significant modifications to either the manner in which

tuna is packaged and/or the Press Weight Method itself: (1) the medium tested by the Press

Weight Method (i.e. the contents of a can of tuna) has changed; (2) the manner in which the

press weight test is conducted has been modified as a result of a change in tuna can design; and

(3) changes to predominant tuna can sizes have been made without corresponding modifications

to the Press Weight Method.  Because these modifications have not been properly validated, the data produced by the method is unreliable.

### A.    Modification To The Medium.

19.    The original Press Weight Method was designed to test tuna canned in oil. However, due to changes in consumer perception of tuna and the fact that canned tuna in water is now widely perceived to be healthier than tuna canned in oil, the industry has moved to primarily producing tuna packed in water.

20.    The limits and pressures originally selected for the Press Weight Method were based on oil removal, not water removal.  Oil is more viscous and sticky and requires much more pressure for a longer period of time to remove it from tuna as compared to water.

21.    As far as I am aware, there has been no effort to scientifically validate the regulatory press weight limits considering this change in medium.  Without this validation, there can be no confidence that the current limits (the calculated minimum average standard for 24 cans) accurately measure the amount of tuna in a can.

### B.    Modification In Can Design.

22.    The Press Weight Method specifically describes[2] how the contents of the tuna can are to be transferred to the testing device.  These instructions were drafted with the assumption that both the top and bottom of the can could be removed.

23.    A modern tuna can, however, has only one removable lid.  As such, the tuna cannot be as easily transferred from the modern can to the press weight cylinder, and tuna is more easily lost during the transfer process.

---

[2] 21 C.F.R. § 161.190(c).

6

24.     This change in can design has effected a significant modification to the Press Weight Method and, without validation, results generated from this modification to the Press Weight Method are suspect.

**C.     Changes To Standard Can Size.**

25.     At the time the Press Weight Method was developed, half pound cans were a standard size in the industry.  Over time can sizes have declined such that the predominant can size is now 5 oz.

26.     The Press Weight Method sets forth a formula for extrapolating the minimum average press weight requirement for different can sizes[3].  However, when the can size decreases (8 oz. to 5 oz.), the amount of tuna being measured decreases, and the impact of data variability proportionally increases[4].

27.     All three of these sources of error - a change in the medium, a change in the can type and a change in the can size add variability to the data obtained from press weight measurements. Because these changes to the method have not been scientifically validated and add variability to the process, the data obtained from the Press Weight Method is unreliable.

---

[3] 21 C.F.R. § 161.190(c)(1).

[4] For example, a 1 oz. variation on an 8 oz. can (12.5%) is proportionally lower than a 1 oz. variation on a 5 oz. can (20%).

IV.    **MANY VARIABLES UNRELATED TO FISH FILL SIGNIFICANTLY INFLUENCE THE PRESS WEIGHT MEASUREMENT.**

28.    Contrary to the implications of the term "press weight," the Press Weight Method does not directly measure the amount of tuna put into the can.  Instead, it primarily measures the ability of the tuna in a particular can to hold moisture under extreme pressure.

29.    There are multiple factors that can affect the results of a press weight measurement, most of which were not fully appreciated (or even known) decades ago when the Press Weight Method regulation was enacted.

30.    These factors include: (1) the intrinsic properties of the tuna muscle and meat (including most significantly, the water holding ability of tuna protein); (2) the handling of the tuna after it is harvested; (3) tuna processing methods; and (4) press weight methodology.

31.    In my opinion, based on my experience with the Press Weight Method and scientific understanding of the factors that affect the variability of press weight measurement results, the Press Weight Method cannot be considered a scientifically valid method for measuring the amount of tuna in a can.

A.    **Intrinsic Properties Of The Tuna Muscle.**

32.    There are multiple intrinsic properties of tuna that can contribute to variability in the press weight measurement, they are: (1) fish live body temperature; (2) rate of pH decline and final muscle pH; and (3) enzyme activity levels.  All of these factors, in combination with feed status, fish activity, genetics, stress and/or fish post-mortem body temperature, can cause variations in press weight measurement, because they can reduce (or enhance) the ability of the tuna protein to hold onto moisture when pressed.

