Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy J. Roy (admitted *pro hac vice*)
Louis A. DePaul (admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:   (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>               Defendant. | Case No.  4:13-cv-00729-HSG<br><br>**DECLARATION OF DOMINIQUE M. HANSSENS, PH.D IN OPPOSITON TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date:      April 16, 2015<br>Time:     2:00 p.m.<br>Courtroom:  15, 18th Floor |

Hogan Lovells US LLP
Attorneys At Law
Silicon Valley

## Table of Contents

I.     Qualifications ............................................................................................................. 1

II.    Assignment and Materials Relied Upon ................................................................. 2

III.   Introduction and Plaintiff's Allegations................................................................. 3

IV.   Summary of Conclusions ........................................................................................ 5

V.    Many Factors Affect Consumers' Purchase Decisions, and There Is
Heterogeneity in the Purchase Decision Process Across Individual Consumers ... 7

VI.   Survey Methodology.............................................................................................. 13

VII.  Survey Implementation ......................................................................................... 15

VIII. Survey Results ....................................................................................................... 17

      A.    Survey Respondents Reported a Variety of Factors Influencing Their
Canned Tuna Purchases ............................................................................. 17

      B.    Many Survey Respondents Do Not Recall Their StarKist 5-ounce
Canned Tuna Purchases over the Past Six Years...................................... 19

      C.    Survey Respondents Are Satisfied with Their Purchases of StarKist 5-
ounce Canned Tuna.................................................................................... 20

### I.      Qualifications

1.      I am the Bud Knapp Distinguished Professor of Marketing at the UCLA Anderson School of Management in Los Angeles, California, where I have served on the faculty since 1977.  I received my Licentiate from the University of Antwerp in Applied Economics and received my M.S. and Ph.D. degrees in Management from Purdue University.  At UCLA I have taught a variety of marketing courses including Elements of Marketing, Marketing Strategy & Planning, and Customer Information Strategy.  I have received awards for distinguished teaching in the MBA and Executive MBA programs, including the UCLA Anderson School's Neidorf "Decade" teaching award.

2.      My research focuses on strategic marketing problems, to which I apply expertise in data-analytic methods such as econometrics and time-series analysis.  I am the co-author of *Market Response Models: Econometric and Time Series Analysis* and various monographs and book chapters.  I have served as an area editor for *Marketing Science* and an associate editor for *Management Science* and the *Journal of Marketing Research*.  My papers have appeared in the leading academic and professional journals in marketing, economics and statistics.  Five of these articles have won Best Paper awards, in *Marketing Science* (1995, 2001, 2002), *Journal of Marketing Research* (1999, 2007) and *Journal of Marketing* (2010), and eight were award finalists.

3.      From July 2005 to June 2007 I served as the Executive Director of the Marketing Science Institute in Cambridge, Massachusetts.  In 2007, I was the recipient of the Churchill Lifetime Achievement Award of the American Marketing Association (AMA), and in 2010 I was elected as a Fellow of the

INFORMS Society for Marketing Science. In 2013 I received the AMA Mahajan Award for Career Contributions to Marketing Strategy Research.

4.      I have frequently consulted on marketing issues for companies in a variety of industries such as consumer products, software, entertainment, technology, information services, and retailing.  Several of my research, teaching and consulting engagements have involved the design of consumer surveys and/or the use of survey data.  I am also a founding partner of MarketShare, a global marketing analytics firm headquartered in Los Angeles, California.  My complete CV is attached as Appendix A.

5.      A list of my prior testimony is attached as Appendix B.

6.      I am being compensated at my usual rate of $850 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter. Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

## II.    Assignment and Materials Relied Upon

7.      I was asked by counsel for StarKist Co. ("StarKist") to design and conduct a consumer survey in order to reliably analyze and quantify the following items:

- the factors considered by different purchasers of canned tuna in making their purchase decisions;

- the ability of canned tuna purchasers to recall details regarding their purchases made over the proposed class period; and

- the overall satisfaction of putative class members with their purchases of StarKist 5-ounce cans of tuna over the proposed class period.

8.    I was also asked by counsel to describe generally the various factors that may be considered by different consumers when deciding whether or not to purchase a food or beverage product, including canned tuna, based on my expertise in marketing.

