# Exhibit 1
# Screening Questions

| Question Number | Question | Answer Choices | Termination Criteria |
|---|---|---|---|
| S1 | Which of the following best describes the device you're using right now to read this survey? | A laptop/notebook computer<br><br>A tablet computer (e.g., Apple iPad, Galaxy Tab, Blackberry Tab, or similar)<br><br>A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii or similar)<br><br>A traditional desktop computer<br><br>A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy or similar)<br><br>A small screen (3 inches or less) mobile phone<br><br>An eBook reading device (e.g., Kindle, Nook, Sony Reader or similar)<br><br>Other (please specify) | Terminate if respondent selects "A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii or similar)," "A small screen (3 inches or less) mobile phone," "An eBook reading device (e.g., Kindle, Nook, Sony Reader or similar)," "A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy or similar)," or "Other (please specify)." |
| S2 | What is your gender? | Male<br><br>Female | |
| S3 | Which of the following groups includes your age? | Under 18<br><br>18-34<br><br>35-49<br><br>50+<br><br>Prefer not to answer | Terminate if respondent selects "Under 18" or "Prefer not to answer." |
| S4 | In which of the following states do you live? | Answer choices are all U.S. states and District of Columbia | |

## Exhibit 1
## Screening Questions

| Question Number | Question | Answer Choices | Termination Criteria |
|---|---|---|---|
| S5 | Do you, or does any member of your household currently work for any of the following?[1][2] | An advertising, public relations or marketing agency or advertising department of a company<br><br>A market research firm or a marketing research department of a company<br><br>A company that manufactures packaged food products<br><br>An investment management company<br><br>A college or university<br><br>None of these | Terminate if respondent selects "An advertising, public relations or marketing agency or advertising department of a company," "A market research firm or a marketing research department of a company," or "A company that manufactures packaged food products." |
| S6 | How much of the grocery shopping for your household do you personally do? | All of it<br><br>Most of it<br><br>About half of it<br><br>Less than half of it<br><br>None of it | Terminate if respondent selects "Less than half of it" or "None of it". |
| S7 | Which of the following grocery products have you personally purchased in the past 6 years (i.e., since 2009)?[1][2] | Pasta<br><br>Aluminum foil<br><br>Peanut butter<br><br>Canned tuna<br><br>None of the above | Terminate if respondent does not answer "Canned tuna." |

**Exhibit 1**
**Screening Questions**

| Question Number | Question | Answer Choices | Termination Criteria |
|---|---|---|---|
| S8 | What day of the week is it today? | Monday<br><br>Tuesday<br><br>Wednesday<br><br>Thursday<br><br>Friday<br><br>Saturday<br><br>Sunday | Terminate if respondent answers incorrectly. |

Note:
[1]  Respondents were permitted to select multiple answer choices.
[2]  The order of the answer choices was randomized for each respondent.

# Exhibit 2
## Main Questions

| Section | Question Number | Question | Answer Choices | Question Flow |
|---|---|---|---|---|
| 1 | 1A | What factors are important to you when purchasing canned tuna? | [Write-in text box] | An answer is required to continue. |
| 1 | 1B | Are there any additional factors that are important to you when purchasing canned tuna? If yes, please record them below being as specific as possible. | [Write-in text box] | |
| 1 | 2 | What type(s) of canned tuna have you purchased in the past 6 years (i.e., since 2009)?[1][2] | Chunk light tuna in water<br><br>Chunk light tuna in vegetable oil<br><br>Chunk light tuna in olive oil<br><br>Solid light tuna in water<br><br>Solid light tuna in olive oil<br><br>Solid white albacore tuna in water<br><br>Solid white albacore tuna in vegetable oil<br><br>Chunk white albacore tuna in water<br><br>Solid white albacore tuna in olive oil<br><br>Other (please specify)<br><br>I don't know/not sure | An answer is required to continue. |
| 1 | 3 | Now let's focus on the 5 oz. can size.  Please choose the approximate percentage of your *total* 5 oz. canned tuna purchases over the last 6 years (i.e., since 2009) represented by each brand below.<br><br>If you don't know the answer for all or a portion of your purchases, enter the appropriate percentage next to "I don't know which brand(s)."[1][2] | StarKist_____<br><br>Chicken of the Sea_____<br><br>Bumble Bee_____<br><br>Store brand/private label_____<br><br>Other brand_____<br><br>I don't know which brand(s)_____ | Answers are auto tallied and must sum to 100 in order to continue. If respondent enters "0" for StarKist, the respondent is terminated and their responses for Section 1 are retained. Respondent has the option to click on a link to view an image showing the 5 oz. can size relative to other can sizes. |

