# Appendix A

**DOMINIQUE M. HANSSENS**

Bud Knapp Distinguished Professor of Marketing
UCLA Anderson School of Management

## Office

UCLA Anderson School of Management
110 Westwood Plaza, Suite B417
Los Angeles, California  90095-1481, USA

Phone +1 310.825.4497 and +1 310.206.7422 (fax)

E-mail dominique.hanssens@anderson.ucla.edu

## Academic Positions

UCLA, Anderson Graduate School of Management
    Distinguished Professor of Marketing, 2012-present
    Bud Knapp Professor of Marketing, 1999-present

Marketing Science Institute, Cambridge, MA
    Executive Director, 2005-07

Catholic University of Leuven, Belgium
    Visiting Professor, Department of Applied Economics, 1984

Purdue University
    Graduate Instructor, School of Industrial Management, 1975-76

## Education

Ph.D., Purdue University, Management
    Thesis:  "An Empirical Study of Time-Series Analysis in Marketing Model Building."
     Chair:  Frank M. Bass

M.S., Purdue University, Management

Licenciate, University of Antwerp (UFSIA), Applied Economics

## Languages

Dutch, English, French, German, Spanish

# RESEARCH

## Books and Monographs

N. Mizik and D. M. Hanssens, Eds., *Handbook of Marketing Analytics: Methods and Applications in Marketing Management, Public Policy and Litigation Support*. Edward Elgar, 2016, in preparation.

D.M. Hanssens, Ed., *Empirical Generalizations about Marketing Impact*. Cambridge, MA: Marketing Science Institute, Relevant Knowledge Series, 2009. Second Edition forthcoming, 2015.

Designated as a "*must read*" book by Quirk's Marketing Research, February 2013.

J. Villanueva and D.M. Hanssens. *Customer Equity: Measurement, Management and Research Opportunities.* Foundations and Trends in Marketing, 2007.

D.M. Hanssens, L.J. Parsons and R.L. Schultz.  *Market Response Models:  Econometric and Time Series Analysis*, 2nd Edition, Kluwer Academic Publishers, 2001.  Reprinted, 2003.

Reviewed in *Journal of Marketing Research* (August 2002), *Interfaces* (July-August 2003), *International Journal of Forecasting* (April-June 2005).

Chinese translation, Shanghai People's Publishing House, 2003.

D.M. Hanssens, L.J. Parsons and R.L. Schultz.  *Market Response Models:  Econometric and Time Series Analysis*, Kluwer Academic Publishers, 1990.

Reviewed in *Journal of Marketing Research* (May 1991), *International Journal of Research in Marketing* (June 1991).

## Book Chapters

Hanssens, D.M., "History of Marketing Science: Econometric Models," in *The History of Marketing Science,* R. Winer and S. Neslin,  Eds., Now Publishers Inc., 2014.

Hanssens, D.M., J.Villanueva & S.Yoo, "Word-of-Mouth and Marketing Effects on Customer Equity, in *The Handbook of Customer Equity*, V. Kumar and Denish Shah, Eds., Edward-Elgar Publishing, MA, forthcoming, 2014.

Luo, X., K. Pauwels & D.M. Hanssens, "Time-Series Models of Pricing the Impact of Marketing on Firm Value," in *Handbook of Marketing and Finance*, S. Ganesan, Ed., Edward-Elgar Publishing, MA, 2012.

Dekimpe, M.G. & D. M. Hanssens, "The Hidden Powers of Advertising Investments," in *Liber Amicorum in Honor of Peter S.H. Leeflang*, J. Wierenga, P. Verhoef and J. Hoekstra, Eds., Rijksuniversiteit Groningen, 2011.

Hanssens, D. M. and M. G. Dekimpe, "Short-term and Long-term Effects of Marketing Strategy," in *Handbook of Marketing Strategy*, V. Shankar and G. S. Carpenter, ed., Edward-Elgar Publishing, MA, 2012.

Lehmann, D.R. and Hanssens, D.M., "Marketing Metrics," in *Wiley International Encyclopedia of Marketing*, R. Peterson and R. Kerin, Eds., 2011.

Hanssens, D.M. and Dekimpe, M.G., "Models for the Financial Performance Effects of Marketing," in *Handbook of Marketing Decision Models*, B. Wierenga (Ed.), Springer Science, 2008.

Dekimpe, M.G., Franses, P.H., Hanssens, D.M. and Naik, P., "Time Series Models in Marketing," in *Handbook of Marketing Decision Models*, B. Wierenga (Ed.), Springer Science, 2008.

Dekimpe, M.G. and Hanssens, D.M., "Advertising Response Modeling," in *Handbook of Advertising*, G. Tellis and T. Ambler (Eds.), Sage Publications, 2007.

Dekimpe, M.G. and Hanssens, D.M., "Persistence Modeling for Assessing Marketing Strategy Performance," in *Assessing Marketing Strategy Performance*, Lehmann, D. and Moorman, C. (Eds.), Marketing Science Institute, 2004.

Hanssens, D.M. "Allocating Marketing Communication Expenditures: A Long-Run View," in *Measuring and Allocating Marcom Budgets: Seven Expert Points of View*, Batra, R. and Reibstein, D. (Eds.), Marketing Science Institute, 2003.

Hanssens, D.M. and Parsons, L.J., "Econometric and Time-Series Market Response Models," in *Handbooks in OR & MS*, Vol 5, Eliashberg, J. and Lilien, G.L. (Eds.), Elsevier Science Publishers, 1993. Translated in Japanese, 1998.

**Articles**

M. Fischer, H. Shin and D.M. Hanssens, "Brand Performance Volatility from Marketing Spending," *Management Science,* forthcoming, 2015.

D.M. Hanssens, K. Pauwels, S. Srinivasan, M. Vanhuele and G.Yildirim, "Consumer Attitude Metrics for Guiding Marketing Mix Decisions," *Marketing Science*, July-August 2014.

Finalist, Robert D. Buzzell Best Paper Award, *Marketing Science Institute*

S. Gupta, D. Hanssens, J. Hauser, D. Lehmann & B. Schmitt, "Introduction to Theory and Practice in Marketing Special Section of Marketing Science," *Marketing Science,* January-February 2014.

P. Chintagunta, D. Hanssens, J. Hauser, J. Raju, K. Srinivasan & R. Staelin, "Marketing Science: A Strategic Review," *Marketing Science*, January-February 2013.

D.M. Hanssens, "Response Models, Data Sources, and Dynamics: Commentary on 'Measuring the Impact of Negative Demand Shocks on Car Dealer Networks'," *Marketing Science*, January-February 2012.

M.G. Dekimpe & D.M. Hanssens, "Time Series Models in Marketing: Some Recent Developments," *Marketing - Journal of Research and Management*, *Special Issue in Honor of Lutz Hildebrandt*, 6 (1), 2010.

A.Joshi & D.M. Hanssens, "The Direct and Indirect Effects of Advertising Spending on Firm Value," *Journal of Marketing*, January 2010.

> MSI/Paul Root Best Paper Award, Journal of Marketing, 2011
> Robert D. Buzzell Best Paper Award, Marketing Science Institute, 2006

D.M. Hanssens, R. T. Rust & R. K. Srivastava, "Marketing Strategy and Wall Street: Nailing Down Marketing's Impact," *Journal of Marketing*, October 2009.

D.M. Hanssens, "Advertising Impact Generalizations in a Marketing Mix Context," *Journal of Advertising Research*, June 2009.

S. Srinivasan & D.M. Hanssens , "Marketing and Firm Value: Metrics, Methods, Findings and Future Directions," *Journal of Marketing Research*, June 2009.

> Lead article
> With commentaries and rejoinder
> Finalist for the 2009-2010 Paul Green Best Paper Award.
> Finalist for the 2014 William O'Dell Long Term Impact Award
>
> French translation available in "Marketing et valeur de l'entreprise : mesures, méthodes, résultats et voies futures de recherché," *Recherche et Applications en Marketing*, 24 (4), 2009.

A.Joshi & D.M. Hanssens, "Movie Advertising and the Stock Market Valuation of Studios," *Marketing  Science*,  March-April 2009.

P. Leeflang, T. Bijmolt, J. van Doorn, D. Hanssens, H. van Heerde, P. Verhoef & J. Wierenga, "Lift versus Base: Current Trends in Marketing Dynamics," *International Journal of Research in Marketing*, March 2009.

Finalist, Best Paper Award, *International Journal of Research in Marketing*

S. Srinivasan, K. Pauwels, J. Silva-Risso and D.M. Hanssens , "Product Innovations, Advertising Spending and Stock Returns," *Journal of Marketing*, January 2009.

