Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

Michael J. Shepard (State Bar No. 91281)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 15
San Francisco, CA  94111
Telephone:  (415) 374-2310
Facsimile:   (415) 374- 2499
michael.shepard@hoganlovells.com

John E. Hall (admitted pro hac vice)
Gregg D. Michael (admitted pro hac vice)
Amy J. Roy (admitted pro hac vice)
Louis A. DePaul (admitted pro hac vice)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:   (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 3:13-cv-0729-HSG<br><br>**STIPULATION AND ORDER REGARDING CONDUCTING CERTAIN DEPOSITIONS AFTER THE NON-EXPERT DISCOVERY CUT-OFF** |

Plaintiff and Defendant StarKist Co. ("Defendant" or "StarKist"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. On May 14, 2014, the Court entered a Case Management Order (Dkt. No. 66) setting a non-expert discovery cut-off of April 1, 2015.

2. On February 23, 2015, a subpoena for a Rule 30(b)(6) deposition was served on the Department of Commerce, National Oceanic and Atmospheric Administration ("NOAA").

3. Counsel for NOAA has requested that the deposition of the NOAA witness be held after April 1, 2015.

4. On March 19, 2015, a subpoena for a Rule 30(b)(6) deposition was served on Bursor & Fisher, P.A.

5. Bursor & Fisher has indicated that it intends to move to quash the subpoena and has requested that the deposition be rescheduled to a later date to accommodate briefing of the motion to quash.

In order to accommodate the request of NOAA's counsel, and to permit briefing of the motion to quash on the Bursor & Fisher subpoena, counsel for the parties have conferred and have agreed that the two referenced depositions may be conducted after the April 1, 2015 non-expert discovery cut-off.

IT IS SO STIPULATED.

Dated: March 26, 2015                    HOGAN LOVELLS US LLP


By: */s/ Robert B. Hawk*
Robert B. Hawk
Attorneys for Defendant
STARKIST CO.

| | |
|---|---|
| Dated: March 26, 2015 | BURSOR & FISHER, P.A. |

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher
    Attorneys for Plaintiff
    PATRICK HENDRICKS

**ATTESTATION**

I, Robert H. Hawk, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

    /s/ Robert B. Hawk
    Robert B. Hawk

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court hereby orders that the depositions of the Bursor & Fisher, P.A. witness and the Department of Commerce, National Oceanic and Atmospheric Administration witness may be conducted after the April 1, 2015 non-expert discovery cut-off.

IT IS SO ORDERED.

Dated:  March 26, 2015

_____
The Honorable Haywood S. Gilliam, Jr.