**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jluster@bursor.com

*Attorneys for Plaintiff*
*And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>STARKIST CO.,<br><br>                  Defendant. | Case No. 13-CV-00729-HSG<br><br>**DECLARATION OF SCOTT A. BURSOR IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Date: June 4, 2015<br>Time: 2:00 p.m.<br>Courtroom 15, 18th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

Redacted Version of Documents to be Filed Under Seal

## DECLARATION OF SCOTT A. BURSOR

I, Scott A. Bursor, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California.  I am an attorney with Bursor & Fisher, P.A., counsel of record for Plaintiff Patrick Hendricks ("Plaintiff"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.      Attached hereto as Exhibit A is Deposition Exhibit 20, a true and correct copy of an email exchange between Kelly Roberts and Glenn Mast, Laura Ali, et al. regarding ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, bates numbered StarKist0009978-84.

3.      Attached hereto as Exhibit B is Deposition Exhibit 22, a true and correct copy of an email exchange between Kelly Roberts and Glenn Mast, bates numbered StarKist00014183-84.

4.      Attached hereto as Exhibit C is Deposition Exhibit 39, a true and correct copy of an email from Kelly Roberts to Glenn Mast and a Pdf document attached thereto, entitled "▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" bates numbered StarKist0003060-73.

5.      Attached hereto as Exhibit D is a true and correct copy of the deposition testimony of Kelly Roberts, dated March 18, 2015.

6.      Attached hereto as Exhibit E is Deposition Exhibit 72, a true and correct copy of a letter from Amy J. Roy to Kelly Roberts regarding their "▓▓▓▓▓▓▓▓▓▓▓▓," dated January 6, 2015.

7.      Attached hereto as Exhibit F is Deposition Exhibit 19, a true and correct copy of an email exchange between Ana Maria Costa, Kelly Roberts, and Harvey Pearson entitled "▓▓▓ ▓▓▓▓▓▓▓▓▓▓," bates numbered StarKist0006675.

8.      Attached hereto as Exhibit G is Deposition Exhibit 18, a true and correct copy of an email exchange between Jaime Richardson, Harney Pearson, Kelly Roberts, et al., concerning the "▓▓▓▓▓▓▓▓▓▓▓," bates numbered StarKist0005039-43.

9.      Attached hereto as Exhibit H is a true and correct copy of the deposition testimony of Harvey Pearson, dated March 10, 2015.

10.     Attached hereto as Exhibit I is a true and correct copy of the deposition testimony of Aaron Maxfield, dated December 18, 2014.

11.     Prior to the filing of this motion, I met and conferred with Defendant's counsel regarding the issues raised in this motion.  Specifically, I discussed these issues with Defendant's counsel on the record during the depositions when the agreements with Mr. Maxfield, Mr. Pearson and Ms. Roberts were first mentioned.

I declare under penalty of perjury under the laws of the United States, the State of California, and the State of California that the foregoing is true and correct.  Executed on March 26, 2015 at Walnut Creek, California.

_____
Scott A. Bursor

REDACTED

**EXHIBIT A**

REDACTED

**EXHIBIT B**

REDACTED

**EXHIBIT C**

REDACTED

**EXHIBIT D**

REDACTED

**EXHIBIT E**

REDACTED

**EXHIBIT F**

REDACTED

**EXHIBIT G**

REDACTED

**EXHIBIT H**

REDACTED

**EXHIBIT I**