**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
           ndeckant@bursor.com

*Attorneys for Plaintiff*
*And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>STARKIST CO.,<br><br>                    Defendant. | Case No. 13-CV-00729-HSG<br><br>**[PROPOSED] ORDER**<br><br>Date: June 4, 2015<br>Time: 2:00 p.m.<br>Courtroom 15, 18th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

1  UPON CONSIDERATION of Plaintiff's Motion for Sanctions ("Motion") pursuant to Fed.
2  R. Civ. P. 37(a)(3)(B)(i), and good cause appearing,
3  IT IS ORDERED that the Motion is hereby GRANTED.  IT IS ORDERED that:
4  (1) StarKist is precluded from submitting evidence from fact witnesses who received
5  monetary consideration from StarKist or its counsel, including Kelly Roberts, Aaron
6  Maxfield, and Harvey Pearson;
7  (2) StarKist shall pay Plaintiff's attorney's fees and costs his costs and attorneys' fees in
8  bringing this motion; and
9  (3) Plaintiff shall have 30 days from the date of this order to submit its billing records
10  relating to his fees and costs incurred in connection with this motion.
11  IT IS SO ORDERED.

Dated: _____        _____
                                      Honorable Haywood S. Gilliam, Jr.
                                      United States District Court Judge