**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
         ndeckant@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>STARKIST CO.,<br><br>                                        Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS** |

Plaintiff Patrick Hendricks ("Plaintiff") and Defendant StarKist Co. ("Defendant"), by and through their respective counsel of record, enter into the following stipulation.

The parties stipulate that briefing on Plaintiff's motion for sanctions, filed March 26, 2015, shall proceed as follows:

1. StarKist's opposition shall be filed by April 10, 2015.
2. Plaintiff's reply shall be filed by April 14, 2015.
3. The motion shall be heard on April 16, 2015 at 2:00 p.m. in Courtroom 15-18th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

IT IS SO STIPULATED.

Dated: March 27, 2015            **BURSOR & FISHER, P.A.**


By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiff*

Dated: March 27, 2015            **HOGAN LOVELLS US LLP**


By: */s/ Robert B. Hawk*
    Robert B. Hawk

Robert B. Hawk (Bar No. 118054)

| | |
|---|---|
| 1 | Stacy R. Hovan (Bar No. 271485) |
| 2 | 4085 Campbell Avenue, Suite 100 |
|   | Menlo Park, California 94025 |
| 3 | Telephone: (650) 463-4000 |
|   | Facsimile: (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |
|   | stacy.hovan@hoganlovells.com |

Michael J. Shepard (State Bar No. 91281)
3 Embarcadero Center, Suite 15
San Francisco, CA 94111
Telephone: (415) 374-2310
Facsimile: (415) 374- 2499
michael.shepard@hoganlovells.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy G. Roy (admitted *pro hac vice*)
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412) 566-6000
Facsimile: (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com

*Attorneys for Defendant StarKist Co.*

---

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS
CASE NO. 4:13-CV-00729-HSG

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2015

_____
The Honorable Haywood S. Gilliam, Jr.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SANCTIONS
CASE NO. 4:13-CV-00729-HSG

3