1

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)

2
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940

3
Walnut Creek, CA  94596
Telephone: (925) 300-4455

4
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

5
        jluster@bursor.com

6
**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)

7
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue

8
New York, NY  10019
Telephone: (212) 989-9113

9
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

10
        ndeckant@bursor.com

11
*Attorneys for Plaintiff*
*And the Interested Parties*

12

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15

16
PATRICK HENDRICKS, individually and on
behalf of all others similarly situated,

Case No. 13-CV-00729-HSG

17
                          Plaintiff,

**DECLARATION OF NEAL DECKANT
IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION**

18

19
        v.

20
STARKIST CO.,

Courtroom 15, 18th Floor

21
                          Defendant.

Hon. Haywood S. Gilliam, Jr.

22

23

24

25
REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

26

27

28

REPLY DECLARATION OF NEAL DECKANT
CASE NO. 13-CV-00729-HSG

## REPLY DECLARATION OF NEAL DECKANT

I, Neal Deckant, declare as follows:

1.     I am an attorney at law licensed to practice in the State of New York.  I have been admitted *pro hac vice* in this matter, and I am an attorney with Bursor & Fisher, P.A., counsel of record for Plaintiff Patrick Hendricks ("Plaintiff").  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.     On March 3, 2015, Defendant StarKist Co. ("StarKist") submitted the Declaration Of Amy J. Roy In Opposition To Plaintiff's Motion For Class Certification, which states:

> I produced to Plaintiff's counsel multiple Excel files containing
> StarKist press weight testing data for the challenged products …
> covering February 2009 through August 2014.  These productions
> were made on October 24, 2014, October 31, 2014, and November 17,
> 2014 as Bates numbers StarKist 0008982; StarKist 0013543-0013560,
> and StarKist 0014056.

Roy Decl. ¶ 2.

3.     These data were not provided to Plaintiff's damages expert, Mr. Weir, when he prepared his January 20, 2015 declaration in support of class certification.  *See* 1/20/2015 Declaration Of Colin B. Weir In Support Of Plaintiff's Motion For Class Certification, Exhibit 2 (Documents Reviewed).  Simply put, Plaintiff's counsel did not provide these data to Mr. Weir because they, themselves, were unaware of these data.

4.     On this basis, StarKist accuses Plaintiff's counsel of concealing these data from Mr. Weir:  "Plaintiff does much worse than just ignore data.  His lawyers concealed nearly four years of StarKist test data from Plaintiff's own expert Weir, even though Weir asked counsel for all press weight data."  Opp. Br. at 9-10.

5.     These accusations are unequivocally false.  Plaintiff's counsel did not conceal these data from Mr. Weir.  To the contrary, *StarKist* produced these data in a manner that obscured them from Plaintiff's counsel.

6.     First, StarKist's document production was voluminous, amounting to at least 17,013 pages.  In fact, the actual amount of discovery materials produced is significantly higher than

17,013 pages, because many of these "pages" are actually voluminous Microsoft Excel spreadsheets that were produced in native format, some of which are dozens or hundreds of pages long when printed.

7.      Second, the press weight data in StarKist0008982, StarKist0013543-60, and StarKist0014056 were unnecessarily produced at separate places throughout the production, and were produced on different dates.  *See* Roy Decl. ¶ 2 ("These productions were made on October 24, 2014, October 31, 2014, and November 17, 2014.").

8.      Third, custodian data is missing or incomplete for these data.  For example, the "Custodian" metadata for StarKist0008982 states "Shared G Folder\Quality," rather than the document's actual custodian.  Even worse, there is no custodian data provided at all for StarKist0013543-60 and StarKist0014056.

9.      Fourth, the press weight data in StarKist0008982, StarKist0013543-60, and StarKist0014056 are not presented with Gregorian dates and a complete legend, but rather as a set of internal can codes with corresponding raw press data.  Accordingly, these data are unintelligible without an understanding of StarKist's internal can codes.

10.     Plaintiff's counsel provided these data to Mr. Weir after being made aware of them, and they are discussed in Mr. Weir's contemporaneously-filed Reply Declaration in further support of class certification.

11.     Attached hereto as **Exhibit A** are true and correct copies of excerpts from the transcript of the deposition of Bruce A. Strombom, Ph.D., StarKist's expert economist.

12.     Attached hereto as **Exhibit B** are true and correct copies of Exhibit 20 from the deposition of Aaron Maxfield, consisting of a series of emails with Kelly Roberts, Glenn Mast, and Harvey Pearson bearing Bates numbers StarKist0009978-84.

13.     Attached hereto as **Exhibit C** are true and correct copies of Exhibit 61 from the deposition of Harvey Pearson, consisting of emails from Harvey Pearson and Brett Butler bearing Bates numbers StarKist0005119-20.

14. Attached hereto as **Exhibit D** are true and correct copies of Exhibit 50 from the deposition of Harvey Pearson, consisting of a document authored by Aaron Maxfield regarding quantifiable errors in StarKist's press weight test bearing Bates numbers StarKist0010327-29, and a StarKist QA Procedure document titled "Determination of Fish Fill based on Press Cake" bearing Bates numbers StarKist0010330-72.

15. Attached hereto as **Exhibit E** are true and correct copies of excerpts from the transcript of the deposition of Brett Butler, StarKist's Director of Samoa Operations.

16. Attached hereto as **Exhibit F** are true and correct copies of excerpts from the transcript of the deposition of Kelly Roberts, a former StarKist QA Technician.

17. Attached hereto as **Exhibit G** are true and correct copies of Exhibit 63 from the deposition of Brett Butler, consisting of an email from Brett Butler concerning fish fill levels bearing Bates number StarKist0001428.

18. Attached hereto as **Exhibit H** are true and correct copies of Exhibit 67 from the deposition of Brett Butler, consisting of a series of emails with Brett Butler and Kelly Roberts bearing Bates numbers StarKist0008209-16.

19. Attached hereto as **Exhibit I** are true and correct copies of excerpts from the transcript of the deposition of Harvey Pearson, StarKist's California-based Senior Quality Assurance Manager.

20. Attached hereto as **Exhibit J** are true and correct copies of excerpts from the transcript of the deposition of Glenn Mast, StarKist's Corporate R&D Manager.

21. Attached hereto as **Exhibit K** are true and correct copies of excerpts from the transcript of the deposition of Plaintiff Hendricks.

22. Attached hereto as **Exhibit L** are true and correct copies of Exhibit 48 from the deposition of Harvey Pearson, consisting of a series of emails from Mr. Pearson (and an attachment) concerning StarKist's measurements of the water capacity of its 5 oz. cans, bearing Bates numbers StarKist0010946-48.

1    23.    The 500,000 purchasers of homeopathic cold and flu products in *Forcellati v.*

2  *Hyland's, Inc.*, 2014 WL 1410264 (C.D. Cal. Apr. 9, 2014), and the 200,000 purchasers of

3  Capatriti olive oil in *Ebin v. Kangadis Food, Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014) were identified

4  from retailers' records in response to subpoenas issued <u>after</u> class certification was granted,

5  pursuant to Rule 23(d).

6        I declare under penalty of perjury under the laws of the United States, the State of

7  California, and the State of New York that the foregoing is true and correct.  Executed on April 7,

8  2015 at New York, New York.

_____

Neal Deckant

**EXHIBIT A**

Page 1

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4      _____

                                      )

5      PATRICK HENDRICKS,             )

       individually and on behalf of)

6      all others similarly          )

       situated,                     )

7                                     )   No. 13-CV-00729-YGR

              Plaintiff,             )

8                                     )

          vs.                         )

9                                     )

       StarKist CO.,                  )

10                                    )

              Defendant.             )

11     _____)

12

13

14

15      VIDEOTAPED DEPOSITION OF BRUCE A. STROMBOM, Ph.D.

16                  Los Angeles, California

17                  Friday, April 3, 2015

18                       Volume I

19

20

21     Reported by:

       NADIA NEWHART

22     CSR No. 8714

23     Job No. 2041904

24     PAGES 1 - 85

25

Page 20

1          So that -- that average doesn't apply to any

2     particular month or any particular year, but that's

3     the average.

4       Q   It's the average for the entire class period?

5       A   Yes.                                    09:39:14

6          Just -- just to clarify, if you were to pull

7     a sample of 24 cans randomly over the entire period,

8     that's the corresponding probability.  It's not the

9     probability that applies in any particular day,

10    month or year.                                09:39:38

11      Q   So you also calculated this probability for

12    the year 2009, right?

13      A   Yes.

14      Q   And in 2009, StarKist did ███   press tests

15    of solid white albacore in water, right?      09:39:55

16      A   For which I have data, that's correct.

17      Q   And you considered every one of those data

18    points, right?

19      A   Yes.

20      Q   And you calculated an average press weight  09:40:04

21    measurement across that entire population, correct?

22      A   Yes.

23      Q   And the average was ███   ounces, correct?

24      A   That's correct.

25      Q   And you calculated a probability that a     09:40:21

Page 21

1    24-can sample drawn from that entire population for

2    the entire year of 2009 would fail an FDA test.

3         You calculated a probability for that, right?

4    A    I did.

5    Q    And the probability you calculated was ███      09:40:39

6    correct?

7    A    Yeah.  Rounded to the -- to the closest third

8    digit to the right of the decimal, that's correct.

9    It's actually smaller than that if you extend it to

10   the right, but rounded to the nearest third digit to   09:40:54

11   the right, that's correct.

12   Q    Does that probability indicate an absolute

13   certainty that any 24-can population chosen in 2009

14   would fail the FDA test; isn't that true?

15   A    No.                                                09:41:08

16   Q    It's not an absolute certainty?

17   A    No.

18   Q    It's within one one-thousandths of a

19   percentage point of an absolute certainty, isn't it?

20   A    No.                                                09:41:27

21   Q    Well, then explain to me what ███

22   probability is.

23   A    One is -- one is a hundred percent

24   probability, so it's -- it's actually a hundredth

25   of -- or five -- it's less than five-hundredths of    09:41:39

Page 26

1  reviewed here were data on the specific press

2  weights for specific cans of tuna.  They -- those

3  data didn't purport to represent either failure or

4  compliance or noncompliance with the FDA standard.

5  BY MR. BURSOR:                                    09:46:58

6      Q   So as far as you know, during the entire

7  class period, you've never seen any tests for press

8  weight done by StarKist to test compliance with the

9  FDA standard, have you?

10         MR. HAWK:  Objection; legal conclusion.    09:47:16

11         THE WITNESS:  I -- I don't know that I have

12  or not.  I can't recall one, as I sit here.

13  BY MR. BURSOR:

14      Q   Well, you did a 67-page report with a couple

15  hundred pages of exhibits here, right?            09:47:25

16      A   That's correct.

17      Q   You spent all day yesterday with Mr. Hawk

18  getting ready for this deposition, didn't you?

19      A   No.

20      Q   You showed up without any prep?           09:47:37

21      A   No.  I prepared for this deposition, but I

22  didn't spend yesterday with Mr. Hawk.

23      Q   You looked at every press weight test result

24  that StarKist Company had for the class period,

25  right?

Page 38

1  guess is the way that I would just clarify that

2  sentence for you.

3      Q   All right.  But you -- you -- you read the

4  law yourself, right?  You didn't take anyone's word

5  for it?                                    10:08:08

6      A   No, I did -- I did review the CFR, yes.

7      Q   And you read it yourself, and you developed

8  an understanding from your own reading that you've

9  got to take an average across 24 cans, right?

10     A   I think that's what the CFR says.  As far as   10:08:22

11  it goes, in that respect, it talks about an average

12  of 24 cans.  It doesn't specify over what population

13  universe time frame that sample is to be drawn, so

14  it's incomplete and ambiguous in that respect.  But

15  it does go so far as to say it's a sample of 24    10:08:40

16  cans.

17     Q   So you knew that whatever the test was for

18  compliance with this reg involved taking a sample

19  and calculating an average across 24 cans?

20     A   Yes.                                10:08:53

21     Q   All right.  Did you see a single test by the

22  StarKist Company on any product during the class

23  period that took an average across 24 cans?

24     A   I don't recall specifically, no, as I sit

25  here.  I mean, I didn't look specifically for that,   10:09:10

Page 39

1    but I don't recall seeing it.

2       Q    Do you recall StarKist did tests where they

3    took averages across ▮ cans, right?

4       A    Well, they calculated the average for ▮ cans,

5    and they calculated the average for ▮ cans on a          10:09:27

6    fairly routine bases.  I don't -- I don't know --

7    you know, I don't -- the average is reported in the

8    file that I -- I reviewed, so...

9       Q    But you never saw any average calculated by

10   the StarKist Company for any product at any time         10:09:45

11   during the class period that calculated an average

12   across 24 cans, did you?

13          MR. HAWK:  Objection; vague.

14          THE WITNESS:  I -- I didn't look specifically

15   for that, and I don't recall seeing it.                  10:09:58

16   BY MR. BURSOR:

17      Q    Did you make a point to not look for that

18   because you knew it wasn't there?

19      A    No.

20      Q    Do you think you should have looked for that     10:10:09

21   if you were going to try to determine whether the

22   company at least made a good faith effort to test in

23   compliance with the FDA standards?

24      A    That really wasn't the purpose of my report,

25   so no.                                                   10:10:30

Page 70

1    Q    Are you unaware that the people at StarKist

2    did quantify this, and that information was not

3    shared with you?

4    A    I --

5         MR. HAWK:  Objection; mischaracterizes.        10:51:54

6         THE WITNESS:  I -- I didn't attempt to

7    quantify it, and I don't recall seeing -- seeing a

8    quantification of it in the -- as I sit here.

9    BY MR. BURSOR:

10   Q    Did you ask anyone at StarKist whether they     10:52:04

11   had quantified the error caused by the ███████

12   ████████

13   A    As I said, I only spoke with Mr. Maxfield

14   apart from the record evidence I've reviewed, and I

15   don't believe we talked about this topic.           10:52:21

16   Q    Did you ask Mr. Maxfield if he himself had

17   quantified the error introduced as a result of the

18   █████████████████

19   A    I think I just said that I didn't talk to

20   Mr. Maxfield about this topic.                       10:52:41

21   Q    You don't have any data at all on the

22   magnitude of the error caused by this ████████

23   █████████  do you?

24        MR. HAWK:  Objection; assumes facts.

25        THE WITNESS:  Well, I don't know that it       10:52:53

Page 71

1    created an error, and I don't -- I haven't attempted

2    to -- to measure it.

3          MR. BURSOR:  Let's take a short break.

4          THE VIDEOGRAPHER:  Off the record at

5    10:53 a.m.                                        10:53:29

6          (Recess.)

7          THE VIDEOGRAPHER:  We are back on the record

8    at 11:04 a.m.  This is the beginning of tape 2.

9          MR. HAWK:  I think you better wait for Scott.

10   I don't think he's back.                          11:04:21

11         THE VIDEOGRAPHER:  Oh, he's not back.  We're

12   going off the record at 11:04 a.m.

13         (Recess.)

14         THE VIDEOGRAPHER:  Back on the record at

15   11:06 a.m.                                        11:06:26

16   BY MR. BURSOR:

17      Q   Dr. Strombom, are you being paid for your

18   work on this case?

19      A   Yes.

20      Q   How much?                                  11:06:33

21      A   Well, Analyses -- strictly speaking, Analysis

22   Group, the company I work for, is being paid at my

23   standard hourly rate, which is $640 an hour.

24      Q   Do you know how many hours you worked on this

25   case?                                             11:06:51

**EXHIBIT B**

| | |
|---|---|
| **From:** | Roberts, Kelly [/o=Starkist/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=kroberts] |
| **Sent:** | Monday, August 06, 2012 12:19:35 PM |
| **To:** | Mast, Glenn; Ali, Laura |
| **CC:** | Salib, Nabil |
| **Subject:** | RE: Press Machine - West Coast machine |
| **Attachments:** | image001.png; image002.png |

The only data I have ever seen from Ecuador was when I asked for it at your request. Like you, as per Aaron's comments when he was here, I was under the assumption that Ecuador didn't even have an operational press. I asked for their data based on our conversation when I told you I had found data from Ecuador. Honestly, from the comments below, I can't tell if their press works or not. Samoa sends data regularly, but as we know that data is not accurate either. I'll be working on some press stuff today so maybe I can update you later.

