**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
         ndeckant@bursor.com

*Attorneys for Plaintiff
And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 13-CV-00729 HSG<br><br>**DECLARATION OF PATRICK HENDRICKS IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom 15, 18th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

REPLY DECLARATION OF PATRICK HENDRICKS
CASE NO. 13-CV-00729-HSG

## REPLY DECLARATION OF PATRICK HENDRICKS

I, Patrick Hendricks, declare as follows:

1. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am the representative plaintiff in this class action. This Declaration is submitted for consideration with my reply in further support of my request that the court certify this case as a class action, appoint me as a class representative, and appoint Bursor & Fisher, P.A. as class counsel.

3. I am a citizen of California and reside in Oakland, California.

4. I was deposed by Defendant's counsel on November 14, 2014. In response to questioning, I testified about the details of my purchases:

> Q: And you weren't really deceived after the first five or ten purchases of StarKist Tuna that had less than what you expected to be in the can, were you?
>
> …
>
> A: Yes, I was deceived.
>
> Q: How were you deceived? What were you deceived about?
>
> A: I was deceived by the amount of tuna.

Hendricks Dep. at 77:16-25, Deckant Reply Decl. Ex. K.

5. In my best estimate, I purchased two cans of tuna a week from 2009 until late February or early March in 2010 when I switched to a different brand.

6. To the best of my recollection, I purchased StarKist Chunk Light Tuna in Water approximately 75% of the time when I bought tuna during that period.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on April  6 , 2015 at Oakland, California.

_____
Patrick Hendricks