```
 1  Robert B. Hawk (Bar No. 118054)
    Stacy R. Hovan (Bar No. 271485)
 2  HOGAN LOVELLS US LLP
    4085 Campbell Avenue, Suite 100
 3  Menlo Park, CA  94025
    Telephone:  (650) 463-4000
 4  Facsimile:  (650) 463-4199
    robert.hawk@hoganlovells.com
 5  chris.mitchell@hoganlovells.com
    stacy.hovan@hoganlovells.com
 6
    Michael J. Shepard (State Bar No. 91281)
 7  HOGAN LOVELLS US LLP
    3 Embarcadero Center, Suite 15
 8  San Francisco, CA  94111
    Telephone:  (415) 374-2310
 9  Facsimile:  (415) 374- 2499
    michael.shepard@hoganlovells.com
10
    John E. Hall (admitted pro hac vice)
11  Gregg D. Michael (admitted pro hac vice)
    Amy J. Roy (admitted pro hac vice)
12  Louis A. DePaul (admitted pro hac vice)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
13  U.S. Steel Tower
    600 Grant Street, 44th Floor
14  Pittsburgh, PA  15219
    Telephone:  (412) 566-6000
15  Facsimile:  (412) 566-6099
    jhall@eckertseamans.com
16  gmichael@eckertseamans.com
    aroy@eckertseamans.com
17  ldepaul@eckertseamans.com

18  Attorneys for Defendant
    STARKIST CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>STARKIST CO.,<br><br>          Defendant. | Case No. 3:13-cv-0729-HSG<br><br>**DECLARATION OF AMY J. ROY IN SUPPORT OF DEFENDANT STARKIST CO.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Date:     April 16, 2015<br>Time:    2:00 p.m.<br>Courtroom:  15, 18th Floor |

I, Amy J. Roy, declare and state as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner at the law firm of Eckert Seamans Cherin & Mellott, LLC, counsel of record for Defendant StarKist Co. ("StarKist"). I make this declaration of my own personal knowledge, and could and would testify to the following if called upon to do so.

2. Attached hereto as Exhibit A is a copy of a November 24, 2014 email to Plaintiff's counsel informing him that StarKist had retained its former employee Aaron Maxfield as a consultant.

3. Attached hereto as Exhibit B is a copy of Mr. Maxfield's agreement with StarKist.

4. Attached hereto as Exhibit C is a copy of Harvey Pearson's agreement with StarKist.

5. Attached hereto as Exhibit D is a copy of Kelly Roberts' agreement with StarKist.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April 2015 in Pittsburgh, Pennsylvania.

                                        /s/ Amy J. Roy
                                        Amy J. Roy