# EXHIBIT A

| | |
|---|---|
| From: | Hawk, Robert B. |
| Sent: | Monday, November 24, 2014 2:32 PM |
| To: | L. Timothy Fisher |
| Cc: | Hovan, Stacy; 'aroy@eckertseamans.com' (aroy@eckertseamans.com) |
| Subject: | Hendricks v. StarKist: Maxfield deposition |

Tim:

With respect to the deposition of Aaron Maxfield noticed for December 17, please note that Mr. Maxfield is no longer an employee of StarKist. We are representing him for purposes of the deposition, however, and he is amendable to appearing for his deposition as noticed, without the need for a subpoena.

Also, please be aware that we have engaged Mr. Maxfield as a consulting expert and potential testifying expert witness in connection with this litigation. We understand, of course, that you have noticed Mr. Maxfield's deposition because he is a percipient witness. Please understand that he is appearing for his December 17 deposition as a percipient witness only, that StarKist has not agreed to waive work product or attorney-client privilege protections in connection with Mr. Maxfield, and that we expect to assert work product and/or attorney-client protections during the deposition as appropriate to prevent disclosure of StarKist litigation work product or privileged communications.

If you have questions or want to discuss these or other discovery issues, please give me a call.

Happy Thanksgiving.

Robert

**Robert Hawk**
Partner

**Hogan Lovells US LLP**
4085 Campbell Avenue
Suite 100
Menlo Park, CA  94025

Tel:     +1 650 463 4000
Direct:  +1 650 463 4008
Fax:     +1 650 463 4199
Email:   robert.hawk@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

1