# EXHIBIT B

April 1, 2013

John E. Hall, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

      Re:    StarKist Class Action Litigation
               In the United States District Court for the Northern District of California
               File No. 00001

Dear Mr. Hall:

This is in regard to providing expert consulting and testimony as directed concerning the above captioned litigation involving the manufacturing and processing of canned tuna fish utilizing the SOI involving pressed weight as identified in FDA Regulation 21 C.F.R. § 161.190 and other relevant FDA statutes and regulations.

My services will be provided on a time-and-expense basis. Charges will include professional fees, equipment usage fees, and other out-of-pocket expenses all of which I will itemize in submitting monthly invoices.

My billing rates for working on this case are as follows:

      Aaron Maxfield:  $250.00 per hour.

Please indicate your understanding and acceptance of the terms of retention by signing and returning a copy of this letter. If you have any questions or require additional information, please do not hesitate to contact me at 814-573-0349. I look forward to working with you.

Sincerely,

*[signature]*

J. Aaron Maxfield
13727 Foust Road
Conneaut Lake, PA 16316
Phone: 814-382-0282
Cell: 814-573-0349

Accepted by: *[signature]*

_____
Authorized Signature

*[signature]*

John E. Hall, Partner
Eckert Seamans Cherin & Mellott, LLC

4/9/13
_____
Date