# EXHIBIT C

December 11, 2014

Harvey Pearson
Harveypearson@gmail.com

      Re:    Hendricks v. StarKist Co.
             StarKist Class Action Litigation
             In the United States District Court for the Northern District of California

Dear Mr. Pearson:

You have agreed to provide consulting and testimony as directed concerning the above captioned litigation (the "Hendricks Litigation.") for StarKist Co. The Hendricks Litigation involves, among other things, StarKist's compliance with the Food and Drug Administration's regulation 21 C.F.R. § 161.190.

Your services will be provided on a time-and-expense basis. Charges will include professional fees, equipment usage fees, and other out-of-pocket expenses all of which you will itemize and submit to me in monthly invoices.

Your billing rates for working on the Hendricks Litigation are as follows:

      Harvey Pearson:  $80.00 per hour.

Please indicate your understanding and acceptance of the terms of retention by signing and returning a copy of this letter. If you have any questions or require additional information, please do not hesitate to contact me at 412.566.6051. I look forward to working with you.

Sincerely,

Amy J. Roy

Accepted by:

_____
Harvey Pearson

12/15/2014
Date