# EXHIBIT D

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL    412 566 6000
FAX    412 566 6099
www.eckertseamans.com

Amy J. Roy
412.566.6051
aroy@eckertseamans.com

January 6, 2015

Kelly Roberts
KRoberts@rich.com

      Re:    Hendricks v. StarKist Co.
              StarKist Class Action Litigation
              In the United States District Court for the Northern District of California

Dear Mrs. Roberts:

You have agreed to provide consulting and testimony as directed concerning the above captioned litigation (the "Hendricks Litigation.") for StarKist Co. The Hendricks Litigation involves, among other things, StarKist's compliance with the Food and Drug Administration's regulation 21 C.F.R. § 161.190.

Your services will be provided on a time-and-expense basis. Charges will include professional fees, equipment usage fees, and other out-of-pocket expenses all of which you will itemize and submit to me in monthly invoices.

Your billing rates for working on the Hendricks Litigation are as follows:

      Kelly Roberts:  $80.00 per hour.

Please indicate your understanding and acceptance of the terms of retention by signing and returning a copy of this letter.  If you have any questions or require additional information, please do not hesitate to contact me at 412.566.6051.  I look forward to working with you.

Sincerely,

Amy J. Roy



January 1, 1901
Page 2

Accepted by:

_Kelly Roberts_ _(signature)_
Kelly Roberts

_3/10/15_
Date