**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
          ndeckant@bursor.com

*Attorneys for Plaintiff
And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Patrick Hendricks ("Plaintiff") and Defendant StarKist Co. ("Defendant"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

WHEREAS, Plaintiff filed his motion for class certification on January 20, 2015 (Dkt. No. 94).

WHEREAS, Defendant filed its opposition to Plaintiff's motion for class certification on March 3, 2015 (Dkt. No. 118).

WHEREAS, Plaintiff filed his reply in support of class certification on April 7, 2015 (Dkt. No. 156).

WHEREAS, the deposition of Dr. Hanssens was on April 8, 2015, the day after Plaintiff filed his Reply.

NOW THEREFORE, the parties hereby stipulate, subject to Court approval, to the filing of Plaintiff's proposed supplemental reply brief.

IT IS SO STIPULATED.

Dated:   April 10, 2015          **BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
         Scott A. Bursor

Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
             ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
             jluster@bursor.com

*Attorneys for Plaintiff and the Interested Parties*

Dated: April 10, 2015         HOGAN LOVELLS US LLP

By:   /s/ Robert B. Hawk
         Robert B. Hawk

Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412) 566-6000
Facsimile: (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com

*Attorneys for Defendant StarKist Co.*

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Scott A. Bursor, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

                     /s/ Scott A. Bursor
                        Scott A. Bursor

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: _____ April 14, 2015      *Haywood S. Gilliam Jr.*
4                                                                  The Honorable Haywood S. Gilliam, Jr.