Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Michael J. Shepard (State Bar No. 91281)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 15
San Francisco, CA  94111
Telephone:  (415) 374-2310
Facsimile:  (415) 374- 2499
michael.shepard@hoganlovells.com

John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy J. Roy (admitted *pro hac vice*)
Louis A. DePaul (admitted *pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:  (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No.  4:13-cv-00729-HSG<br><br>[~~PROPOSED~~] **ORDER REGARDING SEALING**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Date:        April 16, 2015<br>Time:        2:00 p.m.<br>Courtroom:  15, 18th Floor |

**ORDER**

Defendant StarKist, Co. ("StarKist") has requested that limited portions of the following documents identified below be sealed:

1. Pages 2:16-18; 3:2; 9:22; 9:23; 9:25-28 (n.5); 10:27 (n.5); and 16:10-11 of Plaintiff's Memorandum of Points and Authorities in Support of Motion for Class Certification;

2. Portions of Exs. F and H, and Exs. N-V of the Declaration of Neal Deckant in Support of Plaintiff's Motion for Class Certification;

3. Page 12 ¶ 26; page 13 ¶ 27 (Table 6); page 14 ¶ 30 (Table 7); portions of Ex. 9, and Exs. 3 and 8 of the Declaration of Colin B. Weir in Support of Plaintiff's Motion for Class Certification;

4. Pages 3:8; 3:12; 3:13; 9:19; 10:15-16; 10:18; 16:14; 16:17; 21:9; and 27:3 of Defendant StarKist Co.'s Opposition to Plaintiff's Motion for Class Certification;

5. Portions of Ex. 1 at page 17 of the Declaration of Harvey Pearson in Opposition to Plaintiff's Motion for Class Certification;

6. Pages 2:26-27 and 3:5 of the Declaration of Frank Pogue in Opposition to Plaintiff's Motion for Class Certification;

7. Pages 22-23 (¶ 25(a) and Figure 1); 23-24 (¶ 25(b), n.57 and Figure 2); 24 (¶ 26); 35 (¶ 37 at n.86); 39-41(¶ 43, n.87 and Tables 2 and 3); 46 (¶ 51 and n. 99); 63 (¶¶ 72-73); Ex. 8 at pages 1-2, 4-5; Ex. 11 at pages 5-6; Ex. 12 at pages 2-7, 9-14, 17-22, 25-30; and Exs. 1 and 10 of the Declaration of Bruce A. Strombom, Ph.D. Opposition to Plaintiff's Motion for Class Certification;

8. Pages 67:11-12; 73:14; 119:4-6; 178:1-2 and 7-8; and 219:6 of Ex. I to the Declaration of Scott A. Bursor in Support of Plaintiff's Motion for Sanctions.

The Court finds that these portions of the materials contain non-public and proprietary financial and business operations information and that compelling reasons and/or good cause exist for sealing these narrow portions of the documents. The Court hereby orders that the unredacted copies of the aforementioned documents, declarations and exhibits be filed

maintained under seal, and that the redacted versions of those same documents, declarations and exhibits – filed as Exhibits 1-12 of the April 2, 2015 Declaration of Robert B. Hawk – be filed in the public record.

**IT IS SO ORDERED.**

DATED: _____April 14_____, 2015          _____
                                                                          THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                                                          United States District Judge