Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Michael J. Shepard (Bar No. 91281)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 15
San Francisco, CA  94111
Telephone:  (415) 374-2310
Facsimile:  (415) 374- 2499
michael.shepard@hoganlovells.com

John E. Hall (admitted pro hac vice)
Gregg D. Michael (admitted pro hac vice)
Amy J. Roy (admitted pro hac vice)
Louis A. DePaul (admitted pro hac vice)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:  (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com
ldepaul@eckertseamans.com

Attorneys for Defendant
STARKIST CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STARKIST CO.,<br><br>    Defendant. | Case No. 3:13-cv-0729-HSG<br><br>**STIPULATION AND ORDER STAYING DEADLINES** |

1   Plaintiff and Defendant StarKist Co., by and through their respective counsel of record,

2   enter into the following stipulation, based upon the recitals below:

3   1.   On May 14, 2014, the Court entered a Case Management Order (Dkt. No. 66)

4        setting certain case deadlines.

5   2.   On March 26, 2015, the Court entered a Stipulation and Order Regarding

6        Conducting Certain Depositions After the Non-Expert Discovery Cut-Off (Dkt.

7        No. 140) permitting the depositions of (1) the Department of Commerce, National

8        Oceanic and Atmospheric Administration and (2) Bursor & Fisher, P.A. to occur

9        after the April 1, 2015 non-expert discovery cut-off.

10   3.   On March 30, 2015, the parties filed a Joint Stipulation Regarding Briefing

11        Schedule on Motion to Quash (Dkt. No. 144) agreeing that Plaintiff's portion of

12        the joint letter concerning the Bursor & Fisher, P.A. deposition shall be exchanged

13        by April 23, 2015, StarKist's portion of the joint letter shall be exchanged by April

14        28, 2015, the joint letter shall be filed by April 29, 2015, and if Plaintiff's

15        requested relief is denied, the deposition of Bursor & Fisher, P.A. shall proceed on

16        May 12, 2015.

17   4.   On April 16, 2015, the parties agreed to a class action settlement term sheet.

18   5.   The parties are currently drafting a settlement agreement which will be submitted

19        to the Court on May 8, 2015 in connection with a motion for preliminary approval

20        of the settlement.

21   Counsel for the parties have conferred and have agreed, subject to Court approval, that the

22   following case deadlines set in the Court's May 14, 2014 Order should be stayed pending

23   adjudication of the Motion for Preliminary Approval:

24   Opening Disclosure of Experts: May 1, 2015

25   Rebuttal Disclosure of Experts: June 1, 2015

26   Expert Discovery Cutoff: July 7, 2015

27   In addition, the parties have agreed, subject to Court approval, that the motion to quash

28   briefing referenced in the March 30, 2015 stipulation should be stayed, and the depositions of the

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
MENLO PARK

1

STIPULATION STAYING DEADLINES
CASE NO. 3:13-CV-0729-HSG

1  Department of Commerce, National Oceanic and Atmospheric Administration and Bursor &

2  Fisher, P.A., referenced in the Court's March 26, 2015 Order Regarding Conducting Certain

3  Depositions After the Non-Expert Discovery Cut-Off, may be continued to a later date.

4       IT IS SO STIPULATED.

5  Dated: April 22, 2015                HOGAN LOVELLS US LLP

6

7                                   By: */s/ Robert B. Hawk*

8                                     Robert B. Hawk
                                      Attorneys for Defendant

9                                     STARKIST CO.

10 Dated: April 22, 2015                BURSOR & FISHER, P.A.

11

12                                    By: */s/ Neil J. Deckant*

13                                    Neil J. Deckant
                                      Attorneys for Plaintiff

14                                    PATRICK HENDRICKS

15                               **ATTESTATION**

16

17      I, Robert H. Hawk, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that

18 concurrence to the filing of this document has been obtained from each signatory hereto.

19                             /s/ Robert B. Hawk

20                             Robert B. Hawk

21

22

23

24

25

26

27

28

Hogan Lovells US
LLP
Attorneys At Law
Menlo Park

2                       STIPULATION STAYING DEADLINES
                                   CASE NO. 3:13-CV-0729-HSG

1

### <u>ORDER</u>

2       PURSUANT TO STIPULATION, and good cause appearing, the Court hereby orders that

3 the following case deadlines are stayed pending adjudication of the Motion for Preliminary

4 Approval:

5       Opening Disclosure of Experts: May 1, 2015

6       Rebuttal Disclosure of Experts: June 1, 2015

7       Expert Discovery Cutoff: July 7, 2015

8       IT IS FURTHER ORDERED that the motion to quash briefing referenced in the

9 March 30, 2015 stipulation is stayed, and the depositions of the Department of Commerce,

10 National Oceanic and Atmospheric Administration and Bursor & Fisher, P.A. may be continued

11 to a later date.

12       IT IS SO ORDERED.

13

14 Dated:  <u>April 23, 2015</u>

                                        The Honorable Haywood S. Gilliam, Jr.

15

16

17

18

19

20

21

22

23

24

25

26

27

28