1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Julia A. Luster (State Bar No. 295031)
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          jluster@bursor.com

6  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
7  Neal J. Deckant (*pro hac vice*)
   888 Seventh Avenue
8  New York, NY  10019
   Telephone: (212) 989-9113
9  Facsimile:  (212) 989-9163
   E-Mail: scott@bursor.com
10         ndeckant@bursor.com

11 *Attorneys for Plaintiff*

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| PATRICK HENDRICKS, individually and on behalf of all others similarly situated, | Case No. 13-CV-00729-HSG |
|---|---|
| Plaintiff, | **DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| STARKIST CO., | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 13-CV-00729-HSG

I, L. Timothy Fisher, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am an attorney with Bursor & Fisher, P.A., counsel of record for Plaintiff. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I submit this declaration in support of Plaintiff's administrative motion for an order allowing Plaintiff to file the following under seal: certain confidential information in Plaintiff's Notice Of Motion And Motion For Preliminary Approval Of Class Action Settlement at 12:16, 13:23-24, 13:26, 14:1, 14:3, 14:6, 14:7, 18:26, and 18:28 (the "Confidential Document").

3. The Confidential Document contains confidential and privileged information prepared by Defendant StarKist and provided to Plaintiff on a confidential basis. The Confidential Document discusses and/or relates to StarKist's production process, analysis and testing of StarKist products, and confidential communications between StarKist employees. Accordingly, the parties consider the Confidential Information a "trade secret[s] or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The interest in public disclosure is also outweighed by Parties' confidentiality interest. Such disclosure will also subject Defendant StarKist to "annoyance, embarrassment, oppression, or undue burden." Fed. R. Civ. P. 26(c)(1)(G).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on May 14, 2015 at Walnut Creek, CA.

_____
L. Timothy Fisher

DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 13-CV-00729-HSG

1