1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Julia A. Luster (State Bar No. 295031)
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-Mail: ltfisher@bursor.com
5          jluster@bursor.com

6  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
7  Neal J. Deckant (admitted *pro hac vice*)
   888 Seventh Avenue
8  New York, NY  10019
   Telephone: (212) 989-9113
9  Facsimile:  (212) 989-9163
   E-Mail: scott@bursor.com
10         ndeckant@bursor.com

11 *Attorneys for Plaintiff*
   *And the Interested Parties*
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>STARKIST CO.,<br><br>                    Defendant. | Case No. 13-CV-00729-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF PLAN OF ALLOCATION**<br><br>Date: May 28, 2015<br>Time: 2:00 p.m.<br>Courtroom 15, 18th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF PLAN
OF ALLOCATION
CASE NO. 13-CV-00729-HSG

The Court has considered the motion of Plaintiff Hendricks for preliminary approval of Plaintiff's proposed Plan of Allocation. The Court has reviewed all materials submitted in support of and in opposition to the motion. After careful consideration, the Court concludes that it is appropriate to adopt Plaintiff's proposed Plan of Allocation.

Accordingly, the Court hereby GRANTS preliminary approval of Plaintiff's Plan of Allocation of Settlement Proceeds, 5/14/15 Bursor Decl. Ex. 2.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge