**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiff
And the Interested Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>STARKIST CO.,<br><br>                              Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Patrick Hendricks ("Plaintiff") and Defendant StarKist Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

WHEREAS, Plaintiff has moved for preliminary approval of the parties' proposed class action settlement on May 14, 2015;

WHEREAS, the Court held a hearing on Plaintiff's motion for preliminary approval on May 28, 2015;

WHEREAS, at the May 28, 2015 hearing, the Court instructed the Parties to meet and confer regarding a proposed schedule for the dissemination of notice, the submission of claim forms, opt-outs, and objections, and a date for a final approval hearing.

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, to jointly recommend the following proposed timeline leading to a final approval hearing:

1. Notice shall be disseminated within 45 days of the Court's Order granting preliminary approval;

2. Class counsel shall file their application for attorneys' fees, reimbursement of expenses, and approval of incentive awards within 75 days of the Court's Order granting preliminary approval;

3. The deadline for the submission of claim forms, opt-outs, and objections shall be 90 days after the Court's Order granting preliminary approval;

4. The parties may file responses to objections within 111 days of the Court's Order granting preliminary approval; and

5. The Court shall hold a final approval hearing within 118 days of its Order granting preliminary approval, or as soon thereafter as the Court is available.

IT IS SO STIPULATED.

Dated:  June 3, 2015          **BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
          Scott A. Bursor

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

1

Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
          ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          jluster@bursor.com

*Attorneys for Plaintiff and the Interested Parties*

Dated: June 3, 2015          **HOGAN LOVELLS US LLP**


By:   */s/ Robert B. Hawk*
          Robert B. Hawk

Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Michael J. Shepard (State Bar No. 91281)
3 Embarcadero Center, Suite 15
San Francisco, CA  94111
Telephone:  (415) 374-2310
Facsimile:   (415) 374- 2499
michael.shepard@hoganlovells.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)
Amy G. Roy (admitted *pro hac vice*)
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
Telephone: (412) 566-6000

Facsimile: (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com

*Attorneys for Defendant StarKist Co.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Scott A. Bursor, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

*/s/ Scott A. Bursor*
Scott A. Bursor

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

3

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____, 2015    _____
4                                                                  The Honorable Haywood S. Gilliam, Jr.