**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
ndeckant@bursor.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**JOINT STIPULATION AND ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff Patrick Hendricks ("Plaintiff") and Defendant StarKist Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

WHEREAS, the Court granted preliminary approval of the Parties' proposed class action settlement on July 23, 2015;

WHEREAS, in its Order Granting Preliminary Approval, the Court instructed the Parties to submit a proposed schedule for (i) the completion of dissemination of notice, (ii) the filing deadline for the attorneys' fees and costs motion, (iii) the filing deadline for the incentive payment motion, (iv) the deadline for objections, opt-outs, and claims, (v) the filing deadline for the final approval motion, and (vi) a date for a Final Fairness hearing and hearing on motions.

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, to jointly recommend the following proposed schedule leading to a Final Fairness hearing and hearing on motions:

1. Dissemination of notice shall be completed by September 25, 2015;

2. Class counsel shall file their application for attorneys' fees, reimbursement of expenses, and approval of incentive awards by October 30, 2015;

3. The deadline for the submission of claim forms, opt-outs, and objections shall be November 20, 2015;

4. The Parties may file responses to objections and move for final approval by December 11, 2015; and

5. The Court shall hold a Final Fairness hearing and hearing on motions on December 17, 2015 at 2:00 p.m., or as soon thereafter as the Court is available.

IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

1

| | |
|---|---|
| 1 | Dated: July 29, 2015          **BURSOR & FISHER, P.A.** |
| 2 | |
| 3 | By:    */s/ Scott A. Bursor* <br>         Scott A. Bursor |

Dated: July 29, 2015    **BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
         Scott A. Bursor

Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
            ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jluster@bursor.com

*Class Counsel*


Dated: July 29, 2015    **HOGAN LOVELLS US LLP**


By:   */s/ Robert B. Hawk*
         Robert B. Hawk

Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

Michael J. Shepard (State Bar No. 91281)
3 Embarcadero Center, Suite 15
San Francisco, CA  94111
Telephone:  (415) 374-2310
Facsimile:   (415) 374- 2499
michael.shepard@hoganlovells.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
John E. Hall (admitted *pro hac vice*)
Gregg D. Michael (admitted *pro hac vice*)

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

2

Amy G. Roy (admitted *pro hac vice*)
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412) 566-6000
Facsimile: (412) 566-6099
jhall@eckertseamans.com
gmichael@eckertseamans.com
aroy@eckertseamans.com

*Attorneys for Defendant StarKist Co.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Scott A. Bursor, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

*/s/ Scott A. Bursor*
Scott A. Bursor

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

3

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3    Dated: July 30, 2015                                    _____
4                                                            The Honorable Haywood S. Gilliam, Jr.

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR DISSEMINATION OF NOTICE AND FINAL APPROVAL
CASE NO. 4:13-CV-00729-HSG

4