HSG CV-13-729-HSG

NOTICE OF APPEARANCE

Mr. James Robertson Apt 8
7708 W. National Ave
West Allis Wi,
53214

OCTOBER 3, 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102

RECEIVED
OCT -9 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO WHOM THIS MAY CONCERN
THIS MASSIVE BRIEF SHALL ACKNOWLEDGE THERE-OF MY MOST RECENT RESPONSE (IN REGARD OF STARKIST TUNA CLASS ACTION LAWSUIT.)

I Was Totally unaware That James Robertson didnt have To TAKE THE option for THE CASH PAYMENT $25.00 or $50.00 Dollars, Product Vouchers Redeemable for STARKIST TUNA Products.

HENDRICKS VS. STARKIST. CO
CITIZENS THAT PURCHASE STARKIST TUNA FROM FEB 19, 2009 THROUGH OCTOBER 31, 2014; ITS IS UNFAIR TO THE CONSUMER, JAMES ROBERTSON Purchased STARKIST TUNA ON A REGULARLY BASES, I DON'T HAVE ANYS RECEIPTS OR STATEMENTS

I Should be Reimbursed MORE THAN JUST WHAT STARKIST TUNA INC IS OFFERING AFTER YEARS OF Purchasing THE STARKIST TUNA, Product.

Ms. Lashonda Taylor APT-8
7208 W NATIONAL AVE
WEST ALLIS WI
53214

WITNESS - FOR THE Purchase OF STARKIST TUNA

[signature]

OCTOBER 3, 2015

[signature] Ms. Lashonda Taylor

OCTOBER 3. 2015