**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Neal J. Deckant (*pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
           ndeckant@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>STARKIST CO.,<br><br>                              Defendant. | Case No. 13-CV-00729-HSG<br><br>**DECLARATION OF SCOTT A. BURSOR IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. Haywood S. Gilliam, Jr. |

I, Scott A. Bursor, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the State of New York. I am an attorney with Bursor & Fisher, P.A., counsel of record for Plaintiff. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I submit this declaration in support of Plaintiff's administrative motion for an order allowing Plaintiff to file the following under seal: Exhibit 1 to the of Declaration Of Colin B. Weir In Support Of Final Approval Of Proposed Settlement (the "Confidential Document").

3. The Confidential Document contains confidential and privileged information produced by Outside Counsel for third party Information Resources, Inc. ("IRI"). The Documents contain confidential and privileged information regarding Defendant StarKist's pricing and data set that specifies the number of units sold by Defendant StarKist during the class period, as well as dollar sales and average price information for the Products at issue in this lawsuit. Accordingly, the information was provided by third party IRI on a confidential basis, and the parties consider the Confidential Information a "trade secret[s] or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The interest in public disclosure is also outweighed by Parties' confidentiality interest. Such disclosure will also subject Defendant StarKist to "annoyance, embarrassment, oppression, or undue burden." Fed. R. Civ. P. 26(c)(1)(G).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 30, 2015 at New York, New York.

*/s/ Scott A. Bursor*
Scott A. Bursor

DECLARATION OF SCOTT A. BURSOR IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 13-CV-00729-HSG

1