

Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
T +1 650 463 4000
F +1 650 463 4199
www.hoganlovells.com

October 30, 2015

**By U.S. Mail**

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: **Hendricks v. StarKist**
**Case No. 13-CV-00729-HSG**

Dear Clerk of the Court:

We are forwarding you the enclosed objection that we received.

Sincerely,

Evelyn Perry
Assistant to Robert B. Hawk

Enclosure

cc: L. Timothy Fisher, Bursor & Fisher, P.A.
Scott A. Bursor, Bursor & Fisher, P.A.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Name - Debora D. Warren
Address - 547 County Road 619
Shubuta, MS. 39360

Name of lawsuit - Hendricks v. Starkist Co.,
Case No. - 13-CV-00729-HSG;

I am objecting to the amount of money offered to the purchasers of Starkist tuna in this settlement. I am objecting because, I don't think it's enough. Starkist is the only brand of tuna that I buy. I think the settlement should be more.

Sincerely,
Debora D. Warren



Debora Warren
547 County Road 619
Shubuta, MS 39360

JACKSON MS 390
28 OCT 2015 PM 3 L

HOGAN LOVELLS US LLP
NOV 02 2015

9402510068S

Counsel for StarKist
Robert Hawk
Hogan Lovells LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025

