**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**SUSAN Y. SOONG**
**CLERK**

450 GOLDEN GATE AVENUE, BOX 36060
SAN FRANCISCO, CA 94102
(415) 522-2000

November 10, 2015

Hendricks v. StarKist Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

     **Re: 13-cv-00729-HSG**

Dear Settlement Administrator:

     Enclosed are 13 original Proof of Claim form that was erroneously mailed to the Court in reference to the **Hendricks v. StarKist Co.** case.

     Very Truly Yours,

     Deputy Clerk