Kimberly A. Kralowec (Cal. Bar No. 163158)
Kathleen Styles Rogers (Cal. Bar No. 122853)
Chad A. Saunders (Cal. Bar No. 257810)
THE KRALOWEC LAW GROUP
44 Montgomery St., Suite 1210
San Francisco, CA 94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
Email: kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

*Attorneys for Objector Kathy Gore*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 3:13-CV-0729-HSG<br><br>**DECLARATION OF KATHY DURAND GORE IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE**<br><br>Hearing Date: Dec. 17, 2015<br>Time: 2:00 pm<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 15, 18th Floor |

I, Kathy Gore, declare as follows:

1. I make this declaration in support of my objection to final approval of the class action settlement in the above referenced action. The information contained herein is based upon my own knowledge, information and belief, and I am competent to testify to it if called upon to do so in this action.

2. I am a citizen and resident of the United States. From February 2009 through October 2014, I made multiple purchases of StarKist canned tuna. Most, if not all, of these purchases were 5-oz. cans of StarKist Chunk Light Tuna in Water, which is the type I nearly always buy.

3. For example, attached as Exhibit 1 is a true and correct copy of a picture I took of a can of StarKist tuna in my kitchen cupboard. I believe I purchased this can in 2015, but it is the type I typically buy and that I regularly bought during the period from February 2009 through October 2014.

4. I also am a plaintiff and putative class member in the action titled *Gore v. Bumble Bee Foods, LLC, Tri-Union Seafoods LLC, StarKist Company, and King Oscar, Inc.*, Case No. 15-cv-02121-DHB, filed September 22, 2015, in the United States District Court for the Southern District of California (also known as the "Packaged Seafood Antitrust Litigation"). In that action, I seek to represent a putative class of consumers who purchased packaged seafood products, including cans of tuna, from the named defendants including StarKist, during the period of at least July 24, 2011 to the present.

5. I object to the proposed settlement in the *Hendricks* action in this Court because I do not want the release in the *Hendricks* settlement agreement to impact or limit my antitrust and other claims against StarKist in the separate Packaged Seafood Products Antitrust Litigation.

6. My counsel in the Packaged Seafood Products Antitrust Litigation intends to appear on my behalf and request to speak at the fairness hearing in this Court on December 17, 2015.

////

////

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November __, 2015 at Portales, New Mexico.

Kathy Durand Gore

Kathy Durand Gore

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Declaration of Kathy Durand Gore in Support of Objection to Final Approval of Class Action Settlement and Notice of Appearance, has been obtained from the signatory therein, Kathy Durand Gore.

Dated: November 20, 2015                                    /s/  *Kimberly A. Kralowec*

# EXHIBIT 1

BUSH'S BEST
Hunt's
RO*TEL
Original
DICED TOMATOES & GREEN CHILIES
Campbell's
CHUNKY
HEARTY BEEF BARLEY
StarKist
Chunk Light TUNA
IN WATER
GLUTEN FREE
5oz. NET WT
Nutrition Facts