Christopher T. Micheletti (Cal. Bar No. 136446)
Judith A. Zahid (Cal. Bar No. 215418)
Jiangxiao Athena Hou (Cal. Bar No. 215256)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email:   cmicheletti@zelle.com
         jzahid@zelle.com
         ahou@zelle.com

*Attorneys for Objector Carla Lown*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 3:13-cv-0729-HSG<br><br>**DECLARATION OF CARLA LOWN IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE**<br><br>Hearing Date: Dec. 17, 2015<br>Time: 2:00 pm<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 15, 18th Floor |

I, Carla Lown, declare as follows:

1. I make this declaration in support of objections to the final approval of the class action settlement in the above referenced action. The information contained herein is based upon my own knowledge, information and belief, and I am competent to testify to the same if called upon to do so in this action.

2. I am a resident of the United States. From February 2009 through October 2014, I made numerous purchases of StarKist canned tuna, including purchases of at least one 5-oz. can of StarKist Chunk Light Tuna in Vegetable Oil.

3. For example, on March 13, 2010, I went to Wal-Mart and bought a 5-oz. can of StarKist Chunk Light Tuna in Vegetable Oil. A true and correct copy of my receipt reflecting this purchase is attached hereto as Exhibit 1 (the information about my other purchases has been redacted). Based upon my review of the attached receipt, my recollection of the size and type of canned tuna that I typically buy, the product identification number on the receipt, and product research, attached hereto as Exhibit 2 is an image of the type of StarKist product I purchased on March 13, 2010, namely, 5 oz. StarKist Chunk Light Tuna in Vegetable Oil.

4. I am also a plaintiff and putative class representative in the action entitled *Colberg, et al. v. Bumble Bee Foods LLC, et al.*, 3:15-cv-02011-JLS-MDD (S.D. Cal.) (also referred to herein as "Packaged Seafood Products Antitrust Litigation"). I object to the proposed settlement in the above-captioned action in this Court (*"Hendricks"*) because I do not want the release in the *Hendricks* settlement agreement to impact or limit my antitrust and other claims against StarKist in the separate Packaged Seafood Products Antitrust Litigation.

5. My counsel in the Packaged Seafood Products Antitrust Litigation intends to appear on my behalf and request to speak at the fairness hearing in this Court on December 17, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November 2015, in Waterloo, Iowa.

_____
Carla Lown

1

DECLARATION OF CARLA LOWN IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE
Case No. 3:13-cv-0729-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Declaration of Carla Lown in Support of Objection to Final Approval of Class Action Settlement and Notice of Appearance, has been obtained from the signatory therein, Carla Lown.

Dated: November 20, 2015             /s/  *Kimberly A. Kralowec*

ATTESTATION PURSUANT TO
CIVIL L.R. 5-1(i)(3)            -1-            Case No. 4:13-cv-00729-HSG

**EXHIBIT 1**



```
MANAGER BRYAN JOHNSON
    ( 319 ) 232 - 3661
    WATERLOO, IA 50702
```

REDACTED

SK LITE TUNA 008000000674 F       0.70 N

REDACTED

```
              SUBTOTAL    65.64
    TAX 1  7.000 %         0.70
                 TOTAL    66.34
             MCARD TEND   66.34
ACCOUNT #2635
APPROVAL #06706B
              CHANGE DUE    0.00

    # ITEMS SOLD 26
TC# 1092 2075 4949 4361 6293

New Moon Ultimate Fan Edition DVD
12:01 AM 3/20 at an unbeatable price
    03/13/10     19:26:08

        ***CUSTOMER COPY***
```

**EXHIBIT 2**

