Michael J. Flannery (Cal. Bar No. 196266)
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone: 314.226.1015
Facsimile: 202.789.1819
mflannery@cuneolaw.com

Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com

*Attorneys for Objector Janet Machin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 3:13-CV-0729-HSG<br><br>**DECLARATION OF JANET MACHEN IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE**<br><br>Hearing Date: Dec. 17, 2015<br>Time: 2:00 pm<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 15, 18th Floor |

I, Janet Machen [*jm*], declare as follows:

1. I am a caterer located in Little Rock, Arkansas.

2. I make this declaration in support of my objection to final approval of the class action settlement in the above referenced action. The information contained herein is based upon my own knowledge, information and belief, and I am competent to testify to it if called upon to do so in this action.

3. From February 2009 through October 2014, I made multiple purchases of Starkist Company's ("Starkist") canned tuna in connection with my catering business. Some of these purchases were 5-oz. cans of Starkist Solid White Tuna in Water.

4. I also am a plaintiff and putative class member in the action titled *Janet Machen* [*jm*] *[sic] v. Bumble Bee Foods, LLC, Tri-Union Seafoods LLC, and Starkist Company*, Case No. 4:15-cv-00545, filed on August 31, 2015, in the United States District Court for the Eastern District of Arkansas ("*Machin*"). In that action, I seek to represent a putative class of incorporated and non-incorporated food preparation establishments that purchased packaged seafood products, including cans of tuna, for their own use in commercial food preparation from the named defendants, including Starkist, during the period July 24, 2011 to the present.

5. I object to the proposed settlement in the *Hendricks* action in this Court because I do not want the release in the *Hendricks* settlement agreement to impact or limit my antitrust and other claims against Starkist in *Machin*.

6. My counsel intend to appear on my behalf and request to speak at the fairness hearing in this Court on December 17, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 17, 2015 at Little Rock, Arkansas.

_____
Janet Machen

DECLARATION OF JANET MACHEN, CASE NO. 3-13-CV-0729-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Declaration of Janet Machen in Support of Objection to Final Approval of Class Action Settlement and Notice of Appearance, has been obtained from the signatory therein, Janet Machen.

Dated: November 20, 2015                                          /s/  *Kimberly A. Kralowec*

ATTESTATION PURSUANT TO
CIVIL L.R. 5-1(i)(3)                                   -1-                        Case No. 4:13-cv-00729-HSG