3

St. Louis, MO 63105

4

Telephone: 314-200-7190

Facsimile: 202.789.1819

5

mflannery@cuneolaw.com

6

Jonathan W. Cuneo

CUNEO GILBERT & LADUCA, LLP

7

507 C Street, NE

Washington, DC 20002

8

Telephone: 202.789.3960

Facsimile: 202.589.1813

9

jonc@cuneolaw.com

10

*Attorneys for Objector LesGo Personal Chef, LLC*

11

12      UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA

        SAN FRANCISCO DIVISION

14

15  | PATRICK HENDRICKS, individually and on behalf of all others similarly situated, | Case No. 3:13-CV-0729-HSG |

16

                                                    **DECLARATION OF LESLYE**
17          Plaintiff,                               **BREWER IN SUPPORT OF LESGO**
                                                     **PERSONAL CHEF, LLC'S**
18      v.                                           **OBJECTION TO FINAL APPROVAL**
                                                     **OF CLASS ACTION SETTLEMENT**
19  STARKIST CO.,                                    **AND NOTICE OF APPEARANCE**

20          Defendant.

                                                     Hearing Date:  Dec. 17, 2015
21                                                   Time: 2:00 pm
                                                     Judge: Hon. Haywood S. Gilliam, Jr.
22                                                   Courtroom 15, 18th Floor

23

24

25

26

27

28

DECLARATION OF LESLYE BREWER, CASE NO. 3-13-CV-0729-HSG

catering business with its principal place of business in the state of Florida.

2.      I make this declaration in support of LesGo's objection to final approval of the class action settlement in the above referenced action.  The information contained herein is based upon my own knowledge, information and belief, and I am competent to testify to it if called upon to do so in this action.

3.      From February 2009 through October 2014, LesGo made multiple purchases of Starkist Company's ("Starkist") canned tuna.  Some of these purchases were 5-oz. cans of Starkist Solid White Tuna in Water.

4.      I also am a plaintiff and putative class member in the action titled *LesGo Personal Chef, LLC v. Bumble Bee Foods, LLC, Tri-Union Seafoods LLC, and StarKist Company*, Case No. 3:15-cv-00385, filed on August 31, 2015 in the United States District Court for the Northern District of Florida ("*LesGo*"). In that action, I seek to represent a putative class of commercial food preparers who purchased packaged seafood products, including cans of tuna, from the named defendants, including Starkist, during the period July 24, 2011 to the present.

5.      I object to the proposed settlement in the *Hendricks* action in this Court because I do not want the release in the *Hendricks* settlement agreement to impact or limit LesGo's antitrust and other claims against Starkist in *LesGo*.

6.      My counsel intend to appear on my behalf and request to speak at the fairness hearing in this Court on December 17, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 18, 2015 at Fort Walton Beach, Florida.

_Leslye Brewer_
Leslye Brewer

---

DECLARATION OF LESLYE BREWER, CASE NO. 3-13-CV-0729-HSG

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

2

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the

3

Declaration of Leslye Brewer in Support of Lesgo Personal Chef, LLC's Objection to Final

4

Approval of Class Action Settlement and Notice of Appearance, has been obtained from the

5

signatory therein, Leslye Brewer.

6

7

Dated: November 20, 2015                         /s/  *Kimberly A. Kralowec*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28