**PROOF OF SERVICE**

I, the undersigned, hereby declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE KRALOWEC LAW GROUP, located at 44 Montgomery Street, Suite 1210, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. **NOTICE OF OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT; NOTICES OF APPEARANCE; AND MEMORANDUM IN SUPPORT OF OBJECTIONS;**

2. **DECLARATION OF KIMBERLY A. KRALOWEC IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

3. **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF CARLA LOWN'S OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

4. **DECLARATION OF MICHAEL J. FLANNERY IN SUPPORT OF LESGO PERSONAL CHEF, LLC AND JANET MACHEN'S OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

5. **DECLARATION OF COLIN MOORE IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

6. **DECLARATION OF KATHY DURAND GORE IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

7. **DECLARATION OF CARLA LOWN IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;**

8. DECLARATION OF JANET MACHEN IN SUPPORT OF OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE;

9. DECLARATION OF LESLYE BREWER IN SUPPORT OF LESGO PERSONAL CHEF, LLC'S OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE OF APPEARANCE; and

10. PROOF OF SERVICE.

☑ By Mail: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date. I deposited that same envelope with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Scott A. Bursor
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

*Counsel for the Class*

Robert Hawk
Hogan Lovells LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025

*Counsel for StarKist Co.*

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Executed this 20th day of November, 2015 in San Francisco, California.

_____
Gary M. Gray