Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PATRICK HENDRICKS )
                Plaintiff(s), )  Case No: 13-CV-00729
v. ) **APPLICATION FOR**
STARKIST, CO. ) **ADMISSION OF ATTORNEY**
                Defendant(s). ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)

    I, Sam Andrew Miorelli, an active member in good standing of the bar of the State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Objector Eric Michael Lindberg in the above-entitled action. My local co-counsel in this case is Aaron Dawson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 764 Ellwood Avenue<br>Orlando, FL 32804 | 1901 Harrison Street, Suite 1100<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (352) 458-4092 | (415) 534-5346 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sam.miorelli@gmail.com | adawson@alectolaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 99886.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/20/15

                                                           */s/ Sam Miorelli*
                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Sam Andrew Miorelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/23/2015

                                                          *Haywood S. Gilliam, Jr.*
                                    UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:    99886
Sam Andrew Miorelli
Law Office of Sam Miorelli, P.A.
764 Ellwood Ave.
Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 3, 2012.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 18th day of November, 2015.

*[signature]*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/MW:kstu1:R10