UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*FILED*

2015 NOV 20 P 2: 38

CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NO. DIST. OF CA.

| | | |
|---|---|---|
| PATRICK HENDRICKS, | ) | |
| Plaintiff, | ) | Case No. 13-cv-00729-HSG |
| v. | ) | |
| STARKIST CO, | ) | |
| | ) | |
| Defendant. | ) | ) |
| | ) | |

## OBJECTION OF KERRY ANN SWEENEY TO PROPOSED SETTLEMENT AND NOTICE OF INTENT TO APPEAR

NOW COMES, Pro Se Objector, Kerry Ann Sweeney, and hereby files these objections to the proposed settlement in this matter.

### PROOF OF MEMBERSHIP IN CLASS

Upon information and belief Kerry Ann Sweeney ("Objector") believes she is a member of the class as defined in that certain Notice of Class Action Settlement which is undated. She has filed a timely claim, via the internet, pursuant to the directions in the Notice of Class Action Settlement. Her Claim No. is 62471857101. Her address and telephone number are listed at the conclusion of this objection.

### NOTICE OF INTENT TO APPEAR

Objector hereby gives notice that she does not intend to appear at the Fairness Hearing presently scheduled for December 17, 2015 at 2:00 p.m. PST before the Honorable Haywood S. Gilliam, at the United States District Court for the Northern District of California, Courtroom 18th Floor, Courtroom 15, 450 Golden Gate Ave., San Francisco, CA 94102.

## REASONS FOR OBJECTING TO THE PROPOSED SETTLEMENT

For the following reasons, inter alia, the Settlement Agreement is not fair, reasonable and adequate.

1. Claims administration process fails to require reliable oversight, accountability, and reporting about whether the claims process actually delivers what was promised.

2. Timeframes and deadlines benefit Defendants and Class Counsel, but not Class Members; No timeframe for completing administration of the Monetary Relief is set, so Class Members cannot know when payment would arrive.

3. No amount of attorney fees is to be withheld to assure Class Counsel's continuing oversight and involvement in implementing settlement.

4. Attorney fees do not depend upon how much relief is actually paid to the Class Members.

5. The fee calculation is unfair in that the percentage of the settlement amount is far too high. The claims process is cumbersome, unreasonable and designed to deprive Class Members of the relief which the Settlement Agreement purports to provide.

6. Some direction regarding cy pres funds needs to be addressed.

7. Attorneys' fees are disproportionate to the value of the Recovery of the Class.

8. The value of the Voucher Claims is not easily ascertained and to the extent these Voucher Claims make up part of the Settlement Fund they should not be given full credit as their actual value is pennies on a dollar.

9. The objector herein hereby adopts and joins in all other objections which are based on sufficient precedent and theories of equity and law in this case and hereby incorporates said objections by reference as if they were fully described herein.

## CONCLUSION

**WHEREFORE,** This Objector, for the foregoing reasons, respectfully requests that the Court, upon proper hearing:

1. Sustain these Objections;

2. Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.

2

3. Award an incentive fee to this Objector for her role in improving the Settlement, if applicable.

Dated:   November 16, 2015

Kerry Ann Sweeney, Pro Se
1220 20th Street
Unit 101
Santa Monica 92404

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court of California, Northern District by having the foregoing deposited in First Class, U. S. Mail with copies to Class Counsel and Defendant's Counsel.

Kerry Ann Sweeney, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

2015 NOV 20 P 2: 39

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

| | | |
|---|---|---|
| PATRICK HENDRICKS, | ) | |
| Plaintiff, | ) | Case No. 13-cv-00729-HSG |
| v. | ) | |
| STARKIST CO, | ) | |
| | ) | |
| Defendant. | ) | ) |
| | ) | |

_____

**NOTICE OF APPEARANCE OF OBJECTOR KERRY ANN SWEENEY**

_____

NOW COMES, Pro Se Objector, Kerry Ann Sweeney, and hereby files this Notice of Appearance in the above referenced case.

Dated:   November 16, 2015

*Kerry Ann Sweeney*
Kerry Ann Sweeney, Pro Se
1220 20th Street
Unit 101
Santa Monica, CA 92404

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2015, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court of California, Northern District, by having the foregoing deposited in First Class, U. S. Mail with copies to Class Counsel and Defendant's Counsel.

*Kerry Ann Sweeney*
Kerry Ann Sweeney, Pro Se

1

Perry Sweeney
1123 Boat Street
Apt. 101
Santa Monica, CA.
90404

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA.
94102

9410234869

MILWAUKEE WI 530
17 NOV 2015 PM 5 L

FOREVER

