**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN Y. SOONG**<br>**CLERK** | **450 GOLDEN GATE AVENUE, BOX 36060**<br>**SAN FRANCISCO, CA 94102**<br>**(415) 522-2000** |

November 23, 2015

Randy Stewart
200 Princeton LN Apt A3
Jemison, AL 35085-6391

**Re: 13-cv-00729-HSG**

Dear Mr. Stewart:

The enclosed document(s) which you submitted in reference to **Hendricks v. StarKist Co**. is being forwarded to the Hendricks v. StarKist Settlement Administrator.

Very Truly Yours,

Deputy Clerk