UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HENDRICKS,

        Plaintiff,

   v.

STARKIST CO, et al.,

        Defendants.

Case No. 13-cv-00729-HSG

**ORDER**

The Court has received and reviewed Plaintiff's request for leave to file a motion for reconsideration of the Court's February 19, 2016 order, Dkt. No. 336. Although the Court does not intend to vacate its February 19th order, the Court will consider the merits of the renewed motion for final approval, Dkt. No. 339. At the upcoming case management conference, the parties should be prepared to discuss applicable procedural requirements, including whether the Court must hold a second final fairness hearing when considering a renewed final approval motion.

**IT IS SO ORDERED.**

Dated: 3/7/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge