Kimberly A. Kralowec (Cal. Bar No. 163158)
Kathleen Styles Rogers (Cal. Bar No. 122853)
THE KRALOWEC LAW GROUP
44 Montgomery St., Suite 1210
San Francisco, CA  94104
Telephone:   (415) 546-6800
Facsimile:    (415) 546-6801
Email:          kkralowec@kraloweclaw.com
                     krogers@kraloweclaw.com

*Attorneys for Objectors Colin Moore
and Kathy Durand Gore*

Robert Taylor-Manning
SANDIA CASCADE LAW GROUP. PLLC
1800 South Jackson St., Suite 123
Seattle, WA 98144
Telephone:   (206) 310-3333
Facsimile:    (206) 299-4010
Email:          rtm@sandiacascadelaw.com

*Attorney for Objector Kathy Durand Gore*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STARKIST CO.,<br><br>　　　　　　Defendant. | Case No. 3:13-CV-0729-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION OF OBJECTORS COLIN MOORE AND KATHY DURAND GORE FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS**<br><br>Date:  June 16, 2016<br>Time: 2:00 pm<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15, 18th Floor |

Presently before the Court is the Motion of non-party Objectors Colin Moore and Kathy Durand Gore for Attorneys' Fees, Expenses and Incentive Awards.  Having reviewed and

considered the Motion pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, and having found that the Objectors Mr. Moore and Ms. Durand Gore have conferred a substantial benefit on the class,

IT IS HEREBY ORDERED THAT:

1. Attorneys' fees are awarded to Objectors' counsel from the common fund in the amount of $318,228 to the Kralowec Law Group and $34,879.50 to Robert Taylor-Manning, which represents a lodestar enhancement of 2.3 and is a proportionate share of the fees sought by Class Counsel Attorneys' fees to Objectors' counsel.  [Alternatively, Attorneys' fees are awarded to Objectors' counsel from the common fund in the amount of $138,360 to The Kralowec Law Group and $15,165 to Robert Taylor-Manning based on their reasonable lodestar];

2. Costs are awarded to Objectors' counsel in the amount of $927 to The Kralowec Law Group and $535 to Robert Taylor-Manning; and

3. Incentive awards are awarded as follows: $1,000 to Colin Moore and $1,000 to Kathy Durand Gore.

IT IS FURTHER ORDERED THAT the Court reserves jurisdiction to consider a further award of attorneys' fees and costs to Objectors should it sustain their further objections to the parties' renewed motion for final approval of settlement.

IT IS SO ORDERED.

DATED: _____2016

                                                    Hon. Haywood S. Gilliam
                                                    U.S. District Court Judge