UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HENDRICKS,

    Plaintiff,

v.

STARKIST CO, et al.,

    Defendants.

Case No. 13-cv-00729-HSG

**JUDGMENT**

Re: Dkt. No. 374

    Judgment is hereby entered consistent with the Court's Granting Final Approval of Settlement; Granting in part and Denying in part Motion for Attorneys' Fees,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 29th day of September, 2016.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.