CASE NO: 13-CV-0729
Hendricks vs. Starkist

for: Kerry Sweeney

Enclosed please find filing fee

FILED
DEC 01 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611120336
Cashier ID: hoangt
Transaction Date: 12/01/2016
Payer Name: KERRY A SWEENEY

NOTICE OF APPEAL/DOCKETING FEE
 For: Kerry Ann Sweeney
 Case/Party: D-CAN-3-CV-16-017020-001
 Amount:     $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1160
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611120336
Cashier ID: hoangt
Transaction Date: 12/01/2016
Payer Name: KERRY A SWEENEY

NOTICE OF APPEAL/DOCKETING FEE
 For: Kerry Ann Sweeney
 Case/Party: D-CAN-3-CV-16-017020-001
 Amount:     $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1160
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Kerry Sydney
1223 20th Street
Apt 104
Santa Monica, CA.
90404

Bayood Bay...
1221 West Coast Highway, Newport Beach, CA 92663

Attn:
Clerk of
Courts

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Fransisco, CA. 94102

94102-340699