AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Patrick Hendricks,

Plaintiff (s),

V.

Starkist CO, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-cv-00729-HSG

Notice is hereby given that, subject to approval by the court, __Brittany Ference__ substitutes
(Party (s) Name)

__Caroline Tucker__, State Bar No. __261377__ as counsel of record in
(Name of New Attorney)

place of __Matthew Kurilich__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tucker Pollard

Address: 2102 Business Center DR, STE 130, Irvine, CA 92612

Telephone: 949-253-5710      Facsimile 949-269-6401

E-Mail (Optional): ctucker@tuckerpollard.com

I consent to the above substitution.

Date: February 1st, 2017

(Signature of Party (s))

I consent to being substituted.

Date: 1-13-17

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/22/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/8/2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]