J. Christopher Mitchell (Bar No. 215639)
HOGAN LOVELLS US LLP
80 South 8th Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3018
Facsimile: (612) 339-5167
chris.mitchell@hoganlovells.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**STIPULATION AND ORDER REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
CASE NO. 4:13-CV-00729-HSG

DocID

Plaintiff Patrick Hendricks, the Settlement Class, and Defendant StarKist Co. ("the Parties"), by and through and including their undersigned counsel, stipulate and agree as follows:

WHEREAS, the Court set a telephonic case management conference for January 24 to discuss a pending stipulation regarding the voucher face value provision of the Stipulation of Settlement;

WHEREAS, Michael J. Shepard recently left Hogan Lovells US LLP, and J. Christopher Mitchell is StarKist's only remaining counsel of record on this matter;

WHEREAS, Mr. Mitchell is on a previously planned trip to Brazil, and will be on a remote island off the northeast coast of Brazil on the date set for the CMC;

WHEREAS, StarKist's counsel intended to dial in to the CMC as scheduled, but has received conflicting reports as to the reliability of the cellular network on the island;

WHEREAS, to prevent possible disruptions associated with the cellular network, StarKist's counsel respectfully requests that the Court continue the telephonic CMC to January 28, when counsel will be in Rio de Janeiro, or to January 31 (or such later date as may be convenient for the Court) when counsel will be back in the U.S.;

WHEREAS, Plaintiff's counsel has no objection to the request;

IT IS SO STIPULATED.

Dated: January 22, 2019    HOGAN LOVELLS US LLP

By: */s/ J. Christopher Mitchell*
    J. Christopher Mitchell
    Attorneys for Defendant
    STARKIST CO.

Dated: January 22, 2019    BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher
    Attorneys for Plaintiff
    PATRICK HENDRICKS

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    STIPULATION AND ORDER
CASE NO. 4:13-CV-00729-HSG

DocID

## **ATTESTATION**

I, J. Christopher Mitchell, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *J. Christopher Mitchell*
J. Christopher Mitchell

Hogan Lovells US LLP
Attorneys At Law
San Francisco

DocID

**ORDER**

The Court has considered the above Stipulation and finds that it is in the interests of all Parties and in service of judicial economy and efficiency. The Case Management Conference set for January 24, 2018 shall be continued to January 31, 2019 at 3:15 p.m.

IT IS SO ORDERED this 23rd day of January, 2019.

_____
HON. JUDGE HAYWOOD S. GILLIAM, JR.