J. Christopher Mitchell (Bar No. 215639)
HOGAN LOVELLS US LLP
80 South 8th Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3018
Facsimile: (612) 339-5167
chris.mitchell@hoganlovells.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No.: 4:13-cv-00729-HSG<br><br>**AMENDED JOINT STIPULATION AND ORDER REGARDING SUPPLEMENTAL SUBMISSION**<br><br>Judge Haywood S. Gilliam, Jr.<br><br>Courtroom 2- 4th Floor |

WHEREAS, the parties wish to update the Court as to the status of the Supplemental Submission Regarding the Redemption Policy (the "Supplemental Submission") requested by the Court during the January 31, 2019 Telephonic Case Management Conference;

WHEREAS, during the Telephonic Case Management Conference, the Court asked StarKist to endeavor to file the Supplemental Submission by February 7, 2019, but stated that StarKist could take additional time if needed;

WHEREAS, StarKist and its counsel have been working diligently to complete the Supplemental Submission, but need some additional time;

WHEREAS, StarKist anticipates that it will be in position to file the Supplemental Submission by February 11, 2019;

THEREFORE, the parties agree that the Supplemental Submission shall be filed by February 11, 2019.

IT IS SO STIPULATED AND AGREED.


Dated: February 8, 2019                    HOGAN LOVELLS US LLP

                                           By: */s/ J. Christopher Mitchell*
                                               J. Christopher Mitchell
                                               Attorneys for Defendant
                                               STARKIST CO.


Dated: February 8, 2019                    BURSOR & FISHER, P.A.

                                           By: */s/ L. Timothy Fisher*
                                               L. Timothy Fisher
                                               CLASS COUNSEL

**ATTESTATION**

I, J. Christopher Mitchell, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *J. Christopher Mitchell*
J. Christopher Mitchell

## ORDER

The Court has considered the above Stipulation and finds that it is in the interests of all Parties and in service of judicial economy and efficiency.

IT IS SO ORDERED this 11th day of February, 2019.

_____
HON. JUDGE HAYWOOD S. GILLIAM, JR.

Hogan Lovells US LLP
Attorneys At Law
San Francisco