J. Christopher Mitchell (Bar No. 215639)
HOGAN LOVELLS US LLP
80 South 8th Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3018
Facsimile: (612) 339-5167
chris.mitchell@hoganlovells.com

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO.,<br><br>Defendant. | Case No.: 4:13-cv-00729-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING SUPPLEMENTAL SUBMISSION**<br><br>Judge Haywood S. Gilliam, Jr.<br><br>Courtroom 2- 4th Floor |

| | |
|---|---|
| 1 | WHEREAS, the parties wish to update the Court as to the status of the Supplemental Submission requested by the Court during the January 31, 2019 Telephonic Case Management Conference; |
| 2 | WHEREAS, during the Case Management Conference, the Court asked StarKist to endeavor to file the Supplemental Submission by February 7, 2019, but stated that StarKist could take additional time if needed; |

WHEREAS, the parties wish to update the Court as to the status of the Supplemental Submission requested by the Court during the January 31, 2019 Telephonic Case Management Conference;

WHEREAS, during the Case Management Conference, the Court asked StarKist to endeavor to file the Supplemental Submission by February 7, 2019, but stated that StarKist could take additional time if needed;

WHEREAS, the parties recently submitted, and the Court recently entered, a Stipulation and Order providing that the Supplemental Submission would be filed by February 11, 2019;

WHEREAS, due to unforeseen circumstances, StarKist's decision-makers have been unable to grant sign-off on the Supplemental Submission in time for a February 11, 2019 filing;

WHEREAS, StarKist's counsel fully intends and expects to file the Supplemental Submission on February 12, 2019, but in an abundance of caution requests a deadline of February 13, 2019;

THEREFORE, the parties agree that the Supplemental Submission shall be filed on or before February 13, 2019.

IT IS SO STIPULATED AND AGREED.


Dated: February 11, 2019         HOGAN LOVELLS US LLP


                                 By: */s/ J. Christopher Mitchell*
                                    J. Christopher Mitchell
                                    Attorneys for Defendant
                                    STARKIST CO.

Dated: February 11, 2019         BURSOR & FISHER, P.A.


                                 By: */s/ L. Timothy Fisher*
                                    L. Timothy Fisher
                                    CLASS COUNSEL

- 1 -

JOINT STIPULATION AND ORDER REGARDING SUPPLEMENTAL SUBMISSION –
Case No. 4:13-cv-00729-HSG

## ATTESTATION

I, J. Christopher Mitchell, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *J. Christopher Mitchell*
J. Christopher Mitchell

# **ORDER**

The Court has considered the above Stipulation and finds that it is in the interests of all Parties and in service of judicial economy and efficiency.

IT IS SO ORDERED this 12th day of February, 2019.

_____
HON. JUDGE HAYWOOD S. GILLIAM, JR.