J. CHRISTOPHER MITCHELL (SBN215639)
cmitchell@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

Attorneys for Defendant
STARKIST CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STARKIST CO.,<br><br>    Defendant. | Case No. 4:13-cv-00729-HSG<br><br>**NOTICE OF FIRM CHANGE** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

NOTICE is hereby provided that J. CHRISTOPHER MITCHELL, StarKist Co.'s counsel of record in the above-captioned matter, has relocated to King & Spalding LLP. Mr. Mitchell will continue to represent StarKist in this matter, and updates his contact information as follows:

> J. Christopher Mitchell
> King & Spalding LLP
> 101 Second Street, Suite 2300
> San Francisco, CA 94105
> Telephone: 415-318-1200
> Facsimile: 415-318-1300
> Email: cmitchell@kslaw.com

Hogan Lovells US LLP will no longer be counsel for StarKist in this matter.

DATED:  May 23, 2019                     KING & SPALDING LLP

                                         By: */s/ J. Christopher Mitchell*
                                             J. Christopher Mitchell

                                             Attorneys for Defendant
                                             STARKIST CO.