UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS,<br><br>Plaintiff,<br><br>v.<br><br>STARKIST CO, et al.,<br><br>Defendants. | Case No. 13-cv-00729-HSG<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE FEE CAP INCREASE AND PAYMENT OF FEES**<br><br>Re: Dkt. No. 436 |

Pending before the Court is a motion brought by KCC Class Action Services, LLC ("KCC") for an order increasing the administrative fee cap and authorizing payment of fees.[1] Dkt. No. 436. The parties in this action do not oppose KCC's motion. *See* Dkt. Nos. 440–41. Having considered the pleadings, the Court **GRANTS** the motion.

KCC was appointed as settlement administrator in this action. Pursuant to the Settlement Agreement, KCC's fees for notice and administration of this class action were capped at $675,000. KCC estimated that the actual costs of providing claims administration services would be $671,996; this estimate was based on the estimated receipt of 200,000 claims, and the assumption that 80,000 postcard vouchers and 120,000 check payments would be issued. The "not-to-exceed" amount was contingent "upon no significant change in the scope of work." In fact, however, KCC received more than 2.5 million claims and now anticipates that it will issue more than 900,000 cash awards by electronic payment, more than 390,000 cash awards by check and more than 790,000 vouchers by mail. As a result, KCC's fees and costs will exceed the cap by $618,308. This constitutes a significant change in the scope of work. Because KCC incurred additional

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

reasonable costs and fees based on a significant change in the scope of its administration services, it is entitled to payment of those fees and costs.

**IT IS HEREBY ORDERED** that KCC's Motion for Administrative Fee Cap Increase and Payment of Fees is **GRANTED**.  The administrative fee cap is thus raised by $618,308, $468,308 of which will be paid from the Cash Settlement Fund and $150,000 of which will be paid from the uncashed checks fund.

**IT IS SO ORDERED.**

Dated: 6/14/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge