**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　 ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HENDRICKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STARKIST CO.,<br><br>　　　　　　　　　　Defendant. | Case No. 4:13-CV-00729-HSG<br><br>**ORDER RE: MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**<br><br>Hon. Haywood S. Gilliam, Jr. |

ORDER RE: MOTION FOR CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS CASE NO. 4:13-CV-00729-HSG

UPON CONSIDERATION of Plaintiff's Motion For *Cy Pres* Distribution Of Residual Settlement Funds ("Motion"), and good cause appearing,

IT IS ORDERED that the Motion is hereby GRANTED. The $628,425.05 in residual settlement funds shall be distributed to the Feeding America national network of food banks.

IT IS SO ORDERED.

Dated: 10/15/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge