**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN Y. SOONG** | 450 GOLDEN GATE AVENUE, BOX 36060 |
| CLERK | SAN FRANCISCO, CA 94102 |
| | (415) 522-2000 |

June 22, 2022

Hendricks v. StarKist Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

    **Re: 13-CV-00729-HSG**

Dear Settlement Administrator:

    Enclosed is a letter that was mailed to the Court in reference to the **Hendricks v. StarKist Co.** case.

                                    Very Truly Yours,

                                    Deputy Clerk