**B.      Capture And Handling Methods.**

33.      The method used to capture the tuna, onboard handling, and chilling methods can all lead to lower (or higher) press weight measurements, because those methods all vary in their effectiveness in controlling tuna body temperature post-mortem, which affects the tuna's ability to hold moisture.

34.      Fish cooled at different rates will have meat protein that is denatured[5] at different levels.  The effectiveness of chilling can be unpredictable and out of the hands of either fisherman or processor.  For example, there are certain tuna fishing techniques for which it is not possible to tell when the tuna was caught or how long the tuna remained in the water after it was caught.  The degree of protein denaturation that occurs to a particular tuna after death varies depending upon how long the dead tuna has been in the water.  Increases in protein denaturation will reduce the ability of the tuna protein to hold onto moisture under pressure, which, in turn, will result in lower press weight measurements.

**C.      Tuna Canning Processing Methods.**

35.      Tuna canning processing method variables also result in unreliable press weight results.  These variables include: (1) rate of freezing; (2) length of time of storage of frozen tuna; (3) variations in the cooking and chilling processes; (4) variations in the ingredients utilized for the broth added just prior to canning; (5) use of pre-cook marinades designed to promote retention of nutrients by reducing cook loss; and (6) surface area and density of the tuna pieces in each can.

---

[5] Denaturation is the alteration of a protein's shape through some form of external stress.  In the case of tuna, denaturation, in most cases, results in the decrease of the tuna's ability to hold water.

36.     When raw muscle protein structure changes, its ability to hold moisture changes. Chilling variations trigger different rates of decline in the pH and temperature of the tuna, causing different rates of protein denaturation, which results in variation in the press weight measurements.

37.     Tuna is pre-cooked prior to canning using steam cookers. These large steam cookers pre-cook the tuna in big batches. The size of tuna in each batch can often vary up to twenty percent. Consequently, there can be often a substantial variation in the extent to which tuna is cooked prior to being placed in the can. The impact of cooking rate affects the moisture that tuna can hold and further contributes to variations in the press weight measurements.

38.     Since the 1950s there have been continuous and significant formulation changes in canned tuna broth due to consumer demand and preferences. Changes in broth formulation can alter the ability of tuna to hold moisture. This, in turn, also contributes to variability in the press weight measurement.

39.     The Press Weight Method was also developed at a time prior to when marinade was added to raw tuna in the canning process. Adding a specially formulated marinade to tuna prior to cooking allows the tuna to retain nutrients after cooking. The retention of natural juices in tuna allows the tuna to retain its healthy fats, such as omega 3 fatty acids, and lose less protein during cooking. By preventing the loss of fat and protein during cooking, processors improve the retention of nutrients in the tuna. However, the Press Weight Method squeezes these nutrients out of the tuna and does not account for them in the weight of the canned tuna.

40.     Further, surface area and density of the pieces of tuna in the can also affect press weight results. The smaller the pieces of tuna (e.g. more flakes), the more surface area there is to absorb moisture, and the higher the press weight, all other factors equal, is likely to be. Because

adding more tuna to a can reduces the exposure of tuna's surface area to packing liquid (which reduces moisture absorption), putting more tuna into the can (a higher fish fill), in some instances, can actually result in a lower press weight.

### D. Inherent Subjectivity And Methodology Flaws Contribute To Press Weight Method Variation.

41. There are multiple variables in the Press Weight Method that contribute to press weight measurement variability. These include, but are not limited to: (1) technician errors (including fatigue, variability of method interpretation and performance of instructions); (2) machine design; and (3) lack of validation and controls.

42. Following the language in the Press Weight Method, there is a potential for subjective interpretation and/or application of the method, resulting in inconsistent applications, errors in measurement and non-reproducible results.