9.    A list of documents I relied upon in this matter is attached as Appendix C.

10.   The facts set forth herein are within my own personal knowledge and, if called as a witness, I could testify competently thereto.  I reserve the right to modify my opinions if new information and data become available.

## III.    Introduction and Plaintiff's Allegations

11.   StarKist packages and sells a wide variety of tuna products.[1]  For example, StarKist offers products with chunk light, solid light, and albacore white tuna, products packed in a variety of different packing liquids (*e.g.*, water, vegetable oil, olive oil, and sweet and spicy oil), and products sold in a variety of different packaging options (*e.g.*, cans, pouches, and on-the-go packs).  I understand that StarKist is one of the largest producers of canned tuna products in the United States.

---

[1] See http://starkist.com/about-starkist and http://starkist.com/products.

12.    The class allegations involve four different varieties of StarKist 5-ounce cans of tuna: Chunk Light Tuna in Water, Solid White Albacore Tuna in Water, Chunk Light Tuna in Vegetable Oil, and Solid White Albacore Tuna in Vegetable Oil.[2]  Albacore refers to a particular species of tuna that has white meat.  Light tuna refers to tuna meat mainly from the skipjack and yellowfin species.[3]  Chunk tuna products offer tuna meat that comes in relatively small pieces and flakes, while solid tuna products offer larger pieces with fewer flakes.[4]

13.    Plaintiff alleges that StarKist's 5-ounce cans of tuna were "underfilled and thus substantially underweight" based on the "pressed weight" measurement method.[5]  Plaintiff alleges underfilling rates ranging from 1.1% for StarKist's chunk light tuna in vegetable oil to 17.3% for StarKist's chunk light tuna in water.[6]  Plaintiff concludes that the four StarKist products do "not contain an adequate amount of tuna for a 5-ounce can, and [are] illegal for sale in the United States."[7]  Plaintiff further claims that he relied on these "representations and warranties" when purchasing StarKist 5-ounce cans of tuna and, as a result, was harmed by paying a price premium on these purchases.[8]

---

[2] Class Action Complaint, *Patrick Hendricks v. StarKist Co.,* 2/19/13 ("Complaint"), ¶1.

[3] See http://starkist.com/faq.

[4] See 21 C.F.R. § 161.190.

[5] Complaint, ¶2; 21 C.F.R. § 161.190.

[6] Complaint, ¶¶2–3.

[7] Complaint, ¶20.

[8] Complaint, ¶¶14, 21.

14.     Plaintiff seeks certification of a nationwide class (and several subclasses by U.S. state) of consumers in the United States "who purchased StarKist Tuna packed before June 20, 2014."[9]

## IV.    Summary of Conclusions

15.     There is a high degree of heterogeneity in the consumer purchase decision process.  Marketing research demonstrates that a variety of factors influence consumer purchase decisions, and different consumers place different weights on different factors.

16.     Following standard scientific methods, I conducted a rigorous empirical study to determine (i) the importance of various factors when purchasing canned tuna, (ii) whether consumers can accurately remember details regarding their past StarKist 5-ounce canned tuna purchases, and (iii) whether consumers are satisfied with their StarKist 5-ounce canned tuna purchases.

17.     The survey results indicate that there are a number of factors consumers consider to be important when purchasing canned tuna, and that the majority of consumers do not cite factors relating to the fill of the can (*e.g.*, variations in the yield of product in the can, the proportion of packing liquid to dry tuna) as important in their purchase decisions.[10]  The survey

---

[9] Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification, *Patrick Hendricks v. StarKist Co.,* 1/20/15 ("Motion for Class Certification"), p. 1.

[10] I understand that StarKist disputes that there is a direct, consistent correlation between yield of canned tuna or amount of tuna added to a can, on the one hand, and the pressed weight standard, on the other.  For purposes of my analysis and opinions here, however, I assume that Plaintiff is correct in equating the two concepts.

results are consistent with the conclusion that consumers do not consider the pressed weight standard (assuming pressed weight were observable to any consumer) to be an important factor in their purchase decisions. The evidence is inconsistent with Plaintiff's claim that many or all putative class members consider issues relating to the fill of the can (or the results of the pressed weight test) when purchasing StarKist 5-ounce canned tuna, and would not have purchased StarKist 5-ounce canned tuna had they known of the alleged noncompliance with the pressed weight standard.