# Exhibit 2
# Main Questions

| Section | Question Number | Question | Answer Choices | Question Flow |
|---|---|---|---|---|
| 2 | 4A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2014?[3] | Yes <br><br> No | If respondent answers "No," questions 4B and 4C are skipped. |
| 2 | 4B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2014. | Number of cans_____ <br><br> Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 4C is skipped. |
| 2 | 4C | Of the StarKist 5 oz. cans of tuna you purchased in 2014 (number entered in 4B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____ <br><br> Number of solid tuna cans_____ <br><br> Don't know/not sure | |
| 2 | 5A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2013?[3] | Yes <br><br> No | If respondent answers "No," questions 5B and 5C are skipped. |
| 2 | 5B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2013. | Number of cans_____ <br><br> Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 5C is skipped. |
| 2 | 5C | Of the StarKist 5 oz. cans of tuna you purchased in 2013 (number entered in 5B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____ <br><br> Number of solid tuna cans_____ <br><br> Don't know/not sure | |

# Exhibit 2
# Main Questions

| Section | Question Number | Question | Answer Choices | Question Flow |
|---|---|---|---|---|
| 2 | | What day comes after Sunday?[2] | Monday<br><br>Tuesday<br><br>Wednesday<br><br>Thursday<br><br>Friday<br><br>Saturday | Interview is not processed as a valid complete if question is answered incorrectly. |
| 2 | 6A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2012?[3] | Yes<br><br>No | If respondent answers "No," questions 6B and 6C are skipped. |
| 2 | 6B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2012. | Number of cans_____<br><br>Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 6C is skipped. |
| 2 | 6C | Of the StarKist 5 oz. cans of tuna you purchased in 2012 (number entered in 6B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____<br><br>Number of solid tuna cans_____<br><br>Don't know/not sure | |
| 2 | 7A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2011?[3] | Yes<br><br>No | If respondent answers "No," questions 7B and 7C are skipped. |
| 2 | 7B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2011. | Number of cans_____<br><br>Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 7C is skipped. |

# Exhibit 2
# Main Questions

| Section | Question Number | Question | Answer Choices | Question Flow |
|---|---|---|---|---|
| 2 | 7C | Of the StarKist 5 oz. cans of tuna you purchased in 2011 (number entered in 7B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____<br><br>Number of solid tuna cans_____<br><br>Don't know/not sure | |
| 2 | 8A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2010?[3] | Yes<br><br>No | If respondent answers "No," questions 8B and 8C are skipped. |
| 2 | 8B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2010. | Number of cans_____<br><br>Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 8C is skipped. |
| 2 | 8C | Of the StarKist 5 oz. cans of tuna you purchased in 2010 (number entered in 8B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____<br><br>Number of solid tuna cans_____<br><br>Don't know/not sure | |
| 2 | 9A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in 2009?[3] | Yes<br><br>No | If respondent answers "No," questions 9B and 9C are skipped. |
| 2 | 9B | Please indicate how many StarKist 5 oz. cans of tuna you purchased in 2009. | Number of cans_____<br><br>Check here if you did not buy any StarKist 5 oz. cans of tuna | If respondent answers "Check here if you did not buy any StarKist 5 oz. cans of tuna," question 9C is skipped. |
| 2 | 9C | Of the StarKist 5 oz. cans of tuna you purchased in 2009 (number entered in 9B), how many were chunk tuna vs. solid tuna? | Number of chunk tuna cans_____<br><br>Number of solid tuna cans_____<br><br>Don't know/not sure | |

# Exhibit 2
# Main Questions

| Section | Question Number | Question | Answer Choices | Question Flow |
|---|---|---|---|---|
| 2 | 10 | Using a scale from 1 to 5, where 1 means "not at all satisfied" and 5 means "very satisfied," how satisfied are you overall with your purchases of StarKist 5 oz. cans of tuna in the past 6 years (i.e., since 2009)? | 1 - not at all satisfied<br><br>2<br><br>3<br><br>4<br><br>5 - very satisfied | An answer is required to continue. |

Note:
[1]  Respondents were permitted to select multiple answer choices.
[2]  The order of the answer choices was randomized for each respondent.
[3]  The order in which years 2009-2014 were presented in questions 4-9 (ascending or descending) was randomized for each respondent.