B.Bronnenberg, J.P.Dubé, C. Mela,  P. Albuquerque, T. Erdem, B. Gordon, D. Hanssens, G. Hitsch, H. Hong & B. Sun, "Measuring long-run marketing effects and their implications for long-run marketing decisions," *Marketing Letters*, September 2008.

J. Villanueva, S. Yoo and D.M. Hanssens, "The Impact of Marketing-Induced vs. Word-of-Mouth Customer Acquisition on Customer Equity," *Journal of Marketing Research*, February 2008.

Emerald Management Reviews Citations of Excellence Award, 2012

K.Pauwels & D.M. Hanssens, "Performance Regimes and Marketing Policy Shifts," *Marketing Science*, May-June 2007.

Lead article
Finalist, John D.C. Little Best Paper award
Finalist, Frank M. Bass Best Dissertation-based Paper award

S. Gupta, D. Hanssens, B. Hardie, W. Kahn, V. Kumar, N. Lin, N. Ravishanker and S. Sriram (2006), "Modeling Customer Lifetime Value," *Journal of Service Research*, 9, 2 (November).

J-B. Steenkamp, V.R.Nijs, D.M. Hanssens and M.G. Dekimpe, "Competitive Reactions and the Cross-Sales Effects of Advertising and Promotion," *Marketing Science*, Winter 2005.

D.M. Hanssens, P. Leeflang and D.R. Wittink, "Market Response Models and Marketing Practice," *Applied Stochastic Models in Business and Industry*, July-October 2005.

With commentaries and rejoinder

M.G. Dekimpe, D.M. Hanssens, V. Nijs and J-B. Steenkamp, "Measuring Short- and Long-Run Promotional Effectiveness on Scanner Data using Persistence Modeling," *Applied Stochastic Models in Business and Industry*, July-October 2005.

With commentaries and rejoinder

K.Pauwels, I. Currim, M. Dekimpe, E. Ghysels, D. Hanssens, N. Mizik and P.Naik, "Modeling Marketing Dynamics by Time Series Econometrics," *Marketing Letters,* 15:4, 2004.

S. Srinivasan, K. Pauwels, D.M. Hanssens & M. Dekimpe, "Do Promotions Benefit Manufacturers, Retailers, or Both?," *Management Science*, May 2004.

> Best Paper Award, 2001 European Marketing Academy Meetings
>
> French translation available in "Les promotions beneficient-elles aux fabricants, aux distributeurs, ou aux deux?", *Recherche et Applications en Marketing*, 19 (3), 2004.

K. Pauwels, J. Silva-Risso, S. Srinivasan and D.M. Hanssens, "The Long-Term Impact of New-Product Introductions and Promotions On Financial Performance and Firm Value," *Journal of Marketing*, October 2004.

D.M.Hanssens. & M. Ouyang, "Hysteresis in Marketing Response: When is Marketing Spending an Investment? *Review of Marketing Science*, 419, (2002).

K.Pauwels, D.M. Hanssens & S.Siddarth, "The Long-Term Effects of Price Promotions on Category Incidence, Brand Choice and Purchase Quantity," *Journal of Marketing Research*, November 2002, p. 421-439.

> Finalist for the 2002-2003 Paul Green Best Paper Award.
> Winner of the 2007 William O'Dell Award

V. Nijs, M. Dekimpe, J.-B. Steenkamp & D.M. Hanssens, "The Category Effects of Price Promotions, *Marketing Science*, Winter 2001.

> Lead article.
> Co-Winner of the 2001 John D.C. Little Best Paper Award.
> Winner of the 2002 Frank M. Bass Outstanding Dissertation Award.
> Finalist, 2011 Long-Term Impact Award, Society for Marketing Science

M.G. Dekimpe and D.M. Hanssens, "Time-Series Models in Marketing: Past, Present and Future," *International Journal of Research in Marketing*, September 2000.

G. Giuffrida, W. Chu and D.M. Hanssens, "Mining Classification Rules from Datasets with Large Number of Many-Valued Attributes," in *Lecture Notes in Computer Science*, 1777, Springer Verlag, 2000.

M.G. Dekimpe and D.M. Hanssens, "Sustained Spending and Persistent Response: A New Look at Long-Term Marketing Profitability," *Journal of Marketing Research,* November 1999, p. 1-31.

> Lead article.
> Winner of the 1999-2000 Paul Green Best Paper Award.
> Finalist for the 2004 William O'Dell Award.

M.G. Dekimpe,  D.M. Hanssens & J.Silva-Risso, "Long-Run Effects of Price Promotions in Scanner Markets," *Journal of Econometrics,* March-April 1999,  p. 269-291.

M.G. Dekimpe, L. van de Gucht, D.M. Hanssens & K. Powers, "Long-Run Abstinence After Treatment for Narcotcs Abuse: What Are the Odds?", *Management Science,* November 1998.

D.M. Hanssens,  "Order Forecasts, Retail Sales and the Marketing Mix for Consumer Durables,  *Journal of Forecasting*, June-July 1998.

M.G. Dekimpe and D.M. Hanssens, "Empirical Generalizations about Market Evolution and Stationarity," *Marketing Science*, Summer 1995.

M.G. Dekimpe and D.M. Hanssens, "The Persistence of Marketing Effects on Sales," *Marketing  Science,* Winter 1995.

> Lead article.
> Co-Winner of the 1995 John D.C. Little Best Paper Award.

G.S. Carpenter and D.M. Hanssens, "Market Expansion, Cannibalization and Optimal Airline Pricing," *International Journal of Forecasting,* Vol 10, 1994.

A. Roy, D.M. Hanssens and J.S. Raju, "Competitive Pricing by a Price Leader," *Management Science,* July 1994.

> Lead article.

K. Powers, D.M. Hanssens, Y.I. Hser and M.D. Anglin, "Policy Analysis with a Long-Term Time Series Model:  Controlling Narcotics Use and Property Crime," *Mathematical and Computer Modeling, Vol. 17, 2*, 1993.

D.M. Hanssens and J.K. Johansson, "Synergy or Rivalry?  The Japanese Automobile Companies' Export Expansion," *Journal of International Business Studies,* Fall 1991.

K. Powers, D.M. Hanssens, Y.I. Hser and M.D. Anglin, "Measuring the Long-Term Effects of Public Policy:  The Case of Narcotics Use and Property Crime," *Management Science,* June 1991.

> Lead article.

G.S. Carpenter, L.G. Cooper, D.M. Hanssens and D.F. Midgley, "Asymmetric Market Share Models," *Marketing Science,* Fall 1988.

D.M. Hanssens and P. Vanden Abeele, "A Time-Series Study of the Formation and Predictive Performance of EEC Production Survey Expectations," *Journal of Business & Economic Statistics,* October 1987.

S.I. Ornstein and D.M. Hanssens, "Resale Price Maintenance:  Output Increasing or Restricting?  The Case of Retail Liquor Stores," *Journal of Industrial Economics,* September 1987.

> Lead article.
> Reprinted  in *Journal of Reprints of Antitrust Law and Economics,* W.Comanor (Guest Editor), 1990.

H. Gatignon and D.M. Hanssens, "Modeling Marketing Interactions with Application to Sales Force Effectiveness," *Journal of Marketing Research,* August 1987.

> Lead article.
> Finalist for the 1992 William O'Dell Award.

S.I. Ornstein and D.M. Hanssens, "Alcohol Control Laws and the Consumption of Distilled Spirits and Beer," *Journal of Consumer Research,* September 1985.

W.A.V. Clark, H.E. Freeman and D.M. Hanssens, "Opportunities for Revitalizing Stagnant Markets: An Analysis of Consumer Durables," *Journal of Product Innovation Management,* December 1984.

D.M. Hanssens and L.M. Liu, "Lag Specification in Rational Distributed Lag Structural Models," *Journal of Business & Economic Statistics,* October 1983.

D.M. Hanssens and H.A. Levien, "An Econometric Study of Recruitment Marketing in the U.S. Navy," *Management Science, October 1983.*

L.M. Liu and D.M. Hanssens, "Identification of Multiple-Input Transfer Function Models," *Communications in Statistics (Theory & Methods)*, 1982(3).

L.M. Liu and D.M. Hanssens, "A Bayesian Approach to Time-Varying Cross-Sectional Models," *Journal of Econometrics*, April 1981.

D.M. Hanssens, "Market Response, Competitive Behavior and Time-Series Analysis," *Journal of Marketing Research,* November 1980.

          Finalist for the 1985 William O'Dell Award.

D.M. Hanssens, "Bivariate Time-Series Analysis of the Relationship between Advertising and Sales," *Applied Economics*, September 1980.

D.M. Hanssens and B.A. Weitz, "The Effectiveness of Industrial Print Advertisements across Product Categories,*" Journal of Marketing Research,* August 1980.