**From:** Mast, Glenn
**Sent:** Monday, August 06, 2012 7:47 AM
**To:** Ali, Laura
**Cc:** Salib, Nabil; Roberts, Kelly
**Subject:** FW: Press Machine - West Coast machine

Laura, Kelly,
Who is responsible for providing the compliance data from Ecuador? Does Edwin or Ana Maria send you the compliance data?
Sorry to ask, I'm a little confused per below. Harvey is commenting to Edwin on the Ecuador machine and Ana Maria and the new QA Manager (name?) is not copied.

Glenn

**From:** Pearson, Harvey A
**Sent:** Friday, August 03, 2012 12:25 PM
**To:** Morales, Edwin; Mast, Glenn
**Cc:** Pesantes, Fabrizzio
**Subject:** RE: Press Machine - West Coast machine

Edwin:

Thanks for updating me on what happened with the ▮▮▮▮▮▮ machine. I did not know you still had operational problems after you installed the new valves. I will take a look at the WC machine when we are there for the audit later in the year.

Harvey

**From:** Morales, Edwin
**Sent:** Thursday, August 02, 2012 2:45 PM
**To:** Pearson, Harvey A; Mast, Glenn
**Cc:** Pesantes, Fabrizzio
**Subject:** RE: Press Machine - West Coast machine

Yes, we sent it for repairs but the machine never performed well.....there was no control about the pressure when it was



StarKist0009978

applied....you know that the pressure must be increased gradually until you reach the target pressure , this in 1 minute and then holded for another one...etc,etc,etc,...... so we ended up quiting. Then tried with the ▓ modifying the cups to fit the ▓ i machine.

---

**From:** Pearson, Harvey A
**Sent:** jueves, 02 de agosto de 2012 14:48
**To:** Morales, Edwin; Mast, Glenn
**Cc:** Pesantes, Fabrizzio
**Subject:** RE: Press Machine - West Coast machine

Edwin the photos are of the Luthi press machine.

I thought you had repaired the ▓▓▓▓▓ after I help you order the ▓▓▓▓▓▓▓▓ you needed to repair the press.

---

**From:** Morales, Edwin
**Sent:** Thursday, August 02, 2012 12:39 PM
**To:** Mast, Glenn; Pearson, Harvey A
**Cc:** Pesantes, Fabrizzio
**Subject:** RE: Press Machine - West Coast machine

Jajajaja, good one, ok.

Fabrizzio, label the press cake machine with an sticker that says ▓▓▓▓▓▓▓▓▓

---

**From:** Mast, Glenn
**Sent:** jueves, 02 de agosto de 2012 14:36
**To:** Pearson, Harvey A
**Cc:** Morales, Edwin; Pesantes, Fabrizzio
**Subject:** Press Machine - West Coast machine

Edwin – the guru has spoken.
Put a sticker on it...

---

**From:** Pearson, Harvey A
**Sent:** Thursday, August 02, 2012 3:33 PM
**To:** Mast, Glenn
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil; Schenk, Michael; Roberts, Kelly; Herrero, Beatriz
**Subject:** RE: Press Machine

▓▓▓▓▓▓▓▓▓▓

---

**From:** Mast, Glenn
**Sent:** Thursday, August 02, 2012 10:05 AM
**To:** Pearson, Harvey A
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil; Schenk, Michael; Roberts, Kelly; Herrero, Beatriz
**Subject:** RE: Press Machine

Per attached, Looks like they fixed a machine on Dec 14, 2011.
Was the ▓ the one that was fixed?

**From:** Mast, Glenn
**Sent:** Thursday, August 02, 2012 12:20 PM
**To:** Pearson, Harvey A
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil; Schenk, Michael; Roberts, Kelly; Herrero, Beatriz
**Subject:** RE: Press Machine

Do the two machines work?
One was being repaired the last I heard.
*Kelly did find recent data on the shared drive. Do we have ▆▆ press data on file? Bea was asking weeks ago.*

Daniel/Ana Maria - are they running press in Ecuador?

**From:** Pearson, Harvey A
**Sent:** Thursday, August 02, 2012 12:04 PM
**To:** Schenk, Michael; Mast, Glenn
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil
**Subject:** RE: Press Machine

We have two presses in Ecuador......one of them is a ▆▆▆

Harvey A. Pearson
Sr. Quality Assurance Manager
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA   91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com



**From:** Schenk, Michael
**Sent:** Thursday, August 02, 2012 4:52 AM
**To:** Mast, Glenn
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil; Pearson, Harvey A
**Subject:** RE: Press Machine

I answered those questions on a separate email....here it is again, nothing on shelf, custom build, **14 weeks**, ▆▆▆

*Best Regards*

*Mike Schenk*
*Starkist CO.*
*225 North Shore Dr. Suite 400*
*Pittsburgh, PA. 15212*
*412.323.7432 O*
*724.910.1150 C*
michael.schenk@starkist.com

Confidential - Subject to Amended Stipulated Protective Order                              StarKist0009980



**From:** Mast, Glenn
**Sent:** Thursday, August 02, 2012 11:15 AM
**To:** Schenk, Michael
**Cc:** Costa, Ana_Maria; Butler, Brett; Nunez, Daniel; Ali, Laura; Salib, Nabil; Pearson, Harvey A
**Subject:** RE: Press Machine

Mike,
Thanks

- Does ▮ have one "on the shelf" they can sell us?
- If not, what is the lead time and cost? (I'm still proposing we buy a▮ and test side-by-side our three new▮ machines.)

Glenn

-----Original Message-----
From: Schenk, Michael
Sent: Thursday, August 02, 2012 10:12 AM
To: Pearson, Harvey A; Mast, Glenn; Salib, Nabil
Cc: Costa, Ana_Maria; Butler, Brett; Nunez, Daniel
Subject: RE: Press Machine

I can (did) confirm from▮ i that the USDC office in North West region does not have a▮ i press machine! According to▮ they have no idea who mfg their machine.

They also confirmed BB has 1▮ i press in Santa Fe Springs and COSI has 1 ▮ press in San Diego and 2 in Georgia.

He also confirmed that the Thai packers who do have press machines are knock offs and get them mfg in Thailand, however they have had mixed results so they have approached▮ to get quotes.

So the plot thickens as there seems to be no standard for measuring press.

Best Regards

Mike Schenk
Starkist CO.
225 North Shore Dr. Suite 400
Pittsburgh, PA. 15212
412.323.7432 O
724.910.1150 C
michael.schenk@starkist.com

Confidential – Subject to Amended Stipulated Protective Order

-----Original Message-----
From: Pearson, Harvey A
Sent: Wednesday, August 01, 2012 2:21 PM
To: Mast, Glenn; Salib, Nabil; Schenk, Michael
Cc: Costa, Ana_Maria; Butler, Brett; Nunez, Daniel
Subject: RE: Press Machine

Just got back from my shortened vacation last night.  Here is the information on the press machines:

     The multi station press machine was designed by an engineer that worked for StarKist.
     Prior to that he worked at COS where he built the first multi station press which was had ███████████

███████

     The first press built for StarKist was a █████████████████████(no idea what happened to it.  It may
have been junked when the plant closed in 85).
     Since the SOI states 24 cans to be pressed we had him redesign the pres██████████████████ All later
presses were built with██ ███████.
     All StarKist presses were built by ▌███████ they have the original StarKist blueprint for the machine.  When
█████████████████████alive and running the company I had him make a copy of the blueprint
which we had in the QA files.  (Mario probably lost it along with the QA press machine when he moved it from Newport
to Pittsburgh!).
     Only two US companies make press machines, █████████████████ I think██ started making
them in the late 80's.
     The StarKist Caribe plant purchased several press machines from the██████████████████████R
when it closed in the late 80's or early 90's.  Two of these were███ presses.   When Caribe closed all the presses
(along with other equipment) were sold to Augustine and shipped to Ecuador (That's why the Ecuador plants have one
█████and █████████).
     There was some discussion way back that FDA had two press machines, probably ██built.  Back in the mid
90's StarKist got a notice from FDA that they found low press weights in one can code██████they collected in one of
their random surveys.  Either they pressed the cans if they actually did have the press machines or they had the USDC
press the cans for them.  The USDC has at least one press machine in their ████████████████

Harvey


-----Original Message-----
From: Mast, Glenn
Sent: Sunday, July 29, 2012 6:54 AM
To: Salib, Nabil; Pearson, Harvey A
Subject: FW: Press Machine

Harvey, Nabil,
See below, I'm hoping with your tenure within the tuna business you can confirm.
Have you ever seen a specification/blue print to build a press machine?

Glenn

-----Original Message-----
From: Mast, Glenn
Sent: Sunday, July 29, 2012 1:51 PM

StarKist0009982

To: Schenk, Michael
Subject: RE: Press Machine

Mike,

I'm proposing we add the "spec/blue print" into the FDA procedure when we update. Pushing we refine the procedure to be like another testing procedure that outlines equipment required.
I'm going to need a reference/blueprint to help standardize, can you have them send you the build spec.
Ill schedule a meeting this week to discuss.

From what I have learned from John DeBeer and Steve Mavity, they all use ▉▉▉▉

Glenn

-----Original Message-----
From: Schenk, Michael
Sent: Sunday, July 29, 2012 12:33 PM
To: Mast, Glenn
Subject: Re: Press Machine

I'm sure they have something to reference.  Remember the machine shop is building not ▉▉▉

| Sent from my iPhone | Mike Schenk | Starkist |
|---|---|---|
| Co. | 724-910-1150 Cell | 412-323-7432 Office. |

On Jul 29, 2012, at 12:29 PM, "Mast, Glenn" <Glenn.Mast@StarKist.com> wrote:

> How did ▉▉▉▉ know what to build?
>
>
> -----Original Message-----
> From: Schenk, Michael
> Sent: Saturday, July 28, 2012 6:30 PM
> To: Mast, Glenn
> Cc: Pearson, Harvey A
> Subject: Re: Press Machine
>
> I don't even know if there is a spec. Im not even sure the builder has a spec.   I know of two builders ▉▉▉ and ▉
> ▉▉▉▉ Who is farming out to ▉▉▉▉▉▉ who is the builder. I've only seen 6 head machines.
>

| > Sent from my iPhone | Mike Schenk | Starkist |
|---|---|---|
| Co. | 724-910-1150 Cell | 412-323-7432 Office. |

>
> On Jul 28, 2012, at 6:23 PM, "Mast, Glenn" <Glenn.Mast@StarKist.com> wrote:
>
>> Mike,
>> When building the press machine, is there only one blueprint build spec? Is this spec referenced anywhere?
>>
>> I thought I saw a 5 head machine in Thailand or Ecuador years ago, maybe not.
>>
>> Also, how many different suppliers build them?
>>
>>
>>

&gt;&gt;
&gt;&gt;
&gt;&gt; Sent from my iPhone

Confidential – Subject to Amended Stipulated Protective Order

**EXHIBIT C**

| From: | Pearson, Harvey A [/O=STARKIST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HPEARSON] |
|---|---|
| Sent: | Saturday, April 06, 2013 8:01:21 PM |
| To: | Butler, Brett; Nunez, Daniel |
| CC: | Salib, Nabil |
| Subject: | RE: PRESS |
| Attachments: | image004.png; SOI - 161.190 - Canned Tuna.txt; image001.png |

Brett:

We have a couple of issues here.

- CQA has never authorized
  . You may want to read the QA press procedure, CQP-09-F-20, Determine Compliance to Company Tuna Press Weight Standard which states in section 3.3.11:

    "Remove the press cup with piston from the press and withdraw the piston from the pressing cup. Loosen the pressed cake from the cup with a thin blade spatula and remove the entire pressed cake from the cup. Place the pressed cake and any pieces of fish that adhered to the piston and cup in a tarred receiving pan and determine the weight of the pressed material."

- As many times as I spend in the press room I have never seen this done which leads me to believe someone within the plant authorized this practice (as long as no one from CQA is around).

- Get me the name of the person who authorized                                         back into the cup. Let's see if an actual name comes up.

Attached is a copy of standard of identity for canned tuna from the CFR, 161.190 which contains the section on tuna pressing for fill of container.

We are not    and I don't much care what John DeBeer states they are doing since it is in violation of the SOI.

Plant QA should be internally auditing the press operation and technicians to insure they are following the press procedures in CQP-09-F-20. Retraining them is probable in order.

The practice of                                         back into the cup will be stopped. Any further use of this practice will result in the product involved being held for violation of the standard of identity for fill of container.

*Harvey*

Harvey A. Pearson
Director Quality Assurance
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA 91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com

Confidential Subject to Amended Stipulated Protective Order



StarKist0005119



**From:** Butler, Brett
**Sent:** Saturday, April 06, 2013 3:17 PM
**To:** Pearson, Harvey A; Nunez, Daniel
**Cc:** Salib, Nabil
**Subject:** PRESS

Harvey, went to look at the press myself, and took the picture below of the chunks that we are losing as result of the manual pressure we apply during the pressing. The girl me tells that they have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when calculating the individual press of the can for each lot. This is a big difference.

Please send me what the CFR says about this to confirm.

FYI according to Glenn, John De Beer, informed him that COSI ▮▮▮▮▮▮▮▮▮▮▮ into their press calculations.

Brett



[Code of Federal Regulations]
[Title 21, Volume 2]
[Revised as of April 1, 2009]
From the U.S. Government Printing Office via GPO Access
[CITE: 21CFR161.190]

[Page 537-544]

### TITLE 21--FOOD AND DRUGS

### CHAPTER I--FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH AND HUMAN SERVICES (CONTINUED)

PART 161_FISH AND SHELLFISH--Table of Contents

Subpart B_Requirements for Specific Standardized Fish and Shellfish

Sec. 161.190  Canned tuna.

    (a) Identity. (1) Canned tuna is the food consisting of processed
flesh of fish of the species enumerated in paragraph (a)(2) of this
section, prepared in one of the optional forms of pack specified in
paragraph (a)(3) of this section, conforming to one of the color
designations specified in paragraph (a)(4) of this section, in one of
the optional packing media specified in paragraph (a)(5) of this
section, and may contain one or more of the seasonings and flavorings
specified in paragraph (a)(6) of this section. For the purpose of
inhibiting the development of struvite

[[Page 538]]

crystals, sodium acid pyrophosphate may be added in a quantity not in
excess of 0.5 percent by weight of the finished food. It is packed in
hermetically sealed containers and so processed by heat as to prevent
spoilage. It is labeled in accordance with the provisions of paragraph
(a)(8) of this section.
    (2) The fish included in the class known as tuna fish are:

Thunnus thynnus (Linnaeus, 1758)--Northern bluefin tuna
Thunnus maccoyii (Castelnau, 1872)--Southern bluefin tuna
Thunnus alalunga (Bonnaterre, 1788)--Albacore
Thunnus atlanticus (Lesson, 1830)--Blackfin tuna
Thunnus obesus (Lowe, 1839)--Bigeye tuna
Thunnus albacares (Bonnaterre, 1788)--Yellowfin tuna
Thunnus tonggol (Bleeker, 1851)--Longtail tuna
Katsuwonus pelamis (Linnaeus, 1758)--Skipjack tuna
Euthynnus alletteratus (Rafinesque, 1810)--Spotted tunny
Euthynnus lineatus Kishinouye, 1920--Black skipjack tuna
Euthynnus affinis (Cantor, 1849)--Kawakawa

Allothunnus fallai Serventy, 1948--Slender tuna
Auxis rochei (Risso, 1810)--Bullet tuna
Auxis thazard (Lacepede, 1800)--Frigate tuna

(3) The optional forms of processed tuna consist of loins and other striated muscular tissue of the fish. The loin is the longitudinal quarter of the great lateral muscle freed from skin, scales, visible blood clots, bones, gills, viscera and from the nonstriated part of such muscle, which part (known anatomically as the median superficial muscle) is highly vascular in structure, dark in color because of retained blood, and granular in form. Canned tuna is prepared in one of the following forms of pack, the identity of which is determined in accordance with the methods prescribed in paragraph (c)(2) of this section.

(i) Solid or solid pack consists of loins freed from any surface tissue discolored by diffused hemolyzed blood, cut in transverse segments to which no free fragments are added. In containers of 1 pound or less of net contents, such segments are cut in lengths suitable for packing in one layer. In containers of more than 1 pound net contents, such segments may be cut in lengths suitable for packing in one or more layers of equal thickness. Segments are placed in the can with the planes of their transverse cut ends parallel to the ends of the can. A piece of a segment may be added if necessary to fill a container. The proportion of free flakes broken from loins in the canning operation shall not exceed 18 percent.