43. For example, in draining the free liquid by "gentle finger pressure on the cut lid," there is potential for variability across tests, because different technicians may apply different degrees of finger pressure. If a technician presses too hard, it could cause pieces of tuna to be lost in the gaps between the can lid and interior surface of the can, thus eliminating otherwise measurable amounts of tuna in the can. To obtain precise measurements, it is preferable to avoid subjective instructions such as "gentle [] pressure."

44. The operator is also later instructed to "gently force the can contents from the can into the cylinder so that the flat side of the can contents lies in contact with the bottom of the cylinder." Again, the instruction to "gently" force contents is subjective and lacks standardization and repeatability.

45. Later instructions in the method require that timing begin "as soon as liquid is observed coming from the cylinder;" that pressure be increased "slowly" and uniformly over one

11

minute to 384 pounds per square inch; and that the operator hold at that pressure for one minute. The operator is then instructed to "[t]ip the press cylinder" to drain "any free liquid." Each of these instructions relies on individual interpretations of "slowly" and "any free liquid," among other things, and results in subjective interpretation of the method.

46.     Finally, the operator is instructed to use a "thin" blade to loosen the pressed tuna cake from the cylinder; to remove the pressed cake "as gently as possible;" and then to weigh the pressed cake "and any pieces that adhered to the plunger and cylinder, in a receiving pan." Neither of the terms "thin" nor "as gently as possible" are defined using any objective measurement, and are each vulnerable to varying interpretations by each individual conducting the test.

47.     The aforementioned factors have a significant potential to affect results, not only when different operators perform the test, but even when the same operator repeats the process. Because performing the test destroys the product being measured, it is impossible to repeat the test on a single sample to check for the precision of the measurement for any given machine, operator, or sample.

48.     Another variability in the press weight measurement may arise from the failure of the technician performing the press weight test to transfer all of the tuna from the can to the press weight machine. This could occur depending on the care and abilities of the individual technician or the circumstances existing when the particular testing is performed –e.g. when the technician is tired or, even when the technician is not tired, her or she performs many press weight tests in a short period of time. The potential for loss of tuna during transfer adds inconsistency and variability to the results of the Press Weight Method and also would cause, all other factors equal, lower press weight measurements.

49.     Consequently, these variations in operator control can result in variations in the amount of moisture being pressed out of the tuna or the amount of tuna actually being pressed, ultimately contributing to variations in the press weight measurements.

## V.     THE PRESS WEIGHT METHOD IS NEITHER A RELIABLE NOR  ACCURATE MEASURE OF THE AMOUNT OF TUNA THAT CONSUMERS PURCHASE

50.     Because of the test procedures themselves and various factors relating to the particular tuna and packing liquid, press weight results are subject to significant variation, even among cans that are being filled with precisely the same weight/quantity of tuna (i.e., have the same fish fill).

51.     The Press Weight Method does not account for the fact that the ability of tuna protein to retain moisture under pressure depending on the state of the tuna at the time of capture and how it was handled after capture.  Considering the seminal work on meat protein functionality was not published until 1960, this failure to account for such variation it is not surprising.

52.     The Press Weight Method does not provide for a consistent or reliable measure of the amount of canned tuna content provided to consumers, because the Press Weight Method is not intended to replicate the draining of liquid from canned tuna by the consumer.  The method essentially squeezes some (not all) of the  expressible moisture- including nutrients from the tuna protein.  The resultant tuna after pressing is a dense, dry cake that is essentially inedible.  The pressures exerted, 384 pounds per square inch for two (2) minutes, by the machine on the tuna meat are not humanly possible and in no way represents the type of pressing that may be done by the consumer when draining a can of tuna.

13

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2⎧ day of February, 2015 at Astoria, Oregon.