18.     In addition, the results show that many consumers cannot recall how many StarKist 5-ounce cans of tuna they purchased in each year of the proposed class period. For example, close to half of respondents (about 44%) did not recall how many cans they purchased in 2014. The percentage of respondents who did not recall how many StarKist 5-ounce cans of tuna they purchased in each of the years from 2009 to 2013 is significantly higher, ranging from approximately 73% to 84%.

19.     Finally, the results of the survey indicate that consumers were satisfied with their StarKist 5-ounce canned tuna purchases. For example, over 90% of respondents indicated that their satisfaction level was a 4 or 5 on a scale from 1 to 5, with 1 representing "not at all satisfied" and 5 representing "very satisfied."

20.     Neither Plaintiff nor his experts have proffered evidence that putative class members in any identified proportion consider the fill level of a can of tuna or the pressed weight to be an important factor when making their purchase decisions.

## V.     Many Factors Affect Consumers' Purchase Decisions, and There Is Heterogeneity in the Purchase Decision Process Across Individual Consumers

21.     Marketing professionals understand, and the marketing literature confirms, that the consumer decision process is multi-faceted.[11]  Multiple marketing factors influence each potential buyer's decision, and these factors interact with both external factors and buyer-specific characteristics in a complex decision-making process.  Below, I describe some of the more common factors that influence various individual consumers' purchase decisions and explain how these factors interact with individual characteristics as well as external factors.  These considerations apply to consumer products in the food and beverage industry, including StarKist brand canned tuna.  A comprehensive treatment may be found in *Consumer Behavior and Marketing Strategy*, by J. Paul Peter and Jerry C. Olson.[12]

22.     Several factors generally known as "marketing stimuli" are understood to influence consumer decision making, and the extent of their influence is determined by the individual characteristics of the consumer. The marketing stimuli are usually organized in four categories called the 4 Ps of Marketing – Price, Product, Place, and Promotion.  Taken together the 4 Ps constitute the so-called "marketing mix."[13]  In addition to the marketing stimuli, there are a host of other factors that affect, to varying degrees, any

---

[11] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, Ch. 3.
[12] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010.
[13] Philip Kotler and Kevin Lane Keller, *Marketing Management*, 14th edition, Prentice Hall, 2012, ch. 1.

individual purchase decision.  Below is a description of the marketing stimuli and other factors.

23.     Price is a factor that affects the sales of every product.  Basic marketing tells us that, all else equal, as the price of a product goes up, lower quantities of the product will be sold and as price goes down, more of the product will be sold.[14]

24.     The value consumers derive from a product they may decide to purchase is determined by a bundle of physical characteristics and other benefits.  For example, the characteristics of canned tuna can include the type of tuna (light vs. albacore), packing liquid, taste, smell, and color.  In addition, "brand" is a set of associations that create the personality of a product, and can be established and communicated in different ways.[15]  For example, brand can be communicated through logos or symbols (such as Nike's "swoosh" or McDonald's golden arches), names (such as "Coke" or "Cheerios"), and sounds (such as Harley-Davidson's engine sound and NBC's chime).  The influence of a brand on consumer decision making can vary depending on each consumer's preferences and characteristics.  For example, some consumers tend to repeatedly purchase a brand's products once they determine which brand they prefer,[16] while others are not loyal to a particular brand and frequently switch brands.

---

[14] Philip Kotler and Kevin Lane Keller, *Marketing Management*, 14th edition, Prentice Hall, 2012, ch. 14.

[15] Philip Kotler and Kevin Lane Keller, *Marketing Management*, 14th edition, Prentice Hall, 2012, ch. 9.

[16] See e.g., Emma K. Macdonald and Byron M. Sharp, "Brand Awareness Effects on Consumer Decision Making for a Common, Repeat Purchase Product:  A Replication," *Journal of Business Research*, Vol. 48, 2000, pp. 5–15.