# Exhibit 3



**Exhibit 3**

# Toluna
Opinions for all

First, there are a few short questions to determine if you qualify for the study.

Which of the following best describes the device you're using right now to read this survey?

○ An eBook reading device (e.g., Kindle, Nook, Sony Reader or similar)
○ A tablet computer (e.g., Apple iPad, Galaxy Tab, Blackberry Tab, or similar)
○ A laptop/notebook computer
○ A TV-based browser or video game console (e.g., WebTV, Google TV, Microsoft X-Box, Nintendo Wii or similar)
○ A traditional desktop computer
○ A small screen (3 inches or less) mobile phone
○ A large screen smartphone (e.g., Apple iPhone, HTC Evo, Motorola Droid, Samsung Galaxy or similar)
○ Other (please specify) [                    ]

**NEXT**

© Toluna, Inc.

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**

# Toluna
### Opinions for all

Thank you, you qualify for this study.

Now, we need you to provide us with your name and phone number so we can call you to verify that you participated in this survey.

Your name and phone number and your responses to this survey will be kept completely confidential. We will not be calling to sell you anything; we will only call to verify your participation.

Please record your name and phone number below:

Name

Phone Number:            (for example, 9145551212)

**NEXT**

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**

# Toluna
Opinions for all

## What factors are important to you when purchasing canned tuna?

*(Please be as specific as possible in recording your response below)*

NEXT

© Toluna, Inc.

**Exhibit 3**

# Toluna
Opinions for all

Are there any additional factors that are important to you when purchasing canned tuna? If yes, please record them below being as specific as possible.

NEXT

© Toluna, Inc.

**Exhibit 3**



**Exhibit 3**



Now let's focus on the <u>5 oz. can size</u>. Please choose the approximate percentage of your *total* 5 oz. canned tuna purchases over the last 6 years (i.e., since 2009) represented by each brand below.

If you don't know the answer for all or a portion of your purchases, enter the appropriate percentage next to "I don't know which brand(s)."

<u>Click here to view an image showing the 5 oz. can size relative to other can sizes.</u>

*(Your entries must add to 100. You do <u>not</u> need to enter the percent sign or a decimal point.)*

| | |
|---|---|
| Chicken of the Sea | 0 |
| StarKist | 0 |
| Bumble Bee | 0 |
| Store brand/private label | 0 |
| Other brand | 0 |
| I don't know which brand(s) | 0 |
| = | 0 |

**Exhibit 3**

Now let's focus on th_____oz. canned tuna
purchases over the la_____

If you don't know the _____ge next to "I don't
know which brand(s).

Click here to view an image sh_____

(Your entries must add to 100.

| StarKist | 0 |
| Chicken of the Sea | 0 |
| Bumble Bee | 0 |
| Store brand/private label | 0 |
| Other brand | 0 |
| I don't know which brand(s) | 0 |
| = | 0 |



NEXT

**Exhibit 3**

**Toluna**
Opinions for all

Now we are going to ask you questions that relate only to <u>StarKist 5 oz. cans of tuna</u>, examples of which are shown below. The following questions ask about your purchases year by year.



NEXT

© Toluna Inc.

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



Of the StarKist 5 oz. cans of tuna you purchased **in 2014** (**5**), how many were chunk tuna vs. solid tuna?

Number of cans of chunk tuna

Number of cans of solid tuna

☐ Don't know/not sure

NEXT

© Toluna, Inc.

Note:  For the purpose of generating this screenshot, a response of "5" was entered for the prior question.  This prior response is provided in this question as a reminder for the respondent.

**Exhibit 3**



# Exhibit 3



**Exhibit 3**



Note:  For the purpose of generating this screenshot, a response of "5" was entered for the prior question.  This prior response is provided in this question as a reminder for the respondent.

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



## Toluna
Opinions for all

Of the StarKist 5 oz. cans of tuna you purchased **in 2012** (**5**), how many were chunk tuna vs. solid tuna?