E.A. Pessemier, A.C. Bemmaor and D.M. Hanssens, "A Pilot Study of the Willingness to Donate Human Body Parts," *Journal of Consumer Research*, December 1977.

## Papers Under Review or Revision

D. Hanssens, F. Wang and X-P. Zhang, "Performance Growth and Vigilant Marketing Spending," November 2014.

P. Farris, D. Hanssens, J. Lenskold and D. Reibstein, "Marketing Return on Investment: Seeking Clarity for Concept and Measurement, *MSI Reports 14-108*, September 2014.

H. Kim and D.M. Hanssens, "Paid and Earned Media, Consumer Interest and Motion Picture Revenue," June 2014.

H. S. Shin, D. M. Hanssens, K.I. Kim and J. A. Choe, "Positive vs. Negative e-Sentiment and the Market Performance of High-Tech Products," August 2013.

     Grant recipient, *Marketing Science Institute*

R. Song, S. Jang, D.M. Hanssens and J. Suh, "When Overconfidence Meets Reinforcement Learning," February 2014.

H. S. Shin, D.M. Hanssens & K.I.Kim, "The Role of Online Buzz for Leader vs. Challenger Brands: The Case of the MP3 Player Market," October 2013.

S. Yoo, D.M. Hanssens & H. Kim, "Marketing and the Evolution of Customer Equity of Frequently Purchased Brands," October 2012.

H. S. Shin, M. Sakakibara & D. M. Hanssens, "Marketing and R&D Investment of Leader vs. Follower," July 2010.

**Articles for Executives**

D.M. Hanssens, "The Long-Term Impact of Advertising," *GfK Marketing Intelligence Review*, 2015, forthcoming.

D.Kehrer (interview with D.M. Hanssens), "Why ROI is Often Wrong for Measuring Marketing Impact," *Forbes Insights*, July 2013.

D.M. Hanssens and M.G. Dekimpe, "The Flow Story," *Marketing Management,* Summer 2012.

D. M. Hanssens, "What is Known about the Long-Term Impact of Advertising," *Marketing Accountability Standards Board Practitioner Paper*, No. 2011-01, February 2011.

D.M. Hanssens, "Stability, Growth, Decline: Beating Recession Fatigue Requires Right Diagnosis," *IESE Insight*, 5, Second Quarter 2010 (in Spanish and English).

D.M. Hanssens, D. Thorpe & C. Finkbeiner, "Marketing When Customer Equity Matters," *Harvard Business Review*, May 2008.

D.M. Hanssens and E. Taylor, "The Village Voice: communities of customers and prospects are creating new challenges and opportunities," *Marketing Management*, March-April 2007.

D.M. Hanssens and B. Lewis, "Divvying up the Marketing Pie," *BAI Banking Strategies*, September/October 2005.

S. Srinivasan, K. Pauwels, D.M. Hanssens & M. Dekimpe, "Who Benefits from Price Promotions?", *Harvard Business Review*, September 2002.

D. M. Hanssens, "Information Driven Marketing Strategy," *International Journal of Medical Marketing*, Summer 2002.

D.M. Hanssens, "Comment on Hysteresis in Marketing," *Sloan Management Review*, Summer 1997

R. Birt and D.M. Hanssens, "Customer-Focused Database Marketing," *Case-in-Point Report*, 1996.

D.M. Hanssens, "Customer Information: The New Strategic Asset," *Chief Executive*, 1996.

D.M. Hanssens, "Managementopleiding voor de 21ste Eeuw," *Economisch & Sociaal Tijdschrift,* June 1994 (in Dutch).

D.M. Hanssens and P. Loewe, "Taking the Mystery out of Marketing," *Management Review*, August 1994.

## Proceedings

H. Gatignon and D.M. Hanssens, "Modeling Seasonality in Sales Response to the Marketing Variables," *Proceedings,* Second ORSA/TIMS Conference on Market Measurement, Austin, March 1980.

D.M. Hanssens, "Strategy in Marketing Model Building:  Econometrics and Box-Jenkins," *1978 Educators' Proceedings,* American Marketing Association, Presented at the Annual Meeting, Chicago, August 1978.

D.M. Hanssens, "Evaluating Media Effectiveness in the Marketing of Arts Organizations," *Proceedings,* 1978 UCLA Conference of Professional Arts Managers.  Presented at the Conference, Los Angeles, March 1978.

D.M. Hanssens, "Building Complete Models of Competition with Multiple Time-Series Analysis," *Proceedings,* Business and Economic Statistics Section, American Statistical Association, 1977.  Presented at the Annual Meeting, Chicago, August 1977.

## Book Reviews

"A Comparative Review of Econometrics Books," in *Journal of Marketing Research,* February 1992.

"Time Series and Forecasting with IDA," by H. Roberts, in *Journal of the American Statistical Association,* June 1985.

"Innovation Diffusion:  Models and Applications," by V. Mahajan and R. Peterson, in *Journal of Marketing Research,* November 1985.

## Research Reports

H.E. Freeman, W.A.V. Clark and D.M. Hanssens, "Electrical Appliance Innovation and Diffusion in the U.S.," for Information Resource Systems, February 1982.

D.M. Hanssens and H.A. Levien, "An Econometric Study of the Effectiveness of U.S. Navy Recruiting," for U.S. Department of Defense, August 1980.

S.I. Ornstein and D.M. Hanssens, "An Economic Analysis of the Relationship of Alcohol Control Laws to the Consumption of Alcoholic Beverages," for UCLA Alcohol Research Center, June 1980.

## TEACHING

**Courses Taught at UCLA**

Elements of Marketing (MBA)
Mathematical Models in Marketing (MBA/PhD)
International Marketing (MBA)
Quantitative Research in Marketing (PhD)
Time Series Analysis (PhD/MBA)
Special Research Topics in Marketing (PhD)
Management Field Studies Advisorship (MBA)
Directed Readings in Applied Econometrics and International Marketing (PhD/MBA)
Workshop in Marketing (PhD)
Data Analysis and Decisions under Uncertainty (Executive MBA)
Research in Marketing Management (Ph.D.)
Marketing Strategy and Policy (Executive MBA)
Marketing Strategy and Planning (MBA)
Action Research Project (Executive MBA)
Customer Information Strategy (Executive MBA)
Managerial Problem Solving (MBA)
Marketing Management II (MBA)
Marketing Strategy and Planning: Focus on Central & Eastern Europe (MBA)

**Doctoral Committees**

As chair or co-chair:

Bonita J. Campbell, PhD Management, 1979. Professor of Engineering, California State
   University, Northridge.
Yoshi Sugita, PhD Management, 1985. Professor of Economics, Gakushuin Univ.
   Tokyo.
Abhik Roy, PhD Management, 1989.  Professor of Marketing, Quinnipiac University.
Keiko Powers, PhD Psychology, 1990.  Senior Marketing Scientist, MarketShare.
Maria Cison, PhD Economics, 1990.  Economist, General Motors Corporation, Detroit.
Marnik Dekimpe, PhD Management, 1992.  Research Professor, Tilburg University
Koen Pauwels, PhD Management, 2001. Associate Professor, Dartmouth College.
Professor, Oyzegin University, Istanbul, 2010-.
Julian Villanueva, PhD Management, 2003. Professor, IESE, Madrid.
Shijin Yoo, PhD Management, 2004. Associate Professor, Korea University
Amit Joshi, PhD Management, 2005. Associate Professor, University of Central Florida
Hyun Shin, PhD Management, 2008. Assistant Professor, Ewha Woman's Univ., Korea
Rafael Becerril, PhD Management, 2013. Assistant Professor, Univ. of South Carolina
Ho Kim, PhD Management, 2013. Assistant Professor, Azusa Pacific University.

As member:

    Luiz Caleffe, PhD Education, 1980
    Hubert Gatignon, PhD Management, 1981
    Douglas Nigh, PhD Management, 1981
    Marjorie Chan, PhD Management, 1981
    Daniel Wunsch, PhD Education, 1981
    Mary Kreik, Dr. Public Health, 1982
    Ngina Lythcott, Dr. Public Health, 1982
    Harish Sujan, PhD Management, 1983
    Sharon Garrett, PhD Public Health, 1983
    Jan Ouren, PhD Public Health, 1983
    Robert Curtis, PhD Management, 1985
    Melvyn Menezes, PhD Management, 1985
    Benoit Boyer, PhD Management, 1987
    Kannan Srinivasan, PhD Management, 1986
    Harold Stanislaw, PhD Psychology, 1987
    Leon Crabbe, PhD Economics, 1988
    Joao Assuncao, PhD Management, 1990
    Parvish Nourjah, PhD Epidemiology, 1991
    Ronald Rivas, PhD Management, 1997
    Ronald Dietel, EdD Education, 1997
    Reza Sadri, PhD Computer Science, 2001
    Catarina Sismeiro, PhD Management, 2002
    Yan-Nei Law, PhD Computer Science, 2005.