(ii) Chunk, chunks, chunk style consists of a mixture of pieces of tuna in which the original muscle structure is retained. The pieces may vary in size, but not less than 50 percent of the weight of the pressed contents of a container is retained on a \1/2\-inch-mesh screen.

(iii) Flake or flakes consist of a mixture of pieces of tuna in which more than 50 percent of the weight of the pressed contents of the container will pass through a \1/2\-inch-mesh screen, but in which the muscular structure of the flesh is retained.

(iv) Grated consists of a mixture of particles of tuna that have been reduced to uniform size, that will pass through a \1/2\-inch-mesh screen, and in which the particles are discrete and do not comprise a paste.

(v) Any of the specified forms of pack of canned tuna may be smoked. Canned smoked tuna shall be labeled in accordance with the provisions of paragraph (a)(8)(v) of this section.

(4) Canned tuna, in any of the forms of pack specified in paragraph (a)(3) of this section, falls within one of the following color designations, measured by visual comparison with matte surface neutral reflectance standards corresponding to the specified Munsell units of value, determined in accordance with paragraph (a)(7) of this section.

(i) White. This color designation is limited to the species Thunnus alalunga (albacore), and is not darker than Munsell value 6.3.

(ii) Light. This color designation includes any tuna not darker than Munsell value 5.3.

(iii) Dark. This color designation includes all tuna darker than Munsell value 5.3.

(iv) Blended. This color designation may be applied only to tuna flakes specified in paragraph (a)(3)(iii) of this section, consisting of a mixture of tuna

[[Page 539]]

flakes of which not less than 20 percent by weight meet the color standard for either white tuna or light tuna, and the remainder of which fall within the color standard for dark tuna. The color designation for blended tuna is determined in accordance with paragraph (a)(7) of this section.

(5) Canned tuna is packed in one of the following optional packing media:

(i) Any edible vegetable oil other than olive oil, or any mixture of such oils not containing olive oil.

(ii) Olive oil.

(iii) Water.

(6) Canned tuna may be seasoned or flavored with one or more of the following:

(i) Salt.

(ii) Monosodium glutamate.

(iii) Hydrolyzed protein declared in accordance with the applicable provisions of Sec. 101.22.

(iv) Spices or spice oils or spice extracts.

(v) Vegetable broth in an amount not in excess of 5 percent of the volume capacity of the container, such broth to consist of a minimum of 0.5 percent by weight of vegetable extractives and to be prepared from two or more of the following vegetables: Beans, cabbage, carrots, celery, garlic, onions, parsley, peas, potatoes, green bell peppers, red bell peppers, spinach, and tomatoes.

(vi) Garlic.

(vii) Lemon flavoring to be prepared from lemon oil and citric acid together with safe and suitable carriers for the lemon oil which are present at nonfunctional and insignificant levels in the finished canned food. When lemon flavoring is added, a safe and suitable solubilizing and dispersing ingredient may be added in a quantity not exceeding 0.005 percent by weight of the finished food. A substance used in accordance with this paragraph is deemed to be suitable if it is used in an amount no greater than necessary to achieve the intended flavor effect, and is deemed to be safe if it is not a food additive as defined in section 201(s) of the Federal Food, Drug, and Cosmetic Act (the act), or if it is a food additive as so defined, it is used in conformity with regulations established pursuant to section 409 of the act.

(viii) Edible vegetable oil or partially hydrogenated vegetable oil, excluding olive oil, used alone or in combination in an amount not to exceed 5 percent of the volume capacity of the container, with or without any suitable form of emulsifying and suspending ingredients that

StarKist0005123

has been affirmed as GRAS or approved as a food additive to aid in dispersion of the oil, as seasoning in canned tuna packed in water.

(7) For determination of the color designations specified in paragraph (a)(4) of this section, the following method shall be used: Recombine the separations of pressed cake resulting from the method prescribed in paragraph (c)(2) of this section. Pass the combined portions through a sieve fitted with woven-wire cloth of \1/4\-inch mesh complying with the specifications for such cloth set forth in ``Official Methods of Analysis of the Association of Official Analytical Chemists,'' 13th Ed. (1980), Table 1, ``Nominal Dimensions of Standard Test Sieves (U.S.A. Standard Series),'' under the heading ``Definitions of Terms and Explanatory Notes,'' which is incorporated by reference. Copies may be obtained from the AOAC INTERNATIONAL, 481 North Frederick Ave., suite 500, Gaithersburg, MD 20877, or may be examined at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to: http://www.archives.gov/federal--register/code--of--federal-- regulations/ibr--locations.html. Mix the sieved material and place a sufficient quantity into a 307 x 113 size container (bearing a top seam and having a false bottom approximately \1/2\-inch deep and painted flat black inside and outside) so that after tamping and smoothing the surface of the sample the material will be \1/8\-inch to \1/4\-inch below the top of the container. Within 10 minutes after sieving through the \1/4\-inch mesh woven-wire cloth, determine the Munsell value of sample surface.

(i) Determine the Munsell value of the sample surface so prepared. The following method may be used, employing an optical comparator, consisting of a lens and prism system which brings two beams of light, reflected

[[Page 540]]

from equal areas of sample surface and standard surface, respectively, together, within an eyepiece, so as to show an equally divided optical field. The scanned areas of sample and standard surface are not smaller than 2 square inches. Light reaching the eye is rendered sufficiently diffuse, by design of eyepiece and comparator, so that detail of the sample surface will remain undefined, to a degree such as to avoid visual confusion in observation of a match of over-all intensity of reflected light. The eyepiece contains a color filter centering at a wavelength between 550 m[micro] and 560 m[micro]. The filter does not pass appreciable visible radiation of wavelengths below 540 m[micro] or above 570 m[micro]. The passed wavelength band is of a monochromaticity sufficient to cause a sample and a neutral standard of equal reflectance to appear of the same hue. The comparator is rigidly mounted on a vertical stand attached to a base in which arrangement is provided for securely and accurately positioning two cans of size 307 x 113 in the two fields of view. Mounted on the base are two shaded lamps, which direct the center of their beams of light at about a 45[deg] angle to

StarKist0005124

the plane of the sample and standard surfaces. The lamps are so positioned that light from one bears mainly upon the sample surface and light from the other mainly on the standard surface, and are so placed in relation to sample and standard that no shadows, as from the can rims, appear in the fields of view. The lamps are strong enough to furnish adequate and convenient illumination through eyepiece and filter. Means are provided to alter the light intensity of one lamp in relation to the other, as may conveniently be achieved by using a 100-watt tungsten filament bulb in one lamp and using, in the other, a similar 150-watt bulb connected with the power source through a suitable rheostat. The stand is equipped with non-glossy black curtains on the side of the observer, to exclude variation in extraneous light reflected from the person of the observer.

(ii) To adjust the comparator, place a pair of matte surface standards of Munsell value 5.3, mounted as described in paragraph (a)(7)(iv) of this section, in position in the comparator base, and adjust the intensity of the variable lamp until the two halves of the optical field, viewed through the eyepiece, are of equal brightness. Then remove one of the standards and replace it with the prepared sample. Without altering any other adjustments, observe through the eyepiece whether the sample appears lighter or darker than the standard. In case of examination of albacore designated ``white'', conduct the procedure using standards of Munsell value 6.3.

(iii) The standards with which comparisons are made are essentially neutral matte-finish standards, equivalent in luminous reflectance of light of 555[micro] wavelength to 33.7 percent of the luminous reflectance of magnesium oxide (for Munsell value 6.3) and 22.6 percent of the luminous reflectance of magnesium oxide (for Munsell value 5.3), as given by the relationship between Munsell value and luminous reflectance derived by a subcommittee of the Optical Society of America and published in the ``Journal of the Optical Society of America,'' Vol. 33, page 406 (1943), which is incorporated by reference. Copies are available from the Center for Food Safety and Applied Nutrition (HFS-150), Food and Drug Administration, 5100 Paint Branch Pkwy., College Park, MD 20740, or available for inspection at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to: http://www.archives.gov/federal--register/code--of--federal--regulations/ibr--locations.html.

(iv) These standards shall be cut in circles 3\1/4\ inches in diameter and shall be mounted in 307 x 113 size containers, bearing a top seam and painted flat black inside and outside, so that the surfaces of the standards are \3/16\ inch below the top of the containers in which they are mounted.

(v) In the case of blended tuna, the foregoing method shall be varied by first separating the tuna flakes of the two different colors before passing them through the \1/4\-inch mesh sieve, then proceeding with each portion separately for the determination of its color value, employing, if necessary, a

StarKist0005125

sample container with false bottom greater than \1/2\ inch deep.

(8)(i) The specified names of the canned tuna for which definitions and standards of identity are prescribed by this section, except where water is the packing medium or where the tuna is smoked, are formed by combining the designation of form of pack with the color designation of the tuna; for example, ``Solid pack white tuna'', ``Grated dark tuna'', etc. In the case of blended tuna, there shall be used both applicable color designations of the blended flakes, in precedence determined in accordance with the predominating portion found in the container; for example, ``Blended white and dark tuna flakes'', ``Blended dark and light tuna flakes''.

(ii) The specified name of canned tuna when water is used as the packing medium is formed as described in paragraph (a)(8)(i) of this section, followed by the words ``in water''; for example, ``Grated light tuna in water''.

(iii) When the packing medium is vegetable oil or olive oil, the label shall bear the name of the optional packing medium used, as specified in paragraph (a)(5) of this section, preceded by the word ``in'' or the words ``packed in''. In case of the optional ingredient specified in paragraph (a)(5)(i) of this section, the name or names of the oil used may be stated, or the general term ``vegetable oil'' may be used.

(iv) In case solid pack tuna is packed in olive oil, the designation ``Tonno'' may also appear.

(v) In case any of the specified forms of canned tuna are smoked, the word ``smoked'' shall appear as a part of the name on the label; for example, ``Smoked light tuna flakes''.

(vi) Where the canned tuna contains one or more of the ingredients provided for in paragraph (a)(6) of this section, the label shall bear the statement ``Seasoned with ------'', the blank being filled in with the name or names of the ingredient or ingredients used, except that if the ingredient designated in paragraph (a)(6)(v) of this section is used, the blank shall be filled in with the term ``vegetable broth'', and if the ingredients designated in paragraph (a)(6)(viii) of this section are used, the blank may be filled in with the term ``oil'', and if the ingredient designated in paragraph (a)(6)(iv) of this section is used alone, the label may alternatively bear either the statement ``spiced'' or the statement ``with added spice''; and if salt is the only seasoning ingredient used, the label may alternatively bear any of the statements ``salted'', ``with added salt'', or ``salt added''. If the flavoring ingredients designated in paragraph (a)(6)(vii) of this section are used, the words ``lemon flavored'' or ``with lemon flavoring'' shall appear as part of the name on the label; for example, ``lemon flavored chunk light tuna''. Citric acid and any optional solubilizing and dispersing agent used as specified in paragraph (a)(6)(vii) of this section in connection with lemon flavoring

ingredients or emulsifying and suspending ingredients used as specified in paragraph (a)(6)(viii) of this section shall be designated on the label by their common or usual name.

(vii) Where the canned tuna contains the optional ingredient sodium acid pyrophosphate as provided in paragraph (a)(1) of this section, the label shall bear the statement ``pyrophosphate added'' or ``with added pyrophosphate''.

(viii) Wherever the name of the food appears on the label so conspicuously as to be easily seen under customary conditions of purchase, the names of the optional ingredients used, as specified in paragraphs (a)(8)(iii), (vi), and (vii) of this section (except if lemon flavoring is added, this subparagraph applies only to the terms ``lemon flavored'' or ``with lemon flavoring'', not to the constituent ingredients of that flavoring or to any optional solubilizing or dispersing ingredient used in connection with lemon flavoring ingredients), shall immediately and conspicuously precede or follow such name without intervening, written, printed, or graphic matter except that the common name of the species of tuna fish may so intervene; but the species name ``albacore'' may be employed only for canned tuna of that species which meets the color designation ``white'' as prescribed by paragraph (a)(4)(i) of this section.

(ix) Statements of optional ingredients present required by paragraph

[[Page 542]]

(a)(8)(vi) of this section, but not subject to the provisions of paragraph (a)(8)(viii) of this section shall be set forth on the label with such prominence and conspicuousness as to render them likely to be read and understood by the ordinary individual under customary conditions of purchase.

(b) [Reserved]

(c) Fill of container. (1) The standard of fill of container for canned tuna is a fill such that the average weight of the pressed cake from 24 cans, as determined by the method prescribed by paragraph (c)(2) of this section, is not less than the minimum value specified for the corresponding can size and form of tuna ingredient in the following table:

| I. Can size and form of tuna ingredient | II. Minimum value for weights of pressed cake (average of 24 cans) (in ounces) |
| --- | --- |

StarKist0005127

211x109:

| | |
|---|---|
| Solid................................................... | 2.25 |
| Chunks................................................. | 1.98 |
| Flakes.................................................. | 1.98 |
| Grated.................................................. | 2.00 |

307x113:

| | |
|---|---|
| Solid................................................... | 4.47 |
| Chunks................................................. | 3.92 |
| Flakes.................................................. | 3.92 |
| Grated.................................................. | 3.96 |

401x206:

| | |
|---|---|
| Solid................................................... | 8.76 |
| Chunks................................................. | 7.68 |
| Flakes.................................................. | 7.68 |
| Grated.................................................. | 7.76 |

603x408:

| | |
|---|---|
| Solid................................................... | 43.2 |
| Chunks................................................. | 37.9 |
| Flakes.................................................. | 37.9 |
| Grated.................................................. | 38.3 |

If the can size in question is not listed, calculate the value for column II as follows: From the list select as the comparable can size that one having nearest the water capacity of the can size in question, multiply the value listed in column II for the same form of tuna ingredient by the water capacity of the can size in question, and divided by the water capacity of the comparable can size. Water capacities are determined by the general method provided in Sec. 130.12(a) of this chapter. For the purposes of this section, cans of dimensions 211x109 shall be deemed to have a water capacity at 68 [deg]F of 3.55 avoirdupois ounces of water; cans of dimensions 307x113, a water capacity of 7.05 avoirdupois ounces of water; cans of dimensions 401x206, a water capacity of 13.80 avoirdupois ounces of water; and cans of dimensions 603x408, a water capacity of 68.15 avoirdupois ounces of water.

(2) The methods referred to in paragraph (c)(1) of this section for determining the weight of the pressed cake and referred to in paragraph (a)(3)(i) of this section for determining the percent of free flakes and the percent of pieces that pass through a \1/2\-inch-mesh sieve are as follows:

(i) Have each of the 24 cans and contents at a temperature of 75 [deg]F within <plus-minus<ls-thn-eq>5 [deg]F. Test each can in turn as follows:

(ii) Cut out the top of the can (code end), using a can opener that does not remove nor distort the double seam.

(iii) With the cut top held on the can contents, invert the can, and drain the free liquid by gentle finger pressure on the cut lid so that

StarKist0005128

most of the free liquid drains from the can.

(iv) With the cut lid still in place, cut out the bottom of the can with the can opener, then turn the can upright and remove the cut can top (code end). Scrape off any adhering tuna particles into the tuna mass in the can.

(v) Place the proper size of press cylinder as provided in paragraph (c)(3)(i) of this section in a horizontal position on a table; then, using the cut bottom of the can as a pusher, gently force the can contents from the can into the cylinder so that the flat side of the can contents lies in contact with the bottom of the cylinder. Remove the bottom of the can that was used as the pusher and scrape any adhering particles from the can body and bottom of the can, and put them in the cylinder.

(vi) Place the cylinder plunger on top of the can contents in the cylinder. Remove the eyebolt and put the cylinder and plunger in position on the press (paragraph (c)(3)(iii) of this section).

(vii) Begin the operation of the press and as soon as liquid is observed coming from the cylinder start timing the operation. Apply pressure to the plunger slowly and at a uniform rate, so that a full minute is used to reach a pressure of 384 pounds per square inch of plunger face in contact with the can

[[Page 543]]

contents. Hold this pressure for 1 additional minute and then release the pressure and disengage the plunger from the press shaft. Tip the press cylinder so that any free liquid is drained out.