Christina A. Mireles DeWitt

# APPENDIX

## A

1. Temporary Marketing Permit dated June 20, 2014.
2. Amendment to Application for Temporary Marketing Permit for Canned Tuna.
3. Application for Temporary Marketing Permit for Canned Tuna.
4. Title 21 – Food and Drugs, Chapter 1 –Food and Drug Administration Department of Health and Human Services Subchapter B – Food for human consumption.  Part 130, sec 17 (130.17).
5. United States Tuna Foundation letter to Loretta Carey at USFDA Division of Food Labeling and Standards.
6. Citizens Petition to amend 21 CFR part 161.190 dated July 25, 1994.
7. Letter to Dockets Management at the FDA regarding Modification of the 1994 Citizens Petition.
8. October 17, 2003 Letter to Dockets Management at FDA, Modification of 1994 Citizens Petition.
9. Letter to Nan Rainey, Office of Food Labeling, FDA  regarding explanation of rationale for amending the canned tuna Standard of Identity.
10. Plaintiff's response to StarKist's first set of Requests for Production.
11. Plaintiff's response to StarKist's First set of Interrogatories.
12. Defendant's Response to Plaintiff's Requests for Production.
13. Defendant's Response to Plaintiff's Interrogatories.
14. Code of Federal Regulations: 21 CFR 161.190.
15. StarKist's Corporate Quality Procedure: Net Weight Control, Number: CQP-09-C.
16. Plaintiff's Class Action Complaints.
17. Motion to Dismiss Class Action Complaint dated June 18, 2013.
18. Opposition to Defendant's Motion to Dismiss Class Action Complaint dated July 9, 2013.
19. Order Granting in Part and Denying in Part Plaintiff's Motion to Dismiss (DKT. No. 21,32).
20. StarKist QA Procedure: Procedure to determine compliance to company tuna press weight standard. Number: CQP-09-F-20.
21. Report on Evaluation of Pressed Weight and Drained Weight Methods for Canned Tuna authored by Christina DeWitt and dated August 1, 2013
22. Patrick Hendricks deposition transcript and exhibits.
23. John Aaron Maxfield deposition transcript and exhibits.
24. Declaration of Neil Deckant in Support of Plaintiff's Motion for Class certification.
25. Plaintiff's Memorandum of Points and Authorities in Support for Motion for Class Certification.
26. Declaration of Steven Weisbrot in Support of Plaintiff's Motion for Class Certification.
27. Declaration of Colin B. Weir in Support of Plaintiff's Motion for Class Certification.
28. Declaration of Patrick Hendricks in Support of Plaintiff's Motion for Class Certification.
29. June 17, 2002 Letter from Anthony P. Brunetti to George J. Haines, Jr.

# APPENDIX

# B

**MIRELES DEWITT, Christina A.,**  Director, OSU Seafood Research & Education Center Experiment Station, Associate Professor of Food Science and Technology, Oregon State University

**ACADEMIC TRAINING:**  B.S., Food Science & Technolgoy , Texas A&M University (1989); M.S., Food Science & Technology, Oregon State University (1994), Ph.D. Food Science & Technology, Oregon State University (2000).

**PROFESSIONAL EXPERIENCE**:  Director, Seafood Research & Education Center,Oregon State University (2011 – present) Associate professor, Food Science & Technology (2011-present);
Associate Professor, Food Chemist, Food & Agricultural Products Center, Oklahoma State University (2008-2010), Associate Professor, Food By-product Utilization, Department of Animal Science, Oklahoma State University (2006-2010); Assistant Professor, Food By-product Utilization, Department of Animal Science, Oklahoma State University; Adjunct Teaching Faculty, Seafood Microbiology, Sheldon Jackson College, Sitka, AK (6/99-9/99)
Graduate Research Assistant, Seafood Research & Education Center, Oregon State University (1997-2000), Food Chemistry Operations Manager, Dallas, TX, Silliker Laboratories (1994-1996);  Food Chemistry Operations Supervisor, College Station, TX, Silliker Laboratories (1992-1994); Graduate Teaching Assistant, Oregon State University (1990-1992); Food Chemistry Technician, Applied. Microbiological Services, Inc, College Station, TX (1988-1990)

**RESEARCH INTEREST:**  General interest in utilization of Food Chemistry to enhance food quality, nutrition and safety.  Interested in studying muscle protein functionality and low sodium processes that alter and enhance protein functionality of marinated and injected muscle foods. Application of novel processing techniques, example low temperature high pressure, to maintain muscle food quality while improving food safety.  Utilization and extraction of bioactive compounds from food processing waste.