25.     Consumers employ different purchase processes, placing different weights on different decision factors.  The academic literature demonstrates that consumers' information-seeking behavior can depend on many factors. For example, some consumers might base their purchase decisions on their personal experiences with the product.  These consumers are repeat purchasers and tend to report high levels of satisfaction with their purchases.[17]  Other consumers might engage in a different purchase process, seeking more information about the product, for example through the product label.

26.     Place, or the retail environment, also impacts consumers' purchasing decisions.  Retail environments can be physical or virtual, and a given retailer will often have both physical and virtual stores (for example Walmart sells both through its stores and through Walmart.com).[18]  Both physical and online retail environments vary widely and can significantly impact a product's sales.  Product placement within a particular retail outlet can also affect sales volume and the types of consumers who buy the product.[19]

---

[17] See Geoffrey C. Kiel and Roger A. Layton, "Dimensions of Consumer Information Seeking Behavior," *Journal of Marketing Research*, Vol. 18, No. 2, May 1981, pp. 233-239; Sharon E. Beatty and Scott M. Smith, "External Search Effort: An Investigation Across Several Product Categories," *Journal of Consumer Research*, Vol. 14, No. 1, June 1987, pp. 83-95.

[18] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, ch. 19; "History Timeline," Walmart.com, http://corporate.walmart.com/our-story/history/history-timeline, accessed 2/26/15.

[19] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, ch. 19.

27.     Promotional aspects will also affect product sales.  Promotion generally captures the sum total of communications that the marketer uses.[20] Types of promotion that can impact purchasing decisions include advertising, sales promotions (point of purchase displays, coupons, rebates, and free offers), and public relations.  Both manufacturers and retailers may run promotions.  Due to the myriad of communication channels available to marketers, the promotion environment can vary significantly from consumer to consumer.

28.     In addition to the above marketing stimuli, another dimension of influences on purchase behavior relates to external factors.[21]  For example, factors such as the economy, competition, technology, and culture may impact a given person's decision to purchase or not purchase a product. Different consumers also rely on many different sources of information on products, including recommendations from others and different media channels.  Another external factor is "time of year" or "seasonality."  The magnitude of any such external effects will vary depending on the potential purchaser and could also vary for a given purchaser over time.[22]

29.     In short, not only are there multiple marketing factors that will influence (to varying degrees) an individual buyer's decision, but such factors interact with both external factors and buyer-specific characteristics in a complex decision-making process.  Some of these buyer influence factors are described in *Empirical Generalizations of Marketing Impact*,

---

[20] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, ch. 17.
[21] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, ch. 11.
[22] J. Paul Peter and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th edition, McGraw-Hill, 2010, ch. 11.

edited by D. Hanssens, and *Consumer Insights: Findings from Behavioral Research*, edited by J. Alba.[23]

30.    The deposition testimony of Plaintiff Patrick Hendricks confirms that he considered a number of factors when he purchased StarKist canned tuna including taste, moistness, texture, tuna chunk size, color, smell, nutritional content, dolphin safe, and absence of bones.[24]  When asked what determined whether he purchased StarKist or Chicken of the Sea[25] canned tuna, he stated: "There were numerous reasons.  I'm in a hurry, a product's on sale, a certain store's out of that brand, I'm in a mood because I like Charlie Tuna, I like the taste of StarKist Tuna, Chicken of the Sea is on sale."[26]  I note that Mr. Hendricks continued to buy StarKist 5-ounce canned tuna even after he concluded the cans were underfilled and continued buying it until his wife began buying canned tuna for him from a grocery store that does not stock StarKist tuna.[27]

31.    The variety of factors that influence consumer purchase decisions, and the different weights put on these factors by different consumers, means that there is a high degree of heterogeneity in the purchase decision process at the consumer level.  That is to say that two consumers exposed to the same factors may arrive at different purchasing decisions for StarKist brand canned tuna, based on each consumer's prioritization and valuation of these

---

[23] *Empirical Generalizations of Marketing Impact*, edited by D. Hanssens, Marketing Science Institute, 2009; *Consumer Insights: Findings from Behavioral Research*, edited by J. Alba, Marketing Science Institute, 2011.
[24] Deposition of Patrick Hendricks, 11/14/14, pp. 53-56.
[25] Chicken of the Sea is another major brand of canned tuna products.
[26] Deposition of Patrick Hendricks, 11/14/14, pp. 33-34.
[27] Deposition of Patrick Hendricks, 11/14/14, pp. 31, 62-63.

factors.  Even if these two consumers both purchase the product, their purchase decisions will frequently be driven by a different mix of factors.