Number of cans of chunk tuna

Number of cans of solid tuna

☐ Don't know/not sure

**NEXT**

© Toluna, Inc.

Note:  For the purpose of generating this screenshot, a response of "5" was entered for the prior question.  This prior response is provided in this question as a reminder for the respondent.

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



# Toluna
### Opinions for all

Of the StarKist 5 oz. cans of tuna you purchased **in 2011** (**5**), how many were chunk tuna vs. solid tuna?

Number of cans of chunk tuna

Number of cans of solid tuna

☐ Don't know/not sure

**NEXT**

© Toluna, Inc.

Note:  For the purpose of generating this screenshot, a response of "5" was entered for the prior question.  This prior response is provided in this question as a reminder for the respondent.

**Exhibit 3**



**Exhibit 3**



**Exhibit 3**



# Exhibit 3



**Exhibit 3**



**Exhibit 3**



Of the StarKist 5 oz. cans of tuna you purchased **in 2009** (**5**), how many were chunk tuna vs. solid tuna?

Number of cans of chunk tuna
Number of cans of solid tuna

☐ Don't know/not sure

NEXT

© Toluna, Inc.

Note:  For the purpose of generating this screenshot, a response of "5" was entered for the prior question.  This prior response is provided in this question as a reminder for the respondent.

**Exhibit 3**



Using a scale from 1 to 5, where 1 means "not at all satisfied" and 5 means "very satisfied," how satisfied are you overall with your purchases of StarKist 5 oz. cans of tuna in the past 6 years (i.e., since 2009)?

*(Select one response)*

| Not at all satisfied 1 | 2 | 3 | 4 | Very satisfied 5 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

NEXT

© Toluna, Inc.

# Exhibit 4
# Summary Statistics on
# Survey Participation

|     |                                         | Total   |       |
| --- | --------------------------------------- | ------- | ----- |
|     |                                         | **N**   | **%** |
| [a] | Qualified and Completed Section 1[1]     | 643     | 14.4% |
| [b] | Disqualified in Screening Questions      | 2,064   | 46.4% |
| [c] | Excluded After Completion of Survey      | 106     | 2.4%  |
| [d] | Self-terminated:[2]                       | 1,638   | 36.8% |
| [e] | *Prior to answering any questions*        | 768     | 17.3% |
| [f] | *During Screening questions*              | 426     | 9.6%  |
| [g] | *During Main Survey questions*            | 444     | 10.0% |
| [h] | Total Survey Participants                 | 4,451   |       |
| [i] | Total Survey Invitations                 | 67,000  |       |

|                                | Total |
| ------------------------------ | ----- |
| [h] / [i]  Response Rate        | 6.6%  |
| ([a]+[b]+[c]) / ([h] - [e])  Completion Rate | 76.4% |
| [a] / [h]  Incidence Rate       | 14.4% |

Source:  Target Research Group
Note:
[1]  Of the respondents who completed Section 1, 345 were StarKist purchasers and completed Section 2.
[2]  Self-terminated respondents voluntarily chose to leave the survey prior to completing the survey.

# Exhibit 5
# Responses to Screening Questions



| Question Number | Survey Question and Answer Choices | | Percentage of Respondents | Percentage of Respondents | Number of Respondents |
|---|---|---|---|---|---|
| S2 | **What is your gender?** | | 0% | 100% | |
| | Male | 45.4% | | | 292 |
| | Female | 54.6% | | | 351 |
| S3 | **Which of the following groups includes your age?** | | 0% | 100% | |
| | 18-34 | 18.5% | | | 119 |
| | 35-49 | 26.6% | | | 171 |
| | 50+ | 54.9% | | | 353 |
| S4 | **In which of the following states do you live?[1]** | | 0% | 100% | |
| | Pacific (WA, OR, CA, AK, HI) | 13.4% | | | 86 |
| | Mountain (MT, ID, WY, NV, UT, CO, AZ, NM) | 6.8% | | | 44 |
| | West South Central (TX, OK, AR, LA) | 8.7% | | | 56 |
| | East South Central (KY, TN, MS, AL) | 6.2% | | | 40 |
| | South Atlantic (FL, GA, SC, NC, VA, WV, DC, MD, DE) | 18.4% | | | 118 |
| | West North Central (ND, SD, NE, KS, MN, IA, MO) | 6.5% | | | 42 |
| | East North Central (WI, IL, MI, IN, OH) | 18.8% | | | 121 |
| | Middle Atlantic (NY, NJ, PA) | 15.2% | | | 98 |
| | New England (ME, NH, VT, MA, RI, CT) | 5.9% | | | 38 |
| S6 | **How much of the grocery shopping for your household do you personally do?** | | 0% | 100% | |
| | All of it | 64.4% | | | 414 |
| | Most of it | 22.4% | | | 144 |
| | About half of it | 13.2% | | | 85 |
| | Less than half of it | 0.0% | | | 0 |
| | None of it | 0.0% | | | 0 |