As external member:

    Katrijn Gielens, Doctor in Applied Economics, Catholic University of Leuven, 1999
    Vincent Nijs, Doctor in Applied Economics, Catholic University of Leuven, 2001
    Marcel Kornelis, Doctor in Economics, University of Groningen, 2002
    Isaac Dinner, PhD, Columbia University, 2011
    Ofer Mintz, PhD, University of California, Irvine, 2011


**Executive Seminars**

Topics: marketing strategy, marketing productivity, sales forecasting,
      customer information strategy, customer equity, marketing research

    IBM Visitors Program, UCLA, 1978, 1981
    Japan Productivity Center, UCLA, 1978
    Hochschule St. Gallen, UCLA, 1979
    West Entertainment, UCLA, 1979
    UCLA Executive Program, 1979--

UCLA Marketing Management Program, 1979-82
UCLA Medical Marketing Program, 1980--
Eli Lilly International, Los Angeles, 1980
Engineering Management Program, UCLA Extension, 1980
Sommer Allibert, UCLA Extension, 1980
UCLA New Product Development and Marketing Program, 1981-83
Continental Airlines, Los Angeles, 1981
National Taiwan University Program, UCLA, 1981
UCLA Mexican Executive Program, Monterrey, 1981
European Institute for Advanced Studies in Management, 1984
UCLA Pricing Program, 1989-1999
UCLA Law Institute Program, 1991-92
UCLA Advanced Executive Program, 1993--
Hewlett-Packard Corporate Education, 1993--
UCLA Hughes Marketing Program, 1993--1998
UCLA Johnson & Johnson Program, 1993
UCLA-London Business School Medical Marketing Program, 1994
Beiersdorf, 1994-1999
UCLA Northrop-Grumman Marketing program, 1996--1999
Wells Fargo Bank, 1995--
President Enterprises, Taiwan, 1997
Instituto Argentino de Ejecutivos de Finanzas, 1997
Unilever, 1998
PriceWaterhouseCoopers, 2000
Columbia University Executive Program, 2001
Marketing Strategy in the Information Age, 2000-02
     Faculty Director, 2000-02
UCLA Strategic Leadership Institute, 2000-2003
Ambrosetti, Italy, 2002, 2004, 2005, 2006
Credit Suisse, 2002-03
University of California San Diego, Executive Program, 2003
Auchan, France, 2004
Gen-Probe, San Diego, 2004
Numico, Singapore, 2006
Greater Paris Investment Agency, 2007
SAS Forum, Madrid, 2007
Marketing Roundtable, Georgia State University, 2008
Amgen, 2008
Baptie CMO Community, 2008
Korea Productivity Center, 2009
Coca-Cola Latin America, 2010
Adobe, 2012
Teradata, 2013
American Bar Association, 2013-

# ADMINISTRATION

## Executive Director, Marketing Science Institute, Cambridge, Massachusetts, 2005-2007

MSI is a not-for-profit institute founded in 1961 with the mission of bringing together the leading academics and practitioners in marketing to create knowledge that improves business performance. The Executive Director serves a two-year term, overseeing the research priorities, research grants, conference content, publications, collaborative research and other programs of the Institute. He or she also serves as key liaison between the MSI member companies and academic researchers.

## Executive Positions at UCLA, Anderson Graduate School of Management

### Chairman, 1988-1990

Chief academic officer for the 150 full-time and part-time faculty of the sole department in the school. Key responsibilities include hiring, promotion, salary negotiations, course assignments, summer research funding, departmental organization and budgeting.  Position involves extensive contacts with the dean of the school and the university administration.

### Associate Dean, Academic Affairs & Strategic Planning, 1991-1993

Responsible for all degree programs, interdisciplinary research centers, and information technology services of the school.   Also charged with developing a strategic plan for the school.  Position involves extensive contacts with the external constituencies.  Acts as dean of the school in his absence.

### Vice-President, Management Education Associates, 1991-1993

### Faculty Director, Global Executive MBA Program for the Americas, 2010-2013

## Other Administrative Functions

### UCLA Anderson School of Management

Marketing Area Chair, 1984-87, 1993-96, 1999-00, 2004-05, 2007-09, 2012-14.
Elected Member of Staffing Committee, 1982-83, 1984-86, 2000-02.
Chairman, Research Committee, 1986-88
Research Committee, 1990-1998, 2008-2013
Chairman, Executive Education Committee, 1993--95
Advisory Board member, Center for Corporate Renewal, 1995-1998
Elected Member of Faculty Executive Committee, 1997-2000, 2010-2013.
Board of Visitors Marketing Task Force, 1997-98, 2002-03

Teaching Improvement Committee, 1998-01
Advisory Board member, Center for Management in the Information Economy, 2000-02
Chairman, Faculty Advisory Board, Entertainment Research Center, 2002-2004
Faculty Director, Entertainment & Media Management Institute, 2004-05.
Compensation Task Force, 2011
Co-chair, UCLA Anderson Task Force on Branding, 2011-2012

**University of California**

Review Committee, UC Irvine Graduate School of Management, 1988
Chairman, UCLA Task Force on Economic Reconstruction and Development, 1992
Task Force on UCLA Faculty Workload, 1993--94
Task Force on Part-Time Masters Programs, 1993--94
Clinical Scholars Program Committee, UCLA School of Medicine, 1997-2002
Dean Search Committee, UCLA School of Education, 1999
Chairman, Dean Review Committee, UCLA School of Letters and Sciences, 2001-02
Dean Review Committee, UCLA Extension, 2011
Faculty Welfare Committee, UCLA Academic Senate, 2011-
Dean Search Committee, UCLA Extension, 2013

**Other**

Advisory Council, Los Angeles County Transportation Commission, 1991-93
Faculty Advisory Board, Gemini Consulting, San Francisco, 1988 – 97
Marketing Advisory Board, KeraVision, San Jose, 1995 –1999
Board of Directors, i-Mind Education Systems, 1998 –2001
Academic Trustee, Marketing Science Institute, Boston, 2002-2005
Executive Committee, Marketing Science Institute, Boston, 2005-2011.
External Review Committee, Wharton School Marketing Department, 2003
Member, UCLA Committee on Research, 2003-2005.
Founding Director, Marketing Accountability Standards Board (MASB), 2006-
External Review Committee, New York University Marketing Department, 2008
Selection Committee, AMA Irwin Distinguished Marketing Educator Award, 2006-2009
      Chairman, 2008-2009
Board of Directors, MarketShare, Los Angeles, 2006-
International Advisory Board, HEC School of Management, Paris, 2009-
External Review Committee, Erasmus Research Institute of Management, Rotterdam, 2010
Academic Advisory Board, Unilever Marketing Science Unit, London, 2012-
Supervisory Board, Erasmus University Research Institute of Management, 2012-
President-Elect, INFORMS Society for Marketing Science, 2014-15.

## PROFESSIONAL SERVICE

**Grants**

UCLA Alcohol Research Center, $39,000, for a study of regulation effect on alcohol consumption, 1979-80 (with S.I. Ornstein)

Director, Robert Anderson Research Endowment in Management, $250,000, 1988-93, 1997-99

Columbia Charitable Foundation, $230,000, Information Technology Planning Grant, 1991-1992

Director, William Leonhard Research Endowment in Management, $200,000, 1993-97

Various Marketing Science Institute research grants, 1996-present

**Editorial Boards**

Marketing Science, 1983-94
Marketing Science, Area Editor, 1988-91
Marketing Science, Editor's Advisory Board, 2010-
Marketing Science, Special Issue Co-Editor, 2013-
Management Science, Associate Editor, 1978-88
Journal of Marketing Research, 1984-88 and 2003-05
Journal of Marketing Research, Associate Editor, 2007-10
Journal of Marketing Research, Editor's Advisory Board, 2010-
Journal of Marketing, Associate Editor, 2014-
Recherche et Applications en Marketing, 1987-99
International Journal of Research in Marketing, 1993—2003
International Journal of Research in Marketing, Associate Editor, 2009-
Applied Marketing Analytics, Editorial Board, 2014-

**Ad Hoc Reviewing**

Marketing Science, 1981-82
Journal of Forecasting, 1981--
Management Science, 1981--
Journal of Marketing Research, 1981-83
Journal of Consumer Research, 1982--
Interfaces, 1992--
Decision Sciences, 1982--
International Journal of Research in Marketing, 1983-92
Computers & Industrial Engineering, 1983--
Journal of Business & Economic Statistics, 1984--