(viii) Remove press cylinder with plunger from the press, insert eyebolt in plunger and withdraw it from the cylinder. Loosen the pressed cake from the cylinder with a thin blade and remove the entire pressed cake as gently as possible, to keep the mass in a single cake during this operation. Place the pressed cake and any pieces that adhered to the plunger and cylinder in a tared receiving pan and determine the weight of the pressed material.

(ix) For cans larger than 401x206, cut out the top of the can and drain off free liquid from the can contents as in operations described in paragraphs (c)(2)(ii) and (iii) of this section. Determine the gross weight of the can and remaining contents. Using a tared core cutter as provided for in paragraph (c)(3)(ii) of this section, cut vertically a core of the drained material in the can. Determine the weight of the core. With a thin spatula transfer the core to the pressing cylinder for 401x206 cans. Determine the weight of the pressed cake as in the operations described in paragraphs (c)(2)(v) through (viii) of this section. Remove the remaining drained contents of the can, reserving the contents for the determination of free flakes (paragraph (c)(2)(xi) of this section), weigh the empty can, and calculate the weight of the total drained material. Calculate the weight of pressed cake on the entire can basis by multiplying the weight of the pressed cake of the core by the ratio of the weight of the drained contents of the can to

StarKist0005129

the weight of the core before pressing.

(x) Repeat the determination of weight of pressed cake on the remainder of the 24 cans and determine the average weight of pressed cake for the purpose of paragraph (c)(1) of this section.

(xi) Determination of free flakes: If the optional form of tuna ingredient is solid pack, determine the percent of free flakes. Any flakes resulting from the operations described in this paragraph (c)(2)(xi) or in other parts of this paragraph are to be weighed as free flakes. Only fragments that were broken in the canning procedure are considered to be free flakes. If the can is of such size that its entire drained contents were pressed as described in paragraphs (c)(2)(i) to (viii) of this section, inclusive, examine the pressed cake carefully for free flakes. Using a spatula, scrape free flakes gently from the outside of the cake. Weigh the aggregate free flakes that were broken from the loin segments in the canning procedure and calculate their percentage of the total weight of pressed cake. If the can is of such size that a core was cut for pressing as described in paragraph (c)(2)(ix) of this section, make the examination for free flakes on a weighed portion of the drained material remaining after the core was removed. The weight of the portion examined should approximately equal the weight of the core before pressing. Calculate the weight of the free flakes that were broken from the loins in the canning procedure as a percentage of the weight of the portion examined.

(xii) Determination of particle size: If the optional form of tuna ingredient is chunks, flakes, or grated, the pressed cake resulting from the operations described in paragraphs (c)(2)(i) to (ix) of this section, inclusive, is gently separated by hand, care being taken to avoid breaking the pieces. The separated pieces are evenly distributed over the top sieve of the screen separation equipment described in paragraph (c)(3)(iv) of this section. Beginning with the top sieve, lift and drop each sieve by its open edge three times. Each time, the open edge of the sieve is lifted the full distance permitted by the device. Combine and weigh the material remaining on the three top sieves (1\1/ 2\-inch, 1-inch, \1/2\-inch screens), and determine the combined percentage retention by weight in relation to the total weight of the pressed cake.

(3)(i) The press cylinder and plunger referred to in paragraph (c)(2) of this section are made of stainless steel. The press cylinders are made with a lip to facilitate drainage of the liquid. Plungers have a threaded center hole, about half as deep as the thickness of the

[[Page 544]]

plunger, for receiving a ringbolt to assist in removing the plunger from the press cylinder. Dimensions for press cylinders and plungers are as follows:

For can size 211x109

StarKist0005130

Press cylinder:
    Inside depth, approximately 3\3/4\ inches.
    Inside diameter, 2.593 inches.
    Wall thickness, approximately \3/8\ inch.
Plunger:
    Thickness, approximately 1 inch.
    Diameter, 2.568 inches.

For can size 307x113

Press cylinder:
    Inside depth, approximately 4 inches.
    Inside diameter, 3.344 inches.
    Wall thickness, approximately \3/8\ inch.
Plunger:
    Thickness, approximately 1\1/4\ inches.
    Diameter, 3.319 inches.

For can size 401x206

Press cylinder:
    Inside depth, approximately 4\1/8\ inches.
    Inside diameter, 3.969 inches.
    Wall thickness, approximately \1/2\ inch.
Plunger:
    Thickness, approximately 1\1/4\ inches.
    Diameter, 3.944 inches.

For can sizes where the diameter is greater than 401, the core cutter
described in paragraph (c)(3)(ii) of this section shall be used and the
resulting core pressed in the press cylinder for can size 401x206. For
can sizes differing from those specified in this paragraph (c)(3)(i),
special press cylinders and plungers may be used. Special press less
than the outside diameters, at the cylinders have inside diameters \1/
10\-inch double seam, for the can sizes for which the cylinders are
used; plunger diameters are 0.025-inch less than the inside diameters of
the press cylinders.

    (ii) The core cutter referred to in paragraph (c)(2) (ix) and (xi)
of this section and paragraph (c)(3)(i) of this section is made from a
previously sealed 300x407 can. The cover, including the top seam, is cut
out. The edge is smoothed and sharpened. A small hole to permit passage
of air is made in the bottom.

    (iii) The hydraulic press referred to in paragraph (c)(2) (vi) to
(x) of this section, inclusive, is made by so mounting a hydraulic jack,
in a strong frame, that it will press horizontally against the center of
the plunger in the press cylinder used. The frame is so braced that it
does not change shape when pressure is applied. The gauge on the
hydraulic jack is so calibrated that it will indicate, for the plunger

StarKist0005131

being used, when the plunger is pressing against the contents of the press cylinder with a pressure of 384 pounds per square inch of plunger face.

(iv) The sieving device referred to in paragraph (c)(2)(xii) of this section consists of three sieves, each approximately 1 foot square, loosely mounted, one above the other, in a metal frame. The mesh in the top sieve complies with the specifications for 1\1/2\-inch woven-wire cloth as prescribed in paragraph (a)(7) of this section. The meshes in the sieves below comply with similar specifications for 1-inch and \1/2\-inch woven-wire cloth as set forth in the same publication. The sides of each sieve are formed, in a raised rim, from \3/4\-inch x \1/8\-inch metal strap. The frame has tracks made of \3/8\-inch angle metal to support each sieve under each side. The tracks are so positioned as to permit each sieve a free vertical travel of 1\3/4\ inches.

(4) If canned tuna falls below the applicable standard of fill of container prescribed in paragraph (c)(1) of this section, the label shall bear the general statement of substandard fill provided in Sec. 130.14(b) of this chapter, in the manner and form therein specified.

[42 FR 14464, Mar. 15, 1977, as amended at 47 FR 11833, Mar. 19, 1982; 49 FR 10102, Mar. 19, 1984; 54 FR 24896, June 12, 1989; 55 FR 45797, Oct. 31, 1990; 56 FR 6263, Feb. 15, 1991; 58 FR 2884, Jan. 6, 1993; 61 FR 14480, Apr. 2, 1996; 63 FR 14035, Mar. 24, 1998; 66 FR 56035, Nov. 6, 2001]

StarKist0005132

**EXHIBIT D**

| From: | Mast, Glenn [/O=STARKIST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GMAST] |
|---|---|
| Sent: | Friday, July 22, 2011 6:55:32 PM |
| To: | Butler, Brett; Palepua, Faafoi; Neligan, Richard; Elgin, John; Pearson, Harvey A |
| CC: | Moody, Patrick M; Maxfield, Aaron; Joseph, Selwyn J.; Tuza, Joe |
| Subject: | PRR for next week, July 25, CL and Albacore 5 oz can |
| Importance: | High |
| Attachments: | PRR Albacore 5 oz can, PC Compliance.xls; PRR Chunk Light 5 oz can, PC Compliance.xls |

Samoa,
I have reviewed with Brett and Pat for approval. Lets discuss during today's meeting. Below is a snapshot at the changes, attached are the PRR's with more details.
Start these formulas on one line (one Chunk, and one Solid) on Monday July 25, review press results daily and convert all lines over across the house by week end and continue to run.

Note: additional press cake machine to be ordered for Samoa (Brett to confirm timing with John)

Glenn

|  | * injected albacore used in both formulas | | |
|---|---|---|---|
| **Albacore, SAW 5oz** | 1st fill | 2nd fill | 3rd fill |
|  | Fish Fill | Broth | Water |
| Current |  |  |  |
| Experimental |  | * |  |

Current Broth:

| Broth Room Mixing Formulation | | |
|---|---|---|
| Ingredients | % | Pounds |
| Water |  |  |
| Salt |  |  |
| SAPP |  |  |
| Total: |  |  |

* New Broth (experimental):

| Formula # PC01 | Broth Room Mixing Formulation | | |
|---|---|---|---|
|  | Ingredients | % |  |
|  | Water |  |  |
|  | VB75 |  |  |
|  | Salt |  |  |
|  | SAPP |  |  |
|  | Total: |  |  |

| **Chunk Light, CLW 5 oz** **Fish Fill only** | 1st fill | 2nd fill | 3rd fill |
|---|---|---|---|
|  | Fish Fill | Broth | water |
|  |  |  |  |



EXHIBIT
50

StarKist00101



Document Produced Natively

Confidential – Subject to Amended Stipulated Protective Order

Quantifiable Errors In Determine Press Weight under SOI
- determination of ▮▮▮▮▮▮▮
- calibration of the ▮▮▮▮▮▮▮
- calibration of the press machine,
- performing the press weight evaluation itself.

In addition, non-quantifiable errors include:
- Inappropriate method for this can type (▮▮▮▮▮▮▮)
- the ▮▮▮▮▮▮▮ at the start of pressing,
- ▮▮▮▮
- ▮▮▮▮▮▮▮
- Lack of specifications on ▮▮▮▮▮▮▮
- Lack of clarity on ▮▮▮▮▮▮▮
- Changes in consumer preferences to ▮▮▮▮▮▮▮

## Press Weight Evaluation

The press weight evaluation is performed according to the procedures in 21 CFR 161.190. According to the regulation 24 cans from each lot should be evaluated for press weight.

▮▮▮▮▮▮▮ The CFR states that the cans should be drained prior to pressing but specific procedures for draining the cans are not included in the regulation. Moreover, the CFR specifies that the can shall be drained using "light finger pressure" – interpretation is left to the operators subjective judgement. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮. The CFR calls for cutting the bottom out of the can and using the bottom to gently push the contents into the press cylinder. ▮▮▮▮▮▮▮

After all the tuna has been removed from the can, ▮▮▮▮▮▮▮

The regulation specifies that the gap between the cylinder and the plunger be 0.025 inches. ▮▮▮▮

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████

Pressure is gradually increased until the machine reaches the appropriate pressure for the can size. There are 2 issues here. █████████████████████████████████████

█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████

█████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████

The press weight test requires a pressure of ███████████████ inch as a function of the can diameter. █████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████

█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████████████
██████████████████

The CFR calls for all tuna material which is adhering to the plunger and cylinder to be included in the press weight. █████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████████

█████████████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████

█████████████████████████████████████████████████████
█████████████████████████████████████████████████

StarKist0010328

████████████████████████████████████████████
████████████████████████████████████████████
████████████ ██ █████████████████████████████
███████████████████████████████

Summary of Error:

As explained, quantifiable error is ███████████████ From:
- determination of ███████████
- calibration of ███████████████
- calibration of the press machine,
- performing the press weight evaluation itself.

In addition, non-quanitifiable errors include:
- ██████████████████████████████
- the ███████████████████ at the start of pressing,
- scaling as a function ███████████████████ of product,
- scaling as a function ███████████████
- Lack of specifications on ███████████████████████
- Lack of clarity on which ██████████████████████
- Changes in ██████████████████████ , and ███████████████████
  ██████████████████████████



| | Title:<br>**Determination of Fish Fill based on<br>Press Cake** | Number:<br>CQP-09-F-04 |
|---|---|---|
| StarKist QA Procedure | | |

## 1.0  PURPOSE

The purpose of this procedure is to determine the proper fish fill of a can of tuna and be able to make adjustments in the fills to meet company requirements for pressed cake values.

## 2.0  SAMPLING

Sampling for press cake analysis is done at the rate of ███████ per style of pack for all can sizes, except for the ████████ where a ███ ████████

## 3.0  PROCEDURE

3.1  Each set of samples ████████ is randomly collected from ███ ████████████████████

3.2  The sample cans must be run through the labeling process prior to pressing. ████████████████████████ ████████

3.3  Sample cans must be tempered ████████████████ ████████████ prior to pressing.

3.3  Label each can from ████████████ and weigh each can prior to pressing. Record the weights on the attached form, #SKF3-1210 "Pressed Cake Report".  Also fill out the other information listed on the top part of the form.

3.4  The cooled cans are pressed according to the "Star-Kist Standard Procedures to Determine Press Cake Values for Compliance to F.D.A. Standards".

3.5  The values of the pressed cakes are recorded on the attached form SKF 3-1210 "Pressed Cake Report".

## 4.0  CALCULATIONS

4.1  Calculate the Average Pressed Weight and the Standard Deviation for each press sample.

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]  of<br>5 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order

| | Title: **Determination of Fish Fill based on Press Cake** | Number: CQP-09-F-04 |
|---|---|---|
| StarKist QA Procedure | | |



4.2 Calculate the Standard Error of the average pressed weight by dividing ▮

4.3 Calculate Target for ▮ by multiplying ▮ by the ▮

4.4 Calculate Target Pressed Weight by adding the value calculated ▮

4.5 Determine the Average Fill Weight of the 1▮ and ▮ and ▮ and record this information on the attached form.

4.6 Calculate the Percent (%) Recovery by dividing the ▮ and multiplying by ▮

4.7 Obtain the Actual Batch Fill Weight from the fill chart.

4.8 Calculate Converted Pressed Weight by dividing ▮ for that particular code by the sample Average Fill Weight ▮) and multiplying by the sample Average Pressed Weight (from ▮).

4.9 Calculate the difference between ▮ If the difference is positive, meaning the converted press weight is higher than the target press weight, then proceed to ▮ and if the difference is negative, meaning the converted press weight is lower than the target press weight, use the absolute value of the difference and proceed to ▮

4.10 Increase fill weight target if converted pressed weight value (from ▮ is lower than target press weight value calculated from ▮ (or the sample has low pressed weight). See ▮ Example.

4.10.1 Calculate fill weight increase needed by **dividing** the absolute value of the difference (from ▮ by Percent Recovery (from ▮

4.10.2 Calculate the New Fill Weight Target by adding the ▮

4.11 Reduce line fill weight target if ▮ ( or

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 5 |
|---|---|---|---|---|---|



| | Title: Determination of Fish Fill based on Press Cake | Number: CQP-09-F-04 |
|---|---|---|
| StarKist QA Procedure | | |

the sample has ████████). See ██ Example.