**TEACHING EXPERIENCE**
Oregon State University: FST 599: Seafood Technology
Oklahoma State University: FDSC 3373 Food Chemistry I, FDSC 4373 Food Chemistry II,
    FDSC 5373 Advanced Food Chemistry, FDSC 3763 Food Analysis, FDSC 3603 Dairy Processing Foods, FDSC 1133 Introduction to Food Science

**GRADUATE STUDENTS ADVISED**
Major Advisor – M.S. 12, Ph.D. 3; Committee Member – M.S. 31, Ph.D. 18

**PROFESSIONAL ACTIVITIES**
**Honorary societies:** Phi Tau Sigma, Sigma Xi, Gamma Sigma Delta
**Professional organizations:** Pacific Fisheries Technologist, American Meat Science Association, Institute of Food Technologist

## CERTIFICATIONS
**AFDO/Seafood HACCP Alliance "Trainer Re-Qualification Course" 01/22/12**
**AFDO/Seafood HACCP Alliance "Train the Trainer Course" 5/6/98**
**AFDO/Seafood HACCP Alliance "Basic Course" 07/19/12**

## HONORS AND AWARDS
*Research:* **Tyler Award for Outstanding Faculty**. 2010. The Tyler Award recognizes professional achievement in research, teaching or public service by faculty members of the OSU Department of Animal Science
*Service:* Asked to serve on **National Academy of Science Institute of Medicine Committee**: "*Strategies to Reduce Sodium Intake in the United States.*"

**GRANTS AND AWARDS:** Since 2000, Dr. Mireles DeWitt has been the recipient of $3.2 million in research grants and awards in food science, safety and value-added product development.

EXTRAMURAL FUNDING IN LAST FIVE YEARS (as PI/Co-PI)
*Sea Grant Aquaculture Extension: 2013: Aquaculture and Fisheries Technologies for Food and Health Educators, Seafood Professionals and Communicators. (Sea Grant 2013-2015).* Coordinator Doris Hicks. P.I.'s Doris Hicks (Delaware), John Ewart (Delaware), Christina DeWitt (OSU), Michael Morrissey (OSU), Jon Bell (LSU).
*Special Research Grant, NOAA Value Added Grant. (NOAA 2011-2014).* Coordinator Michael Morrissey.
*Special Research Grants Program: Food Safety: Farm to Table. USDA/CREES. 2010-2012.* $355,515. Coordinator Christina Mireles DeWitt. P.I.'s Christina Mireles DeWitt (ANSI, OSU), Deb VanOverbeke (ANSI, OSU), Gretchen Hilton (ANSI, OSU), Peter Muriana (ANSI, OSU), Sensor Technologies (Maine).
*Application of a collagen-based functional beef protein (Proliant, Inc) to reduce purge from enhanced beef subprimals.* 2008. National Cattlemen Beef Association. $14,500. P.I.'s Christina DeWitt (ANSI, OSU), Brad Morgan (ANSI, OSU).
*Graduate Student Research Fellowship.* 2008. $20,000. Proliant Meat Ingredients Coorporation. To support student conducting research in the area of Food Processing.