32.     Given the heterogeneity in the purchase decision process, it is, at best, speculative to assume that issues relating to the fill of the can (including the results of pressed weight tests) for the StarKist 5-ounce cans of tuna at issue were a factor in the purchase decision for all or many of the putative class members, absent evidence directly supporting that assumption.  As mentioned above, Mr. Hendricks continued to buy StarKist 5-ounce canned tuna even after he concluded the cans were underfilled.

33.     One potential way to ascertain why individual consumers chose to purchase StarKist brand canned tuna is to conduct a rigorous empirical study, in accordance with existing scientific and professional standards, on the factors that drive individual consumers' purchase decisions regarding canned tuna.  I designed and conducted such a study, as detailed below in Sections VI-VIII.  To my knowledge, while Plaintiff claims in his motion for class certification that "Plaintiff and class members each reviewed the same product packaging, each purchased StarKist Tuna in reliance on the representation that the products contained an adequate amount of tuna for a 5-ounce can, and each 'suffered a loss as a result of that purchase,'"[28] Plaintiff has offered no empirical analysis that would reveal the factors that drove the purchasing decisions of the putative class members.

---

[28] Motion for Class Certification, p. 11.

## VI.    Survey Methodology

34.    I worked with Target Research Group ("TRG") and Cornerstone Research to design and conduct an online survey.[29]  TRG specializes in conducting consumer surveys and has extensive experience conducting them in the U.S. and abroad.  I have conducted online surveys using TRG and Cornerstone Research previously, and I am confident that I can rely on their experience, technical capabilities, and data integrity processes.

35.    My consumer survey was designed to directly answer the questions posed to me by counsel for StarKist:

- What are the factors important to canned tuna purchasers?

- Can putative class members recall specifics of their StarKist 5-ounce canned tuna purchases during the proposed class period?

- Were putative class members satisfied with their purchases of StarKist 5-ounce cans of tuna during the proposed class period?

36.    The allegations in the complaint are directed at 5-ounce cans of StarKist tuna.[30]  Correspondingly, the survey questions are designed to ask respondents about their overall tuna purchases, their StarKist 5-ounce tuna can purchases, and their satisfaction with their StarKist 5-ounce tuna can purchases.

37.    In designing and implementing the consumer survey, I followed standard scientific methods to ensure the reliability of the survey results.[31]

---

[29] See http://www.targetresearchgroup.com.
[30] Complaint, ¶1.
[31] For a detailed discussion of scientific guidelines for surveys, see, e.g., Shari Seidman Diamond, "Reference Guide on Survey Research," in

Some of the key considerations in conducting a rigorous consumer survey
are as follows:

- The design must be driven by the survey's stated objectives.

- The design must ensure an accurate representation of the
  underlying population of interest so that extrapolation of the
  survey results to the target population is reliable and valid.

- The sampling plan must be consistent with statistical principles
  and market research best practices.

- Attempts should be made to minimize or eliminate bias—for
  example, bias stemming from respondent selection, question
  wording, and/or ordering of answer choices.

- The survey questions should be designed to ensure high-quality
  answers—for example, by avoiding confusion or guessing by
  respondents.

- The investigator should verify that the survey responses are from
  valid respondents and should use standard statistical tools to
  analyze the data.

38.    I addressed all of these considerations in the design of my survey.  I
designed a survey instrument that would ensure objective, unbiased
responses.  I used screening questions in order to identify members of the
target population and to determine whether respondents qualified for
inclusion in the survey.  I surveyed a sample of respondents that is
representative of the underlying target population, allowing me to draw valid

_____

*Reference Manual on Scientific Evidence*, Third Edition, 2011, pp. 359-423
(Henceforth "Diamond (2011)").

inferences from this study.  I included in the survey both questions with multiple choice answers and, when appropriate, questions that were open-ended to give respondents the flexibility to answer freely and minimize bias. Finally, several data validation procedures were implemented to ensure the integrity and reliability of the survey results.  This survey methodology allows me to reliably answer the questions that were part of my assignment.