# Exhibit 5
## Responses to Screening Questions

| Question Number | Survey Question and Answer Choices | Percentage of Respondents | Percentage of Respondents | Number of Respondents |
|---|---|---|---|---|
| S7 | **Which of the following grocery products have you personally purchased in the past 6 years (i.e., since 2009)?[2]** | | 0%          100% | |
| | Pasta | 94.9% | | 610 |
| | Aluminum Foil | 92.7% | | 596 |
| | Peanut Butter | 91.6% | | 589 |
| | Canned Tuna | 100.0% | | 643 |
| | None of the above | 0.0% | | 0 |

Note:  The tabulations of the responses to the screening questions reflect only the responses by the final set of survey respondents.
[1]  Respondents were provided a list of states to select from.  These selections are grouped into regions.
[2]  Respondents were permitted to select multiple answer choices.

**Exhibit 6**
**Factors Mentioned by Respondents as Important in**
**Their Purchases of Canned Tuna**

| Purchase Factors[2] | What factors are important to you when purchasing canned tuna?[1] | |
| --- | --- | --- |
| | Percentage of Respondents | Number of Respondents |
| **Packing Liquid** | **48.4%** | **311** |
| Packed in water | 36.5% | 235 |
| What it's packed in: water or oil (or olive oil) | 8.6% | 55 |
| Packed in oil | 2.8% | 18 |
| Other packing liquid mentions | 0.9% | 6 |
| | | |
| **Cost Related** | **43.7%** | **281** |
| Price/cost | 36.5% | 235 |
| Good/reasonable price/affordable/not too expensive | 3.4% | 22 |
| Sale/coupon | 2.6% | 17 |
| Low price/cheap | 1.1% | 7 |
| Other cost related mentions | 1.7% | 11 |
| | | |
| **Taste/Quality** | **28.9%** | **186** |
| Taste/good taste | 16.0% | 103 |
| Quality | 12.8% | 82 |
| Texture | 1.2% | 8 |
| Good/that it's good/I like it | 0.5% | 3 |
| Other taste/quality mentions | 3.7% | 24 |
| | | |
| **Type of Tuna** | **25.3%** | **163** |
| Albacore/white albacore | 12.9% | 83 |
| Chunk tuna vs. solid tuna | 7.9% | 51 |
| Light tuna | 2.2% | 14 |
| Other type of tuna mention | 9.6% | 62 |

**Exhibit 6**
**Factors Mentioned by Respondents as Important in**
**Their Purchases of Canned Tuna**

| Purchase Factors[2] | What factors are important to you when purchasing canned tuna?[1] | |
|---|---|---|
| | Percentage of Respondents | Number of Respondents |
| **Brands** | **23.2%** | **149** |
| Brand (unspecified) | 15.1% | 97 |
| Name brand/well-known brand | 2.0% | 13 |
| Brand I trust/reputable brand | 1.9% | 12 |
| Like/prefer/buy StarKist | 1.7% | 11 |
| Like/prefer/buy Chicken of the Sea | 1.2% | 8 |
| Like/prefer/buy Bumble Bee | 0.5% | 3 |
| Like/prefer/buy store brands | 0.5% | 3 |
| Like/prefer/buy other name brand (specified) | 0.3% | 2 |
| Other miscellaneous brand reputation mentions | 2.6% | 17 |
| | | |
| **Package and Amount of Tuna** | **10.6%** | **68** |
| Package size (unspecified) | 4.0% | 26 |
| Amount of tuna in can | 2.3% | 15 |
| Other miscellaneous packaging mentions | 4.0% | 26 |
| Other package size mentions | 0.5% | 3 |
| | | |
| **Harvesting Method** | **10.4%** | **67** |
| Dolphin-safe/dolphin catch free | 7.2% | 46 |
| Humanely/ethically harvested/cruelty-free | 1.2% | 8 |
| Sustainable/sustainably fished | 0.9% | 6 |
| Other harvesting method mentions | 1.9% | 12 |
| | | |
| **Health/Nutrition/Natural** | **9.8%** | **63** |
| Mercury level/low/no mercury | 2.3% | 15 |
| Sodium level/low sodium | 2.0% | 13 |
| Organic/natural/whether it's organic/natural or not | 1.7% | 11 |
| Healthy | 1.6% | 10 |
| Other health/nutrition mentions | 3.3% | 21 |