17

Journal of Product Innovation Management, 1984--
Psychometrika, 1985--
National Science Foundation, 1984--
Communications in Statistics, 1987--
Journal of Time Series Analysis, 1988--
Journal of Marketing, 1987--
International Journal of Forecasting, 1992--
Journal of Econometrics, 1996-
Marketing Letters, 1996-
Research Council of the United Kingdom, 1997

**Invited Research Seminars**

Stanford University (1981)
Harvard University (1981)
University of Texas at Dallas (1982)
University of Washington (1982)
UCLA Economics Department (1983)
Washington State University (1984)
HEC Paris (1984)
Universidad de Zaragoza (1984)
Universiteit Antwerpen (1984)
Universite de Mons (1984)
Universiteit Gent (1984)
Universitat Bielefeld (1984)
Carnegie-Mellon University (1985)
University of Houston (1986)
Columbia University (1987)
Georgetown University (1989)
Columbia University Marketing Camp (1989)
Catholic University of Leuven (1990)
Washington University, St. Louis (1990)
University of Florida, AMA Doctoral Consortium (1990)
INSEAD (1991)
Catholic University of Leuven, Law School (1991)
Catholic University of Leuven (1994)
University of Iowa (1994)
Hong Kong University of Science & Technology (1994)
University of Texas, Austin (1995)
University of California, Irvine (1995)
Universitat Mainz (1995)
University of California, Berkeley (1996)
University of Budapest, EMAC Doctoral Consortium (1996)
Marketing Science Institute (1996, 2001, 2002, 2003, 2004)
University of Cambridge (1997)

University of Washington Marketing Camp (1997)
Humboldt University, Berlin (1998)
Northwestern University Marketing Camp (1998)
University of California, Riverside (1999)
UCI-UCLA-UCR-USC Marketing Colloquium (1999, 2004, 2009)
University of Southern California, AMA Doctoral Consortium (1999)
Georgetown University (1999)
UCLA, Anderson Faculty Lecture Series (1999)
AMA Advanced Research Forum, Monterey (2000)
University of Western Ontario, AMA Doctoral Consortium (2000)
University of Texas at Dallas (2001)
Simon Fraser University (2001)
Tilburg University (2001)
University of Texas, Austin (2002)
Erasmus University, Rotterdam (2002)
University of Groningen (2002)
Tulane University (2003)
Dartmouth College (2003)
McGill University (2003)
Tilburg University (2003)
Duke University (2003)
UCLA Marschak Interdisciplinary Colloquium (2004)
University of California, San Diego (2004)
UCLA Finance Seminar Series (2004)
Koc University, Istanbul (2004)
Washington University, St. Louis (2005)
Ohio State University (2005)
Singapore Management University (2005)
University of Connecticut, AMA Doctoral Consortium (2005)
Yale University (2005)
MIT Data Center (2005)
Groningen University (2006)*
Harvard Business School (2006)
Emory University (2006)
Texas A&M University (2006)
University of Maryland, AMA Doctoral Consortium (2006)
Massachusetts Institute of Technology (2006)
Dartmouth College (2006)
Boston University (2007)
Columbia University (2007)
Arizona State University, AMA Doctoral Consortium (2007)
UCLA Anderson Faculty Lecture Series (2008)
University of Minnesota (2008)
Tilburg University (2008)*
University of Missouri, AMA Doctoral Consortium (2008)

Georgia State University (2008)
Korea University (2009)*
Georgia State University, AMA Doctoral Consortium (2009)*
University of Arizona (2009)
University of California, Davis (2010)
University of North Carolina (2010)
Texas Christian University, AMA Doctoral Consortium (2010)
Erasmus University, Rotterdam (2010)*
BI Norwegian School of Management (2010)*
Boston University (2011)*
University of Utah (2011)
University of Texas, Austin (2012)
University of Central Florida, Titen Visiting Scholar (2012)
University of Florida Marketing Camp (2012)
Fudan University, Shanghai (2012)
University of Washington, AMA Doctoral Consortium (2012)
University of Michigan, AMA Doctoral Consortium (2013)
University of Maryland (2014)
Northwestern University, AMA Doctoral Consortium (2014)
Universität zu Köln (2014)
Tohoku University (2014)

* denote plenary lectures at conferences hosted by or at the university

**Consulting**

airlines: Air France
automotive: Ford, Mercedes, Lexus
consumer products:General Mills, Mars, Mattel Toys, Nestle, Coca-Cola
entertainment: Sony, Electronic Arts, Xbox, Disney, NBC, Vivendi
financial services: First Nationwide Bank, Home Savings, Wells Fargo, Wachovia, Schwab,
CitiCorp, Fidelity, Vanguard
health care: Amgen, Johnson & Johnson, Safeguard Health, GlaxoSmithKline, Kaiser
Permanente, KeraVision
information services: Catalina Marketing, TRW, TNS
insurance: Progressive, Zurich
internet: Earthlink, GoZing, MSN, Google, eBay, Intuit, Adobe
law firms: expert witness list available upon request
public sector: Federal Trade Commission, US Navy Recruiting Command
retailing: Ralphs, Wickes, Gelson's, Build-a-Bear, Albertsons
technology:Hewlett Packard, Hughes, Xerox, Dell, Microsoft, CDW, Motorola, Intel
telecommunications:British Columbia Telecom,  British Telecom, General Telephone,
Pacific Telesis, OneComm, Stentor

As of 2006, my consulting services are delivered through MarketShare, LLC, Los Angeles.

**Honors and Awards**

V. Mahajan Award for Career Contributions to Marketing Strategy Research, AMA, 2013
Fellow, INFORMS Society for Marketing Science, 2010
MSI/H. Paul Root Best Paper Award, *Journal of Marketing*, 2010
Gilbert A. Churchill Lifetime Achievement Award, AMA, 2007
William O'Dell Best Paper Award, *Journal of Marketing Research*, 2007
Robert D. Buzzell Best Paper Award, *Marketing Science Institute*, 2006
Neidorf "Decade" Teaching Award, UCLA, 2003
Frank M. Bass Outstanding Dissertation Award, *Marketing Science*, 2002
John D.C. Little Best Paper Award, *Marketing Science*, 2001
European Marketing Academy Best Paper Award, 2001
Paul E. Green Best Paper Award, *Journal of Marketing Research*, 1999-2000
John D.C. Little Best Paper Award, *Marketing Science*, 1995
Teaching Excellence Awards, UCLA Executive MBA Program, 1988, 1997, 2003
EMAC Doctoral Consortium Faculty Member, 1996
AMA Doctoral Consortium Faculty member, 1990, 1999, 2000, 2005-2014
Outstanding Reviewer Award, Marketing Science, 1983
George Robbins Distinguished Teaching Award, UCLA, 1981
Career Development Award, UCLA, 1981
Fellow, C.I.M., Brussels, Belgium (dissertation fellowship), 1976-77
Member Beta Gamma Sigma (National Business Honor Society), 1977--
Purdue University representative, Albert Haring Annual Symposium, 1977
Outstanding Teacher's Award, Purdue University, 1975

**Media**

Various interviews on management topics for Wall Street Journal, New York Times, Los Angeles Times, Fortune, Los Angeles Business Journal, ABC World News, NPR and other media.

Rev. November 2014

# Appendix B

**Dominique M. Hanssens, Ph.D.**                                    November 2014
Bud Knapp Distinguished Professor of Marketing
UCLA Anderson School of Management

## TESTIMONY HISTORY[1]

1. <u>ConAgra Foods, Inc.*</u> Case No. CV 11-05379-MMM (AGRx), United States District Court, Central District of California, Western Division. Deposition taken on June 19, 2014.
   Brooks Gresham, with McGuireWoods, Los Angeles
   Area: consumer purchase decision factors and consumer survey in class certification

2. <u>Clorox* Consumer Litigation</u>, 12 CV-00280-SC, United States District Court, Northern District of California. Deposition taken on May 14, 2014.
   Dean Panos and Kenneth Lee, with Jenner & Block LLP, Chicago and Los Angeles
   Area: impact of product superiority claim on consumers and on business performance

3. <u>Altamura et al. v. L'Oreal USA, Inc.*</u>, United States District Court, Central District of California. Deposition taken on April 4, 2014.
   Dennis Ellis and Katherine Murray, with Paul Hastings LLP, Los Angeles
   Area: impact of hazard warning on consumer purchase decisions and product prices

4. <u>Basic Your Best Buy, Inc. v. DIRECTV, Inc.*</u>, Superior Court for the State of California, County of Los Angeles. Deposition taken on March 14, 2014.
   Justin Griffin and Valerie Lozano, with Quinn Emanuel LLP, Los Angeles
   Area: importance of brand equity and brand protection