4.11.1 Calculate fill weight decrease needed by **dividing** the ████████████████████████████

4.11.2 Calculate the New Fill Weight Target by ████████████ ████████████████████████

4.12 Star-Kist Company Pressed Cake Standards is based on an ██ compliance rate. This is equivalent to a pressed weight target of ██ ████████████████

## 5.0 Example of Calculations - Low Pressed Weight of 1/2 lb. Solid Pack

5.1 Calculate 1/2 lb. ██████████████████████████████ ████████████

5.2 Calculate 1/2 lb. Solid Pack Standard Error of the mean of the average pressed weight: ████████████████

5.3 Calculate target for ████ compliance: ████ █ ██████████ ██.

5.4 Add to the FDA ████ oz. Pressed Weight Standard ████ oz. for Pressed Weight Target ████ ████████

5.5 Calculate sample average fill weight ████████████████

5.6 Percent Recovery is ████ oz. ████████████ t average) ████████ ████████████ multiplied by ████

Percent Recovery = ████ █ ████████
████

5.7 Actual batch fill weight average (from fill chart) = ████████

5.8 Converted Pressed Weight is calculated for that batch code by ████████████████████████████████████ ████████████████████████████████ ████████████████████████

5.9 Difference between converted pressed weight (████████ and ████████ ████████████████████

5.10 Absolute value of –████████████

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 5 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order

|  StarKist QA Procedure | Title: Determination of Fish Fill based on Press Cake | Number: CQP-09-F-04 |
|---|---|---|

5.11    Fill weight increase needed: ██████████████████

5.12    New fill weight target: (chart average) ████████████████.

## 6.0    Example of Calculations - High Pressed Weight of 1/2 lb. Solid Pack

6.1    Calculate 1/2 lb. Solid Pack Average pressed weight = ████████

6.2    Calculate 1/2 lb. Solid Pack Standard Error of the mean of the ██████████████  ████████████

6.3    Calculate target for ████ compliance:   ████████████████

6.4    Target Pressed Weight value:   ████████████████.

6.5    Calculate sample average fill weight ████████████████

6.6    Percent (%) recovery is:   ████████████████████████ ████████████ multiplied by ████

         Percent Recovery = ████  ████████

6.7    Actual batch fill weight (from fill chart) = ████ ████

6.8    Converted Pressed Weight:   (████████████████████

6.9    Difference between converted P.C. and target pressed weight: ████ ████████████

6.10    Fill weight decrease needed:   ████████████████.

6.11    New fill weight target:   ████████ ██ ████████.

## 7.0    Fish Fill Changes

7.1    Only revise target fill weights if calculations show changes of ████████ ████████

7.2    Increase or decrease target fill weights only in increments of ████████.

## 8.0    Document Modifications

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 5 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order

|  StarKist QA Procedure | Title: **Determination of Fish Fill based on Press Cake** | Number: CQP-09-F-04 |
|---|---|---|

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 5 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order



| | Title:<br>**Procedure to Determine**<br>**Compliance to Company Tuna**<br>**Press Weight Standard** | Number:<br><br>CQP-09-F-20 |
|---|---|---|
| StarKist QA Procedure | | |

## 1.0  PURPOSE

1.1  The purpose of this procedure is to determine the level of compliances of canned tuna products to Company Pressed Cake Standards.

## 2.0  SAMPLING

2.1  Samples are randomly collected from retort baskets prior to labeling at no more than ▮ cans per basket. The cans must be run through simulated labeling prior to pressing.

2.2  A ▮ can sample is used for all can sizes except for the ▮ can size where a ▮ can sample is used.  A minimum of ▮ sets should be pressed per eight hour packing shift.

2.3  Sample cans may also be collected after the labeling operation and are randomly collected from at ▮ different cases with the exact same code including batch number and can line.

2.4  The Plant Quality Assurance Manager is responsible for selecting species and styles to be pressed in proportion to the pack schedule for each shift. One set of press cakes should be taken for each ▮ cases of finished product packed.

## 3.0  PRESSING PROCEDURE

3.1  Two Piece - Cans (▮

A press cake extractor device assembly (see attached exhibit 1, Page 16) has been constructed to aid in the removal of the tuna cake from two piece cans. What follows is the procedure for the usage of this extractor (plunger type) device for removal of the tuna cake from two piece cans.



3.1.1

3.1.2

3.1.3

3.1.4

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order

| StarKist QA Procedure | Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard | Number: CQP-09-F-20 |
| --- | --- | --- |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
| --- | --- | --- | --- | --- | --- |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order

| StarKist QA Procedure | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** | **Number:** CQP-09-F-20 |
| --- | --- | --- |



15 second interval during the initial minute of came up time.

**Target Pressures**

Can Sizes

Time Intervals & Target Pressures

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
| --- | --- | --- | --- | --- | --- |

Confidential – Subject to Amended Stipulated Protective Order



| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** | **Number:** |
|---|---|---|
| StarKist QA Procedure | | CQP-09-F-20 |



### 3.4 4 lb. Cans



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order



| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** | **Number:** CQP-09-F-20 |
| --- | --- | --- |
| StarKist QA Procedure | | |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
| --- | --- | --- | --- | --- | --- |

Confidential – Subject to Amended Stipulated Protective Order



| | Title: | Number: |
|---|---|---|
| StarKist QA Procedure | **Procedure to Determine** **Compliance to Company Tuna** **Press Weight Standard** | **CQP-09-F-20** |



3.4.14  Repeat the above determination on the remainder of the cans and calculate the average weight of the pressed cakes and standard deviation of the pressed cakes.

3.4.15  Record this information on the "Pressed Cake Report" form.

## 4.0  DETERMINATION OF PRESS CAKE COMPLIANCE

The USFDA Standard of Identity for canned tuna specifies the method to determine press cake compliance.

## 5.0  CALCULATION OF PERCENT PRESSED CAKE COMPLIANCE

5.1  Determine the rate of compliance for each can size for each style of pack as follows:



5.1.4  Determine the percent compliance utilizing the following formula:

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order

|  StarKist QA Procedure | Title:<br>**Procedure to Determine**<br>**Compliance to Company Tuna**<br>**Press Weight Standard** | Number:<br>**CQP-09-F-20** |
|---|---|---|



### 5.2  Recording

5.2.1  Record pertinent information such as plant, date, or week ending, the issuing person and addressee on the "Press Weight Compliance Report", (See Samoa sample report page 16).

### 5.3  Reporting

5.3.1  Report results on the attached form on a daily basis to plant Q.A. Manager, Operations Manager and Plant General Manager.

5.3.2  The same form can be used to report results on a weekly basis.

## 6.0  RECOMMENDATION FOR PRESSED WEIGHT ADJUSTMENTS

6.1  Press at least ▮▮▮▮ a week for each can size, style of pack and medium.

6.2  Base decisions to make fish fill changes on at least ▮▮▮▮ of pressed weight values.

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order



| StarKist QA Procedure | Title:<br>**Procedure to Determine<br>Compliance to Company Tuna<br>Press Weight Standard** | **Number:**<br><br>CQP-09-F-20 |
|---|---|---|

6.3 Group weekly pressed weight values and calculate the weekly average by can size, style of pack and medium. For example, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ etc.

6.4 Use weekly average for each style of pack to determine the need for a possible formula or process change.

6.5 Do not change the formula or process if the weekly pressed cake average by can size, product, medium and style of pack falls between ▮▮▮▮▮▮▮

6.6 A formula or process change is required if compliance falls below ▮▮▮

6.7 Adjustment may be made if the compliance is well above ▮▮▮ (See procedure MM019 - Determination of Fish Fill Based on Press Cake).

## 7.0 <u>WEEKLY PRESSED WEIGHT REPORT</u>

The pressed cake data accumulated during the week may be summarized on a weekly basis and forwarded to Plant Management using the same "Press Weight Compliance Report".

7.1 Record the necessary information on the upper part of the page of the attached "Press Weight Compliance Report", such as: plant location, date, name of report issuer and data recorded for the week ending.

7.2 From the daily Press Weight Compliance Report obtain information by can size and style of pack and media:

7.3 Obtain the number of codes pressed during the week for each can size by style of pack and media and record in proper column.

7.4 Record the Fish Fill Target for the week under the Fish Fill Target heading. Record where the fish fill is changed and new fill target.

7.5 Record the average press week for the week.

7.6 Record the number of codes meeting Federal Tuna Press Cake Standards.

7.7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order

| | Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard | Number: |
|---|---|---|
|  StarKist QA Procedure | | CQP-09-F-20 |

## 8.0 DILLON FORCE GAUGE STANDARD PRESSURE

| Plunger For Can Size | Diameter (d) | Radius (r) | Radius² ($r^2$) | Area ($\pi r^2$) ($\pi$=3.1416) | DillonStandard Pressure ($\pi r^2$x384) | Dillon Pressure |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | |

## 9.0 CALCULATIONS OF PRESSURE GAUGE READINGS

9.1    Pressure to be applied to the plunger is ▮▮▮ . per square inch.

9.2    Area of hydraulic piston ▮▮▮▮▮▮▮▮ square inches.

9.3    Constant for plungers for all can sizes is ▮▮▮▮▮▮ .

9.4    Gauge pressure readings for the following can sizes:

### Calculated Standards

| Can Size | Area | Plunger Constant | Gauge Reading | Gauge Reading |
|---|---|---|---|---|
| ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

## 10.0 PRESSED WEIGHT TUNA STANDARDS BY CAN SIZE

### Minimum Pressed Weights

Can Size          211x105.7 (2-PC)

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order

| StarKist QA Procedure | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** | **Number:** CQP-09-F-20 |
| --- | --- | --- |



1/4 LB.   Solid Pack
Chunk Pack
Flake Pack
Grated

1/2 LB.   Solid Pack
Chunk Pack
Flake Pack
Grated

1 LB.   Solid Pack
Chunk Pack
Flake Pack
Grated

4 LB.   Solid Pack
Chunk Pack
Flake Pack

4 LB.   Solid Pack
Chunk Pack
Flake Pack

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
| --- | --- | --- | --- | --- | --- |

Confidential - Subject to Amended Stipulated Protective Order



| Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard | Number: CQP-09-F-20 |
|---|---|

StarKist QA Procedure





| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order

StarKist0010346



| | Title: | Number: |
|---|---|---|
| StarKist QA Procedure | **Procedure to Determine Compliance to Company Tuna Press Weight Standard** | **CQP-09-F-20** |

## StarKist Samoa, Inc
### QUALITY ASSURANCE DEPT.
### PRESSED CAKE REPORT

DATE SAMPLED _____

DATE PRESSED _____

SAMPLED BY: _____

PRESSED BY: _____

CODE: _____

AVE. FILL WEIGHT _____

AVG. PRESSED WEIGHT _____

% RECOVERY: _____

BATCH FILL WEIGHT _____

CONVERTED PRESSED WEIGHT _____

FILL WEIGHT TARGET: _____

**NET WEIGHTS**

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | |

AVE. FILL WEIGHT: _____

FILL WEIGHT STAND DEV: _____

**PRESS WEIGHTS/TEMPERATURES**

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | |

AVG. PRESSED WEIGHTS: _____

PRESSED WEIGHT STAND DEV: _____

PRESSED WEIGHT STAND ERROR _____

**REMARKS:**

_____

_____

_____

_____

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 14 |
|---|---|---|---|---|---|

Confidential - Subject to Amended Stipulated Protective Order



| | Title:<br>**Procedure to Determine**<br>**Compliance to Company Tuna**<br>**Press Weight Standard** | **Number:** |
|---|---|---|
| StarKist QA Procedure | | **CQP-09-F-20** |



| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 14 |
|---|---|---|---|---|---|

Confidential – Subject to Amended Stipulated Protective Order

StarKist0010348

| | Title:<br>**Procedure to Determine Compliance to Company Tuna Press Weight Standard**<br>**Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:**<br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |

## 1.0  PURPOSE / OBJETIVO

1.1  The purpose of this procedure is to determine the level of compliances of canned tuna products to Company Pressed Cake Standards. El objetivo de este procedimiento es el determinar el nivel de cumplimiento de los productos enlatados a los  Estándares de Press Cake de la Compañía.

## 2.0  SAMPLING/ MUESTREO

2.1  Samples are randomly collected from retort baskets prior to labeling at no more than two ▓▓▓▓▓▓▓▓▓t. The cans must be run through simulated labeling prior to pressing.  Las muestras son colectadas al azar de las canastas  antes del etiquetado, no más de ▓▓▓▓▓▓▓. Las latas se deben rodar simulando el etiquetado antes del proceso de press cake

2.2  A ▓▓▓▓▓▓▓ sample is used for all can sizes except for the 4lb. can size where a ▓▓▓▓▓▓ sample is used.  A minimum of ▓▓▓▓ sets should be pressed per eight hour packing shift. Una muestra de ▓▓▓▓▓▓ es usada para todos los tamaños excepto en latas de 4 lb. donde se usan una muestras de seis (6) latas. Un mínimo de ▓▓▓▓▓▓ debería ser comprimido en un turno de 8 horas.

2.3  Sample cans may also be collected after the labeling operation and are randomly collected from at least ▓▓▓▓▓▓▓▓ with the exact same code including batch number and can line. Las latas de muestras pueden también ser recolectadas después del etiquetado y son escogidas al azar de al  menos ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ número de batch y línea de enlatado.

2.4  The Plant Quality Assurance Manager is responsible for selecting species and styles to be pressed in proportion to the pack schedule for each shift.  One set of press cakes should be taken for ▓▓▓▓▓▓▓ of finished product packed. El Gerente de aseguramiento de calidad es responsable de seleccionar las presentaciones a ser comprimidas en proporción al programa de producción de cada turno. Un set de press cakes debería ser tomado por ▓▓▓▓▓▓▓ de producto terminado empacado.

## 3.0  PRESSING PROCEDURE / PROCEDIMIENTO DE COMPRIMIDO

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title:<br>**Procedure to Determine**<br>**Compliance to Company Tuna**<br>**Press Weight Standard**<br>**Procedimiento para**<br>**Determinar Cumplimiento al**<br>**Estándar del Press Cake de**<br>**Atún de la Compañía** | **Number:**<br><br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |

### 3.1 Two Piece - Cans (1/4 lb., 1/2 lb., 1 lb.)

A press cake extractor device assembly (see attached exhibit 1, Page 16) has been constructed to aid in the removal of the tuna cake ▮▮▮▮▮▮▮ .
What follows is the procedure for the usage of this extractor (plunger type) device for removal of the tuna cake ▮▮▮▮▮▮▮▮

3.1.1 Temper cans to a temperature of ▮▮▮▮▮▮▮▮▮ Atempere las latas a una temperatura de ▮▮▮▮▮▮

3.1.2 Take the individual can net weights and record on the "Pressed Cake Report", (Samoa sample form, page 15). Tome y registre el peso neto individual y vacío de las latas y regístrelo en "Reporte de Press Cake"

3.1.3 Take individual can vacuums and record on the form. Tome los vacíos individuales de las latas y regístrelos en el registro..

3.1.4 Cut out the lid of the can with an electric can opener. Corte la tapa de



| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

|  StarKist QA Procedure | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:** **CQP-09-F-20** |
|---|---|---|



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| StarKist QA Procedure | **Title:** **Procedure to Determine Compliance to Company Tuna Press Weight Standard** Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | **Number:** **CQP-09-F-20** |
|---|---|---|



| | | | | | Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|---|
| 2/27/09 | NEW | 1.0 | B. Atienza / H.Pearson | | | |

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order



| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | Number: **CQP-09-F-20** |
| --- | --- | --- |
| StarKist QA Procedure | | |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
| --- | --- | --- | --- | --- | --- |

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME



| | Title:<br>**Procedure to Determine<br>Compliance to Company Tuna<br>Press Weight Standard<br>Procedimiento para<br>Determinar Cumplimiento al<br>Estándar del Press Cake de<br>Atún de la Compañía** | **Number:**<br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |



**un mínimo de presión cuando no esté operando**

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|



| StarKist QA Procedure | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:** **CQP-09-F-20** |
| --- | --- | --- |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
| --- | --- | --- | --- | --- | --- |

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title:<br>**Procedure to Determine<br>Compliance to Company Tuna<br>Press Weight Standard**<br>**Procedimiento para<br>Determinar Cumplimiento al<br>Estándar del Press Cake de<br>Atún de la Compañía** | Number:<br><br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |

## Target Pressures

Can            Time Intervals & Target Pressures

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential – Subject to Amended Stipulated Protective Order



| | | Title: | Number: |
|---|---|---|---|
| StarKist QA Procedure | | **Procedure to Determine Compliance to Company Tuna Press Weight Standard** Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | **CQP-09-F-20** |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order



| StarKist QA Procedure | Title:<br>**Procedure to Determine Compliance to Company Tuna Press Weight Standard**<br>**Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | Number:<br>**CQP-09-F-20** |
|---|---|---|



drenado. Registre el peso drenado en el "Reporte de Press Cake".