SELECTED PUBLICATIONS
**Refereed Papers**
Lowder AC, Waite-Cusic JG, Mireles DeWitt CA. 2014. High pressure-low temperature processing of beef: effects on survival of internalized *E. coli* O157:H7 and quality characteristics. Innov Food Sci & Emerg Techn. doi:10.1016/j.ifset.2014.08.003
Ramirez Lopez LM, Mireles DeWitt CA*. 2014. Analysis of Phenolic Compounds in Commercial Dried Grape Pomace by High Performance Liquid Chromatography Electrospray-Ionization Mass Spectrometry. Food Science & Nutrition. doi: 10.1002/fsn3.136
Ramirez-Lopez LM, McGlynn W, Goad CL, Mireles DeWitt CA*. 2014. Simultaneous determination of phenolic compounds in Cynthiana grape (*Vitis aestivalis*) by High

Performance Liquid Chromatography-Electrospray Ionization Mass Spectrometry. Journal Food Chemistry. doi: 10.1016/j

Lowder A, Mireles DeWitt CA. 2013. Impact of high pressure processing on the functional aspects of beef muscle injected with salt and/or sodium phosphates. J Food Processing Preservation. 38, 1840-1848.

Lowder AC, Goad C, Lou X, Morgan B, Koh CL, Deakins AP, Mireles DeWitt CA. 2013. Response surface modeling to predict fluid loss from beef strip loins and steaks injected with salt and phosphate with or without a dehydrated beef protein water binding adjunct. Meat Science 94(1):9-18.

Brown T, Kleinholz C, Schrader K, Mireles DeWitt CA*. 2012. Evaluation of a modified pH-shift process to reduce 2-methylisoborneol and geosmin in spiked catfish and produce a consumer acceptable fried catfish nugget-like product. J Food Sci 77(10):S377-83.

Hellberg RS, Mireles DeWitt CA, Morrissey MT. 2012. Risk-benefit analysis of seafood consumption: a review. Comp Rev Food Sci Technol. 11(5): 490-517.

Lowder AC, Goad CL, Lou X, Morgan JB, Mireles DeWitt CA*. 2011. Evaluation of a dehydrated beef protein to replace sodium-based phosphates in injected beef striploins. Meat Science 89:491-499.

Cerruto-Noya CA, Goad CL, Mireles DeWitt CA*. 2011. Research Note: Antimicrobial effect of ammonium hydroxide when used as an alkaline agent in the formulation of injection brine solutions. J Food Protect 74(3):475-479.

Parsons AN, VanOverbeke DL, Goad CL, Mireles DeWitt CA*. 2011. Retail display evaluation of steaks from Select beef strip loins injected with a brine containing 1% ammonium hydroxide: Part 1: cook yield, tenderness and sensory attributes. J Food Sci.76(1):S63-71.

Parsons AN, VanOverbeke DL, Goad CL, Mireles DeWitt CA*. 2011. Retail display evaluation of steaks from Select beef strip loins injected with a brine containing 1% ammonium hydroxide: Part 2: cook yield, tenderness and sensory attributes. J Food Sci.76(1):S84-88.

Rowland S, Bower C, Patil K, Mireles DeWitt  CA*. 2009. Gasification of salmon processing waste. J Food Sci. J Food Sci 74(8):E426-E431.

Cerruto-Noya CA, VanOverbeke D, Mireles DeWitt CA*. 2009. Evaluation of 0.1% Ammonium Hydroxide to Replace Sodium Tripolyphosphate in Fresh Meat Injection Brines. J Food Sci 74(7): C519-C525.

Mireles DeWitt CA*, Nabors RL, Kleinholz CW, Schrader KK. 2007. Pilot plant scale acid protein solubilization of channel catfish fillets. J Food Sci 72(6):E351-E355.

Mireles DeWitt CA*, Vann DG, Bilby CA, Thomas S, Kleinholz CW, Schrader KK. 2007. Evaluation of acid and alkaline processing to remove muddy off-flavors in channel catfish (*Ictalurus punctatus)*. J Aquatic Food Prod 16(2):77-90.

Wills TM, Sigfusson H, Mireles DeWitt CA*. 2007. Partitioning of delta-tocopherol between the triacylglycerol and membrane lipid fractions of ground beef. Meat Sci 76(2):308-315.