39.     In Appendix D I describe in detail the survey methodology I followed. Exhibits 1 and 2 list all of the questions and possible responses in the screening part of the survey and Sections 1 and 2 of the main part of the survey, respectively.  Exhibit 3 contains screen shots of the survey questions exactly as they appeared to respondents.

## VII.   Survey Implementation

40.     The survey was conducted from February 5th to February 14th, 2015. Invitations to participate in the survey were sent to 67,000 online sample members, and a total of 4,451 sample members began the survey.  Of these, 2,064 were disqualified as a result of their answers to the screening questions, 768 respondents failed to answer the first screening question (*i.e.*, self-terminated before answering any survey questions), 426 respondents self-terminated during the screening questions, and 444 respondents self-terminated during the main questions.  The survey response rate was 6.6%, the completion rate was 76.4%, and the incidence rate was 14.4%.  All of these rates are within the typical range for internet surveys.  Details on the survey participation rates are provided in Exhibit 4.

41.     There were 643 respondents who completed Section 1 of the main survey, which was directed towards all purchasers of canned tuna in the past

six years.  Of these, 345 respondents said they purchased StarKist 5-ounce cans of tuna and thus continued to and completed Section 2 of the main survey.  The statistical precision offered by my sample sizes allows me to draw reliable conclusions about the questions of interest for the underlying population.[32]

42.    In order to obtain a sample that represents the population of canned tuna purchasers, I obtained data from a consumer survey conducted by TRG on the age and gender of canned tuna buyers.[33]  I used these demographic characteristics as approximate targets for my survey sample.

43.    Tabulations of the responses to the screening questions are presented in Exhibit 5.  These tabulations allow a comparison of the approximate targets for the demographic makeup of the survey sample from TRG's consumer survey to the observed demographic makeup of the final set of respondents for my survey.  Table 1 below provides this comparison.  The sample of respondents for my survey approximately follows the age and gender characteristics of the canned tuna purchasers in TRG's consumer survey, allowing a valid extrapolation of the results.

---

[32] These sample sizes result in a margin of error of 3.9% for results in Section 1 of the main survey and 5.3% for results in Section 2, both at the 95% confidence level.  These margins of error are calculated based on a proportion of 0.5 and represent upper bounds on the actual margins of error for any specific survey result.

[33]  See Appendix D for more details.

Table 1
## TRG and Hanssens Survey
## Respondent Demographic Comparison

| | Canned Tuna Buyers (TRG) | Hanssens Survey Respondents |
|---|---|---|
| **Gender** | | |
| Male | 42% | 45% |
| Female | 58% | 55% |
| **Age** | | |
| 18–34 | 25% | 19% |
| 35–49 | 28% | 27% |
| Over 50 | 46% | 55% |

Source:  Target Research Group

# VIII.  Survey Results

44.    As described earlier, the key questions for my analysis were the following:

- What factors did survey respondents list as important when purchasing canned tuna?

- What proportion of respondents were able to recall specifics of their StarKist 5-ounce canned tuna purchases over the past 6 years?

- Were respondents satisfied with their purchases of StarKist 5-ounce canned tuna during the proposed class period?

45.    I reviewed the survey data received from TRG.  In addition, TRG worked with Cornerstone Research, under my direction, to code the answers to the open-ended questions using standard procedures.

## A. Survey Respondents Reported a Variety of Factors Influencing Their Canned Tuna Purchases

46.    Question 1A asked respondents to list the factors they consider to be important when purchasing canned tuna.  The answer format was open-

ended, which allows the respondents to write as much or little as they choose without being limited to a pre-selected list of answer choices. The following question, question 1B, asked respondents if there is anything else they would like to add. This encourages the respondents to be more thorough and to list additional purchase factors, if applicable. These two questions were designed to allow respondents to describe, in their own words, what factors influence their purchase decisions in regards to canned tuna.