**Exhibit 6**
**Factors Mentioned by Respondents as Important in**
**Their Purchases of Canned Tuna**

|  | What factors are important to you when purchasing canned tuna?[1] | |
| Purchase Factors[2] | Percentage of Respondents | Number of Respondents |
| --- | --- | --- |
| **Freshness** | **9.2%** | **59** |
| Fresh/freshness | 5.4% | 35 |
| Freshness date/expiration date/not expired | 3.7% | 24 |
| Other freshness mentions | 0.6% | 4 |
|  |  |  |
| **Origin** | **4.2%** | **27** |
| Where it comes from/country of origin (unspecified) | 1.9% | 12 |
| American product: made/packaged in the US | 1.4% | 9 |
| Other origin mentions | 1.1% | 7 |
|  |  |  |
| **Miscellaneous** | **9.0%** | **58** |
| Ingredients mentions | 2.6% | 17 |
| Miscellaneous mentions | 6.4% | 41 |

Note:
[1] Includes responses to both questions 1A and 1B. Duplicate answers to question 1A and 1B by the same respondent are excluded.
[2] Purchase Factor categories are bolded, while sub-categories are not. A respondent who mentioned multiple factors may be counted more than once across sub-categories in the same category, but is only counted once in the total for the category.

**Exhibit 7.1**
**Summary of Responses to Questions 4A – 9A**

| Question Number | Survey Question | Percentage of Respondents who answered "Yes" | Percentage of Respondents who answered "Yes" | 95% Confidence Interval |
|---|---|---|---|---|
| 4A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2014**? | 55.7% | | [50.4%, 60.9%] |
| 5A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2013**? | 27.0% | | [22.3%, 31.6%] |
| 6A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2012**? | 20.6% | | [16.3%, 24.8%] |
| 7A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2011**? | 18.0% | | [13.9%, 22.0%] |
| 8A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2010**? | 15.7% | | [11.8%, 19.5%] |
| 9A | Do you recall how many StarKist 5 oz. cans of tuna you purchased in **2009**? | 17.1% | | [13.1%, 21.1%] |

Note:  The answer options for questions 4A - 9A were "Yes" and "No."  The order in which years 2009-2014 are presented in questions 4-9 (ascending or descending) was randomized for each respondent.

# Exhibit 7.2
# Summary of Responses to Questions 4A–C
# 2014

| Question Number | Survey Question | |
|---|---|---|
| **4A** | **Percentage of respondents who recall the number of cans they purchased:** | **55.7%** |
| **4B** | **Summary statistics on number of cans purchased:** | |
| | Min: | 0 |
| | Median: | 12 |
| | Max: | 225 |
| | Mean: | 21 |
| | St. Dev.: | 29.5 |
| **4C** | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | **51.9%** |

Note:
[1]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2014, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 4A by the total number of respondents who completed Section 2.

# Exhibit 7.3
# Summary of Responses to Questions 5A–C
# 2013

| Question Number | Survey Question | | |
|---|---|---|---|
| **5A** | **Percentage of respondents who recall the number of cans they purchased:** | | **27.0%** |
| **5B** | **Summary statistics on number of cans purchased:[1]** | | |
| | | Min: | 0 |
| | | Median: | 15 |
| | | Max: | 144 |
| | | Mean: | 23 |
| | | St. Dev.: | 26.6 |
| **5C** | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | | **25.5%** |

Note:
[1]  One respondent answered "about 25" when asked how many cans of tuna they purchased in 2013.  This respondent is excluded from the summary statistics provided.
[2]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2013, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 5A by the total number of respondents who completed Section 2.