5. <u>Oakley, Inc.* v. Nike, Inc. et al.</u>, United States District Court, Central District of California. Deposition taken on November 22, 2013.
   David Feher, Joseph DiBenedetto and Matthew Walsh, with Winston & Strawn LLP, NY
   Area: impact of athlete endorsement on business performance and damages assessment

6. <u>Alexander et al. v. L'Oreal USA, Inc.*</u>, Superior Court of the State of California, County of Los Angeles. Deposition taken on November 1, 2013.
   Dennis Ellis and Katherine Murray, with Paul Hastings LLP, Los Angeles
   Area: impact of packaging, advertising on consumer purchase decisions and brand sales

---

[1] The client represented by the law firm requesting my service is denoted by *

7. <u>L-3 National Security Solutions, Inc. vs. Innovative Wireless Technologies</u>*, United States District Court, Eastern District of Virginia. Deposition taken on September 19, 2012.
    Beth Bergin and Josh Long, with Woods Rogers PLC, Roanoke, VA
    Area: market projections of competing technologies and damages assessment

8. <u>Tria Beauty Inc. v. Radiancy Inc.</u>*, United States District Court, Northern District of California. Deposition taken on June 28, 2012.
    Brendan O'Rourke and Alexander Kaplan, with Proskauer Rose, New York.
    Area: impact of competitive advertising on business performance.

9. <u>Chase Bank USA*, N.A. 'Check Loan' Contract Litigation,</u> United States District Court, Northern District of California. Deposition taken on March 29, 2012.
    Julia Strickland and Stephen Newman, with Stroock&Stroock&Lavan LLP, Los Angeles
    Area: consumer financial decision making and marketing impact

10. <u>Skip Fordyce Harley-Davidson v. Harley-Davidson Motor Company</u>*, State of California, New Motor Vehicle Board. Deposition taken on February 8, 2012. Court testimony given on March 12, 2012.
    Robert Ebe and Scott McLeod, with Cooper, White & Cooper LLP, San Francisco
    Area: evaluation of branding and distribution strategy

11. <u>Laidlaw's Harley-Davidson v. Harley-Davidson Motor Company</u>*, State of California, New Motor Vehicle Board. Deposition taken on October 20, 2011. Court testimony given on December 7, 2011.
    Robert Ebe and Brett Waxdeck, with Cooper, White & Cooper LLP, San Francisco
    Area: evaluation of branding and distribution strategy

12. <u>Starcrest Products of California v. Lexington Insurance Company</u>*, Superior Court of the State of California, County of Riverside. Depositions taken on August 8 and 16, 2011.
    Celia Moutes-Lee and Kristin Meredith, with Lewis Brisbois Bisgaard & Smith, Los Angeles
    Area: impact of direct marketing on business performance

13. <u>Online DVD Rental Antitrust Litigation</u>, U.S. District Court, Northern District of California. Deposition taken on March 31, 2011.
    Dylan Liddiard, with Wilson Sonsini Goodrich & Rosati, Palo Alto
    Area: evaluation of marketing strategy, market exit decision, impact on prices

14. <u>Hersch & Company vs. Mattel, Inc.</u>*, Superior Court of the State of California, County of Los Angeles, Central District. Deposition taken on September 8, 2010. Court testimony given on June 15, 2011.
    Lawrence Iser, with Kinsella Weitzman Iser Kump & Aldisert, Santa Monica
    Area: evaluation of marketing strategy

15. <u>Autodesk, Inc.* vs. Dassault Systemes Solidworks Corp.</u>, U.S. District Court, Northern District of California. Deposition taken on October 27, 2009.
    Michael Jacobs, with Morrison & Foerster, San Francisco
    Area: branding and marketing strategy

16. <u>Franklin Mint*, et al. v. Lord Simon Cairns, et al</u>., U.S. District Court, Central District of California. Deposition taken on October 26, 2004. Court testimony given on December 19, 2005.
    Lawrence Gutcho, with Loeb & Loeb, Los Angeles
    Area: impact of negative information on business outcomes

17. <u>Vidal Sassoon* v. Procter & Gamble</u>, U.S. District Court, Central District of California. Deposition taken on August 25, 2004.
    Ann Marie Mortimer, with O'Donnell, Shaeffer & Mortimer, Los Angeles
    Area: impact of marketing resource allocations on business outcomes

18. <u>Colgate-Palmolive* v. Procter & Gamble</u>, U.S. District Court, Southern District of New York. Deposition taken on June 16, 2004. Court testimony given on July 20, 2004.
    Brendan O'Rourke, with Proskauer Rose, New York
    Area: impact of comparative advertising on business outcomes

19. <u>Sears* v. DirecTV</u>, Superior Court of the State of California, County of Los Angeles. Deposition taken on May 8, 2004.
    Allan Cohen, with Stroock & Stroock & Lavan, Los Angeles
    Area: retail market survey evaluation, cooperative advertising cost allocation

20. <u>911Notify* v. Verizon,</u> before the American Arbitration Association, Dallas, Texas, September 8-9, 2003.
    Donald Gottesman, with Kulik, Gottesman & Mouton, LLP, Los Angeles
    Area: new-product marketability ; impact of sales efforts on new-product performance

21. <u>Brown Jordan International, Inc*. v. Dale Boles</u>, before the American Arbitration Association, Los Angeles, April 22, 2003. Deposition taken on April 18, 2003.
    Jeffrey Brown and David Petersen, with Morgan, Lewis & Bockius, LLP, Los Angeles
    Area:  market definition in non-compete agreement

22. <u>Agassi Enterprises Inc. v. Nike Inc.*,</u> before the American Arbitration Association, Portland, Oregon, May 23, 2001.
    Amy Pedersen and Frank Weiss, with Tonkon Torp, Portland
    Area: impact of product-line additions and advertising on business performance

23. <u>The City and County of San Francisco, et al.* v. United States Tobacco Company, Inc., et al.</u>, Superior Court of the State of California, County of San Diego. Deposition taken on November 5, 1999.
> Michael Dowd and Frank Janecek, with Milberg Weiss, San Diego
> Area: impact of advertising on consumption

24. <u>Suzuki Motor Corporation Japan* v. Consumers Union of the United States, Inc.</u>, U.S. District Court, Central District of California. Deposition taken on March 29, 1999.
> George Ball, with Law Offices of George F. Ball, Newport Beach
> Sawnie McEntire, with  Beirne, Maynard & Parsons, Dallas
> Area: impact of negative information on business outcomes

25. <u>National Claims Management Corporation* v. Mercedes-Benz of North America, Inc.</u>, U.S. District Court, Central District of California.  Deposition taken on March 18, 1998.
> Judith Anderson, with Stroock & Stroock & Lavan, Los Angeles
> Area: financial assessment in class action

26. <u>USA Today v. City of Santa Monica*</u>, before the hearing examiner of the City of Santa Monica, October 21, 1994.
> Barry Rosenbaum, Office of the City Attorney, Santa Monica
> Area: impact of distribution strategy on business outcomes


**Expert-witness reports and declarations on cases that did not involve deposition or trial testimony**


1. Discus Dental, LLC and Philips Oral Healthcare Inc.*  v. Uluru, Inc. (2014)
> William Monahan and Michael Steinberg, with Sullivan & Cromwell LLP, Los Angeles
> Area: assessment of new-product marketing strategy

2. Poquito Mas Licensing Corp. v. Taco Bell Corp.* (2014)
> Marcia Paul, with Davis Wright Tremaine LLP, New York
> Sean Sullivan and Collin Peng-Sue, with Davis Wright Tremaine LLP, Los Angeles
> Area: damages assessment of advertising in reverse confusion case

3. Jones et al., v. ConAgra Foods , Inc.* (Hunt's) (2014)
> Robert Hawk, with Hogan Lovells US LLP, Menlo Park, CA
> Area: consumer purchase decision factors in class certification case

4. Jones et al., v. ConAgra Foods , Inc.* (Swiss Miss) (2014)
> Robert Hawk, with Hogan Lovells US LLP, Menlo Park, CA
> Area: consumer purchase decision factors in class certification case

4

5.  Matthew Edwards, et al., v. National Milk Producers Federation et al.* (2014)
    Kenneth Ewing, with Steptoe & Johnson LLP, Washington DC
    Todd Miller, with Baker & Miller PLLC, Washington DC
    Area: pricing and marketing strategies of dairy products retailers

6.  Sterling Jewelers Inc*. vs. Zale Corporation (2013)
    August Horvath, with Kelley Drye & Warren LLP, New York
    Area: damages assessment of false advertising