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential – Subject to Amended Stipulated Protective Order



| | Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: |
|---|---|---|
| StarKist QA Procedure | | CQP-09-F-20 |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME



| | Title: | Number: |
|---|---|---|
| StarKist QA Procedure | **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **CQP-09-F-20** |



| Date of Issue: | Supersedes Date: | Version: | Originator: | Quality Standard: | Page [Page] |
|---|---|---|---|---|---|
| 2/27/09 | NEW | 1.0 | B. Atienza / H.Pearson | Plant Method | of 24 |

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: |
|---|---|---|
| StarKist QA Procedure | | CQP-09-F-20 |

3.4.15 Record this information on the "Pressed Cake Report" form. Registre esta información en el "Reporte de Press Cake"

## 4.0 DETERMINATION OF PRESS CAKE COMPLIANCE / DETERMINACIÓN DEL CUMPLIMIENTO DEL PRESS CAKE

The USFDA Standard of Identity for canned tuna specifies the method to determine press cake compliance. El estándar de identidad del USFDA para atún enlatado especifica el método para determinar el cumplimiento del press cake

## 5.0 CALCULATION OF PERCENT PRESSED CAKE COMPLIANCE / CÁLCULO DEL PORCENTAJE DE CUMPLIMIENTO DEL PRESS CAKE



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

| | Title: | Number: |
|---|---|---|
| StarKist QA Procedure | **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **CQP-09-F-20** |



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order



| StarKist QA Procedure | Title:<br>**Procedure to Determine<br>Compliance to Company Tuna<br>Press Weight Standard**<br>**Procedimiento para<br>Determinar Cumplimiento al<br>Estándar del Press Cake de<br>Atún de la Compañía** | **Number:**<br>**CQP-09-F-20** |
|---|---|---|



### 5.3 Reporting / Reportar a

5.3.1 Report results on the attached form on a daily basis to plant Q.A. Manager, Operations Manager and Plant General Manager. Reportar diariamente los resultados en el formato adjunto al gerente de QA, Gerente de Operaciones y Gerente General.

5.3.2 The same form can be used to report results on a weekly basis. El mismo formato puede ser usado para reportar los resultados semanales

## 6.0 RECOMMENDATION FOR PRESSED WEIGHT ADJUSTMENTS / RECOMENDACIONES PARA LOS AJUSTES DEL PESO COMPRIMIDO



| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: **CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |



## 7.0 WEEKLY PRESSED WEIGHT REPORT / REPORTE SEMANAL DE PESO COMPRIMIDO

The pressed cake data accumulated during the week may be summarized on a weekly basis and forwarded to Plant Management using the same "Press Weight

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: |
|---|---|---|
| StarKist QA Procedure | | **CQP-09-F-20** |

Compliance Report". Los datos de press cake acumulados durante la semana pueden ser resumidos semanalmente y emitidos a gerencia de planta usando el mismo "Reporte de Cumplimiento de Peso Comprimido"



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title: Procedure to Determine Compliance to Company Tuna Press Weight Standard Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: CQP-09-F-20 |
|---|---|---|
| StarKist QA Procedure | | |

## 8.0 DILLON FORCE GAUGE STANDARD PRESSURE

| | Plunger | | | | Area | DillonStandard | |
|---|---|---|---|---|---|---|---|
| For Can Size | Diameter (d) | Radius (r) | | Radius$^2$ ($r^2$) | ($\pi r^2$) ($\pi$=3.1416) | Pressure ($\pi r^2$x384) | Dillon Pressure |
| ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | | ▇ | ▇ | | |

## 9.0

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| | Title:<br>**Procedure to Determine Compliance to Company Tuna Press Weight Standard Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:**<br><br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |



9.4   Gauge pressure readings for the following can sizes:

**Calculated Standards**

| **Can Size** | **Area** | **Plunger Constant** | **Gauge Reading** | **Gauge Reading** |
|---|---|---|---|---|
| ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ |

## 10.0 PRESSED WEIGHT TUNA STANDARDS BY CAN SIZE

### Minimum Pressed Weights

**Can Size**              **211x105.7 (2-PC)**

1/4 LB.        Solid Pack
               Chunk Pack
               Flake Pack
               Grated

### 307x105.5 BF (2-PC)

1/2 LB.        Solid Pack
               Chunk Pack
               Flake Pack
               Grated

### 401x200.8 BF (2-PC)

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

| StarKist QA Procedure | Title:<br>**Procedure to Determine Compliance to Company Tuna Press Weight Standard**<br>**Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:**<br>**CQP-09-F-20** |
|---|---|---|

1 LB.          Solid Pack
               Chunk Pack
               Flake Pack
               Grated



**603x408 (3-PC)**

4 LB.          Solid Pack
               Chunk Pack
               Flake Pack



**603x403 (3-PC) (COSI)**

4 LB.          Solid Pack
               Chunk Pack
               Flake Pack



| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

StarKist0010368



| | Title:<br>**Procedure to Determine Compliance to Company Tuna Press Weight Standard**<br>**Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | **Number:**<br>CQP-09-F-20 |
|---|---|---|
| StarKist QA Procedure | | |



| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010
UNCONTROLLED IF PRINTED   COPIA NO CONTROLADA SI SE IMPRIME

Confidential – Subject to Amended Stipulated Protective Order

| | Title:<br>**Procedure to Determine<br>Compliance to Company Tuna<br>Press Weight Standard**<br>**Procedimiento para<br>Determinar Cumplimiento al<br>Estándar del Press Cake de<br>Atún de la Compañía** | **Number:**<br><br>**CQP-09-F-20** |
|---|---|---|
| StarKist QA Procedure | | |

### StarKist Samoa, Inc
**QUALITY ASSURANCE DEPT.**
**PRESSED CAKE REPORT**

DATE SAMPLED _____     CODE: _____

AVE. FILL WEIGHT _____

DATE PRESSED _____     AVG. PRESSED WEIGHT _____

% RECOVERY: _____

SAMPLED BY: _____     BATCH FILL WEIGHT _____

CONVERTED PRESSED WEIGHT _____

PRESSED BY: _____     FILL WEIGHT TARGET: _____

**NET WEIGHTS**

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | |

AVE. FILL WEIGHT: _____

FILL WEIGHT STAND DEV: _____

**PRESS WEIGHTS/TEMPERATURES**

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 | |

AVG. PRESSED WEIGHTS: _____

PRESSED WEIGHT STAND DEV: _____

PRESSED WEIGHT STAND ERROR _____

**REMARKS:**

_____
_____
_____
_____

| Date of Issue:<br>2/27/09 | Supersedes Date:<br>NEW | Version:<br>1.0 | Originator:<br>B. Atienza /<br>H.Pearson | Quality Standard:<br>Plant Method | Page [Page]<br>of 24 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order



| StarKist QA Procedure | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** **Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía** | Number: **CQP-09-F-20** |
|---|---|---|



| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

StarKist0010371

| | Title: **Procedure to Determine Compliance to Company Tuna Press Weight Standard** Procedimiento para Determinar Cumplimiento al Estándar del Press Cake de Atún de la Compañía | Number: |
|---|---|---|
| StarKist QA Procedure | | CQP-09-F-20 |

lb.

| Date of Issue: 2/27/09 | Supersedes Date: NEW | Version: 1.0 | Originator: B. Atienza / H.Pearson | Quality Standard: Plant Method | Page [Page] of 21 |
|---|---|---|---|---|---|

TRADUCIDO POR F. PESANTES, Junio 2010

UNCONTROLLED IF PRINTED    COPIA NO CONTROLADA SI SE IMPRIME

Confidential - Subject to Amended Stipulated Protective Order

**EXHIBIT E**

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4    PATRICK HENDRICKS,
      individually and on behalf
 5    of all others similarly
      situated,
 6
              Plaintiff,
 7
         vs.                      Case No. 13-CV-00729-YGR
 8
      STARKIST CO.,
 9
              Defendant.
10    _____/
11
12
13
14
15       VIDEO RECORDED DEPOSITION OF BRETT BUTLER
16              San Francisco, California
17              Wednesday, March 12, 2015
18                   CONFIDENTIAL
19
20
21
22
23    REPORTED BY:
      SHEILA ARCENO, RPR
24    CSR No. 13293
25    Pages 1 - 153
```

Page 76

1    yes.                                                          11:31

2        Q.   What does the -- what does the instrument look       11:31

3    like?  What did you call it?  Do you call it a lever, a       11:31

4    knob, a gauge?  What?                                         11:31

5        A.   Basically there were different types of fillers      11:31

6    there that's used.  So on the 5-ounce can you have a          11:31

7    ████████████████████████████████████████ ████████  ███████

     ████████████████████████████████████████████████  ███████

     ██ ███████  ███████████████████████████████████████  ███████

     ████████████████████████████████  ███████████████████  ████████

     ████████████████████████  ████████                       11:31

12       Q.   So you ██████████████████  Are there settings on the  11:31

13   ████████████████████████████████████████████████████  ████████

14       A.   No.  I mean, they're -- you'd have to --           11:31

15   basically when you ██████████████, you're going to run      11:31

16   cans to verify based on the cans.  We measure to the         11:32

17   hundredths of an ounce.  So you'll have ██████  It's not     11:32

18   exact.  ██████  If you're aiming for ██ as an example,       11:32

19   you'd have ██████  Probably fluctuates enough to ██ due      11:32

20   to the nature of the tuna.  Generally you'll have            11:32

21   fluctuations go up and down, so they measure standard        11:32

22   deviations when they check as well.                          11:32

23       Q.   So this recipe would come from Aaron Maxfield        11:32

24   in Pittsburg to John Elgin.  John Elgin would then give       11:32

25   hard copies to the personnel --                              11:32

Page 139

```
 1            MR. HAINLINE:  You have to give audible        14:03
 2    answers.                                               14:03
 3            THE WITNESS:  Oh, yes, sorry.  I'm reading it   14:03
 4    the same time as you.  I'm sorry.                      14:03
 5            BY MR. BURSOR:  Q.  Is e-mail from Scott Rogers 14:03
 6    to some people, and a lot of people are copied on it.  14:03
 7    One of those people is you, right?                     14:03
 8       A.  Yes, it is.                                     14:03
 9       Q.  And Scott Rogers wrote, The implication         14:03
10    financially to moving back to ██████████from ████████  14:03
11    is approximately ████████████████versus budget         14:03
12    assuming the switch takes place in the last nine months 14:03
13    of 2013.                                               14:03
14            Do you see that?                               14:03
15       A.  Yes, I do.                                      14:03
16       Q.  It's talking about the financial impact of      14:03
17    changing fish fill by a tenth of an ounce, right?      14:03
18       A.  That's correct.                                 14:03
19       Q.  Does -- is it possible that a change in fish    14:03
20    fill as small as a tenth of an ounce could have an     14:04
21    impact of ████████ on the budget over nine months?     14:04
22            MR. HAINLINE:  Object to form.                 14:04
23            MR. HAWK:  Objection.  Foundation.             14:04
24            THE WITNESS:  Yeah.  The numbers get close in  14:04
25    that range.                                            14:04
```

Page 140

| | | |
|---|---|---|
| 1 | BY MR. BURSOR:  Q.  During your tenure at | 14:04 |
| 2 | StarKist, you paid close attention to the impact that | 14:04 |
| 3 | changes to fish fill would have on the budget, right? | 14:04 |
| 4 | A.  Yes.  I mean, our budget was based on a certain | 14:04 |
| 5 | QA recipe.  It would tell us basically for the year what | 14:04 |
| 6 | we plan to run.  So any change to that would impact | 14:04 |
| 7 | budget. | 14:04 |
| 8 | Q.  All right.  Mr. Butler, I want to give you a | 14:04 |
| 9 | document that was previously marked as Exhibit 61.  Here | 14:06 |
| 10 | you go. | 14:06 |
| 11 | MR. BURSOR:  I only have one copy with the | 14:06 |
| 12 | sticker on it because we just did it the other day. | 14:06 |
| 13 | MR. HAWK:  Not that we did. | 14:06 |
| 14 | MR. BURSOR:  Nope. | 14:06 |
| 15 | BY MR. BURSOR:  Q.  Do you have -- do you have | 14:06 |
| 16 | Exhibit 61? | 14:06 |
| 17 | A.  Yes, I do. | 14:06 |
| 18 | Q.  Have you seen that before? | 14:06 |
| 19 | A.  It appears to be I've seen this document | 14:06 |
| 20 | before, yes. | 14:06 |
| 21 | Q.  Did you see it yesterday? | 14:06 |
| 22 | A.  Yes. | 14:06 |
| 23 | Q.  What is it? | 14:06 |
| 24 | A.  Basically it's a -- Harvey's findings of what | 14:06 |
| 25 | he saw on the press, and there's always been a -- | 14:06 |

**EXHIBIT F**

CONFIDENTIAL

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

PATRICK HENDRICKS, individually )

4   and on behalf of all others    ) Case No.

5   similarly situated,            ) 13-CV-00729-YGR

6            Plaintiff,            )

7            -vs-                  )

8   STARKIST CO.,                  )

9            Defendant.            )

10

11                  CONFIDENTIAL

12

13        VIDEOTAPE DEPOSITION OF KELLY ROBERTS,

14   a witness, called by the Plaintiff for examination,

15   in accordance with the Federal Rules of Civil

16   Procedure, taken by and before JoAnn M. Brown, RMR,

17   CRR, a Court Reporter and Notary Public in and for

18   the Commonwealth of Pennsylvania, at the offices of

19   Eckert Seamans Cherin & Mellott, LLC, U.S. Steel

20   Tower, 600 Grant Street, 44th Floor, Pittsburgh,

21   Pennsylvania, on Wednesday, March 18, 2015,

22   commencing at 9:50 a.m.

23

24

25   PAGES 1 - 267

CONFIDENTIAL

132

1  A.    I don't recall if it ever happened or didn't

2        happen.  I mean, I recall we've had shipments

3        on hold, but I don't know if they were related

4        to other quality parameters or to press.

5                MR. BURSOR:  Let me ask the Court

6        Reporter to mark as Exhibit 69 a document

7        bearing Bates No. StarKist 9949 to 50.

8                    - - - -

9      (Exhibit No. 69 was marked for identification.)

10                   - - - -

11  BY MR. BURSOR:

12  Q.    Ms. Roberts, do you have Exhibit 69?

13  A.    I do.

14  Q.    Have you seen it before?

15  A.    Yes, I have.

16  Q.    What is it?

17  A.    So this is a -- this is how to determine fish

18        fill formulas to ensure -- okay.  So when you

19        look at this, you have an internal standard

20        that was set by Aaron based on statistics that

21        he came up with, and this is the Aaron math

22        that was used to come up with that internal

23        press compliance piece.

24  Q.    When you say "Aaron math," you mean a formula

25        created by Aaron Maxfield?

CONFIDENTIAL

133

| | | |
|---|---|---|
| 1 | A. | It was affectionally dubbed Aaron math, yes. |
| 2 | | This was the calculation that was used to |
| 3 | | determine the fill weight needed to meet |
| 4 | | whatever the desired press result was. |
| 5 | Q. | And you would work backwards from the press |
| 6 | | weight to get to the fish fill weight? |
| 7 | A. | To get the fish fill weight. |
| 8 | Q. | And there was a mathematical formula that |
| 9 | | expressed the relationship between the press |
| 10 | | weight and the fish fill weight? |
| 11 | | MR. HAWK:  Objection, vague. |
| 12 | A. | This is the formulation that Aaron used and |
| 13 | | the sample calculation that was used.  I never |
| 14 | | used the calculation, so if you give me a |
| 15 | | second to just look through it, I might be |
| 16 | | able to answer your question. |
| 17 | Q. | Sure.  Let me know when you're ready. |
| 18 | A. | (Witness reviews document.) |
| 19 | | Okay.  So, in this example, it looks |
| 20 | | like he was doing a fill weight increase. |
| 21 | | So could you repeat the specific |
| 22 | | question? |
| 23 | Q. | Sure.  Do you see there's a heading in |
| 24 | | Aaron -- in Harvey's e-mail bold, underlined |
| 25 | | Example of Calculations - Low Pressed Weight |

CONFIDENTIAL

138

1   Q.    And the basis for this calculation is that

2         there's a relationship between fish fill and

3         press weight?

4               MR. HAWK:   Objection, foundation,

5         asked and answered.

6   A.    I believe I have indicated that there is some

7         relationship between fish fill and press

8         weight.

9   Q.    All right.  You can set that aside.

10              Ms. Roberts, I'm going to provide

11        you with a document that's previously been

12        marked as Exhibit 25.

13  A.    Thank you.

14  Q.    Do you have Exhibit 25?

15  A.    I do.  Thank you.

16  Q.    Have you seen it before?

17  A.    Let me just look, please.

18              (Witness reviews document.)

19              Yep, this looks familiar.

20  Q.    What is it?

21  A.    So you have a couple of things here.  So you

22        have some discussion between Harvey and our

23        Ecuador group about some press information,

24        and then you have here attached, this is our

25        internal procedure, our corporate procedure

CONFIDENTIAL

169