Vann D, Mireles DeWitt CA*. 2007. Evaluation of solubilized proteins as an alternative to phosphates for meat enhancement. J Food Sci 72(1):C72-C77.

Wills TM, Sigfusson H, Bellmer D, Mireles DeWitt CA*. 2006. Effect of Cooking Method and Ethanolic Tocopherol on Oxidative Stability and Quality of Beef Patties During Refrigerated Storage. J Food Sci 71(3):C109-114.

T.J. Bowser*, K.N. Patil, P.R. Weckler and C. DeWitt. 2005. Design and testing of a low-cost, pilot-scale batch gasifier for food processing byproducts. Applied Engineering Ag 21(5):901-906.

James JM, Bellmer D, Mireles DeWitt CA*. 2004. Changes in gel attributes of beef heart when treated by acid solubilization-isoelectric precipitation and the surimi process. J Food Sci 69(6):C473-479.

Mireles DeWitt CA*, Gomez G, James JM. 2002.  Protein extraction from beef heart utilizing acid solubilization. J Food Sci 67(9):3335-3341.

Mireles DeWitt C*, Morrissey MT. 2002. Parameters for the recovery of proteases from surimi wash water. Bioresource Technol 81:241-247.

Mireles DeWitt C*, Morrissey MT. 2002. Pilot-plant recovery of catheptic proteases from surimi wash water. Bioresource Technol 82:295-301.

Mireles DeWitt C*, Morrissey MT. 1999. HACCP implementation and research issues. J Aquatic Food Prod Technol 8(3):5-22.

*Corresponding Author

**Book Chapters**

Morrissey M, DeWitt C. 2014. Value-added Seafood. In: Seafood Processing:Technology, Quality, and Safety.  Boziaris IS editor. ISBN: 978-1-118-34621-1, John Wiley & Sons, Ltd., Hoboken, NJ.

Mireles DeWitt CA, Lin J, Ismond A. 2014. Ch. 13 Waste Management and By-Product Utilization.  In: Surimi and Surimi Seafood, 3rd edition. Park JW. editor. CRC Press. Boca Raton, FL. P 279-316. Co-author. Submitted.

Kim JS, Peters G, Mireles DeWitt CA. 2014. Ch. 14 Food Grade By-products from Surimi Processing.  In: Surimi and Surimi Seafood, 3rd edition. Park JW. editor. CRC Press. Boca Raton, FL. P 279-316. Co-author. Submitted.

Ch. 28 Food Safety and Consumer Concerns. 2012. In: Introduction to Animal Science, Global, Biological, Social, and Industrial Perspectives, 4th edition, Damron WS editor. Prentice Hall, Upper Saddle River, NJ. P 710-736. Co-author.

IOM (Institute of Medicine). 2010. Strategies to reduce sodium intake in the United States. Washington, DC: The National Academies Press.  Committee Member.

Ch. 28 Food Safety and Consumer Concerns. 2006. In: Introduction to Animal Science, Global, Biological, Social, and Industrial Perspectives, 3rd   edition, Damron WS editor. Prentice Hall, Upper Saddle River, NJ. P 710-736. Co-author.

Mireles DeWitt CA, Morrissey MT. 2003. Processing Waste Land Application. *In:* Encyclopedia of Agricultural, Food, and Biological Engineering, Marcell Dekker, Inc. p788-791.

Ch. 28 Food Safety and Consumer Concerns. 2003. In: Introduction to Animal Science, Global, Biological, Social, and Industrial Perspectives, 2nd edition, Damron WS editor. Prentice Hall, Upper Saddle River, NJ. P 714-737.  Reviewer and contributor.

Torres JA, DeWitt-Mireles C, Savant V. 1999. Two food applications of biopolymers: edible coatings controlling microbial surface spoilage and chitosan use to recover proteins from aqueous processing wastes. In: Imam SH, Greene RV, Zaidi BR editors. ACS Symposium Series 723 - Biopolymers: utilizing nature's advanced materials, American Chemical Society, Washington, D.C. P 248-282.