47.     In question 1 (answers for A and B are combined), survey respondents cited a wide variety of factors important to them in purchasing canned tuna. Some of the more common factors mentioned by the respondents include price (mentioned by 36.5% of respondents), that the tuna is packed in water (36.5%), taste (16.0%), brand (15.1%), and that it is white albacore tuna (12.9%). A detailed listing of the categories of factors mentioned by respondents, along with their frequencies, is presented in Exhibit 6.

48.     None of the respondents mentioned "pressed tuna weight" or anything similar, and only 15 respondents out of the 643 (2.3%) mentioned a factor in some way related to tuna weight or fill amount (*e.g.*, "the amount of tuna in the can") as an important factor when purchasing canned tuna.[34]  These results indicate that it would be incorrect to presume that most consumers consider the fill amount of a can of tuna to be an important consideration in their purchase decisions.

49.     The results of these questions are consistent with the marketing principles described in Section V and demonstrate that there exists

---

[34] I conservatively include here borderline cases in which there was a possibility, in my judgment, that the respondent was referring to a factor related to tuna weight or fill amount.

significant heterogeneity in the consumer purchase decision process for canned tuna.

### B. Many Survey Respondents Do Not Recall Their StarKist 5-ounce Canned Tuna Purchases over the Past Six Years

50.    Plaintiff's Motion for Class Certification argues that consumers can identify themselves as class members based on "objective criteria," in this case the purchase of specific types of 5-ounce StarKist cans of tuna packed before June 20, 2014.[35]  My survey examined whether putative class members can recall their purchases sufficiently to identify themselves as part of the class and to allow damages to be calculated in a reliable manner.

51.    Exhibits 7.1 to 7.7 summarize in detail the responses to questions 4 through 9 of my survey, which tested respondents' recall of their past purchases of StarKist 5-ounce cans of tuna.  The survey results show that many consumers cannot recall their past purchases.  Of the 345 survey respondents who purchased StarKist 5-ounce cans of tuna in the previous six years, just over half recalled how many cans they purchased in 2014.  For each year from 2009 to 2013, less than a third of respondents recalled how many cans they purchased.

52.    Even Plaintiff Mr. Hendricks has some difficulty recalling his past purchases of StarKist canned tuna.  For example, Mr. Hendricks does not remember how many 5-ounce StarKist cans tuna he purchased during the class period and has not saved receipts.[36]  This fact and the survey results are not surprising given that canned tuna is a low-involvement, inexpensive product.

---

[35] Motion for Class Certification, p. 15.
[36] Deposition of Patrick Hendricks, 11/14/14, pp. 61-62.

## C. Survey Respondents Are Satisfied with Their Purchases of StarKist 5-ounce Canned Tuna

53.    It stands to reason that if consumers of StarKist 5-ounce cans of tuna were concerned by the alleged underfilling, then they would not be satisfied with their purchases.  In order to evaluate how well StarKist satisfied consumers with respect to their varying purchase factors for canned tuna, respondents were asked, "Using a scale from 1 to 5, where 1 means 'not at all satisfied' and 5 means 'very satisfied,' how satisfied are you overall with your purchase of StarKist 5 oz. cans of tuna in the past 6 years (i.e., since 2009)."

54.    As shown in Exhibit 8, 314 respondents, representing 91% of the 345 respondents in Section 2 of the survey, gave StarKist canned tuna a satisfaction score of 4 or 5.  Only 28 respondents, representing 8% of survey respondents, gave StarKist a score of 3, and three respondents, less than 1% of survey respondents, gave StarKist a score of 1 or 2.

55.    The three respondents who indicated they were unsatisfied with their purchases of StarKist 5-ounce canned tuna (responding with a score of 1 or 2) did not list any factor related to Plaintiff's allegations as important in their canned tuna purchase decisions.  When asked what factors are important when purchasing canned tuna (questions 1A and 1B), the respondent who gave a score of 1 wrote, "I no longer purchase tuna because it makes me dizzy."  One of the respondents who gave StarKist a score of 2 answered "Packed in oil. Caught sustainably" and "Taste and brand. Any added ingredients should be organic."  The second answered "mercury free" and "organic."  Lastly, of the 28 respondents who gave StarKist a satisfaction

score of 3, none mentioned any factors related to pressed weight or the amount of tuna in the can.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, CA March 3rd, 2015.

Dominique M. Hanssens, Ph.D.