# Exhibit 7.4
# Summary of Responses to Questions 6A–C
# 2012

| Question Number | Survey Question | | |
|---|---|---|---|
| 6A | **Percentage of respondents who recall the number of cans they purchased:** | | **20.6%** |
| 6B | **Summary statistics on number of cans purchased:[1]** | | |
| | | Min: | 0 |
| | | Median: | 18 |
| | | Max: | 144 |
| | | Mean: | 27 |
| | | St. Dev.: | 27.6 |
| 6C | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | | **19.1%** |

Note:
[1]  One respondent answered "30+" when asked how many cans of tuna they purchased in 2012.  This respondent is excluded from the summary statistics provided.
[2]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2012, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 6A by the total number of respondents who completed Section 2.

# Exhibit 7.5
# Summary of Responses to Questions 7A–C
# 2011

| Question Number | Survey Question | | |
|---|---|---|---|
| **7A** | **Percentage of respondents who recall the number of cans they purchased:** | | **18.0%** |
| **7B** | **Summary statistics on number of cans purchased:[1]** | | |
| | | Min: | 0 |
| | | Median: | 15 |
| | | Max: | 100 |
| | | Mean: | 25 |
| | | St. Dev.: | 25.7 |
| **7C** | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | | **16.5%** |

Note:
[1]  One respondent answered "30+" when asked how many cans of tuna they purchased in 2011.  This respondent is excluded from the summary statistics provided.
[2]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2011, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 7A by the total number of respondents who completed Section 2.

# Exhibit 7.6
# Summary of Responses to Questions 8A–C
# 2010

| Question Number | Survey Question | | |
|---|---|---|---|
| **8A** | **Percentage of respondents who recall the number of cans they purchased:** | | **15.7%** |
| **8B** | **Summary statistics on number of cans purchased:[1]** | | |
| | | Min: | 0 |
| | | Median: | 20 |
| | | Max: | 100 |
| | | Mean: | 25 |
| | | St. Dev.: | 25.2 |
| **8C** | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | | **14.2%** |

Note:
[1]  One respondent answered "30+" when asked how many cans of tuna they purchased in 2010.  This respondent is excluded from the summary statistics provided.
[2]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2010, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 8A by the total number of respondents who completed Section 2.

# Exhibit 7.7
# Summary of Responses to Questions 9A–C
# 2009

| Question Number | Survey Question | |
| --- | --- | --- |
| **9A** | **Percentage of respondents who recall the number of cans they purchased:** | **17.1%** |
| **9B** | **Summary statistics on number of cans purchased:[1]** | |
| | Min: | 0 |
| | Median: | 19 |
| | Max: | 100 |
| | Mean: | 23 |
| | St. Dev.: | 21.8 |
| **9C** | **Percentage of respondents who recall the number of cans purchased AND how many cans of chunk or solid tuna they purchased:[1]** | **15.7%** |

Note:
[1]  One respondent answered "30+" when asked how many cans of tuna they purchased in 2009.  This respondent is excluded from the summary statistics provided.
[2]  Respondents were asked the question: "Of the StarKist 5 oz. cans of tuna you purchased in 2009, how many were chunk tuna vs. solid tuna?"  The percentage is calculated by dividing the number of respondents who gave a numerical answer to this question and responded yes to Question 9A by the total number of respondents who completed Section 2.

**Exhibit 8**
**Summary of Responses to Question 10**



| Question Number | Survey Question and Answer Choices | Percentage of Respondents | Percentage of Respondents | Number of Respondents |
|---|---|---|---|---|
| 10 | Using a scale from 1 to 5, where 1 means "not at all satisfied" and 5 means "very satisfied," how satisfied are you overall with your purchases of StarKist 5 oz. cans of tuna in the past 6 years (i.e., since 2009)? | | 0%                  100% | |
| | 5 - very satisfied | 58.6% | | 202 |
| | 4 | 32.5% | | 112 |
| | 3 | 8.1% | | 28 |
| | 2 | 0.6% | | 2 |
| | 1 - not at all satisfied | 0.3% | | 1 |