7.  Color Me Mine Enterprises* v. Southern States Marketing, Inc. et al. (2013)
    Scott Burroughs, with Doniger/Burroughs, APC, Los Angeles
    Area: trademark infringement, consumer confusion

8.  Richard Reinsdorf v. Skechers USA, Inc.* (2012)
    Drew Breuder and Chuck Diamond, with O'Melveny & Myers, Los Angeles
    Area: attribution of promotional efforts on brand financial performance

9.  ADT Security Services, Inc.* v. Pinnacle Security et al. (2012)
    Eric Goldberg and Angelo Stio III, with Pepper Hamilton LLP, Princeton
    Area: damages due to contract breach and improper sales practices

10. Colin Fraser* v. ASUS Computer International and ASUSTeK Computer Inc.* (2012)
    Justin Lichterman, with Orrick, Herrington & Sutcliffe, San Francisco
    Seth Lehrman, with Farmer Jaffee, Ft. Lauderdale
    Mark Dearman, with Robbins Geller, Boca Raton
    Area: valuation of a capability in a high-technology category

11. Black Ridge Oil & Gas, Inc. v. Peerless Media, Ltd.* (2012)
    David Stern, with Hughes Hubbard & Reed LLP, Los Angeles
    Area: damages assessment of co-branding and other marketing actions

12. International Accessories Company* v. Francesco Biasia (2010)
    Elizabeth Berman, with Sheppard Mullin, Los Angeles
    Area: impact of change in advertising and pricing strategy

13. Wilhelm Karmann GmbH v. Chrysler LLC and Chrysler International Corp* (2009)
    Brian J. Massengill, with Mayer Brown LLP, Chicago
    Area: assessment of new-product marketing strategy

14. Nicolle DiSimone and Janelle Nelson v. DS Waters of America Inc.* (2009)
    Noah Graff, with Hughes Hubbard & Reed LLP, Los Angeles
    Area: evaluation of class certification

15. BRCP HEF Hotel Tenant, LLC v. Four Seasons Hotels Limited* (2009)
    Forrest Hainline III, with Goodwin Procter, San Francisco
    Area: impact of negative information on brand image and financial performance

16. Janet Agranoff v. Lenscrafters* (2007)
    Joseph DiBenedetto, with Winston & Strawn LLP, New York
    Area: evaluation of class certification

17. DirecTV, Inc. v. Lifetime Entertainment Services* (2007)
    Sabina Clorfeine, with Milbank Tweed Hadley & McCloy, Los Angeles
    Area: impact of promotional offer on lost subscribers and their value

18. David Sams Industries v. Verisign*, et al. (2005)
    Brian Condon, with Arnold & Porter, LLP, Los Angeles
    Area: evaluation of expert report on damages assessment

19. Kevin J. King et al. v. Ty, Inc.* (2003)
    Gregory Scandaglia, with Mulroy Scandaglia Marrinson Ryan, Chicago
    Area: impact of marketing and distribution strategy on product life cycle

20. New Line Cinema* v. Little Caesar Enterprises (2002)
    Saul Brenner, with Loeb & Loeb LLP, Los Angeles
    Area: impact of marketing on motion-picture attendance and revenue

21. Nike, Inc.* v. Champion Products Inc. (1998)
    Peter Koehler, Jr., with Tonkon Torp, Portland
    Area: impact of advertising with celebrity endorsements on business performance

6

# Appendix C
# Documents Relied Upon by Dominique M. Hanssens, Ph.D.

| Document Title | Document Date |
|---|---|
| **Pleadings** | |
| Class Action Complaint, *Patrick Hendricks v. StarKist Co.* | February 19, 2013 |
| Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification, *Patrick Hendricks v. StarKist Co.* | January 20, 2015 |
| | |
| **Deposition Transcripts** | |
| Deposition of Patrick Hendricks | November 14, 2014 |
| | |
| **Books / Public Press / Academic Literature** | |
| "2015 PanelBook," Toluna, available at http://www.toluna-group.com/docs/default-source/default-document-library/panelbook-2015.pdf | |
| Beatty, Sharon E., and Scott M. Smith, "External Search Effort: An Investigation Across Several Product Categories," *Journal of Consumer Research* 14, no. 1 (June 1987): 83-95 | |
| *Consumer Insights: Findings from Behavioral Research*, edited by J. Alba (Cambridge: Marketing Science Institute, 2011) | |
| Diamond, Shari Seidman, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, 3rd ed. (Washington: The National Academies Press, 2011) | |
| *Empirical Generalizations of Marketing Impact*, edited by D. Hanssens (Cambridge: Marketing Science Institute, 2009) | |
| "Esomar 28: 28 Questions to Help Research Buyers of Online Sample," Toluna, available at http://www.toluna-group.com/docs/default-source/White-Paper_Docs/esomar-2823E770C5D97FFE23C334F723.pdf | |
| Kiel, Geoffrey C., and Roger A. Layton, "Dimensions of Consumer Information Seeking Behavior," *Journal of Marketing Research* 18, no. 2, (May 1981): 233-239 | |
| Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 14th ed. (Upper Saddle River: Prentice Hall, 2012) | |
| Macdonald, Emma K., and Byron M. Sharp, "Brand Awareness Effects on Consumer Decision Making for a Common, Repeat Purchase Product:  A Replication," *Journal of Business Research* 48 (2000): 5-15 | |
| "More Men Are Grocery Shopping but They Do So Grudgingly, Reports NPD," *NPD Group*, available at https://www.npd.com/wps/portal/npd/us/news/press-releases/more-men-are-grocery-shopping-but-they-do-so-grudgingly | November 12, 2014 |
| Oppenheimer, Daniel M., Tom Meyvis, and Nicolas Davidenko, "Instructional Manipulation Checks: Detecting Satisficing to Increase Statistical Power," *Journal of Experimental Social Psychology* 45 (2009): 867-872 | |
| Peter, J. Paul, and Jerry C. Olson, *Consumer Behavior and Marketing Strategy*, 9th ed. (New York: McGraw-Hill, 2010) | |

**Document Title**                                                                                                    **Document Date**

**Websites**

"History Timeline," Walmart.com, http://corporate.walmart.com/our-story/history/history-timeline, accessed 2/26/15

http://starkist.com/about-starkist

http://starkist.com/faq

http://starkist.com/products

http://www melissadata.com

http://www.targetresearchgroup.com/

http://www.toluna-group.com/

http://www.toluna-group.com/about-toluna/about/data-quality-approach

https://us.toluna.com/rewards


**Survey Data**

Omnibus Data.doc

Survey Codes.docx

Survey Participation.xlsx

Survey Results.xlsx


**Other Documents**

21 C.F.R. § 161.190


**Any other documents and materials cited in this declaration or its exhibits or appendices.**

# Appendix D
# Survey Methodology

1.      I worked with Target Research Group ("TRG") and Cornerstone Research to design and conduct an online survey.[1]

2.      In designing and implementing the consumer survey, I followed standard scientific methods to ensure the reliability of the survey results.[2]  In the following sections, I describe in detail the different components of the design of the survey I conducted.

### A. Unbiased Design

3.      The survey instrument should be designed in such a way as to ensure the objectivity of the respondents, and the same principle applies to the administration of the survey.  Several features of this survey ensure respondent objectivity.  First, being an online survey, respondents are not exposed to a human interviewer who might influence (intentionally or not) their answers.  Second, the screening questions were designed not to reveal information that could potentially influence responses to the main survey or otherwise inform or educate the respondents unnecessarily.  For example, the multiple answer options unrelated to the purpose of the survey provided in the screening section help conceal from the respondents the intention of

---

[1] See http://www.targetresearchgroup.com/.
[2] For a detailed discussion of scientific guidelines for surveys, see, e.g., Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, 2011, pp. 359-423 (Henceforth "Diamond (2011)").

the survey.[3]  When respondents are asked, "Which of the following grocery products have you personally purchased in the past 6 years (i.e., since 2009)?," a list of answer options is provided that includes "Canned Tuna" as well as "Pasta," "Aluminum Foil," "Peanut Butter," and "None of the above."  With the three other product choices in addition to canned tuna, the screening question does not convey to the respondent the product of interest in my survey.

4.      Furthermore, to avoid potential bias resulting from the order in which answer options appeared in multiple choice questions, I randomly assigned the order of the answer options for each respondent where applicable (that is, in screening questions S1, S5, and S7, and main survey questions 2, 3, and 10).  Additionally, for main survey questions 4-9, the order of the years is randomly assigned to either, (a) start and 2009 and progress to 2014 or (b) start at 2014 and progress to 2009.  This type of randomization of answer choices and questions is standard practice in consumer surveys.[4]

5.      Furthermore, to prevent respondents from guessing when they did not know the answer, I included "Don't know/not sure" as an answer choice when appropriate.  Such practice is accepted under the premise that "[b]y signaling to the respondent that it is appropriate not to have an opinion, the question reduces the demand for an answer and, as a result, the inclination to hazard a guess just to comply."[5]  For example, when respondents are asked to allocate their tuna purchases by brand, they have the option to select, "I don't know which brand(s)."