```
 1          recollection, the only thing that I'm aware of
 2          is what was called out here by Laura, that we
 3          should -- we'd test every lot for -- here it
 4          says for sale to consumers in California until
 5          expiration of this injunction provision, but
 6          I'm not sure exactly what that means, and we
 7          were already testing all our lots of tuna.
 8     Q.   So, as a result of this settlement, can you
 9          identify anything that the company did
10          differently.
11                    MR. HAWK:  Objection, foundation,
12          vague.
13     A.   I can't speak to what the company might have
14          done as a whole on this, except maybe
15          increased focus, perhaps.
16     Q.   Do you see Laura Ali, in her e-mail to you and
17          others, one thing she did was she quoted the
18          injunction, right?
19                    Do you see that block quote there?
20     A.   I do.
21     Q.   And then she wrote:  I'm concerned that it was
22          stated that the press machine in Samoa is not
23          working.
24                    Do you see that?
25     A.   I do see that.
```

**EXHIBIT G**

**From:**    Moody, Patrick M [/O=STARKIST/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PMOODY]
**Sent:**    Thursday, July 21, 2011 9:16:51 PM
**To:**    Butler, Brett
**Subject:**    RE: Press weight

FYI - We met today with In Soo and everyone agreed we need to move as fast as possible on this.

**From:** Butler, Brett
**Sent:** Wednesday, July 20, 2011 4:18 PM
**To:** Moody, Patrick M
**Subject:** Press weight

FYI

Pat, meeting with Joe Tuza they are recommending we manage production to press weight compliance immediately, which means more fish fill. We will be testing to see what the recommending fills would be but from the discussion R&D believes it to be ▓▓▓ on LM and ▓▓▓ on WM. They would like us to bring up one line at a time to get to press target. Joe is wanting a timeline when this complied product will be on the shelves and the expected cost to the company. Need your approval before we do anything.

Brett



                StarKist0001428

**EXHIBIT H**

**Subject:** Fish Fill Samoa (Harvey, Nabil, Glenn)
**Location:** Call in: ~~Redacted:~~ **Confidential**

**Start:** Wed 3/27/2013 6:30 PM
**End:** Wed 3/27/2013 7:30 PM
**Show Time As:** Tentative

**Recurrence:** (none)

**Meeting
Status:** Not yet responded

**Organizer:** Mast, Glenn
**Required
Attendees:** Pearson, Harvey A; Salib, Nabil; Nunez, Daniel; Butler, Brett; Palepua, Faafoi

Call in: | ~~Redacted:~~ **Confidential** |

Glenn LC: 4862

**From:** Salib, Nabil
**Sent:** Wednesday, March 27, 2013 12:50 PM
**To:** Pearson, Harvey A; Mast, Glenn
**Subject:** FW: Concern

Can we have a conference call to discuss this Today?


Thank you,
**Nabil Salib**
*Vice President Operations*
**StarKist Co.**
225 North Shore Drive, Suite 400
Pittsburgh, PA 15212
Phone: 412.323.7444
Fax: 412.323.4809
Cell: 412.552.8346
E-mail: nabil.salib@starkist.com
www.starkist.com



Δ π EXHIBIT 67
Deponent Butler
Date 3·12·15 Rptr
WWW.DEPOBOOK.COM

**From:** Mast, Glenn
**Sent:** Wednesday, March 27, 2013 12:10 PM
**To:** Rogers, Scott; Pearson, Harvey A
**Cc:** Salib, Nabil; Butler, Brett; Roberts, Kelly; Nunez, Daniel; Evanitsky, Zach; Park, Jerry; Supel, Brad; Bryer, Melissa;

Confidential - Subject to Amended Stipulated Protective Order

Choe, Andrew; Schenk, Michael
**Subject:** RE: Concern

My first question would be, are we seeing a recovery difference as well.
If ▮▮▮ works, then recovery loss (▮▮▮) makes sense.
If ▮ is not working (like in Ecuador) then most likely the recovery loss is less than▮▮▮

Do we see a recover increase on the days that the ▮ oz does not meet the▮▮

**From:** Rogers, Scott
**Sent:** Wednesday, March 27, 2013 12:05 PM
**To:** Mast, Glenn; Pearson, Harvey A
**Cc:** Salib, Nabil; Butler, Brett; Roberts, Kelly; Nunez, Daniel; Evanitsky, Zach; Park, Jerry; Supel, Brad; Bryer, Melissa; Choe, Andrew; Schenk, Michael
**Subject:** RE: Concern

To all,

The implication financially to moving back to ▮▮ from ▮▮ is approximately ▮▮ to ▮▮ million versus budget assuming the switch takes place for the last nine months of 2013.   If we decide to move back, we will need to find other opportunities to offset this possible shortfall.

Scott

**From:** Mast, Glenn
**Sent:** Wednesday, March 27, 2013 11:50 AM
**To:** Pearson, Harvey A
**Cc:** Salib, Nabil; Butler, Brett; Roberts, Kelly; Nunez, Daniel; Evanitsky, Zach; Park, Jerry; Rogers, Scott; Supel, Brad; Bryer, Melissa; Choe, Andrew; Schenk, Michael
**Subject:** Concern

Harvey,
Your statement below for Samoa concerns me. Border line yes with ▮ oz, that's why we did not run▮ oz. when Sam was pushing. I'm concerned with you statement on "there are batches that do not meet the 80% individual can requirement". We meet weekly, every Monday – this is the first I've heard this concern.

We started the ▮ oz months ago in Samoa, from the initial testing I thought you were monitoring and approved the new▮ oz fish fill.
If you think there is an issue or this puts us in jeopardy, then we need to change/increase.

If you do not agree with the ▮ oz, please confirm if we need to change. Daniel / Brett – comments?

Glenn

**From:** Pearson, Harvey A
**Sent:** Thursday, March 21, 2013 10:24 PM
**To:** Supel, Brad; Bryer, Melissa
**Cc:** Mast, Glenn; Cedeno, Angel; Salib, Nabil; Larrea, Guillermo; Butler, Brett; Costa, Ana_Maria; Roberts, Kelly; Nunez, Daniel; Munoz, Ingrid; Evanitsky, Zach; Park, Jerry; Rogers, Scott
**Subject:** RE: material 6730

Does any current press data from the Guayaquil plant exist to confirm that using a ▮▮oz. fish fill will meet the Standard of Identity press standard for the CLW product?

StarKist0008210

The ▆ oz. fill in Samoa is resulting in very border line press results and on an ongoing basis there are batches that do not meet the ▆ individual can requirement.

With the number of variables in fish and differences in processing that can effect press results the plant will start production with a ▆ oz. fill. Once enough press data becomes available following initial production the fish fill formula can be reviewed for potential changes to insure press requirements are met.

*Harvey*

**Harvey A. Pearson**
Director Quality Assurance
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA  91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com


**From:** Supel, Brad
**Sent:** Wednesday, March 13, 2013 6:14 PM
**To:** Bryer, Melissa
**Cc:** Mast, Glenn; Cedeno, Angel; Salib, Nabil; Larrea, Guillermo; Butler, Brett; Pearson, Harvey A; Costa, Ana_Maria; Roberts, Kelly; Nunez, Daniel; Munoz, Ingrid; Evanitsky, Zach; Park, Jerry; Rogers, Scott
**Subject:** Re: material 6730

I also don't understand why we wouldn't run ▆ z in Ecuador if it meets press.

Brad

On Mar 13, 2013, at 5:34 PM, "Bryer, Melissa" <Melissa.Bryer@StarKist.com> wrote:

Glenn,

I am not following why we would want to keep the fill at ▆ in Ecuador for CL ½'s. If ▆ is meeting press out of Samoa, why would we not change Ecuador down to ▆ as well? This would allow us to be consistent across our plants for this item.

Thanks,
Melissa


**From:** Mast, Glenn
**Sent:** Wednesday, March 13, 2013 5:05 PM
**To:** Bryer, Melissa
**Cc:** Cedeno, Angel; Salib, Nabil; Larrea, Guillermo; Supel, Brad; Butler, Brett; Pearson, Harvey A; Costa, Ana_Maria; Roberts, Kelly; Nunez, Daniel; Munoz, Ingrid; Evanitsky, Zach; Park, Jerry
**Subject:** RE: material 6730

Melissa,
Ecuador converted to the ▆ backbone temperature on December 2, 2012. Based on the last few months learning's from Ecuador/Guillermo they are ▆▆▆▆▆▆▆▆▆▆▆. I have discussed this with Brad and Ecuador is meeting the 2013 AOP for recovery the past few months.

Although I am surprised Ecuador is not seeing a recovery change the actual recovery reported has confirmed. As well, free liquid results in pouch remain the same. (No press data since they do not run CL ½'s)

Confidential - Subject to Amended Stipulated Protective Order

StarKist0008211

Nest steps:

**SAMOA:**
- We plan to stay at the ▉ oz fish fill in Samoa, this addresses the recovery loss ($) as well the ▉ oz meets press compliance (▉▉▉ @ ▉ backbone = ▉ oz@ ▉▉ backbone).
- NOP should be approved for ▉ oz in Samoa - Brett / Nabil, agree?

**ECUADOR:**
- Based on the last 3 months recovery learning's.  I guess I would recommend nothing should change. No fill weight changes required to off-set recovery loss, since there is no recovery loss. - Guillermo / Nabil – agree?


Thoughts / Comments?
I would like to better understand if there is learning from the precooking & cooling in Ecuador that could be applied to Samoa. Perhaps a small team from Ecuador should go to Samoa to review the process?

Glenn

**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 2:36 PM
**To:** Park, Jerry; Mast, Glenn
**Cc:** Cedeno, Angel
**Subject:** FW: material 6730

Glenn,
We are getting ready to run production for ▉▉ 's out of Ecuador.  The fish fill is still sitting at ▉▉ instead of the ▉▉ we are running in Samoa.  Is this correct?  Can we update the Ecuador BOMS to reflect the new fish fill they are using in Samoa?

Thanks
Melissa


**From:** Choi, Hohyeon
**Sent:** Wednesday, March 13, 2013 2:08 PM
**To:** Bryer, Melissa; Kilgore, Christine; Cedeno, Angel; Pazan, Diana
**Subject:** RE: material 6730

All

Please see below.
<image001.png>
Thanks
Hogan

**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 2:05 PM
**To:** Choi, Hohyeon; Kilgore, Christine; Cedeno, Angel; Pazan, Diana
**Subject:** RE: material 6730

Is there a way for you to run the cost estimates for ▉▉ again assuming the below change? Or because we packaging inventory we cannot see the change?

Thanks
Melissa

**From:** Choi, Hohyeon
**Sent:** Wednesday, March 13, 2013 1:11 PM
**To:** Kilgore, Christine; Bryer, Melissa; Cedeno, Angel; Pazan, Diana
**Subject:** RE: material 6730

All

Has been changed the standard cost. Please see below.
FYI
<image002.png>
But, I cannot change the price of the inventory below.
FYI
<image003.png>
Thanks

**From:** Kilgore, Christine
**Sent:** Wednesday, March 13, 2013 12:55 PM
**To:** Bryer, Melissa; Cedeno, Angel; Pazan, Diana
**Cc:** Choi, Hohyeon
**Subject:** RE: material 6730

HOGAN:  Cost would be $█████ per thousand eaches.

**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 12:48 PM
**To:** Cedeno, Angel; Pazan, Diana
**Cc:** Kilgore, Christine; Choi, Hohyeon
**Subject:** RE: material 6730

Hogan – can you change the cost in SAP on this?

Thanks!

**From:** Cedeno, Angel
**Sent:** Wednesday, March 13, 2013 11:44 AM
**To:** Bryer, Melissa; Pazan, Diana
**Cc:** Kilgore, Christine; Choi, Hohyeon
**Subject:** RE: material 6730

Melissa,

The tray cost should be $█████ per unit according to the attached email by Diana.

Diana,

Thanks for your help,

**Angel Cedeño**
**Manufacturing Finance Manager**
**Starkist Co - Ecuador**
**Cel Ecuador (+593) 9 87210550**
**Cel US +1-412-323-7493**

Confidential - Subject to Amended Stipulated Protective Order

**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 9:59 AM
**To:** Pazan, Diana
**Cc:** Cedeno, Angel; Kilgore, Christine; Choi, Hohyeon
**Subject:** RE: material 6730

Diana,
Can you please tell us the real price for P006730CGE.1? The tray is coming up too expensive in SAP and will need to be corrected.

Thanks
Melissa


**From:** Cedeno, Angel
**Sent:** Wednesday, March 13, 2013 10:05 AM
**To:** Bryer, Melissa; Choi, Hohyeon; Kilgore, Christine
**Subject:** RE: material 6730

Melissa,

Packaging between 5CWW and 1/2CLW is the same at $         If you are comparing at the Finished Good level, SKU 006730 (48 1/2CLW) is larger in cost than  106711 (24 5CWW) because of the number of cans per case that contain more labels, trays, etc.

My only concern is how SAP is allocating the Overheads because in theory,
        however, the fixed and variable in the latter is less than in the can that has less fish.

<image004.jpg>

Kind regards,

**Angel Cedeño**
**Manufacturing Finance Manager**
**Starkist Co - Ecuador**
**Cel Ecuador (+593) 9 87210550**
**Cel US +1-412-323-7493**

**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 8:13 AM
**To:** Choi, Hohyeon; Kilgore, Christine; Cedeno, Angel
**Subject:** RE: material 6730

Angel,
Why are we coming in so much higher than Jerry's analysis? Especially in packaging? I looked at the standard for the 5oz CWW out of Ecuador packaging and it is not even that high.

StarKist0008214

Thanks
Melissa

**From:** Choi, Hohyeon
**Sent:** Wednesday, March 13, 2013 8:50 AM
**To:** Bryer, Melissa; Kilgore, Christine
**Subject:** RE: material 6730

Melissa

Please see below.
-.6730
<image005.png>
-.1/2CLW
<image006.png>
Thanks
Hogan
**From:** Bryer, Melissa
**Sent:** Wednesday, March 13, 2013 8:46 AM
**To:** Kilgore, Christine; Choi, Hohyeon
**Subject:** FW: material 6730

Hogan,
Can you run costing on this for us?
Thanks
Melissa

**From:** Kilgore, Christine
**Sent:** Tuesday, March 12, 2013 9:52 AM
**To:** Cedeno, Angel
**Cc:** Larrea, Guillermo; Alston, Lisa; Heinert, Federico; Moynihan, Earl; Senrud, Timothy O; Vangeti, Pradeep; Pearson, Harvey A; Costa, Ana_Maria; Pazan, Diana; Morales, Edwin; Salib, Nabil; Alonso, Xavier; Rogers, Scott; Bryer, Melissa; Adams, Dennis
**Subject:** FW: material 6730

I have updated the Routings for the attached in SAP using Change Number: SK2013. Please let me know if I can be of further assistance.

**From:** Cedeno, Angel
**Sent:** Monday, March 11, 2013 8:03 PM
**To:** Kilgore, Christine
**Cc:** Larrea, Guillermo; Heinert, Federico; Moynihan, Earl; Senrud, Timothy O; Alston, Lisa; Vangeti, Pradeep; Pearson, Harvey A; Costa, Ana_Maria; Pazan, Diana; Heinert, Federico; Morales, Edwin; Salib, Nabil; Alonso, Xavier
**Subject:** RE: material 6730

Christine,

Please, update CY13 Routings for this item with the attached file.

Thanks again for your help,

**Angel Cedeño**

Confidential - Subject to Amended Stipulated Protective Order

**Manufacturing Finance Manager**
**Starkist Co - Ecuador**
**Cel Ecuador (+593) 9 87210550**
**Cel US +1-412-323-7493**

**From:** Larrea, Guillermo
**Sent:** Monday, March 11, 2013 4:22 PM
**To:** Heinert, Federico; Cedeno, Angel
**Subject:** FW: material 6730

*Guillermo A. Larrea*
**Ecuador General Manager**
**Starkist - Galapesca**
Cell. 593-9-8177448
U.S. 412-323-7489
guillermo.larrea@starkist.com

**From:** Moynihan, Earl
**Sent:** Monday, March 11, 2013 4:07 PM
**To:** Alston, Lisa; Vangeti, Pradeep; Ali, Laura; Pearson, Harvey A; Costa, Ana_Maria; Senrud, Timothy O
**Cc:** Morales, Edwin; Larrea, Guillermo; Heinert, Federico
**Subject:** material 6730

All,

We will soon be entering orders to produce material 6730 (CLW) for Ecuador.  Please verify that all current product standards and label and packaging requirements are in place so the Ecuador team can produce this item without any quality or regulatory concerns.  The initial quantities will b██████████████████s over the next 2 months.

Earl F. Moynihan, CSCP
Director - Supply Chain Planning

STARKIST CO.
225 North Shore Drive, Suite 400
Pittsburgh, PA 15212-5834
Phone 412-323-7466
Cell 412-584-8511
earl.moynihan@starkist.com

**EXHIBIT I**

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

   _____

4   PATRICK HENDRICKS,           )

5   individually and on behalf of)

6   all others similarly         )

7   situated,                    )

8           Plaintiff,           )

9       vs.                      ) No. 13-CV-00729-YGR

10   StarKist CO.,                )

11           Defendant.           )

   _____ )

12

13

14      VIDEOTAPED DEPOSITION OF HARVEY PEARSON

15              Los Angeles, California

16             Tuesday, March 10, 2015

17                   Volume I

18

19

20   Reported by:

21   NADIA NEWHART

22   CSR No. 8714

23   Job No. 2025571

24

25   PAGES 1 - 341

Page 19

```
1    then in -- two years later when they completely

2    decided to make changes, for whatever reasons, and

3    moved to Mira Loma, they had been -- they hired a

4    company called DSC to handle all distribution

5    throughout the U.S.; so product was put into that      09:49:04

6    warehouse.