---

[3] See Diamond (2011), pp. 386-387, 410.
[4] See Diamond (2011), pp. 395-396.
[5] See Diamond (2011), pp. 389-391.

6.     Together, these steps helped to ensure that my survey produced reliable results.

### B. Screening Questions

7.     When designing a survey, it is standard practice to start with a group of questions that "screen potential respondents to determine if they are members of the target population of the survey…. [S]creening questions must be drafted so that they do not … convey information that will influence the respondent's answers on the main survey."[6]

8.     Screening questions are used to identify members of the target population and to determine whether respondents qualify for inclusion in the survey.  Exhibit 1 lists all of the screening questions I included in this survey, as well as their possible responses.  The screening questions were all multiple choice questions.  I used these screening questions to identify adult consumers (i.e., 18 years of age or older) who 1) had no affiliation with advertising, marketing, or packaged food products companies,[7] 2) participated in at least half of their household's grocery/food shopping, and 3) had purchased canned tuna in the past 6 years.

9.     I also included an "attention check" question at the end of the screening portion of the survey.  Attention checks are used in surveys to make sure respondents are paying attention and are not answering questions without thought.[8]  The attention check here asks the respondent what day of

---

[6] See Diamond (2011), pp. 386-387.

[7] It is standard practice to use these types of exclusion criteria and they do not bias the results.

[8] See Daniel M. Oppenheimer, Tom Meyvis and Nicolas Davidenko, "Instructional Manipulation Checks: Detecting Satisficing to Increase

the week it is.  Respondents who did not correctly respond to this question were immediately terminated.

10.     In addition, to ensure that the survey was easy to read and respond to, respondents were only allowed to participate in the survey through a traditional desktop computer, laptop/notebook computer, or tablet computer (and not, for example, through a smartphone).  Although metadata were collected identifying each respondent's device type, a screening question was also included asking survey respondents their device type.  If a respondent answered that she was using, for example, a smartphone, to complete the survey, that respondent was terminated because smaller screen sizes of smartphone can make it more difficult for respondents to read and answer questions.

11.     Respondents who answered any of the screening questions in a way that identified them as *not* part of this target population were terminated from the study immediately upon answering the relevant question.  For example, if a respondent answered that he or she did not purchase canned tuna in the past six years, then that respondent was terminated.

12.     The screening part of the survey also includes questions relating to gender and age.  These questions were used to ensure a demographically appropriate sample.  More detail on the sample is below in Section C.

13.     Overall, the screening questions in my survey allow me to answer reliably the questions that were part of my assignment.

---

Statistical Power," *Journal of Experimental Social Psychology* 45 (2009), pp. 867-872.

### C. Reliable and Representative Sample of Respondents

14.     I used a reliable online panel of consumers that demographically approximates the U.S. population.  The online sample provider was the Toluna Group ("Toluna"), one of the world's leading online panel and survey-technology providers.[9]  Toluna maintains a community of 1.7 million potential U.S. survey respondents and incorporates several processes to ensure data integrity, as I describe in more detail in Section E below.[10] Toluna incentivizes responses through a system where panelists earn points for each survey completed.  These points are automatically redeemed as vouchers (for example, Amazon gift cards).[11]

15.     To draw valid inferences from a survey, one must use a sample of respondents that is representative of the underlying target population that one seeks to study.  TRG (via VeraQuest) implemented a short survey in order to estimate the gender and age characteristics of canned tuna buyers.[12] According to the survey results, of the respondents who purchase canned tuna and do at least half of the household grocery shopping, 58% were female and 42% were male.  This is similar to industry research, which lists the gender breakdown of all grocery store shoppers at 59% female and 41%

---

[9] For more information, see http://www.toluna-group.com/ and http://www.toluna-group.com/docs/default-source/White-Paper_Docs/esomar-2823E770C5D97FFE23C334F723.pdf.

[10] See http://www.toluna-group.com/about-toluna/about/data-quality-approach; "2015 PanelBook," Toluna, available at http://www.toluna-group.com/docs/default-source/default-document-library/panelbook-2015.pdf

[11] See https://us.toluna.com/rewards.

[12] See VeraQuest online omnibus survey dated January 20, 2015.

male.[13]  Additionally, 25% of TRG's survey respondents were aged 18-34, 28% were 35-49, and 46% were 50 or older.

16.     As shown in Table 1 of this declaration, the sample of respondents for my survey approximately follows the demographic makeup of the target population, allowing a valid extrapolation of the results.

### D. Main Survey Questions

17.     Exhibit 2 lists all of the questions and possible responses in both Sections 1 and 2 of the main part of the survey.  Section 1 included questions directed at all canned tuna purchasers, while Section 2 was aimed at only purchasers of StarKist 5-ounce cans of tuna.

18.     The main survey included questions with multiple choice answers and, when appropriate, questions that were open-ended to give respondents the flexibility to answer freely.[14]  Such a survey design helps minimize biases that result from restricting respondents' range of answer options.

19.     Exhibit 2 also includes notes explaining the question flow in the event respondents gave certain answers (e.g., if a respondent answered that they did not purchase or did not remember how many cans of StarKist 5-ounce tuna they purchased in a given year, the survey software would skip to the next year).

---

[13] See "More Men Are Grocery Shopping But They Do So Grudgingly," NPD, November 12, 2014 available at https://www.npd.com/wps/portal/npd/us/news/press-releases/more-men-are-grocery-shopping-but-they-do-so-grudgingly/

[14] Open-ended questions have no pre-determined answer choices, instead allowing respondents to answer the question in their own words in a text box.

20.    Exhibit 3 contains screen shots of the survey questions exactly as they appeared to respondents.  Respondents were provided with images of different size cans in order to remind them of the relevant product, 5-ounce cans of tuna.  Similarly, respondents were provided with images of StarKist 5-ounce cans of solid white tuna and chunk light tuna to ensure they knew exactly the product of focus in the survey questions.

21.    Prior to launching the survey, a qualitative pre-test was conducted on a small sample of people in order to evaluate how proposed survey questions would be understood by respondents and to minimize any misunderstanding or guessing.[15]  The results indicated that the respondents understood the questions, and no changes were needed to the survey design.  In addition, I also reviewed a small number of the initial survey responses and saw no evidence of misunderstanding or confusion on the part of respondents.

### E. Data Validation

22.    Toluna incorporates several processes to ensure data integrity.  To ensure that respondents are real people, Toluna validates the location of respondents via their IP address and using a reliable postal address verification source (Melissa data).[16]  In addition, Toluna compares respondents' names and addresses with data available from third-party sources.  Standard methods are used to block computer-generated responses, including CAPTCHA confirmation processes.  Toluna also uses a

---

[15] See Diamond (2011), pp. 388-389.
[16] Melissa Data is a leading provider of global address, phone, email, and name, identify verification solutions.  See http://www.melissadata.com.

proprietary algorithm to investigate similarities among panelists and ensure that each respondent is allowed to participate in each survey only once.[17]

23.     In addition to the checks conducted by Toluna, TRG further validates the response to completed surveys, for example by checking the raw response data for obviously fake names and phone numbers and excluding respondents providing such information.

24.     Finally, to ensure data integrity, I also asked TRG to eliminate unreliable respondent data based on the following criteria: 1) respondents who took more than 20 minutes to complete the screening section of the survey and Section 1, 2) respondents who took less than 3 minutes or more than 30 minutes to complete the screening section and both Sections 1 and 2,[18] 3) respondents who reported obviously unauthentic names, phone numbers or who gave non-responsive answers to the open-ended questions,[19] 4) respondents who took the survey on mobile devices,[20] and 5) respondents who did not correctly respond to the "attention check" questions.[21]

---

[17] For more details, see http://www.toluna-group.com/about-toluna/about/data-quality-approach.

[18] I made the determination of the fastest and slowest reasonable survey length based on the overall distribution of the length of time it took all respondents to complete the survey as well as my and my team's assessment of the fastest reasonable length of time to complete the survey while paying attention to the questions.

[19] For example, respondents who entered "errr" or "g" as factors important in their canned tuna purchase.

[20] These are respondents who responded in the screening section that they were *not* using a disallowed device, but the metadata revealed otherwise.

[21] The first "attention check" question appeared in the screening section of the survey and asked the respondent what day of the week it is today.  The second "attention check" question appeared in the main survey section and asked the respondent what day comes after Sunday.