7        Q    There's a DSC warehouse onsite in Mira Loma?

8        A    Yes.  They have three or four warehouses

9    there.  We were one of them -- I mean, StarKist was

10   one of their customers.                                09:49:20

11       Q    So all -- is it the case that all of the

12   shipments from Samoa that are destined for the

13   United States -- all the shipments of StarKist tuna

14   that are destined for the United States run through

15   that DSC warehouse complex in Mira Loma?               09:49:36

16           MR. SHEPARD:  Objection; vague and ambiguous,

17   no foundation.

18           THE WITNESS:  At least during the time that I

19   was there, all -- yes.  All of the products came

20   into that warehouse, except for the bright product,    09:49:49

21   which was shipped to a DSC building, which was on

22   that facility.  Labeled product in Samoa -- from

23   Samoa went to one of the other buildings that they

24   had on their property.

25   BY MR. BURSOR:                                         09:50:08
```

Page 60

1    calculate the -- a new press value for a different

2    sized can once you've determined the water capacity;

3    it's a ratio.

4    BY MR. BURSOR:

5        Q    It's just simple Algebra based on the formula    10:42:02

6    you have set forth?

7        A    Yes.

8        Q    And the e-mail to which this calculation was

9    attached is dated five years later, May 29, 2013.

10   Do you see that?                                           10:42:25

11       A    Yeah.  Two days before I left.

12       Q    Why were you -- do you remember why you were

13   e-mailing a five-year-old calculation two days

14   before you left the company?

15       A    I was providing certain documents to people     10:42:40

16   that needed them since I was leaving, in order to

17   carry on the company business and how to do these

18   calculations if and when there was can size changes.

19       Q    Did anyone ever tell you that the calculation

20   that you did here in 2008 to ██████████████████      ████████

     █  █████████████████████████████████████████████

     █  ████  was incorrect?  Did anyone ever say that to

23   you?

24       A    No.

25       Q    Was there ever a different calculation by      10:43:13

Page 61

1   anyone else in the StarKist Company of either ███

███████████████████████████████████████████████████

███████████████████████

4        MR. SHEPARD:  Objection; lacks foundation.

5   BY MR. BURSOR:                                     10:43:28

6     Q   -- that you saw?

7     A   No, I didn't see anybody else do any -- that

8   type of calculation.

9     Q   So according to your calculation, the press

10  weight requirement for the cans of solid tuna was   10:43:42

11  ████ ounces, right?

12       MR. SHEPARD:  Objection; mischaracterizes,

13  overbroad.

14       THE WITNESS:  Yes.

15  BY MR. BURSOR:                                     10:43:51

16    Q   And that's the only determination of that

17  press weight by anyone within the StarKist Company

18  that you've ever seen, right?

19    A   That I've ever seen, that's correct.  If it

20  was done, I didn't see it.                          10:44:03

21    Q   All right.  And you determined that the

22  standard to fill for the chunk tuna in five-ounce

23  cans was ████ ounces, right?

24       MR. SHEPARD:  Objection; mischaracterizes,

25  overbroad.                                          10:44:20

Page 62

1        THE WITNESS:  Yeah.  Based on this

2    calculation that we -- we did at that time, it was

3    ███ -- ███████ what was determined.

4    BY MR. BURSOR:

5        Q    And -- and you've never seen any other          10:44:31

6    calculation of what that standard of fill is for

7    that can within the StarKist Company; is that true?

8        A    That's true.

9        Q    And as of May 29th, 2013, five years later,

10    that's still the calculation that you were using,        10:44:47

11    within the StarKist Company as what the standard of

12    fill was, both for solid and chunk, was what's in

13    this document, right?

14        MR. SHEPARD:  Objection; lacks foundation,

15    mischaracterizes, overbroad.                             10:45:03

16        THE WITNESS:  Well, from 2008 up until the

17    time that I left in May 31 of 2013, this is the

18    calculation and results that were used.

19    BY MR. BURSOR:

20        Q    You did this calculation correctly, right?      10:45:22

21        A    Yes.

22        Q    And you have no reason, sitting here today,

23    to doubt that this calculation was correct, do you?

24        A    No.

25        Q    All right.  Now, just -- if you go to the       10:45:31

Page 192

1   Aaron told me.

2        If there were changes made, I don't know what

3   the base reason was for that.

4   BY MR. BURSOR:

5   Q   So as you sit here today, you can't identify    02:47:16

6   any changes that the StarKist Company made as a

7   result of that injunction?

8        MR. SHEPARD:  Vague and ambiguous.

9        THE WITNESS:  No, not that I would know for

10  certain.                                             02:47:30

11  BY MR. BURSOR:

12  Q   Who is Laura Ali?

13  A   An employee of StarKist.

14  Q   What's her job -- what was her job at the

15  time she sent this e-mail?                           02:47:41

16  A   I think she worked either for or with Glenn

17  Mast, part of R&D.  I think her background was as a

18  nutritionist.

19  Q   Laura Ali wrote to you and some other people

20  about the injunction that had been entered in the    02:48:10

21  D.A. case, right?

22  A   Yes.  That's this e-mail we're looking at.

23  Q   And she -- she said -- she wrote to you --

24  she forwarded an article about the case, right,

25  several articles?                                    02:48:35

**EXHIBIT J**

Page 1

 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4    PATRICK HENDRICKS, individually )

 5    and on behalf of all others    ) Case No.

 6    similarly situated,            ) 13-CV-00729-YGR

 7          Plaintiff,               )

 8       -vs-                        )

 9    STARKIST CO.,                  )

10          Defendant.               )

11                            - - - -

12

13

14            VIDEOTAPE DEPOSITION OF GLENN MAST,

15    a witness, called by the Plaintiff for examination,

16    in accordance with the Federal Rules of Civil

17    Procedure, taken by and before Gina M. Christiana, a

18    Court Reporter and Notary Public in and for the

19    Commonwealth of Pennsylvania, at the offices of

20    Eckert, Seamans, Cherin & Mellott, LLC, U.S. Steel

21    Tower, 44th Floor, 600 Grant Street, Pittsburgh,

22    Pennsylvania, 15219, on Thursday, February 26, 2015,

23    commencing at 4:01 p.m.

24

25    PAGES 1 - 265

Page 108

1          opportunities to correlate different data from

2          different machines.  It was just about an

3          opportunity?

4                    MR. SHEPARD:  Objection, asked and

5          answered, mischaracterizes his testimony.

6     A.   It's as it's marked in my three bullet points,

7          show different results.  It's a great

8          demonstration to share with FDA, NOAA, NFI to

9          support the change of the press testing to

10         drain weight.  It's spelled out there as one of

11         my critical next steps.

12    Q.   Did the company make changes to its operation

13         as a result of the injunction that was entered

14         against the company in the San Diego DA case?

15                   MR. SHEPARD:  Objection, vague and

16         ambiguous, lacks foundation.

17    A.   I would not know that.  I don't know that.

18         It's outside of my scope.

19    Q.   You are not aware of any change that the

20         company made to anything as a result of the

21         injunction, are you?

22                   MR. SHEPARD:  Same objection, vague

23         and ambiguous, also

24    A.   Nothing within my R&D function, no.

25    Q.   Are you aware of anything that the company did

**EXHIBIT K**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


PATRICK HENDRICKS, individually
and on behalf of all others
similarly situated,


            Plaintiff,


    -vs-                          No. C13-0729-YGR


STARKIST CO.,


            Defendant.
                                /


        VIDEOTAPED DEPOSITION OF

        PATRICK HENDRICKS

          PAGES 1 to 135

      FRIDAY, NOVEMBER 14, 2014


Reported by:  LOUISE MARIE SOUSOURES, CSR #3575

            Certified LiveNote Reporter


Merrill File No. SF-014730

PATRICK HENDRICKS - 11/14/2014

Page 33

```
 1      A.   I understand that.                          10:38:18
 2      Q.   Did you ever buy any -- ever buy any Chicken of  10:38:21
 3  the Sea Tuna?                                        10:38:27
 4      A.   Yes, I have.                                10:38:27
 5      Q.   And when did you -- when did you first buy  10:38:29
 6  Chicken of the Sea Tuna?                             10:38:37
 7      A.   I don't know.                               10:38:41
 8      Q.   Were you buying Chicken of the Sea Tuna in 2008,  10:38:43
 9  2009 when you were buying StarKist Tuna?             10:38:47
10      A.   Sure.                                       10:38:51
11      Q.   And did -- were those additional tuna purchases  10:38:52
12  beyond the estimate of two cans a week that you were  10:39:04
13  buying in 2008 and 2009?                             10:39:08
14      A.   No.                                         10:39:11
15           MR. FISHER:  Wait for him to finish his     10:39:11
16  questions.                                           10:39:13
17  BY MR. HAWK:                                         10:39:13
18      Q.   So can you explain to us what determined whether  10:39:16
19  you bought StarKist Tuna or Chicken of the Sea Tuna or  10:39:20
20  both?                                                10:39:25
21           MR. FISHER:  Objection, vague.              10:39:27
22           THE WITNESS:  There were numerous reasons.  10:39:34
23           I'm in a hurry, a product's on sale, a certain  10:39:35
24  store's out of that brand, I'm in a mood because I like  10:39:41
25  Charlie Tuna, I like the taste of StarKist Tuna, Chicken  10:39:50
```

PATRICK HENDRICKS - 11/14/2014

Page 77

```
 1    after you began noticing a lesser amount in it, you --   12:14:16
 2    every time you bought it you thought this can will be the 12:14:22
 3    one, this can will be back up to the old standard?        12:14:26
 4         A.   Yeah --                                         12:14:30
 5              MR. FISHER:  Objection, vague, asked and        12:14:32
 6    answered.                                                 12:14:34
 7    BY MR. HAWK:                                              12:14:34
 8         Q.   Is that right, Mr. Hendricks?                   12:14:36
 9         A.   To my disappointment, yes, I thought -- I       12:14:38
10    thought that they would improve.  I thought that things   12:14:46
11    would be better.                                          12:14:51
12              I was very disappointed.                        12:14:55
13         Q.   Well, disappointed is different than being      12:14:58
14    deceived, right?                                          12:15:00
15         A.   Yeah.                                           12:15:01
16         Q.   And you weren't really deceived after the first 12:15:02
17    five or ten purchases of StarKist Tuna that had less than 12:15:07
18    what you expected to be in the can, were you?             12:15:13
19              MR. FISHER:  Objection, vague, asked and        12:15:15
20    answered.                                                 12:15:17
21              THE WITNESS:  Yes, I was deceived.              12:15:17
22    BY MR. HAWK:                                              12:15:17
23         Q.   How were you deceived?  What were you deceived  12:15:21
24    about?                                                    12:15:23
25         A.   I was deceived by the amount of tuna.           12:15:23
```

**EXHIBIT L**

| From: | Pearson, Harvey A [/O=STARKIST/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HPEARSON] |
|---|---|
| Sent: | Wednesday, May 29, 2013 7:57:02 PM |
| To: | Atienza, Bess |
| Subject: | RE: Procedures and Documents |
| Attachments: | Samoa Can Press Standards & Can Volumetric Capacity - 5-30-13.xlsx; image001.png; image002.png |

Bess:

Attached is the spreadsheet with the press standard calculations and water capacity tests for the 3.0 oz., 4.50 oz., 5,0 oz. and 12.0 oz. can sizes.

There is no calculation for the 4# (603x408) can size as that can has never changed size since the SOI was introduced. You will see the press standards we use are still the same as those listed in the SOI.

*Harvey*

**Harvey A. Pearson**
Director Quality Assurance
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA 91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com



**From:** Pearson, Harvey A
**Sent:** Wednesday, May 29, 2013 11:21 AM
**To:** Atienza, Bess
**Subject:** RE: Procedures and Documents

April Samoa Press Summary for Big 5 report and Big 5 Power point presentation.

*Harvey*

**Harvey A. Pearson**
Director Quality Assurance
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA 91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com



EXHIBIT
48
Pearson 3/10/15

Confidential - Subject to Amended Stipulated Protective Order

StarKist0010946



**From:** Atienza, Bess
**Sent:** Wednesday, May 29, 2013 11:15 AM
**To:** Pearson, Harvey A
**Subject:** RE: Procedures and Documents

Thank you Harvey.

You will also send me the Monthly Press Report you submitted to the Big 5? So at least I can see how all the weekly reports are put together and evaluated.

Bess

**From:** Pearson, Harvey A
**Sent:** Wednesday, May 29, 2013 11:06 AM
**To:** Atienza, Bess
**Subject:** Procedures and Documents

Attached is the following documents:

Canned Tuna SOI
Can Capacity Volumes
Press procedure – CQP-09-F-20
Samoa Weekly Press Report – 5-11-13
Can & Pouch coding System

*Harvey*

Harvey A. Pearson
Director Quality Assurance
StarKist Co.
12450 Philadelphia St.
Mira Loma, CA   91752
Cell: 412-552-9534
E-mail: harvey.pearson@starkist.com



Confidential – Subject to Amended Stipulated Protective Order

**307 x 105.5 Big Foot Bottom Can with 307 Sanitary End**
**VOLUMETRIC CAPACITY - 12 Can Average**

2/8/2008

**Volumetric Capacity:**

**Press Standard:**

<u>**SOLID:**</u>

Standard Capacity (SC) =
Standard Press Weight (PW) =
New Capacity (NC) =
New Press Weight =

<u>**Formula:**</u>

<u>**CHUNK:**</u>

Standard Capacity (SC) =
Standard Press Weight (PW) =
New Capacity (NC) =
New Press Weight =

<u>**Formula:**</u>

Micrometer depth setting

307x105.5 BF San. Wtr. Capacity

# STARKIST SEAFOOD COMPANY
## GENERAL ANALYTICAL REQUEST & REPORT FORM

**Requested By:**          Harvey Pearson

**Sample Description:**    ███████████████
                          ██████████

**Date:**                 02/07/08

| Sample Description | Laboratory Number | Water Capacity (g) | Water Capacity (oz.) |
|---|---|---|---|
| Can 1 | ██ | ███ | ██ |
| Can 2 | ██ | ███ | ██ |
| Can 3 | ██ | ███ | ██ |
| Can 4 | ██ | ███ | ██ |
| Can 5 | ██ | ███ | ██ |
| Can 6 | ██ | ███ | ██ |
| Can 7 | ██ | ███ | ██ |
| Can 8 | ██ | ███ | ██ |
| Can 9 | ██ | ███ | ██ |
| Can 10 | ██ | ███ | ███ |
| Can 11 | ██ | ███ | ██ |
| Can 12 | ██ | ███ | ██ |
|  |  |  |  |
| **Average** |  | ██ | ██ |
| **Std. Dev** |  | ███ | ██ |